**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Maria (First Name) | Denise. (Middle Name) | Reddick (Last Name) |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **District of Columbia**

Case number (If known): _____

**FILED**
NOV 21 2024
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

☐ Check if this is an amended filing

## Official Form 104

### For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

Unsecured claim

**1**
Creditor's Name: **PHH/NewRez**
Number/Street: **c/o PHH Mortgage Services**
**PO Box 24738**
City: **West Palm**  State: **FL**  ZIP Code: **33416**
Contact: **JACEE - ID PJ4**
Contact phone: **(800) 449-8767**

What is the nature of the claim? **Inadequate Collateral**       $ **231,178.96**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):   $ **881,178.96**
   Value of security:                          – $ **650,000.00**
   Unsecured claim                              $ **231,178.96**

**2**
Creditor's Name: **U.S. Small Business Administration**
Number/Street: **409 3rd St, SW**
City: **Washington**  State: **DC**  ZIP Code: **20011**
Contact: 
Contact phone: **(833) 853-5638**

What is the nature of the claim? **Business Debt**       $ **40,123.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):   $ **40,123.00**
   Value of security:                          – $ **0.00**
   Unsecured claim                              $ **40,123.00**

Debtor 1: Maria Denise. Reddick
Case number (if known): _____

**Unsecured claim**

### 3. Nelnet
Creditor's Name
121 South 13th Street
Lincoln, NE 68508
Contact: (888) 486-4722

What is the nature of the claim? **Student Loans**    $40,000.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $40,000.00
  Value of security: − $0.00
  Unsecured claim: $40,000.00

### 4. Residental One dba 3Tree Flats
Creditor's Name
3910 Georgia Ave NW #619
Washington, DC 20011
Contact: (202) 829-1133

What is the nature of the claim? **Unpaid Rent**    $31,029.00

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $31,029.00
  Value of security: − $0.00
  Unsecured claim: $31,029.00

### 5. Navy Federal Credit Union
Creditor's Name
820 Follin Lane
Vienna, VA 22180
Contact: (888) 842-6328

What is the nature of the claim? **Secured Loan (1)**    $8,404.25

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $8,404.25
  Value of security: − $8,404.25
  Unsecured claim: $0.00

### 6. Navy Federal Credit Union
Creditor's Name
820 Follin Lane
Vienna, VA 22180
Contact: (888) 842-6328

What is the nature of the claim? **Credit Card (MC)**    $5,044.84

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $5,044.84
  Value of security: − $0.00
  Unsecured claim: $5,044.84

### 7. Navy Federal Credit Union
Creditor's Name
820 Follin Lane
Vienna, VA 22180
Contact: (888) 842-6328

What is the nature of the claim? **Credit Card (V)**    $4,807.80

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

Does the creditor have a lien on your property?
- ☒ No
- ☐ Yes. Total claim (secured and unsecured): $4,807.80
  Value of security: − $0.00
  Unsecured claim: $4,807.80

Debtor 1  **Maria** **Denise.** **Reddick**
First Name    Middle Name    Last Name

Case number (if known) _____

**Unsecured claim**

---

**8** Navy Federal Credit Union
Creditor's Name
820 Follin Lane
Number    Street

Vienna    VA    22180
City    State    ZIP Code

Contact
(888) 842-6328
Contact phone

What is the nature of the claim? Secured Loan (2)    $ 4,788.81

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $ 4,788.81
    Value of security:  − $ 0.00
    Unsecured claim  $ 4,788.81

---

**9** Navy Federal Credit Union 5
Creditor's Name
820 Follin Lane
Number    Street

Vienna    VA    22180
City    State    ZIP Code

Contact
(888) 842-6328
Contact phone

What is the nature of the claim? Secured Loan (3)    $ 4,226.11

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $ 4,226.11
    Value of security:  − $ 0.00
    Unsecured claim  $ 4,226.11

