Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | Case No. 24-393-ELG |
|---|---|---|
|  | ) | (Chapter 11) |
| MARIA DENISE REDDICK | ) |  |
|  | ) |  |
| Debtor. | ) |  |

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Federal Rule of Bankruptcy Procedure 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept a flat fee of ............................... $_____
   Filing fees ................................................................................................. $_____

   Prior to the filing of this statement I have received .................................... $_____

   Balance Due .............................................................................................. $_____

   **OR**

   I have agreed to provide services on the following terms and conditions (i.e., hourly or without compensation on a pro bono basis). If pro bono, questions 2, 3, and 4 may be omitted.

   *See engagement agreement attached hereto as Exhibit A.*

2. The source of the compensation paid to me was:

☐Debtor                     ☒Other (specify) ____n/a (no retainer paid)_____

3. The source of compensation to be paid to me is:

   ☒Debtor                     ☐Other (specify) _____

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members or associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation~~, and rendering advice to the debtor in determining whether to file a petition in bankruptcy~~;
   b. Preparation and filing of any ~~petition~~, schedules, statements of affairs, and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. ~~All services set forth in Local Bankruptcy Rule 2016-2(a)(2)(B), if electing compensation under the Court's presumptively reasonable fee in a chapter 13 case~~;
   e. As set forth in the engagement agreement attached hereto as Exhibit A.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services: As set forth in the engagement agreement attached hereto as Exhibit A.

## CERTIFICATION

I certify that the foregoing is an accurate statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

*[Signature on Following Page]*

                                        Respectfully submitted,

Dated: December 3, 2024        By:    <u>/s/ Maurice B. VerStandig</u>
                                                Maurice B. VerStandig, Esq.
                                                Bar No. MD18071
                                                The Belmont Firm
                                                1050 Connecticut Avenue, NW
                                                Suite 500
                                                Washington, DC 20036
                                                Phone: (202) 991-1101
                                                mac@dcbankruptcy.com
                                                *Proposed Counsel for the Debtor*