# THE BELMONT FIRM

Telephone: (202) 991-1101  
Toll Free: (855) 987-DEBT

Licensed in DC, VA,  
MD, FL and NV

November 28, 2024

**VIA ELECTRONIC MAIL**
Maria Denise Reddick
mariareddick13@gmail.com

**Re: Engagement of The Belmont Firm**

Dear Maria:

      Thank you for engaging The VerStandig Law Firm, LLC d/b/a The Belmont Firm to represent you as legal counsel. I look forward to personally working with you, and appreciate the confidence you are placing in my law firm. In an effort to ensure we are in agreement concerning the scope and details of this representation, please review the following terms and, if you find the same agreeable, return a countersigned copy of this letter to my attention.

      1.      **Scope of Services**. The Belmont Firm (the "Firm") will represent you as general reorganization counsel in connection with your Chapter 11 Subchapter V bankruptcy, Case Number 24-00393, in the United States Bankruptcy Court for the District of Columbia. The Firm's representation will be limited to this bankruptcy case and its administration, inclusive of any adversary proceedings. The representation is expressly contingent upon the court granting an application, made by the Firm, to serve as your counsel; if such an application is not granted, this agreement will be void.

      2.      **Billable Time and Time Entry.** Time spent working on this matter will be billed at the partner rate of Five Hundred Ninety Five Dollars and No Cents ($595.00) per hour and the associate rate of Two Hundred Dollars and No Cents ($200.00) per hour, with all time recorded in increments of one-tenth (1/10) of an hour and all time entries rounded up to the next increment of one-tenth (1/10) of an hour. The Firm's rates may change from time to time, and should such a change occur you will be notified of the same in writing at least one month before the changed rate goes into effect.

      3.      **Billable Events.** Any and all activities conducted by the professional members of our staff, including, but not limited to, the making and receipt of telephone calls; drafting and review of correspondence and electronic mail; preparation and review of pleadings, papers, agreements and memoranda; fact investigation; legal research; reading and analyzing written materials; preparation for meetings and court appearances; conferences with you, experts, courthouse personnel, and/or other attorneys; and analysis of pertinent issues, will be considered as billable time.

4.      **Expenses**. During the course of our representation, the Firm may be required to incur certain expenses on your behalf, and the nature of and extent of such expenses will vary with the nature of the representation. The Firm will be entitled to reimbursement for necessary and reasonable costs and expenses incurred in connection with our work in this matter. Examples of these costs and expenses include, but are not limited to, filing fees, postage and overnight delivery fees, binding fees, charges correlative to the retrieval of documents, research charges, photocopy charges, courier charges, process server charges, and parking.

5.      **Statements and Payments.** Statements indicating the nature of the services performed, time spent, and costs incurred will be forwarded to you periodically via electronic mail, at the address indicated at the top of this correspondence. Payment of all amounts invoiced is due upon receipt or as directed by court order, where applicable. Questions or objections to any statement for services rendered or costs advanced must be raised within thirty (30) days of receipt, or you will be deemed to have approved the statement.

6.      **Division of Responsibilities.** The Firm will endeavor to consult with you throughout the progression of this matter and to ensure you remain informed as to all key aspects of the matter. The Firm will not, however, seek your review of, or input on, every document that is prepared or filed, or in connection with every element of case management or trial strategy.

7.      **Duration and Termination.** It is impossible to project the amount of time that will be devoted by the Firm to your needs. However, if at any time you decide that you desire that we cease further activity on your behalf, you should notify the Firm in writing and, upon leave of court to terminate our attorney-client relationship, copies of all pertinent papers in your file will be turned over to you or to any attorney of your selection.

8.      **Withdrawal.** The Firm and I may withdraw as counsel, terminate this agreement, and be relieved of the responsibility of performing further work on your behalf, by notifying you in writing. Reasons for such termination may include, but are not limited to, failure to pay fees or expenses under the terms of this agreement in a timely manner, failure to cooperate with the Firm in preparation and/or prosecution of your legal needs, and/or reasons mandated by the rules of professional conduct governing lawyers. You agree to execute such documents as will permit the Firm to withdraw from representing you.

9.      **File Retention.** After the Firm's representation of you has ended, whether or not you have requested your file or any part of it, the Firm may request that you or an authorized representative pick up your files or documents that have been produced during the course of the representation. Absent circumstances where the Firm specifically agrees, in writing, to hold certain documents for you agree to retrieve all documents within ninety (90) days of the termination or expiration of your matter. If you do not want us to return these to you, please be advised that we may destroy all paper copies other than those original paper copies that we determine, in our sole and absolute judgment, must be maintained. In addition, if we have not heard back from you after the ninety (90) day period has passed, the Firm will assume that you have no objections to the destruction of your files or documents. The foregoing notwithstanding, the Firm may create an



electronic copy of part or all of the file, including the Firm's work product, and may, at its sole election, retain the same in perpetuity.

10. **Publicity.** While the Firm will hold in confidence all aspects of this matter protected by the attorney/client privilege, absent your express consent to the contrary, you do hereby grant the Firm approval to advertise the mere fact that it does – or has – served as your counsel.

11. **Disputes**. Should any disputes arise between you and the Firm, we will work to resolve the same amicably and cordially. However, should it become necessary for any legal action to be taken, whether in connection with the collection of fees or in connection with any other matter included in this agreement or related to the subject matter of this agreement, you agree that the sole venue for such action shall be the bankruptcy court in which your case is brought.

12. **Modification.** This agreement may not be modified except in a writing executed in a manner of equal or greater dignity than that with which this agreement is itself executed.

13. **Previous Agreements.** This agreement supersedes any and all previous agreements governing your legal representation.

14. **Court Approval.** As noted above, this agreement is expressly contingent upon the Firm's application to represent you as general reorganization counsel being approved by the bankruptcy court. If that application is not approved, this agreement shall be void. To the extent any provision of this agreement conflicts with the terms upon which the application is approved or any governing law, the terms and/or governing law shall control. If any provision of this agreement is found to be unenforceable, the rest of this agreement shall nonetheless survive as though the unenforceable provision was not a part of this agreement.

[CONTINUED ON FOLLOWING PAGE]

Please countersign this letter in the space provided below for your signature to acknowledge acceptance of the terms and conditions of this engagement.

On behalf of the Firm, and holding aside the formality of this letter, we look forward to working with you.

**THE BELMONT FIRM**

Sincerely,

*[signature]*

Maurice "Mac" VerStandig, Esq.
*For the Firm*

Read and Accepted:

Signed by:
*Maria D. Reddick*
C826FEA3BD1D4FA...
_____[SEAL]
**Maria Denise Reddick**

12/3/2024
_____
**Date**