Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-393-ELG |
| | ) | (Chapter 11) |
| MARIA DENISE REDDICK | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF DEADLINE TO FILE AND SERVE OBJECTIONS
TO APPLICATION TO APPROVE EMPLOYMENT OF MAURICE B.
VERSTANDIG, ESQ. AND THE BELMONT FIRM
AS BANKRUPTCY COUNSEL TO MARIA DENISE REDDICK**

NOTICE IS HEREBY GIVEN that Maria Denise Reddick ("Ms. Reddick" or the "Debtor") has filed an application to employ Maurice B. VerStandig, Esq. and The VerStandig Law Firm, LLC as bankruptcy counsel in this matter (the "Application").

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Application or if you would like the Court to consider your views, then WITHIN FOURTEEN (14) DAYS AFTER THE DATE OF MAILING OF THIS NOTICE, you must file and serve a written objection to the Application. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

1

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for December 18, 2024 at 10:00 AM. The hearing will be held via Zoom video conferencing. For meeting code, contact Gunn_Hearings@dcb.uscourts.gov.

                                                                  Respectfully submitted,

Dated: December 3, 2024        By:    /s/ Maurice B. VerStandig
                                                              Maurice B. VerStandig, Esq.
                                                              Bar No. MD18071
                                                              The Belmont Firm
                                                              1050 Connecticut Avenue, NW
                                                              Suite 500
                                                              Washington, DC 20036
                                                             Phone: (202) 991-1101
                                                             mac@dcbankruptcy.com
                                                            *Proposed Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of December, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein including, *inter alia*, counsel for the United States Trustee.

                                                      /s/ Maurice B. VerStandig
                                                      Maurice B. VerStandig