Maurice B. VerStandig, Esq.
Bar No. MD18071
THE BELMONT FIRM
1050 Connecticut Avenue
NW Suite 50
Washington, DC 20036
Phone: (202) 991-1101
E-mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| In re:<br><br>MARIA DENISE REDDICK,<br><br>Debtor. | No. 24-00393-ELG<br><br>Chapter 11 |

### DEBTOR'S MOTION TO EXTEND TIME

Comes now Maria Denise Reddick (the "Debtor"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 1007(c) and Local Rule 1007-1(d), and respectfully moves this Honorable Court to extend the time to file the Outstanding Initial Documents (defined *infra*), and in support thereof states as follows:

The Debtor filed her Voluntary Petition and matrix of creditors thereby initiating the above-captioned case on November 21, 2024. *See generally* ECF No. 1. The Debtor must still file her: (i) Summary of Assets and Liabilities; (ii) Schedules A/B, D, E/F, G, and H; (iii) Schedules Declaration; and (iv) Statement of Financial Affairs (the "Outstanding Initial Documents").

On November 21, 2024, this Honorable Court issued a Notice of Deadline to file the

Outstanding Initial Documents by December 5, 2024. ECF No. 9. The Debtor retained undersigned counsel on December 5, 2024, following the initiation of the above-captioned case. ECF. No. 19. The Debtor and the undersigned are diligently working on gathering and reviewing the necessary documents to draft, review, sign, and file the Outstanding Initial Documents. Given the timing of counsel's retention, additional time is required to discuss, draft, review, sign, and file the Outstanding Initial Documents.

**WHEREFORE,** the Debtor respectfully requests this Honorable Court extend the deadline to file the Outstanding Initial Documents from December 5, 2024 to December 11, 2024.

Respectfully submitted,

Dated: December 4, 2023

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. 18071
THE BELMONT FIRM
1050 Connecticut Avenue NW
Suite 500
Washington, DC 20036
Phone: (301) 444-4600
E-mail: mac@dcbankruptcy.com
*Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of December, 2024, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

/s/ Maurice B. VerStandig
Maurice B. VerStandig