# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

In re:

**Maria Denise Reddick,**

        **Debtor.**

Case No. 24-00393-ELG

Chapter 11 – Subchapter V

## NOTICE OF CONTINUED MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the meeting of creditors scheduled to be held on Wednesday, December 18, 2024 at 1:00 p.m., **has been continued to Friday, December 20, 2024 at 10:00 a.m.,** and will be conducted telephonically.  **To participate in the meeting by telephone interested parties should call (877) 465−7076 and enter the Passcode: 7191296#.**

Counsel to the Debtor shall serve a copy of this Notice by first class mail, postage prepaid, to all creditors on or before December 9, 2024, and will certify the same to the Court within two days after mailing the Notice.

Dated:  December 5, 2024

                                      Gerard R. Vetter,
                                      Acting United States Trustee, Region Four

                                      By: */s/ Kristen S. Eustis*
                                      Kristen S. Eustis, Trial Attorney
                                      Federal Bar No. MD28984
                                      Office of the United States Trustee
                                      1725 Duke St., Suite 650
                                      Alexandria, VA 22314
                                      (703) 557-7227- Direct Dial
                                      Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

      I hereby certify that on December 5, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Monique Desiree Almy malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Maria Denise Reddick MariaReddick13@gmail.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                                   */s/ Robert W. Ours*
                                                   Robert W. Ours
                                                   Paralegal Specialist