The order below is hereby signed.

Signed: December 6 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>MARIA DENISE REDDICK,<br><br>Debtor. | No. 24-00393-ELG<br><br>Chapter 11 |

### ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME

Upon consideration of the Debtor's Motion to Extend Time (the "Motion"), filed by Maria Denise Reddick (the "Debtor"), the assertions set forth therein, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the Debtor shall have to and through December 11, 2024 to file her: (i) Summary of Assets and Liabilities; (ii) Schedules A/B, C, D, E/F, G, and H; (iii) Schedules Declaration; and (iv) Statement of Financial Affairs.

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
E-mail: mac@dcbankruptcy.com
*Counsel for the Debtor*