Christianna A. Cathcart, Esq.
Bar No.: ND 10095
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 202-2066
E-Mail: christianna@dcbankruptcy.com
*Counsel for Maria Denise Reddick*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| In re: | Case No. 24-393-ELG |
|---|---|
| **Maria Denise Reddick,** | **Chapter 11** |
| **Debtor.** | |

**MOTION FOR ADMISSION OF CHRISTIANNA CATHCART, *PRO HAC VICE***

Pursuant to Local Rule 2090-1, I, Christianna Cathcart, Esq., respectfully move this Honorable Court for admission *pro hac vice* to appear as counsel for Maria D. Reddick ("Ms. Reddick," or the "Debtor"), in all matters pertaining the above-captioned case. In support of this motion, I certify and represent to the Court as follows:

1. I, Christianna Cathcart certify that I am an attorney licensed to practice before the highest court in the State of North Dakota and have been a member in good standing of the North Dakota Bar since September 25, 2024.

2. I am admitted to practice before the United States District Court for the District of North Dakota but am not presently admitted to practice before this Honorable Court.

3. I certify that I have never been disbarred and am not currently suspended from the practice of law in the State of North Dakota or any other state, nor from any United States Bankruptcy Court, District Court or Court of Appeals.

4. I further certify that I am familiar with and shall be governed by the local rules of this Honorable Court, the Rules of Professional Conduct, and all other requirements governing the professional behavior of members of the Bar of the United States District Court for the District of Columbia.

5. Contemporaneous with the filing of this motion, I will submit the applicable pro hac vice filing fee required by this court.

I, Christianna Cathcart, do hereby declare under the penalty of perjury that the foregoing statement are true and accurate.

WHEREFORE, I, Christianna Cathcart, Esq., respectfully requests that this Honorable Court grant this motion and allow my admission *pro hac vice* to represent Maria D. Reddick in the above-captioned bankruptcy case and any related proceedings.

Respectfully submitted,

Dated: December 10, 2024        By:    */s/ Christianna A. Cathcart*
Christianna A. Cathcart, Esq.
Bar No.: ND 10095
The Belmont Firm
1050 Connecticut Ave, NW Ste 500
Washington, DC 20036
Phone: (202) 655-2066
Email: christianna@dcbankruptcy.com
*Counsel for Maria Denise Reddick*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 10th day of December 2024, a true and foregoing copy of the Motion for Admission *Pro Hac Vice* was served electronically upon filing via the ECF system.

*/s/ Christianna A. Cathcart*
Christianna A. Cathcart