The order below is hereby signed.

Signed: December 10 2024

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| In re: | Case No. 24-393-ELG |
|---|---|
| Maria Denise Reddick, | Chapter 11 |
| Debtor. | |

### ORDER ADMITTING ATTORNEY *PRO HAC VICE*

Upon consideration of the Motion for Admission Pro Hac Vice filed by Christianna Cathcart, Esq., and for good cause shown, it is hereby:

FOUND: that Christianna Cathcart, is a member in good standing of the Bar of the State of North Dakota and is admitted to practice before the United States District Court for the District of North Dakota; and it is further

FOUND, that Christianna Cathcart, is not subject to any pending disciplinary proceedings in any jurisdiction; and it is further

ORDERED, that the Motion for Admission *Pro Hac Vice* is hereby GRANTED, and Christianna Cathcart is admitted to practice before this Court *pro hac vice* for the purpose of representing the Debtor, Maria D. Reddick, in the above-captioned bankruptcy case and any related adversary proceedings.

I ask for this:

*/s/ Christianna A. Cathcart*
Christianna A. Cathcart, Esq.
Bar No.: ND 10095
The Belmont Firm
1050 Connecticut Ave, NW Ste 500
Washington, DC 20036
Phone: (202) 655-2066
Email: christianna@dcbankruptcy.com
*Counsel for Maria Denise Reddick*