Christianna A. Cathcart, Esq.
Bar No. ND10095
The Belmont Firm
1050 Connecticut Ave, NW # 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for Maria Reddick*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00393-ELG |
| | ) | (Chapter 11) |
| MARIA DENISE REDDICK | ) | |
| | ) | |
| Debtor. | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 12th day of December, 2024, I caused a copy of (i) the Notice of Chapter 11 Bankruptcy Case (DE#10) and (ii) the Notice of Continued Meeting of Creditors (DE # 21) to be served on all parties on the attached mailing matrix, via US Mail, postage prepaid.

Respectfully submitted,

Dated: December 12, 2024

By: /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND10095
The Belmont Firm
1050 Connecticut Avenue NW, Ste 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for Maria Reddick*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of December, 2024, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING         WASHINGTON  DC                         11 COMCAST
NCRS ADDRESS DOWNLOAD                    E BARRETT PRETTYMAN U S COURTHOUSE      PO BOX 710
CASE 24-00393                            333 CONSTITUTION AVE  NW 1225           NORWOOD  MA 02062-0710
DISTRICT OF DISTRICT OF COLUMBIA         WASHINGTON  DC 20001-2802
THU DEC 12 9-59-37 PST 2024




AFFIRM  INC                              AFFIRM  INC                             AMERICAN EXPRESS
650 CALIFORNIA ST                        ATTN BANKRUPTCY                         200 VESEY ST
FL 12                                    650 CALIFORNIA ST                       NEW YORK  NY 10285-0002
SAN FRANCISCO  CA 94108-2716             FL 12
                                         SAN FRANCISCO  CA 94108-2716




AMEX                                     AMEX                                    BALTIMORE GAS AND ELECTRIC BG
CORRESPONDENCEBANKRUPTCY                 PO BOX 981537                           2491 PAXTON ST
PO BOX 981535                            EL PASO  TX 79998-1537                  HARRISBURG  PA 17111-1036
EL PASO  TX 79998-1535




CO BWW LAW GROUP  LLC                    CAPITAL ONE                             CAPITAL ONE
6003 EXECUTIVE BLVD SUITE 101            1439 CHAIN BRIDGE RD                    ATTN BANKRUPTCY
ROCKVILLE  MD 20852-3813                 MCLEAN  VA 22101-3721                   PO BOX 30285
                                                                                 SALT LAKE CITY  UT 84130-0285




CAPITAL ONE                              CONGRESSIONAL FCU                       CREDIT COLL
PO BOX 31293                             PO BOX 23267                            PO BOX 710
SALT LAKE CITY  UT 84131-0293            WASHINGTON  DC 20026-3267               NORWOOD  MA 02062-0710




CREDIT COLLECTION SERVICES               CREDIT ONE BANK                         CREDIT ONE BANK
ATTN BANKRUPTCY                          ATTN BANKRUPTCY DEPARTMENT              PO BOX 98872
725 CANTON ST                            6801 S CIMARRON RD                      LAS VEGAS  NV 89193-8872
NORWOOD  MA 02062-2679                   LAS VEGAS  NV 89113-2273




CREDIT ONE BANK                          DC OFFICE OF TAX REVENUE                DEPT OF EDUCATIONNELN
PO BOX 98873                             1101 4TH AVE ST SW                      PO BOX 82561
LAS VEGAS  NV 89193-8873                 WASHINGTON  DC 20024                    LINCOLN  NE 68501-2561




FINGERHUT                                FINGERHUT                               INTERNAL REVENUE SERVICE
13300 PIONEER TRL                        ATTN BANKRUPTCY                         PO BOX 7346
EDEN PRAIRIE  MN 55347-4120              6250 RIDGEWOOD RD                       PHILADELPHIA  PA 19101-7346
                                         SAINT CLOUD  MN 56303-0820




