# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:**<br><br>**Maria Denise Reddick,**<br><br>    **Debtor.** | **Case No. 24-00393-ELG**<br><br>**Chapter 11 – Subchapter V** |

## NOTICE OF CONTINUED MEETING OF CREDITORS

  NOTICE IS HEREBY GIVEN that the meeting of creditors scheduled to be held on Friday, December 20, 2024 at 10:00 a.m., **has been continued to Friday, January 17, 2025 at 1:00 p.m.,** and will be conducted telephonically.  **To participate in the meeting by telephone interested parties should call (877) 465−7076 and enter the Passcode: 7191296#.**

Dated:  December 20, 2024
                Gerard R. Vetter,
                Acting United States Trustee, Region Four

                By: */s/ Kristen S. Eustis*
                Kristen S. Eustis, Trial Attorney
                Federal Bar No. MD28984
                Office of the United States Trustee
                1725 Duke St., Suite 650
                Alexandria, VA 22314
                (703) 557-7227- Direct Dial
                Kristen.S.Eustis@usdoj.gov

**Certificate of Service**

      I hereby certify that on December 20, 2024, I electronically filed the foregoing Notice with the Clerk of the Court and served it via the Court's CM/ECF system upon all counsel who have entered an appearance in the case:

Monique Desiree Almy malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com

Christianna Annette Cathcart christianna@dakotabankruptcy.com

Kristen S. Eustis Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov

Maria Denise Reddick MariaReddick13@gmail.com

U. S. Trustee for Region Four USTPRegion04.DC.ECF@USDOJ.GOV

Maurice Belmont VerStandig mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com; verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

                                              */s/ Robert W. Ours*
                                              Robert W. Ours
                                              Paralegal Specialist