**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

IN RE:                                                                    Case No. 24-00393-ELG

MARIA DENISE REDDICK,
AKA MARIA "BEBE" REDDICK,                                Chapter 11
DBA BEBE REALTY,
     Debtor.

---

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

TO THE CLERK OF THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Bankr. P. 2002, Gregory Mullen and the law offices of BWW Law Group, LLC hereby enter their appearance on behalf of Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-4, Mortgage Loan Asset-Backed Certificates, Series 2007-4 C/O PHH Mortgage Corporation ("Creditor"), in the above-captioned case related to the property located at 4012 14th Street NW, Washington, DC 20011 and the loan number ending XXXXXX1044 and request that notices of all papers, including, but not limited to, orders, reports, pleadings, motions, applications, or petitions, requests, disclosure statements, answering and reply papers and notices of hearings or other proceedings, whether transmitted by mail, delivery, telephone, telegraph, telex or otherwise relating to any issue which may be raised in the above-captioned case be provided to:

Gregory Mullen
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
bankruptcy@bww-law.com

Respectfully Submitted,

Dated: December 30, 2024                    _____*/s/ Gregory C. Mullen*_____
                                      Gregory Mullen, Bar No. MD0020
                                      BWW Law Group, LLC
                                      6003 Executive Blvd, Suite 101
                                      Rockville, MD  20852
                                      301-961-6555
                                      301-961-6545 (facsimile)
                                      bankruptcy@bww-law.com
                                      *Attorney for the Creditor*

BWW#: DC-316179

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of December, 2024, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Notice of Appearance will be served electronically by the Court's CM/ECF system on the following:

Monique Desiree Almy, Trustee

Christianna Annette Cathcart                    Maurice Belmont VerStandig

I hereby further certify that on this 30th day of December, 2024, a copy of the foregoing Notice of Appearance was also mailed first class mail, postage prepaid, to:

Maria Denise Reddick
3910 Georgia Ave NW
#619
Washington, DC 20011

_____/s/ Gregory C. Mullen_____
Gregory Mullen, Bar No. MD0020
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555
301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Creditor*

BWW#: DC-316179