**Fill in this information to identify the case:**

Debtor Name: Maria D. Reddick

United States Bankruptcy Court for the: District of Columbia (State)

Case number: 24-00393

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 12.31.2024 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| BeBe Realty Sales and Consulting, LLC | 100% | |
| BeBe Realty CMC, LLC | 100% | |
| BeBe, LLC | 100% | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name  Maria D. Reddick                             Case number 24-00393

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

✗ _____
Signature of Authorized Individual

_____
Printed name of Authorized Individual

Date ____/____/_____
MM / DD / YYYY

**For individual Debtors:**

✗ *Maria D. Reddick*
C826FEA3BD1D4FA...
Signature of Debtor 1

Maria D. Reddick
Printed name of Debtor 1

Date 12/31/2024
MM / DD / YYYY

✗ _____
Signature of Debtor 2

_____
Printed name of Debtor 2

Date ____/____/_____
MM / DD / YYYY

| Debtor Name | Maria D. Reddick | Case number | 24-00393 |
|---|---|---|---|

## Exhibit A : Financial Statements for BeBe Realty Sales and Consulting, BeBe Realty CMC, and BeBe LLC

The Debtor, Maria D. Reddick, does not maintain formal financial statements, including a balance sheet, statement of income (loss), statement of cash flows, or statement of changes in shareholder's equity (deficit).

However, to provide transparency and reflect the financial position to the best extent possible, the Debtor has attached bank statements for BeBe Realty CMC, LLC, as a substitute for traditional financial reports. These bank statements provide an accurate account of the financial activity for the relevant period.

The Debtor certifies that diligent efforts have been made to compile and present all available financial information in good faith. The Debtor submits this information in compliance with the requirements of Exhibit A, to the best of her ability and knowledge.

Debtor Name  Maria D. Reddick                               Case number  24-00393

### Exhibit A-1: Balance Sheet for BeBe Realty Sales and Consulting, BeBe Realty CMC, and BeBe

The Debtor does not maintain formal balance sheets for BeBe Realty Sales and Consulting or BeBe, LLC. To Provide transparency and fulfill the requirement for Exhibit A-1, the Debtor has attached bank statements for BeBe Realty CMC, LLC, as a substitute for a formal balance sheet.[1]

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 2 of 3

Statement Period
11/01/24 - 11/30/24

Access No. 9984559

**Statement of Account**
For BEBE REALTY CMC LLC

**Business Checking - 7152547241**                          (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-04 | Transfer To Shares<br>Maria D Reddick | 341.10- | 18,000.00 |
| 11-07 | Transfer To Shares<br>Maria D Reddick | 3,000.00- | 15,000.00 |
| 11-20 | Transfer To Shares<br>Maria D Reddick | 1,000.00- | 14,000.00 |
| 11-29 | POS Debit- Business Debit Card 6306 11-27-24 Venmo* Maria Visa Direct Ny | 500.00- | 13,500.00 |
| 11-29 | Dividend | 0.12 | 13,500.12 |
| 11-30 | **Ending Balance** | | **13,500.12** |

Average Daily Balance - Current Cycle: $15,234.11

**Items Paid**

| Date | Item | Amount($) |
|---|---|---|
| 11-29 | POS | 500.00 |

**Savings**
**Mbr Business Savings - 3072735420**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-01 | Beginning Balance | | 5.00 |
| | No Transactions This Period | | |
| 11-30 | **Ending Balance** | | **5.00** |

---

[1] The information provided herein is based on a review of bank statements from Navy Federal Credit union and the Debtor's personal knowledge as the sole owner and manager of the Controlled Non-Debtor Entities

Official Form 426    Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability    page **4**

Debtor Name: Maria D. Reddick     Case number: 24-00393

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 2 of 3

Statement Period
10/01/24 - 10/31/24

Access No. 9984559

**Statement of Account**
For BEBE REALTY CMC LLC

**Business Checking - 7152547241**   (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-23 | Bank Wire Deposit | 8,000.00 | 13,000.02 |
| 10-23 | Bank Wire Deposit | 8,341.00 | 21,341.02 |
| 10-23 | Transfer To Checking Maria D Reddick | 3,000.00- | 18,341.02 |
| 10-31 | Dividend | 0.08 | 18,341.10 |
| 10-31 | **Ending Balance** | | **18,341.10** |

Average Daily Balance - Current Cycle: $8,873.21

**Savings**
**Mbr Business Savings - 3072735420**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-01 | Beginning Balance | | 5.00 |
| | No Transactions This Period | | |
| 10-31 | **Ending Balance** | | **5.00** |

---

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Page 2 of 3

Statement Period
09/01/24 - 09/30/24

Access No. 9984559

**Statement of Account**
For BEBE REALTY CMC LLC

**Business Checking - 7152547241**   (Continued from previous page)

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-03 | Deposit - ACH Paid From Trustfunds Acctverify 090324 | 0.18 | 0.18 |
| 09-03 | Deposit - ACH Paid From Trustfunds Acctverify 090324 | 0.48 | 0.66 |
| 09-03 | Transfer From Checking Maria D Reddick | 100.00 | 100.66 |
| 09-03 | Paid To - Trustfunds Acctverify Chk 6311214 | 0.18- | 100.48 |
| 09-03 | Paid To - Trustfunds Acctverify Chk 6311214 | 0.48- | 100.00 |
| 09-16 | eDeposit-Scan/Mobile 000000198732653 | 5,000.00 | 5,100.00 |
| 09-25 | Transfer To Shares Maria D Reddick | 100.00- | 5,000.00 |
| 09-30 | Dividend | 0.02 | 5,000.02 |
| 09-30 | **Ending Balance** | | **5,000.02** |

