IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00393 |
| | ) | (Chapter 11) |
| MARIA D. REDDICK. | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**REPORT PURSUANT TO 11 U.S.C. § 1188**

Comes now Maria D. Reddick (the "Debtor" or "Ms. Reddick"), by and through undersigned proposed counsel, pursuant to Section 1188 of Title 11 of the United States Code, and reports as follows:

**I.      Introduction**

In the complex world of real estate and property management, financial restructuring and strategic property renovations require not only precision and foresight but also the resilience and vision of an entrepreneur. For Ms. Reddick, a dedicated professional and entrepreneur, this case represents more than a financial challenge: it embodies her unwavering commitment to preserving and enhancing the investment property that she considers a symbol of her hard-earned success.

The property at the heart of this case, 2012 14th Street NW, Washington, D.C., is not merely a physical structure; it is a cornerstone of the Debtor's long-term financial strategy and a vital part of her entrepreneurial pursuits. By drawing upon funds from her wholly owned LLC and implementing necessary renovations, the Debtor is poised to transform the property into a thriving and profitable venture. Her plan to be filed in this case will reflect her tenacity, business acumen, and commitment to responsible financial management, as well as her resolve to meet her obligations and create a sustainable revenue stream that supports her continued success.

**II.      Reorganizational Efforts**

The Debtor's approach to this case represents a thoughtful and results-driven strategy designed to achieve a fair and sustainable outcome for all parties. At its core, the plan will address the mortgage default on the investment property located at 2012 14th Street NW, Washington, D.C., with a focus on revitalizing the property and restoring financial viability. The Debtor's reorganization efforts reflect a clear commitment to maximizing value and responsibly fulfilling obligations.

The mortgage on the property appears to total $881,178.96 and represents the central challenge in this case. Recognizing this, the Debtor has designed a comprehensive approach to generate rental income while maintaining manageable debt service. To facilitate this, the Debtor plans to either (i) file a motion for approval to borrow funds or (ii) document a distribution from her wholly owned LLC. This deliberate use of internal resources demonstrates her financial prudence and dedication to minimizing reliance on external debt while ensuring the funds needed for essential renovations are secured.

The basement unit currently houses a long-term tenant who has fallen behind on rent payments. Rather than allowing this to become an insurmountable issue, the Debtor has identified an innovative solution: the tenant has offered to perform necessary renovations on the main floor in exchange for partial rent forgiveness. This arrangement has the potential to reduce renovation costs while ensuring timely completion of key repairs needed to make the main floor rentable and generate new revenue.

Restructuring the mortgage will be another cornerstone of the plan in this case. Since the property is not the Debtor's principal residence, the plan will propose reducing the mortgage obligations to the property's fair market value and implementing a 15-year repayment schedule, likely against a 30 year amortization schedule. This structure acknowledges the investment nature

of the property and aims to create realistic monthly payments that support the Debtor's long-term financial recovery.

The plan will be comprehensive, targeting structural repairs, modernization of features, and overall improvements to enhance the property's market appear. The estimated timeline for these renovations is two to three months. By dedicating funds from the LLC exclusively for renovation-related expenses, including labor and materials, the Debtor is ensuring that the upgrades are completed efficiently and to a high standard.

Upon completion of the renovations, the Debtor's goal is to lease the main floor to reliable, long-term tenants, thereby generating sufficient rental income to cover essential operating expenses such as maintenance, insurance, taxes, utilities, and debt service. This rental strategy complements the income from the basement unit and further strengthens the property's role as a sustainable source of revenue. This is core to the Debtor's commitment to preserving the property and meeting her obligations to creditors.

The Debtor's plan in this case will be a testament to her proactive and solution-oriented approach. By leveraging her resources, seeking appropriate relief and focusing on sustainable rental income, she has positioned herself to successfully navigate

*[Signature on Following Page]*

|  |  | Respectfully Submitted, |
|---|---|---|
| Dated: January 6, 2025 | By: | /s/ Christianna Cathcart |
|  |  | Christianna A. Cathcart, Esq. |
|  |  | The Belmont Firm |
|  |  | 1050 Connecticut Avenue, NW |
|  |  | Suite 500 |
|  |  | Washington, DC 20036 |
|  |  | Phone: (202) 655-2066 |
|  |  | christianna@dcbankruptcy.com |
|  |  | *Counsel for the Debtor* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 6th day of January 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart