Christianna A. Cathcart, Esq.
Bar No. ND10095
The Belmont Firm
1050 Connecticut Avenue
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel to the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00393 |
| | ) | (Chapter 11) |
| MARIA D. REDDICK | ) | |
| | ) | |
| Debtor. | ) | |

**NOTICE OF MOTION TO RETAIN EXISTING BANK ACCOUNT**

NOTICE IS HEREBY GIVEN that Maria D. Reddick ("Ms. Reddick" or the "Debtor") has filed a motion to retain existing bank accounts.

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE JANUARY 22, 2025, you must file and serve a written objection to the Motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the Motion has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for January 29, 2025 at 10:00 AM. The hearing will be held in a hybrid format, in Courtroom 1 at the foregoing address and via Zoom

1

video conferencing. For meeting code, contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

                                                                                 Respectfully submitted,

Dated: January 8, 2025          By:    /s/ Christianna A. Cathcart
                                                                              Christianna A. Cathcart, Esq.
                                                                              Bar No. ND10095
                                                                              The Belmont Firm
                                                                              1050 Connecticut Avenue
                                                                              Suite 500
                                                                              Washington, DC 20036
                                                                              Phone: (202) 655-2066
                                                                              christianna@dcbankruptcy.com
                                                                              *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of January 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

                                                                              /s/ Christianna A. Cathcart
                                                                              Christianna A. Cathcart