# Navy Federal Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement of Account

**Statement Period**
11/21/24 - 12/20/24

Access No. 9960862

#BWNLLSV
#000000P9Y6PXV2A1#000DME00F
MARIA D REDDICK
3910 GEORGIA AVE NW APT 619
WASHINGTON DC 20011-5894

Routing Number: 2560-7497-4

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your digital statements via Mobile or Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** 7089643873 | $294.43 | $5,688.90 | $6,133.34 | $150.01- | $0.08 |
| 7105781574 | $0.00 | $2,496.59 | $1,496.59 | $1,000.00 | $0.07 |
| 7123358686 | $316.52 | $1,543.01 | $1,269.05 | $590.48 | $0.29 |
| **Membership Savings** 3072403409 | $18,415.25 | $2,503.41 | $3,494.49 | $17,424.17 | $48.01 |
| **Money Market Savings** 3142407927 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | $19,026.20 | $12,231.91 | $12,393.47 | $18,864.64 | $48.45 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

MARIA D REDDICK
9960862

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE    ▶    ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 7089643873 | Checking | |
| 7105781574 | Checking | |
| 7123358686 | Checking | |
| 3072403409 | Savings | |
| 3142407927 | MMSA | |
| | TOTAL | |



4057089643873710578157471233586863072403409314240792730



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/21/24 - 12/20/24

Access No. 9960862

**Statement of Account**
For MARIA D REDDICK

# Checking

## EveryDay Checking - 7089643873

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-21 | Beginning Balance | | 294.43 |
| 11-21 | Paid To Taha Zafar | 200.00- | 94.43 |
| 11-22 | Transfer From Shares | 100.00 | 194.43 |
| 11-22 | POS Debit- Debit Card 3023 11-21-24 Claudias Hair Salo Silver Spring MD | 70.00- | 124.43 |
| 11-22 | Paid To - Paypal Inst Xfer Chk 9100001 | 2.75- | 121.68 |
| 11-25 | Deposit - ACH Paid From District Of Colu Dir Dep 01Afd4 | 2,745.98 | 2,867.66 |
| 11-25 | POS Debit- Debit Card 3023 11-23-24 Zelle*veronica Da Visa Direct AZ | 30.00- | 2,837.66 |
| 11-25 | Paid To - Paypal Inst Xfer Chk 2100002 | 5.00- | 2,832.66 |
| 11-25 | Paid To - Paypal Inst Xfer Chk 9100001 | 10.59- | 2,822.07 |
| 11-26 | Transfer From Shares | 291.08 | 3,113.15 |
| 11-26 | POS Debit- Debit Card 3023 11-25-24 Weis Markets 279 Prince Freder MD | 22.52- | 3,090.63 |
| 11-26 | POS Debit- Debit Card 3023 11-25-24 Netflix.Com Netflix.Com CA | 24.37- | 3,066.26 |
| 11-26 | Paid To - Paypal Inst Xfer Chk 9100001 | 0.80- | 3,065.46 |
| 11-26 | Paid To - Paypal Inst Xfer Chk 9100001 | 2.12- | 3,063.34 |
| 11-26 | Paid To - Paypal Inst Xfer Chk 2100002 | 19.20- | 3,044.14 |
| 11-26 | Paid To - Paypal Inst Xfer Chk 9100001 | 27.88- | 3,016.26 |
| 11-27 | POS Debit- Debit Card 3023 11-25-24 Office Depot #2535 Prince Freder MD | 25.66- | 2,990.60 |
| 11-27 | POS Debit- Debit Card 3023 11-26-24 Intuit *turbotax Cl.Intuit.Com CA | 74.20- | 2,916.40 |
| 11-27 | POS Debit- Debit Card 3023 11-26-24 Intuit *turbotax Cl.Intuit.Com CA | 84.80- | 2,831.60 |
| 11-29 | POS Debit- Debit Card 3023 11-28-24 Giant 0361 Upper Marlbor MD | 9.77- | 2,821.83 |
| 11-29 | POS Debit - Debit Card 3023 Transaction 11-28-24 Shell Service Station Owings MD | 42.56- | 2,779.27 |
| 11-29 | POS Debit - Debit Card 3023 Transaction 11-28-24 Shell Service Station Owings MD | 42.92- | 2,736.35 |
| 11-29 | POS Debit- Debit Card 3023 11-28-24 Safeway.Com#1129 877-505-4040 MD | 58.82- | 2,677.53 |
| 11-29 | POS Debit- Debit Card 3023 11-27-24 Intuit *turbotax Cl.Intuit.Com CA | 169.60- | 2,507.93 |
| 11-29 | Dividend | 0.01 | 2,507.94 |
| 12-02 | POS Credit Adjustment 3023 Transaction 11-30-24 The Home Depot #25 | 1.47 | 2,509.41 |

### CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| | | | | |

| ADDRESS (NO. STREET) | | | | |
|---|---|---|---|---|
| | | | | |

| CITY | STATE | ZIP CODE | |
|---|---|---|---|
| | | | |

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|---|---|---|
| - - | ( ) | ( ) |



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/21/24 - 12/20/24

Access No. 9960862

**Statement of Account**
For MARIA D REDDICK

## EveryDay Checking - 7089643873                                     (Continued from previous page)

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---:|---:|
| 12-02 | POS Credit Adjustment 3023 Transaction 11-30-24 The Home Depot #25 | 3.18 | 2,512.59 |
| 12-02 | Transfer From Checking Lorenzo V Reddick Jr | 1,000.00 | 3,512.59 |
| 12-02 | POS Debit- Debit Card 3023 11-28-24 Safeway 2737 Washington DC | 2.99- | 3,509.60 |
| 12-02 | POS Debit- Debit Card 3023 11-29-24 Walmart.Com 800-925-6278 AR | 4.00- | 3,505.60 |
| 12-02 | POS Debit- Debit Card 3023 11-30-24 Dollartree Upper Marlbor MD | 10.60- | 3,495.00 |
| 12-02 | POS Debit- Debit Card 3023 11-29-24 The Home Depot #25 Oxon Hill MD | 52.57- | 3,442.43 |
| 12-02 | POS Debit- Debit Card 3023 12-02-24 Amazon Mktpl*zl9Uk Amzn.Com/Bill WA | 108.56- | 3,333.87 |
| 12-02 | POS Debit- Debit Card 3023 11-29-24 Walmart.Com 800-925-6278 AR | 132.25- | 3,201.62 |
| 12-02 | POS Debit- Debit Card 3023 12-01-24 Walmart.Com 800-925-6278 AR | 472.01- | 2,729.61 |
| 12-02 | POS Debit- Debit Card 3023 12-01-24 Venmo *peter Flec Visa Direct Ny | 1,100.00- | 1,629.61 |
| 12-02 | Transfer To Shares | 1,000.00- | 629.61 |
| 12-02 | Paid To - Paypal Inst Xfer Chk 9100001 | 2.19- | 627.42 |
| 12-02 | Paid To - Paypal Inst Xfer Chk 9100001 | 2.50- | 624.92 |
| 12-02 | Paid To - Paypal Inst Xfer Chk 9100001 | 38.16- | 586.76 |
| 12-02 | Paid To - Verizon Wireless Payments Chk 2100002 | 250.40- | 336.36 |
| 12-03 | Paid To - Paypal Inst Xfer Chk 9100001 | 21.19- | 315.17 |
| 12-03 | Paid To - Travelers Per Insur Chk 2100002 | 27.51- | 287.66 |
| 12-03 | Paid To - Capital One Transfer Chk 6500009 | 50.00- | 237.66 |
| 12-04 | POS Debit- Debit Card 3023 12-03-24 Laundryroomxpress. Httpswww.Laun CA | 117.81- | 119.85 |
| 12-04 | Paid To - Venmo Payment Chk 9100001 | 1.37- | 118.48 |
| 12-05 | POS Debit- Debit Card 3023 12-04-24 Amazon Mktpl*zl0Hp Amzn.Com/Bill WA | 16.96- | 101.52 |
| 12-06 | POS Debit - Debit Card 3023 Transaction 12-05-24 Aldi 71036 Camp Springs MD | 50.97- | 50.55 |
| 12-06 | Paid To - Paypal Inst Xfer Chk 9100001 | 1.05- | 49.50 |
| 12-09 | Deposit - ACH Paid From District Of Colu Dir Dep 01Afd4 | 1,441.28 | 1,490.78 |
| 12-09 | Transfer From Checking | 100.00 | 1,590.78 |
| 12-09 | POS Debit- Debit Card 3023 12-08-24 CVS/Pharmacy #1060 Chesapeake Be MD | 3.88- | 1,586.90 |
| 12-09 | POS Debit - Debit Card 3023 Transaction 12-07-24 Giant 0361 5700 SE Cra Upper Marlbor | 7.45- | 1,579.45 |
| 12-09 | POS Debit - Debit Card 3023 Transaction 12-07-24 Giant 0361 5700 SE Cra Upper Marlbor | 23.68- | 1,555.77 |
| 12-09 | POS Debit- Debit Card 3023 12-06-24 Domino's 6061 703-785-5571 MD | 44.05- | 1,511.72 |
| 12-09 | Paid To - Venmo Payment Chk 9100001 | 0.53- | 1,511.19 |
| 12-09 | Paid To - Venmo Payment Chk 9100001 | 1.58- | 1,509.61 |
| 12-09 | Paid To Smallpdf Ag | 12.00- | 1,497.61 |
| 12-10 | Transfer From Shares Maria D Reddick | 2.95 | 1,500.56 |
| 12-10 | Transfer From Shares Maria D Reddick | 2.95 | 1,503.51 |
| 12-10 | Transfer To Shares | 2.93- | 1,500.58 |
| 12-10 | Transfer To Shares Maria D Reddick | 2.95- | 1,497.63 |
| 12-10 | Transfer To Shares | 5.86- | 1,491.77 |
| 12-10 | Transfer To Shares | 11.72- | 1,480.05 |
| 12-10 | Transfer To Shares Maria D Reddick | 1,476.10- | 3.95 |
| 12-10 | Paid To - Paypal Inst Xfer Chk 9100001 | 0.85- | 3.10 |
| 12-10 | Paid To - Paypal Inst Xfer Chk 9100001 | 1.05- | 2.05 |
| 12-10 | Paid To - Paypal Inst Xfer Chk 9100001 | 1.05- | 1.00 |



