## **EXHIBIT B**

Prior to the filing of this case, the Debtor maintained three depository accounts, all held with Navy Federal Credit Union. These accounts consisted of two fiduciary accounts and one personal checking account, which has since been closed. The fiduciary accounts were established to hold funds in the Debtor's capacity as the guardian of her adult nephew and to manage the affairs of the Debtor's late father's estate. Both fiduciary accounts are insured by the National Credit Union Administration ("NCUA") and are in compliance with the requirements of 11 U.S.C. § 345(b).

Post-petition, the Debtor opened a depository account with Capital One with the intention of designating it as the debtor-in-possession ("DIP") account. However, the account could not be converted to a DIP account. It is anticipated that this account will receive the Debtor's forthcoming tax refund, at which point the account will be closed. This account is insured by the Federal Deposit Insurance Corporation ("FDIC") and complies with the requirements of 11 U.S.C. § 345(b).

The maintenance of these accounts ensures the security of estate funds while minimizing unnecessary disruption to the Debtor's financial operations. All accounts currently maintain balances below the federal insurance threshold of $250,000.00. In the event any account balances approach or exceed this threshold, the Debtor will promptly establish additional accounts to ensure compliance with federal regulations and to maintain adequate insurance coverage.

It is important to note that the summary of cash activities reported in this Monthly Operating Report excludes the two fiduciary accounts. These accounts are used exclusively for guardianship and estate purposes and are not part of the Debtor's personal financial activities.