## **Exhibit C**

### **EveryDay Checking - 7089643873**

| Date | Description | Amount |
|---|---|---|
| 11-22 | Transfer From Shares | 100.00 |
| 11-25 | Deposit - ACH Paid From District Of Colu Dir Dep 01Afd4 | 2,745.98 |
| 11-26 | Transfer From Shares | 291.08 |
| 11-29 | Dividend | 0.01 |

### **Savings - 3072403409**

| Date | Description | Amount |
|---|---|---|
| 11-29 | Dividend | 3.85 |