# EXHIBIT D

**EveryDay Checking - 7089643873**

| Date | Transaction Detail | Amount($) |
|---|---|---|
| 11-21 | Paid To Taha Zafar | **200.00-** |
| 11-22 | POS Debit- Debit Card 3023 11-21-24 Claudias Hair Salo Silver Spring MD | 70.00- |
| 11-22 | Paid To - Paypal Inst Xfer Chk 9100001 | 2.75- |
| 11-25 | POS Debit- Debit Card 3023 11-23-24 Zelle*veronica Da Visa Direct AZ | 30.00- |
| 11-25 | Paid To - Paypal Inst Xfer Chk 2100002 | 5.00- |
| 11-25 | Paid To - Paypal Inst Xfer Chk 9100001 | 10.59- |
| 11-26 | POS Debit- Debit Card 3023 11-25-24 Weis Markets 279 Prince Freder MD | 22.52- |
| 11-26 | POS Debit- Debit Card 3023 11-25-24 Netflix.Com Netflix.Com CA | 24.37- |
| 11-26 | Paid To - Paypal Inst Xfer Chk 9100001 | 0.80- |
| 11-26 | Paid To - Paypal Inst Xfer Chk 9100001 | 2.12- |
| 11-26 | Paid To - Paypal Inst Xfer Chk 2100002 | 19.20- |
| 11-26 | Paid To - Paypal Inst Xfer Chk 9100001 | 27.88- |
| 11-27 | POS Debit- Debit Card 3023 11-25-24 Office Depot #2535 Prince Freder MD | 25.66- |
| 11-27 | POS Debit- Debit Card 3023 11-26-24 Intuit *turbotax Cl.Intuit.Com CA | 74.20- |
| 11-27 | POS Debit- Debit Card 3023 11-26-24 Intuit *turbotax Cl.Intuit.Com CA | 84.80- |
| 11-29 | POS Debit- Debit Card 3023 11-28-24 Giant 0361 Upper Marlbor MD | 9.77- |
| 11-29 | POS Debit - Debit Card 3023 Transaction 11-28-24 Shell Service Station Owings MD | 42.56- |
| 11-29 | POS Debit - Debit Card 3023 Transaction 11-28-24 Shell Service Station Owings MD | 42.92- |
| 11-29 | POS Debit- Debit Card 3023 11-28-24 Safeway.Com#1129 877-505-4040 MD | 58.82- |
| 11-29 | POS Debit- Debit Card 3023 11-27-24 Intuit *turbotax Cl.Intuit.Com CA | 169.60- |

**Savings 3072403409**

| Date | Transaction Detail | Amount($) |
|---|---|---|
| 11-22 | Transfer To Checking | 100.00- |
| 11-26 | Transfer To Checking | 291.08- |
| 11-26 | Transfer To Checking | 600.00- |
| 11-29 | Federal Withholding | 0.92- |