

Maria Reddick
3910 Georgia Ave NW
Apt 619
Washington DC 20011

**Thanks for saving with Capital One 360®**

Here's your **December 2024** bank statement.

**STATEMENT PERIOD**
**Dec 1 - Dec 31, 2024**

# $50.00
TOTAL ENDING BALANCE IN ALL ACCOUNTS

## Account Summary

| ACCOUNT NAME | Dec 1 | Dec 31 |
|---|---|---|
| **360 Checking...8153** | $0.00 | **$50.00** |
| **360 Performance Savings...8313** | $0.00 | **$0.00** |
| **All Accounts** | $0.00 | **$50.00** |

## Cashflow Summary

+ **$0.00** INTEREST EARNED THIS PERIOD
− **$0.00** OVERDRAFT AND RETURN ITEM FEES THIS PERIOD
− **$0.00** FINANCE CHARGES THIS PERIOD

**360 Checking** - 36319148153

| 0.00% | $0.00 | 31 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

 capitalone.com    1-888-464-0727     P.O. Box 85123, Richmond, VA 23285    

**Maria Reddick** | **STATEMENT PERIOD**
**Dec 1 - Dec 31, 2024**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| **Dec 1** | **Opening Balance** | | | $0.00 |
| Dec 2 | Preauthorized Deposit from NAVY FEDERAL CREDIT UNION checking account XXXXXX3873 | Credit | **+ $50.00** | $50.00 |
| **Dec 31** | **Closing Balance** | | | $50.00 |

## Fees Summary

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Return Item Fees | $0.00 | $0.00 |

## 360 Performance Savings - 36319148313

| 0.00% | $0.00 | 31 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|---|---|---|---|---|
| **Dec 1** | **Opening Balance** | | | $0.00 |
| Dec 6 | Interest Rate Change from 3.832% to 3.735% | | | $0.00 |
| **Dec 31** | **Closing Balance** | | | $0.00 |

## Fees Summary

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| Total Fees | $0.00 | $0.00 |

 capitalone.com    1-888-464-0727   P.O. Box 85123, Richmond, VA 23285    MEMBER FDIC    EQUAL HOUSING LENDER

**Maria Reddick** | **STATEMENT PERIOD**
**Dec 1 - Dec 31, 2024**

## If anything in your statement looks incorrect, please let us know immediately.

In case of error or questions about your electronic transfers, we can be reached by telephone at 1-888-464-0727, or mail at P.O. Box 85123, Richmond, VA 23285. Or, log in to your account at capitalone.com and click on the transaction. If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, you must let us know within 60 days after we sent you the FIRST statement on which the error appeared.

**(1)** Tell us your name and account number.

**(2)** Describe the error or the transfer you are unsure about, and provide an explanation of why you believe it is an error or why you need more information.

**(3)** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

