## **Exhibit A**

The Debtor acknowledges that certain bills, specifically the mortgage payment and sublease rent, have not been paid on time following the petition date. This delay is not due to an unwillingness to meet her financial obligations but rather the result of unavoidable circumstances tied to her bankruptcy filing and the associated transition period. The Debtor is currently in the process of reorganizing her financial affairs to ensure compliance with bankruptcy requirements and to preserve the estate's assets for the benefit of creditors. As part of this process, the Debtor has prioritized critical expenses and administrative obligations required under the Bankruptcy Code. The Debtor remains committed to addressing all post-petition obligations and has acted in good faith throughout this process. She will continue to work diligently to resolve these outstanding amounts and ensure that future payments are made on time.