**Exhibit C**

| Account | Date | Detail | Amount |
|---|---|---|---|
| Everyday Checking - 3878 | 12-02 | POS Credit Adjustment | $1.47 |
| Everyday Checking - 3878 | 12-02 | POS Credit Adjustment | $3.18 |
| Everyday Checking - 3878 | 12-02 | Transfer From Checking | $1,000.00 |
| Everyday Checking - 3878 | 12-09 | Deposit – ACH Paid From D.C | $1,441.28 |
| Everyday Checking - 3878 | 12-09 | Transfer From Checking | $100 |
| Everyday Checking - 3878 | 12-10 | Transfer From Shares | $2.95 |
| Everyday Checking - 3878 | 12-10 | Transfer From Shares | $2.95 |
| Membership Savings - 3409 | 12-02 | Transfer From Checking | $1,000.00 |
| Membership Savings - 3409 | 12-10 | Transfer From Checking | $2.93 |
| Membership Savings - 3409 | 12-10 | Transfer From Chk/MMSA | $2.95 |
| Membership Savings - 3409 | 12-10 | Transfer From Checking | $5.86 |
| Membership Savings - 3409 | 12-10 | Transfer From Checking | $11.72 |
| Membership Savings - 3409 | 12-10 | Transfer From Chk/MMSA | $1,476.10 |
| TD Bank - 3136 | 12-11 | ACH Deposit | $1,496.59 |
| TD Bank - 3136 | 12-26 | Debit Card Credit | $95.00 |
| TD Bank - 3136 | 12-27 | ACH Deposit | $1325.90 |
| Capital One - 8153 | 12-02 | Deposit | $50.00 |