**Exhibit D**

| Account | Date | Detail | Amount |
|---|---|---|---|
| Everyday Checking - 3878 | 12-02 | POS Debit:Safeway | $2.99 |
| Everyday Checking - 3878 | 12-02 | POS Debit:Walmart | $4.00 |
| Everyday Checking - 3878 | 12-02 | POS Debit:Dollartree | $10.60 |
| Everyday Checking - 3878 | 12-02 | POS Debit: The Home Depot | $52.57 |
| Everyday Checking - 3878 | 12-02 | POS Debit: Amazon | $108.56 |
| Everyday Checking - 3878 | 12-02 | POS Debit: Walmart | $132.25 |
| Everyday Checking - 3878 | 12-02 | POS Debit: Walmart | $472.01 |
| Everyday Checking - 3878 | 12-02 | POS Debit: Venmo | $1,100.00 |
| Everyday Checking - 3878 | 12-02 | Transfer To Shares | $1,000.00 |
| Everyday Checking - 3878 | 12-02 | Paid to Paypal | $2.19 |
| Everyday Checking - 3878 | 12-02 | Paid to Paypal | $2.50 |
| Everyday Checking - 3878 | 12-02 | Paid to Paypal | $38.16 |
| Everyday Checking - 3878 | 12-02 | Paid to Verizon | $250.40 |
| Everyday Checking - 3878 | 12-03 | Paid to Paypal | $21.19 |
| Everyday Checking - 3878 | 12-03 | Paid to Travelers | $27.51 |
| Everyday Checking - 3878 | 12-03 | Paid to Capital One | $50.00 |
| Everyday Checking - 3878 | 12-04 | POS Debit: Laundryroom | $117.81 |
| Everyday Checking - 3878 | 12-04 | Paid to Venmo | $1.37 |
| Everyday Checking - 3878 | 12-05 | POS Debit: Amazon | $16.96 |
| Everyday Checking - 3878 | 12-06 | POS Debit: Aldi | $50.97 |
| Everyday Checking - 3878 | 12-06 | Paid to Paypal | $1.05 |
| Everyday Checking - 3878 | 12-09 | POS Debit: CVS | $3.88 |
| Everyday Checking - 3878 | 12-09 | POS Debit: Giant | $7.45 |
| Everyday Checking - 3878 | 12-09 | POS Debit: Giant | $23.68 |
| Everyday Checking - 3878 | 12-09 | POS Debit: Domino's | $44.05 |
| Everyday Checking - 3878 | 12-09 | Paid To Venmo | $0.53 |
| Everyday Checking - 3878 | 12-09 | Paid to Venmo | $1.58 |
| Everyday Checking - 3878 | 12-09 | Paid to Smallpdf | $12.00 |
| Everyday Checking - 3878 | 12-10 | Transfer to Shares | $2.93 |
| Everyday Checking - 3878 | 12-10 | Transfer to Shares | $2.95 |
| Everyday Checking - 3878 | 12-10 | Transfer to Shares | $5.86 |
| Everyday Checking - 3878 | 12-10 | Transfer to Shares | $11.72 |
| Everyday Checking - 3878 | 12-10 | Transfer to Shares | $1,476.10 |
| Everyday Checking - 3878 | 12-10 | Paid to Paypal | $0.85 |
| Everyday Checking - 3878 | 12-10 | Paid to Paypal | $1.05 |
| Everyday Checking - 3878 | 12-10 | Paid to Paypal | $1.05 |
| Everyday Checking - 3878 | 12-11 | POS Debit: Shell Oil | $35.01 |
| Everyday Checking - 3878 | 12-12 | Return Item Fee | $29.00 |
| Everyday Checking - 3878 | 12-12 | Return Item Fee | $29.00 |
| Everyday Checking - 3878 | 12-13 | Return Item Fee | $29.00 |
| Everyday Checking - 3878 | 12-13 | Return Item Fee | $29.00 |
| Membership Savings - 3409 | 12-10 | Transfer to Checking | $2.95 |
| Membership Savings - 3409 | 12-10 | Transfer to Checking | $2.95 |
| Membership Savings - 3409 | 12-10 | Transfer to Checking | $1,000.00 |
| Membership Savings - 3409 | 12-10 | Transfer to Checking | $1,496.59 |
| TD Bank - 3136 | 12-13 | Debit Card Purchase: EXXON | $25.14 |
| TD Bank - 3136 | 12-13 | Debit Card Purchase: EXXON | $40.34 |
| TD Bank - 3136 | 12-13 | DC Bankruptcy Court | $434.50 |

| TD Bank - 3136 | 12-16 | Debit Purchase Safeway | $71.46 |
|---|---|---|---|
| TD Bank - 3136 | 12-16 | Debit Purchase: Safeway | $2.33 |
| TD Bank - 3136 | 12-16 | Debit Purchase | $95.00 |
| TD Bank - 3136 | 12-16 | Payment: Paypal | $2.11 |
| TD Bank - 3136 | 12-17 | Debit Purchase: Walmart | $26.84 |
| TD Bank - 3136 | 12-18 | Debit Purchase: Safeway | $12.21 |
| TD Bank - 3136 | 12-19 | Debit Purchase: Allstate | $236.63 |
| TD Bank - 3136 | 12-19 | Debit Purchase: Giant | $51.08 |
| TD Bank - 3136 | 12-20 | Debit Purchase: Giant | $3.00 |
| TD Bank - 3136 | 12-20 | Debit Purchase: Walmart | $43.68 |
| TD Bank - 3136 | 12-23 | Debit Purchase: Macdonalds | $6.36 |
| TD Bank - 3136 | 12-23 | Debit Purchase: Paypal | $42.57 |
| TD Bank - 3136 | 12-23 | Debit Purchase: Amazon | $111.35 |
| TD Bank - 3136 | 12-23 | ACH IAT Debit | $114.35 |
| TD Bank - 3136 | 12-24 | Debit Purchase: AP | $36.00 |
| TD Bank - 3136 | 12-24 | Electronic Payment | $77.74 |
| TD Bank - 3136 | 12-26 | Debit Purchase: AP | $49.90 |
| TD Bank - 3136 | 12-26 | Electronic Payment | $10.59 |
| TD Bank - 3136 | 12-27 | Debit Purchase: Shell | $41.86 |
| TD Bank - 3136 | 12-30 | Debit Purchase: Netflix | $24.37 |
| TD Bank - 3136 | 12-30 | Debit Purchase: Stream | $79.99 |
| TD Bank - 3136 | 12-30 | Electronic Payment | $2.50 |
| TD Bank - 3136 | 12-31 | Debit Purchase: Domino | $30.29 |
| TD Bank - 3136 | 12-31 | Electronic Payment | $17.00 |
| TD Bank - 3136 | 12-31 | Electronic Payment | $17.00 |