**Exhibit E**

The following is a list of all debts incurred by the Debtor since the filing of the bankruptcy case that have not been paid:

| Creditor | Amount ($) | Purpose of the Debt |
| --- | --- | --- |
| 3Tree Flats | $1,700.00 | Office Rent: 3910 GA Ave NW #619, Washington, DC 20011 |
| PHH | $2,805367 | Mortgage Payment – 4012 14th St NW |

Total Unpaid Debt: $4,505.67

This list reflects the debts incurred post-petition that remain unpaid as of this date.