The order below is hereby signed.

Signed: February 11 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-393-ELG |
| | ) | (Chapter 11) |
| MARIA DENISE REDDICK | ) | |
| | ) | |
| Debtor. | ) | |

**<u>ORDER WITHDRAWING MOTION TO RETAIN EXISTING BANK ACCOUNT</u>**

Upon the consent of Maria Denise Reddick ("Ms. Reddick" or the "Debtor") and the United States Trustee (the "US Trustee"), as indicated by their endorsements hereupon, and in the interests of judicial efficiency, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that Ms. Reddick's Motion to Retain Existing Bank Account, DE #38, be, and hereby is, WITHDRAWN.

1

I ask for this:

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*


Seen and Agreed:

/s/ Kristen S. Eustis (signed w/ express permission)
Kristen S. Eustis, Esq.
Bar No. MD28984
Office of the United States Trustee
1725 Duke Street
Suite 650
Alexandria, VA 22314
Phone: (703) 557-7227
Kristen.S.Eustis@usdoj.gov
*Counsel for the United States Trustee*