|  | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $350.00 | $700.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $3,063.11 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **Total Debits** | $9,215.42 | $9,215.42 | $9,215.42 | $9,215.42 | $12,278.53 |
| | | | | | |
| **Beginning Balance** | $22,000.00 | $18,433.76 | $14,867.52 | $11,301.28 | $7,735.04 |
| **Ending Balance** | $18,433.76 | $14,867.52 | $11,301.28 | $7,735.04 | $1,105.69 |

|  | Month 10 | Month 11 | Month 12 | Month 13 | Month 14 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $11,649.18 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $0.00 | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 |
| **Class 2** | $0.00 | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 |
| | | | | | |
| **Total Debits** | $9,215.42 | $13,292.73 | $13,292.73 | $13,292.73 | $13,292.73 |
| | | | | | |
| **Beginning Balance** | $1,105.69 | $3,539.45 | $5,379.24 | $7,219.03 | $9,058.82 |
| **Ending Balance** | $3,539.45 | $5,379.24 | $7,219.03 | $9,058.82 | $10,898.61 |

|  | Month 15 | Month 16 | Month 17 | Month 18 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $3,063.11 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 |
| **Class 2** | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 |
| | | | | |
| **Total Debits** | $16,355.84 | $13,292.73 | $13,292.73 | $13,292.73 |
| | | | | |
| **Beginning Balance** | $10,898.61 | $9,675.29 | $11,515.08 | $13,354.87 |
| **Ending Balance** | $9,675.29 | $11,515.08 | $13,354.87 | $15,194.66 |

|  | Month 19 | Month 20 | Month 21 | Month 22 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $3,063.11 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 |
| **Class 2** | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 |
| | | | | |
| **Total Debits** | $13,292.73 | $13,292.73 | $16,355.84 | $13,292.73 |
| | | | | |
| **Beginning Balance** | $15,194.66 | $17,034.45 | $18,874.24 | $17,650.92 |
| **Ending Balance** | $17,034.45 | $18,874.24 | $17,650.92 | $19,490.71 |

|  | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $3,063.11 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 |
| **Class 2** | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 |
| | | | | | |
| **Total Debits** | $13,292.73 | $13,292.73 | $13,292.73 | $13,292.73 | $16,355.84 |
| | | | | | |
| **Beginning Balance** | $19,490.71 | $21,330.50 | $23,170.29 | $25,010.08 | $26,849.87 |
| **Ending Balance** | $21,330.50 | $23,170.29 | $25,010.08 | $26,849.87 | $25,626.55 |

|  | Month 28 | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 |
|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | | |
| **DISTRBUTIONS** | | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,063.11 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 |
| **Class 2** | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 |
| | | | | | | |
| **Total Debits** | $13,292.73 | $13,292.73 | $13,292.73 | $13,292.73 | $13,292.73 | $16,355.84 |
| | | | | | | |
| **Beginning Balance** | $25,626.55 | $27,466.34 | $29,306.13 | $31,145.92 | $32,985.71 | $34,825.50 |
| **Ending Balance** | $27,466.34 | $29,306.13 | $31,145.92 | $32,985.71 | $34,825.50 | $33,602.18 |

|  | Month 34 | Month 35 | Month 36 | Month 37 | Month 38 | Month 39 |
|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | | |
| **DISTRBUTIONS** | | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,063.11 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 |
| **Class 2** | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 |
| | | | | | | |
| **Total Debits** | $13,292.73 | $13,292.73 | $13,292.73 | $13,292.73 | $13,292.73 | $16,355.84 |
| | | | | | | |
| **Beginning Balance** | $33,602.18 | $35,441.97 | $37,281.76 | $39,121.55 | $40,961.34 | $42,801.13 |
| **Ending Balance** | $35,441.97 | $37,281.76 | $39,121.55 | $40,961.34 | $42,801.13 | $41,577.81 |

|  | Month 40 | Month 41 | Month 42 | Month 43 | Month 44 | Month 45 |
|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | | |
| **DISTRBUTIONS** | | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,063.11 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 |
| **Class 2** | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 |
| | | | | | | |
| **Total Debits** | $13,292.73 | $13,292.73 | $13,292.73 | $13,292.73 | $13,292.73 | $16,355.84 |
| | | | | | | |
| **Beginning Balance** | $41,577.81 | $43,417.60 | $45,257.39 | $47,097.18 | $48,936.97 | $50,776.76 |
| **Ending Balance** | $43,417.60 | $45,257.39 | $47,097.18 | $48,936.97 | $50,776.76 | $49,553.44 |

|  | Month 46 | Month 47 | Month 48 | Month 49 | Month 50 | Month 51 |
|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | | |
| **DISTRBUTIONS** | | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,063.11 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 |
| **Class 2** | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 |
| | | | | | | |
| **Total Debits** | $13,292.73 | $13,292.73 | $13,292.73 | $13,292.73 | $13,292.73 | $16,355.84 |
| | | | | | | |
| **Beginning Balance** | $49,553.44 | $51,393.23 | $53,233.02 | $55,072.81 | $56,912.60 | $58,752.39 |
| **Ending Balance** | $51,393.23 | $53,233.02 | $55,072.81 | $56,912.60 | $58,752.39 | $57,529.07 |

|  | Month 52 | Month 53 | Month 54 | Month 55 | Month 56 | Month 57 |
|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | | |
| **DISTRBUTIONS** | | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,063.11 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 | $2,873.61 |
| **Class 2** | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 | $1,203.70 |
| | | | | | | |
| **Total Debits** | $13,292.73 | $13,292.73 | $13,292.73 | $13,292.73 | $13,292.73 | $16,355.84 |
| | | | | | | |
| **Beginning Balance** | $57,529.07 | $59,368.86 | $61,208.65 | $63,048.44 | $64,888.23 | $66,728.02 |
| **Ending Balance** | $59,368.86 | $61,208.65 | $63,048.44 | $64,888.23 | $66,728.02 | $65,504.70 |

|  | Month 58 | Month 59 | Month 60 |
|---|---|---|---|
| **REVENUE** |  |  |  |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 |
|  |  |  |  |
| **DISTRBUTIONS** |  |  |  |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,873.61 | $2,873.61 | $2,873.61 |
| **Class 2** | $1,203.70 | $1,203.70 | $1,203.70 |
|  |  |  |  |
| **Total Debits** | $13,292.73 | $13,292.73 | $13,292.73 |
|  |  |  |  |
| **Beginning Balance** | $65,504.70 | $67,344.49 | $69,184.28 |
| **Ending Balance** | $67,344.49 | $69,184.28 | $71,024.07 |