| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| November-24 | $650,000.00 | $0.00 | -$1,828.13 | $1,828.13 | $651,828.13 |
| December-24 | $651,828.13 | $0.00 | -$1,833.27 | $1,833.27 | $653,661.40 |
| January-25 | $653,661.40 | $0.00 | -$1,838.42 | $1,838.42 | $655,499.82 |
| February-25 | $655,499.82 | $0.00 | -$1,843.59 | $1,843.59 | $657,343.41 |
| March-25 | $657,343.41 | $0.00 | -$1,848.78 | $1,848.78 | $659,192.19 |
| April-25 | $659,192.19 | $0.00 | -$1,853.98 | $1,853.98 | $661,046.17 |
| May-25 | $661,046.17 | $0.00 | -$1,859.19 | $1,859.19 | $662,905.36 |
| June-25 | $662,905.36 | $0.00 | -$1,864.42 | $1,864.42 | $664,769.78 |
| July-25 | $664,769.78 | $0.00 | -$1,869.67 | $1,869.67 | $666,639.45 |
| August-25 | $666,639.45 | $0.00 | -$1,874.92 | $1,874.92 | $668,514.37 |
| September-25 | $668,514.37 | $0.00 | -$1,880.20 | $1,880.20 | $670,394.57 |
| October-25 | $670,394.57 | $0.00 | -$1,885.48 | $1,885.48 | $672,280.05 |
| November-25 | $672,280.05 | $2,873.61 | $982.82 | $1,890.79 | $671,297.23 |
| December-25 | $671,297.23 | $2,873.61 | $985.59 | $1,888.02 | $670,311.64 |
| January-26 | $670,311.64 | $2,873.61 | $988.36 | $1,885.25 | $669,323.28 |
| February-26 | $669,323.28 | $2,873.61 | $991.14 | $1,882.47 | $668,332.14 |
| March-26 | $668,332.14 | $2,873.61 | $993.93 | $1,879.68 | $667,338.21 |
| April-26 | $667,338.21 | $2,873.61 | $996.72 | $1,876.89 | $666,341.49 |
| May-26 | $666,341.49 | $2,873.61 | $999.52 | $1,874.09 | $665,341.97 |
| June-26 | $665,341.97 | $2,873.61 | $1,002.34 | $1,871.27 | $664,339.63 |
| July-26 | $664,339.63 | $2,873.61 | $1,005.15 | $1,868.46 | $663,334.48 |
| August-26 | $663,334.48 | $2,873.61 | $1,007.98 | $1,865.63 | $662,326.50 |
| September-26 | $662,326.50 | $2,873.61 | $1,010.82 | $1,862.79 | $661,315.68 |
| October-26 | $661,315.68 | $2,873.61 | $1,013.66 | $1,859.95 | $660,302.02 |
| November-26 | $660,302.02 | $2,873.61 | $1,016.51 | $1,857.10 | $659,285.51 |
| December-26 | $659,285.51 | $2,873.61 | $1,019.37 | $1,854.24 | $658,266.14 |
| January-27 | $658,266.14 | $2,873.61 | $1,022.24 | $1,851.37 | $657,243.90 |
| February-27 | $657,243.90 | $2,873.61 | $1,025.11 | $1,848.50 | $656,218.79 |
| March-27 | $656,218.79 | $2,873.61 | $1,027.99 | $1,845.62 | $655,190.80 |
| April-27 | $655,190.80 | $2,873.61 | $1,030.89 | $1,842.72 | $654,159.91 |
| May-27 | $654,159.91 | $2,873.61 | $1,033.79 | $1,839.82 | $653,126.12 |
| June-27 | $653,126.12 | $2,873.61 | $1,036.69 | $1,836.92 | $652,089.43 |
| July-27 | $652,089.43 | $2,873.61 | $1,039.61 | $1,834.00 | $651,049.82 |
| August-27 | $651,049.82 | $2,873.61 | $1,042.53 | $1,831.08 | $650,007.29 |
| September-27 | $650,007.29 | $2,873.61 | $1,045.46 | $1,828.15 | $648,961.83 |
| October-27 | $648,961.83 | $2,873.61 | $1,048.40 | $1,825.21 | $647,913.43 |
| November-27 | $647,913.43 | $2,873.61 | $1,051.35 | $1,822.26 | $646,862.08 |
| December-27 | $646,862.08 | $2,873.61 | $1,054.31 | $1,819.30 | $645,807.77 |
| January-28 | $645,807.77 | $2,873.61 | $1,057.28 | $1,816.33 | $644,750.49 |
| February-28 | $644,750.49 | $2,873.61 | $1,060.25 | $1,813.36 | $643,690.24 |
| March-28 | $643,690.24 | $2,873.61 | $1,063.23 | $1,810.38 | $642,627.01 |
| April-28 | $642,627.01 | $2,873.61 | $1,066.22 | $1,807.39 | $641,560.79 |
