**Exhibit B**

Prior to the filing of this case, the Debtor maintained two depository accounts, both held with Navy Federal Credit Union. One account was used exclusively to hold funds on behalf of the Debtor's adult nephew, while the other was dedicated to managing the affairs of the Debtor's later father's estate. The Debtor acknowledges that, following the withdrawal of her Motion to Retain Existing Bank Accounts, these accounts now required to be transitioned into debtor-in-possession ("DIP") accounts. The Debtor is actively working to facilitate this transition and remains committed to ensuring full compliance with applicable bankruptcy requirements.

Post-petition, the Debtor opened a depository account with Capital One with the intention of designating it as the debtor-in-possession ("DIP") account. However, the account could not be converted to a DIP account. It is anticipated that this account will receive the Debtor's forthcoming tax refund, at which point the account will be closed. This account is insured by the Federal Deposit Insurance Corporation ("FDIC") and complies with the requirements of 11 U.S.C. § 345(b).

It is important to note that the summary of cash activities reported in this Monthly Operating Report expressly excludes the two aforementioned accounts held at Navy Federal Credit Union, as these accounts do not constitute property of the bankruptcy estate. These accounts are maintained exclusively for the purpose of holding third-party funds.