---

**10** Capital One
Creditor's Name
1439 Chain Bridge Road
Number    Street

McLean    VA    22101
City    State    ZIP Code

Contact
(800) 227-4825
Contact phone

What is the nature of the claim? Credit Card (1)    $ 3,884.78

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ _____
    Value of security:  − $ _____
    Unsecured claim  $ 3,884.78

---

**11** American Express
Creditor's Name
200 Vesey Street
Number    Street

New York    NY
City    State    ZIP Code

Contact
212-640-2000
Contact phone

What is the nature of the claim? Credit Card (1)    $ 3,837.29

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ 3,837.29
    Value of security:  − $ 0.00
    Unsecured claim  $ 3,837.29

---

**12** Capital One
Creditor's Name
1439 Chain Bridge Road
Number    Street

McLean    VA    22101
City    State    ZIP Code

Contact
(800) 227-4825
Contact phone

What is the nature of the claim? Credit Card (2)    $ 1,658.95

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):  $ 1,658.95
    Value of security:  − $ 0.00
    Unsecured claim  $ 1,658.95

---

Debtor 1  **Maria** **Denise.** **Reddick**   Case number (if known) _____
         First Name  Middle Name  Last Name

**Unsecured claim**

**13** Credit One Bank
Creditor's Name
PO Box 98873
Number    Street

Las Vegas        NV   89193
City             State  ZIP Code

Contact
877-825-3242
Contact phone

What is the nature of the claim? Credit Card (1)   $ 1,451.56

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $ 1,451.56
       Value of security:         - $ 0.00
       Unsecured claim            $ 1,451.56

**14** Credit One Bank
Creditor's Name
PO Box 98873
Number    Street

Las Vegas        NV   89193
City             State  ZIP Code

Contact
(877) 825-3242
Contact phone

What is the nature of the claim? Credit Card (2)   $ 1,395.44

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $ 1,395.44
       Value of security:         - $ 0.00
       Unsecured claim            $ 1,395.44

**15** Credit One Bank
Creditor's Name
PO Box 98873
Number    Street

Las Vegas        NV   89193
City             State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card (3)   $ 1,006.39

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $ 1,006.39
       Value of security:         - $ 0.00
       Unsecured claim            $ 1,006.39

**16** American Express
Creditor's Name
200 Vesey Street
Number    Street

New York         NY   10285
City             State  ZIP Code

Contact
(212) 640-2000
Contact phone

What is the nature of the claim? Credit Card (2)   $ 998.67

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $ 998.67
       Value of security:         - $ 0.00
       Unsecured claim            $ 998.67

**17** SYNCHRONY BANK/AMAZON
Creditor's Name
PO BOX 71711
Number    Street

PHILADELPHIA,    PA   19176
City             State  ZIP Code

Contact

Contact phone

What is the nature of the claim? Credit Card   $ 538.96

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):  $ 538.96
       Value of security:         - $ 0.00
       Unsecured claim            $ 538.96

Debtor 1  **Maria** (First Name)  **Denise.** (Middle Name)  **Reddick** (Last Name)    Case number (if known) _____

Unsecured claim

**18**

Creditor's Name: _____
Number Street: _____
City / State / ZIP Code: _____
Contact: _____
Contact phone: _____

What is the nature of the claim? _____    $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $ _____
           Value of security:    – $ _____
           Unsecured claim    $ _____

**19**

Creditor's Name: _____
Number Street: _____
City / State / ZIP Code: _____
Contact: _____
Contact phone: _____

What is the nature of the claim? _____    $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $ _____
           Value of security:    – $ _____
           Unsecured claim    $ _____

**20**

Creditor's Name: _____
Number Street: _____
City / State / ZIP Code: _____
Contact: _____
Contact phone: _____

What is the nature of the claim? _____    $ _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured):    $ _____
           Value of security:    – $ _____
           Unsecured claim    $ _____

### Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

*Maria D. Reddick*
Signature of Debtor 1

X _____
Signature of Debtor 2

Date **11/21/2024**
MM / DD / YYYY

Date _____
MM / DD / YYYY