KIKOFF LENDING LLC                       KOHLS                                   KOHLS
75 BROADWAY                              ATTN CREDIT ADMINISTRATOR               PO BOX 3115
SAN FRANCISCO  CA 94111-1423             PO BOX 3043                             MILWAUKEE  WI 53201-3115
                                         MILWAUKEE  WI 53201-3043
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| L J ROSS ASSOCIATES IN<br>PO BOX 1838<br>ANN ARBOR   MI 48106-1838 | LJ ROSS  ASSOCIATES<br>ATTN BANKRUPTCY<br>4 UNIVERSAL WAY<br>JACKSON   MI 49202-1455 | LUKA HOLDING LLC<br>7406 HONESTY WAY<br>BETHESDA   MD 20817-5550 |
| MAURICE B VERSTANDIG<br>THE BELMONT FIRM<br>1050 CONNECTICUT AVENUE   NW<br>SUITE 500<br>WASHINGTON   DC 20036-5304 | NATIONAL RECOVERY AGEN<br>2491 PAXTON ST<br>HARRISBURG   PA 17111-1036 | NATIONAL RECOVERY AGENCY<br>ATTN BANKRUPTCY<br>2491 PAXTON ST<br>HARRISBURG   PA 17111-1036 |
| NAVY FCU<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD   VA 22119-3000 | NAVY FCU<br>PO BOX 3700<br>MERRIFIELD   VA 22119-3700 | NAVY FEDERAL CREDIT UNION<br>820 FOLLIN LANE  1007 ELECTRIC AVE<br>VIENNA   VA 22180 |
| NAVY FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY<br>PO BOX 3302<br>MERRIFIELD   VA 22119-3302 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3700<br>MERRIFIELD   VA 22119-3700 | NELNET<br>121 SOUTH 13TH ST<br>LINCOLN   NE 68508-1922 |
| NELNET<br>2401 INTERNATIONAL LN<br>MADISON   WI 53704-3121 | NELNET<br>ATTN CLAIMS<br>PO BOX 82505<br>LINCOLN   NE 68501-2505 | PHHNEWREZ CO PH MORTGAGE SERVICES<br>PO BOX 24738<br>WEST PALM   FL 33416-4738 |
| PATIENT FIRST<br>1807 HUGUENOT RD<br>MIDLOTHIAN   VA 23113-5604 | REC MGM SYS<br>1807 HUGUENOT RD<br>MIDLOTHIAN   VA 23113-5604 | RECEIVABLE MANAGEMENT SYSTEMS<br>ATTN BANKRUPTCY<br>PO BOX 73810N<br>CHESTERFIELD   VA 23832-8047 |
| RESIDENTIAL ONE DBA 3 TREE FLATS<br>3910 GEORGIA AVE NW<br>619<br>WASHINGTON   DC 20011-5894 | SELFRENT<br>901 E 6TH ST<br>AUSTIN   TX 78702-3206 | SYNCHONY BANKAMAZON<br>PO BOX 71711<br>PHILADELPHIA   PA 19176-1711 |
| SYNCHRONY BANKAMAZON<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO   FL 32896-5060 | SYNCHRONY BANKAMAZON<br>PO BOX 71737<br>PHILADELPHIA   PA 19176-1737 | U S TRUSTEE FOR REGION FOUR<br>U S TRUSTEES OFFICE<br>1725 DUKE STREET<br>SUITE 650<br>ALEXANDRIA   VA 22314-3489 |
| US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN   NE 68508-1904 | US SMALL BUSINESS ADMINISTRATION<br>409 3RD ST SW<br>WASHINGTON   DC 20416-0005 | USDOEGLELSI<br>2401 INTERNATIONAL LN<br>MADISON   WI 53704-3121 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

USDOEGLELSI
ATTN BANKRUPTCY
PO BOX 7560
MADISON  WI  53707-7560

WASHINGTON GAS
PO BOX 1838
ANN ARBOR  MI  48106-1838

CHRISTIANNA ANNETTE CATHCART
THE DAKOTA BANKRUPTCY FIRM
1630 FIRST AVE N
STE B PMB 24
FARGO  ND  58102-4246


DEBTOR
MARIA DENISE REDDICK
3910 GEORGIA AVE NW
619
WASHINGTON  DC  20011-5894

MAURICE BELMONT VERSTANDIG
THE VERSTANDIG LAW FIRM, LLC
9812 FALLS ROAD
114-160
POTOMAC  MD  20854-3976

MONIQUE DESIREE ALMY
CROWELL  MORING LLP
1001 PENNSYLVANIA AVENUE  NW
WASHINGTON  DC  20004-2595