Average Daily Balance - Current Cycle: $2,573.33

**Items Paid**

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 09-03 | ACH | 0.18 | 09-03 | ACH | 0.48 |

**Savings**
**Mbr Business Savings - 3072735420**

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-01 | Beginning Balance | | 5.00 |
| | No Transactions This Period | | |
| 09-30 | **Ending Balance** | | **5.00** |

Debtor Name  Maria D. Reddick                          Case number  24-00393

**Exhibit A-2: Statement of Income (*Loss*) for BeBe Realty Sales and Consulting, BeBe Realty CMC, and BeBe, LLC.**

The Debtor does not maintain statements of income (loss) for BeBe Realty Sales and Consulting, BeBe Realty CMC, and BeBe, LLC. These entities These entities do not generate such financial reports as part of their operations. Consequently, the Debtor is unable to provide statements of income (loss).[2]

---

[2] This information is based on the Debtor's personal knowledge as the sole owner and manager of these entities.

Official Form 426        Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability        page **6**

Debtor Name  **Maria D. Reddick**　　　　　　　　　　　　　Case number  24-00393

### Exhibit A-3: Statement of Cash Flows for BeBe Realty Sales and Consulting, BeBe Realty CMC, and BeBe LLC

The Debtor does not maintain statement of cash flows for BeBe Realty Sales and Consulting, BeBe Realty CMC, and BeBe LLC. These entities do not generate formal financial statements, including statement of cash flows, as part of their operational practices. As a result, the Debtor is unable to provide statements of cash flows as requested.[3]

---

[3] This information is based on the Debtor's personal knowledge as the sole owner and manager of these entities.

Debtor Name  Maria D. Reddick                              Case number 24-00393

| | **Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for BeBe Realty Sales and Consulting, BeBe Realty CMC, and BeBe LLC.** |
|---|---|

The Debtor respectfully submits that there have been no changes in shareholders' or partners' equity (deficit) for the entities under her ownership since their inception. As such, no formal statement of changes in shareholders' or partners' equity (deficit) have been prepared or are available for the relevant reporting periods.[4]

---

[4] This information is based on the Debtor's personal knowledge as the sole owner and manager of these entities.

Official Form 426         Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability         page **8**

Debtor Name __Maria D. Reddick_____     Case number __24-00393_____

### Exhibit B: Description of Operations for BeBe Realty Sales and Consulting, BeBe Realty CMC, and BeBe LLC

The Debtor, Maria D. Reddick, holds a 100% ownership interest in three Controlled Non-Debtor Entities: BeBe Realty Sales and Consulting, BeBe Realty CMC, and BeBe LLC.

BeBe Realty Sales and Consulting facilitates the transfer of leasing of real property. The entity's operations are intended to focus on providing real estate services, including transactional support and consulting related to property leasing and transfer.[5]

BeBe Realty CMC is engaged in construction management and consulting. Its operations center on project oversight, consulting, and management services for construction projects.[6]

BeBe LLC is a trucking and transportation company. Although formed, this entity is not yet operational. Its intended business activities will involve providing transportation and logistics services.[7]

---

[5] This information is based on the Debtor's personal knowledge as the sole owner of BeBe Realty Sales and Consulting.
[6] This information is based on the Debtor's personal knowledge as the sole owner of BeBe Realty CMC, LLC.
[7] This information is based on the Debtor's personal knowledge as the sole owner of BeBe, LLC.

Official Form 426      Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability      page

Debtor Name  Maria D. Reddick                                    Case number  24-00393

### Exhibit C: Description of Intercompany Claims

The Debtor certifies that non intercompany claims exist between BeBe Realty Sales and Consulting, BeBe Realty CMC, and BeBe LLC. [8]

---

[8] This information is based on the Debtor's personal knowledge as the sole owner and manager of these entities.

Official Form 426           Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability           page

Debtor Name  Maria D. Reddick          Case number 24-00393

### Exhibit D: Allocation of Tax Liabilities and Assets

The Controlled Non-Debtor Entities under the Debtor's ownership do not allocate income, losses, tax payments, tax refunds, or other tax attributes between or among themselves. Each entity operates independently with respect to its tax obligations, and no tax sharing or tax allocation agreement exists between the entities.[9]

---

[9] The information provided herein is based on the Debtor's personal knowledge as the sole owner and manager of the Controlled Non-Debtor Entities.

Debtor Name  Maria D. Reddick        Case number  24-00393

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

The Controlled Non-Debtor Entities under the Debtor's ownership have not made any payments, incurred any obligations, or purchased any claims in connection with claims, administrative expenses, or professional fees that have been or could be asserted against the Debtor.[10]

---

[10] This information is based on the Debtor's personal knowledge as the sole owner and manager of the Controlled Non-Debtor Entities.

Official Form 426        Periodic Report About Controlled Non-Debtor Entity's Value, Operations, and Profitability        page **12**