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/21/24 - 12/20/24

Access No. 9960862

**Statement of Account**
For MARIA D REDDICK

## EveryDay Checking - 7089643873       (Continued from previous page)

Joint Owner(s):   NONE

| Date  | Transaction Detail | Amount($) | Balance($) |
|-------|--------------------|-----------|------------|
| 12-11 | POS Debit- Debit Card 3023 12-09-24 Shell Oil 23652220 Owings MD | 35.01- | 34.01- |
| 12-12 | Returned Item Fee 9100001 | 29.00- | 63.01- |
| 12-12 | Returned Item Fee 9100001 | 29.00- | 92.01- |
| 12-13 | Returned Item Fee 9100001 | 29.00- | 121.01- |
| 12-13 | Returned Item Fee 1038893769 | 29.00- | 150.01- |
| **12-20** | **Ending Balance** | | **150.01-** |

*Average Daily Balance - Current Cycle: $686.66*
*Your account earned $0.01, with an annual percentage yield earned of 0.01%, for the dividend period from 11-01-2024 through 11-30-2024*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 11-21 | ACH | 200.00 | 11-26 | POS | 22.52 |
| 11-22 | ACH | 2.75 | 11-27 | POS | 25.66 |
| 11-25 | ACH | 5.00 | 11-27 | POS | 74.20 |
| 11-25 | ACH | 10.59 | 11-27 | POS | 84.80 |
| 11-26 | ACH | 0.80 | 11-29 | POS | 9.77 |
| 11-26 | ACH | 2.12 | 11-29 | POS | 42.56 |
| 11-26 | ACH | 19.20 | 11-29 | POS | 42.92 |
| 11-26 | ACH | 27.88 | 11-29 | POS | 58.82 |
| 12-02 | ACH | 2.19 | 11-29 | POS | 169.60 |
| 12-02 | ACH | 2.50 | 12-02 | POS | 1,100.00 |
| 12-02 | ACH | 38.16 | 12-02 | POS | 2.99 |
| 12-02 | ACH | 250.40 | 12-02 | POS | 4.00 |
| 12-03 | ACH | 21.19 | 12-02 | POS | 10.60 |
| 12-03 | ACH | 27.51 | 12-02 | POS | 52.57 |
| 12-03 | ACH | 50.00 | 12-02 | POS | 108.56 |
| 12-04 | ACH | 1.37 | 12-02 | POS | 132.25 |
| 12-06 | ACH | 1.05 | 12-02 | POS | 472.01 |
| 12-09 | ACH | 0.53 | 12-04 | POS | 117.81 |
| 12-09 | ACH | 1.58 | 12-05 | POS | 16.96 |
| 12-09 | ACH | 12.00 | 12-06 | POS | 50.97 |
| 12-10 | ACH | 0.85 | 12-09 | POS | 23.68 |
| 12-10 | ACH | 1.05 | 12-09 | POS | 44.05 |
| 12-10 | ACH | 1.05 | 12-09 | POS | 3.88 |
| 11-22 | POS | 70.00 | 12-09 | POS | 7.45 |
| 11-25 | POS | 30.00 | 12-11 | POS | 35.01 |
| 11-26 | POS | 24.37 | | | |

| Fee(s) | Total this period | Total year-to-date* |
|--------|-------------------|---------------------|
| Total Overdraft Fee(s) | $0.00 | $340.00 |
| Total Returned Item Fee(s) | $116.00 | $435.00 |