| May-28 | $641,560.79 | $2,873.61 | $1,069.22 | $1,804.39 | $640,491.57 |
| June-28 | $640,491.57 | $2,873.61 | $1,072.23 | $1,801.38 | $639,419.34 |
| July-28 | $639,419.34 | $2,873.61 | $1,075.24 | $1,798.37 | $638,344.10 |
| August-28 | $638,344.10 | $2,873.61 | $1,078.27 | $1,795.34 | $637,265.83 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| September-28 | $637,265.83 | $2,873.61 | $1,081.30 | $1,792.31 | $636,184.53 |
| October-28 | $636,184.53 | $2,873.61 | $1,084.34 | $1,789.27 | $635,100.19 |
| November-28 | $635,100.19 | $2,873.61 | $1,087.39 | $1,786.22 | $634,012.80 |
| December-28 | $634,012.80 | $2,873.61 | $1,090.45 | $1,783.16 | $632,922.35 |
| January-29 | $632,922.35 | $2,873.61 | $1,093.52 | $1,780.09 | $631,828.83 |
| February-29 | $631,828.83 | $2,873.61 | $1,096.59 | $1,777.02 | $630,732.24 |
| March-29 | $630,732.24 | $2,873.61 | $1,099.68 | $1,773.93 | $629,632.56 |
| April-29 | $629,632.56 | $2,873.61 | $1,102.77 | $1,770.84 | $628,529.79 |
| May-29 | $628,529.79 | $2,873.61 | $1,105.87 | $1,767.74 | $627,423.92 |
| June-29 | $627,423.92 | $2,873.61 | $1,108.98 | $1,764.63 | $626,314.94 |
| July-29 | $626,314.94 | $2,873.61 | $1,112.10 | $1,761.51 | $625,202.84 |
| August-29 | $625,202.84 | $2,873.61 | $1,115.23 | $1,758.38 | $624,087.61 |
| September-29 | $624,087.61 | $2,873.61 | $1,118.36 | $1,755.25 | $622,969.25 |
| October-29 | $622,969.25 | $2,873.61 | $1,121.51 | $1,752.10 | $621,847.74 |
| November-29 | $621,847.74 | $2,873.61 | $1,124.66 | $1,748.95 | $620,723.08 |
| December-29 | $620,723.08 | $2,873.61 | $1,127.83 | $1,745.78 | $619,595.25 |
| January-30 | $619,595.25 | $2,873.61 | $1,131.00 | $1,742.61 | $618,464.25 |
| February-30 | $618,464.25 | $2,873.61 | $1,134.18 | $1,739.43 | $617,330.07 |
| March-30 | $617,330.07 | $2,873.61 | $1,137.37 | $1,736.24 | $616,192.70 |
| April-30 | $616,192.70 | $2,873.61 | $1,140.57 | $1,733.04 | $615,052.13 |
| May-30 | $615,052.13 | $2,873.61 | $1,143.78 | $1,729.83 | $613,908.35 |
| June-30 | $613,908.35 | $2,873.61 | $1,146.99 | $1,726.62 | $612,761.36 |
| July-30 | $612,761.36 | $2,873.61 | $1,150.22 | $1,723.39 | $611,611.14 |
| August-30 | $611,611.14 | $2,873.61 | $1,153.45 | $1,720.16 | $610,457.69 |
| September-30 | $610,457.69 | $2,873.61 | $1,156.70 | $1,716.91 | $609,300.99 |
| October-30 | $609,300.99 | $2,873.61 | $1,159.95 | $1,713.66 | $608,141.04 |
| November-30 | $608,141.04 | $2,873.61 | $1,163.21 | $1,710.40 | $606,977.83 |
| December-30 | $606,977.83 | $2,873.61 | $1,166.48 | $1,707.13 | $605,811.35 |
| January-31 | $605,811.35 | $2,873.61 | $1,169.77 | $1,703.84 | $604,641.58 |
| February-31 | $604,641.58 | $2,873.61 | $1,173.06 | $1,700.55 | $603,468.52 |
| March-31 | $603,468.52 | $2,873.61 | $1,176.35 | $1,697.26 | $602,292.17 |
| April-31 | $602,292.17 | $2,873.61 | $1,179.66 | $1,693.95 | $601,112.51 |
| May-31 | $601,112.51 | $2,873.61 | $1,182.98 | $1,690.63 | $599,929.53 |
| June-31 | $599,929.53 | $2,873.61 | $1,186.31 | $1,687.30 | $598,743.22 |
| July-31 | $598,743.22 | $2,873.61 | $1,189.64 | $1,683.97 | $597,553.58 |
| August-31 | $597,553.58 | $2,873.61 | $1,192.99 | $1,680.62 | $596,360.59 |
| September-31 | $596,360.59 | $2,873.61 | $1,196.35 | $1,677.26 | $595,164.24 |
| October-31 | $595,164.24 | $2,873.61 | $1,199.71 | $1,673.90 | $593,964.53 |