*As of the first statement period that begins in January of each year.*

## EveryDay Checking - 7105781574

Joint Owner(s):   NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 11-21 | Beginning Balance | | 0.00 |
| 12-10 | Transfer From Shares | 1,000.00 | 1,000.00 |
| 12-10 | Transfer From Shares | 1,496.59 | 2,496.59 |
| 12-10 | ACH Paid To Maria D Reddick | 1,496.59- | 1,000.00 |
| **12-20** | **Ending Balance** | | **1,000.00** |

*Average Daily Balance - Current Cycle: $366.66*

## EveryDay Checking - 7123358686

Joint Owner(s):   NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 11-21 | Beginning Balance | | 316.52 |



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/21/24 - 12/20/24

Access No. 9960862

**Statement of Account**
For MARIA D REDDICK

## EveryDay Checking - 7123358686 (Continued from previous page)

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-26 | Transfer From Shares | 600.00 | 916.52 |
| 11-26 | Transfer To Credit Card | 126.54- | 789.98 |
| 11-27 | Deposit - ACH Paid From Ssi Treas 310 Xxsupp Sec 01Afd9 | 943.00 | 1,732.98 |
| 11-29 | POS Debit- Debit Card 1050 11-28-24 Walmart.Com 800-925-6278 AR | 87.32- | 1,645.66 |
| 11-29 | Dividend | 0.01 | 1,645.67 |
| 12-03 | Paid To - Spectrum Spectrum Chk 2100002 | 51.30- | 1,594.37 |
| 12-03 | Paid To - Thevillageof-Cle Web Pmts Chk 11192468 | 800.00 | 794.37 |
| 12-06 | Paid To - Orlando Util Com Payments Chk 2100002 | 103.89- | 690.48 |
| 12-09 | Transfer To Checking | 100.00- | 590.48 |
| **12-20** | **Ending Balance** | | **590.48** |
| YTD Fed Tax Withheld | 0.05 | | |

*Average Daily Balance - Current Cycle: $798.71*
*Your account earned $0.01, with an annual percentage yield earned of 0.02%, for the dividend period from 11-01-2024 through 11-30-2024*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 12-03 | ACH | 51.30 | 12-06 | ACH | 103.89 |
| 12-03 | ACH | 800.00 | 11-29 | POS | 87.32 |

## Savings
### Membership Savings - 3072403409

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-21 | Beginning Balance | | 18,415.25 |
| 11-22 | Transfer To Checking | 100.00- | 18,315.25 |
| 11-26 | Transfer To Checking | 291.08- | 18,024.17 |
| 11-26 | Transfer To Checking | 600.00- | 17,424.17 |
| 11-29 | Federal Withholding | 0.92- | 17,423.25 |
| 11-29 | Dividend | 3.85 | 17,427.10 |
| 12-02 | Transfer From Checking | 1,000.00 | 18,427.10 |
| 12-10 | Transfer From Checking | 2.93 | 18,430.03 |
| 12-10 | Transfer From Chk/MMSA Maria D Reddick | 2.95 | 18,432.98 |
| 12-10 | Transfer From Checking | 5.86 | 18,438.84 |
| 12-10 | Transfer From Checking | 11.72 | 18,450.56 |
| 12-10 | Transfer From Chk/MMSA Maria D Reddick | 1,476.10 | 19,926.66 |
| 12-10 | Transfer To Checking Maria D Reddick | 2.95- | 19,923.71 |
| 12-10 | Transfer To Checking Maria D Reddick | 2.95- | 19,920.76 |
| 12-10 | Transfer To Checking | 1,000.00- | 18,920.76 |
| 12-10 | Transfer To Checking | 1,496.59- | 17,424.17 |
| **12-20** | **Ending Balance** | | **17,424.17** |
| YTD Fed Tax Withheld | 11.52 | | |

*Your account earned $3.85, with an annual percentage yield earned of 0.25%, for the dividend period from 11-01-2024 through 11-30-2024*



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
11/21/24 - 12/20/24

Access No. 9960862

**Statement of Account**
For MARIA D REDDICK

## Money Market Savings - 3142407927

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-21 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| 12-20 | Ending Balance | | 0.00 |

### Disclosure Information
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.
You may also contact us on the Web: navyfederal.org.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.