| November-31 | $593,964.53 | $2,873.61 | $1,203.08 | $1,670.53 | $592,761.45 |
| December-31 | $592,761.45 | $2,873.61 | $1,206.47 | $1,667.14 | $591,554.98 |
| January-32 | $591,554.98 | $2,873.61 | $1,209.86 | $1,663.75 | $590,345.12 |
| February-32 | $590,345.12 | $2,873.61 | $1,213.26 | $1,660.35 | $589,131.86 |
| March-32 | $589,131.86 | $2,873.61 | $1,216.68 | $1,656.93 | $587,915.18 |
| April-32 | $587,915.18 | $2,873.61 | $1,220.10 | $1,653.51 | $586,695.08 |
| May-32 | $586,695.08 | $2,873.61 | $1,223.53 | $1,650.08 | $585,471.55 |
| June-32 | $585,471.55 | $2,873.61 | $1,226.97 | $1,646.64 | $584,244.58 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| July-32 | $584,244.58 | $2,873.61 | $1,230.42 | $1,643.19 | $583,014.16 |
| August-32 | $583,014.16 | $2,873.61 | $1,233.88 | $1,639.73 | $581,780.28 |
| September-32 | $581,780.28 | $2,873.61 | $1,237.35 | $1,636.26 | $580,542.93 |
| October-32 | $580,542.93 | $2,873.61 | $1,240.83 | $1,632.78 | $579,302.10 |
| November-32 | $579,302.10 | $2,873.61 | $1,244.32 | $1,629.29 | $578,057.78 |
| December-32 | $578,057.78 | $2,873.61 | $1,247.82 | $1,625.79 | $576,809.96 |
| January-33 | $576,809.96 | $2,873.61 | $1,251.33 | $1,622.28 | $575,558.63 |
| February-33 | $575,558.63 | $2,873.61 | $1,254.85 | $1,618.76 | $574,303.78 |
| March-33 | $574,303.78 | $2,873.61 | $1,258.38 | $1,615.23 | $573,045.40 |
| April-33 | $573,045.40 | $2,873.61 | $1,261.92 | $1,611.69 | $571,783.48 |
| May-33 | $571,783.48 | $2,873.61 | $1,265.47 | $1,608.14 | $570,518.01 |
| June-33 | $570,518.01 | $2,873.61 | $1,269.03 | $1,604.58 | $569,248.98 |
| July-33 | $569,248.98 | $2,873.61 | $1,272.60 | $1,601.01 | $567,976.38 |
| August-33 | $567,976.38 | $2,873.61 | $1,276.18 | $1,597.43 | $566,700.20 |
| September-33 | $566,700.20 | $2,873.61 | $1,279.77 | $1,593.84 | $565,420.43 |
| October-33 | $565,420.43 | $2,873.61 | $1,283.37 | $1,590.24 | $564,137.06 |
| November-33 | $564,137.06 | $2,873.61 | $1,286.97 | $1,586.64 | $562,850.09 |
| December-33 | $562,850.09 | $2,873.61 | $1,290.59 | $1,583.02 | $561,559.50 |
| January-34 | $561,559.50 | $2,873.61 | $1,294.22 | $1,579.39 | $560,265.28 |
| February-34 | $560,265.28 | $2,873.61 | $1,297.86 | $1,575.75 | $558,967.42 |
| March-34 | $558,967.42 | $2,873.61 | $1,301.51 | $1,572.10 | $557,665.91 |
| April-34 | $557,665.91 | $2,873.61 | $1,305.17 | $1,568.44 | $556,360.74 |
| May-34 | $556,360.74 | $2,873.61 | $1,308.85 | $1,564.76 | $555,051.89 |
| June-34 | $555,051.89 | $2,873.61 | $1,312.53 | $1,561.08 | $553,739.36 |
| July-34 | $553,739.36 | $2,873.61 | $1,316.22 | $1,557.39 | $552,423.14 |
| August-34 | $552,423.14 | $2,873.61 | $1,319.92 | $1,553.69 | $551,103.22 |
| September-34 | $551,103.22 | $2,873.61 | $1,323.63 | $1,549.98 | $549,779.59 |
| October-34 | $549,779.59 | $2,873.61 | $1,327.35 | $1,546.26 | $548,452.24 |
| November-34 | $548,452.24 | $2,873.61 | $1,331.09 | $1,542.52 | $547,121.15 |
| December-34 | $547,121.15 | $2,873.61 | $1,334.83 | $1,538.78 | $545,786.32 |
| January-35 | $545,786.32 | $2,873.61 | $1,338.59 | $1,535.02 | $544,447.73 |
| February-35 | $544,447.73 | $2,873.61 | $1,342.35 | $1,531.26 | $543,105.38 |
| March-35 | $543,105.38 | $2,873.61 | $1,346.13 | $1,527.48 | $541,759.25 |