| Date | Transaction Type | Description | Credit |
|------|------------------|-------------|-------:|
| 1/31/25 | CAPITAL ONE | MONTHLY INTEREST PAID | 0.05 |
| 1/31/25 | NFCU SAVING | INTREST INCOME | 3.7 |
| 1/30/25 | TD CREDIT | VISA DDA REF 402762   PAYPAL  WEBEYECARE     402 935 | 5.00 |
| 1/29/25 | CAPITAL ONE | IRS TREAS 310 TAX REF | 5305.69 |
| 1/29/25 | TD CREDIT | ALLSTATE INS CO  INS PREM | 96.20 |
| 1/22/25 | TD DIRECTDEP | PAYPAL      TRANSFER | 29.98 |
| 1/21/25 | TD DIRECTDEP | PAYPAL      TRANSFER | 17.19 |
| 1/16/25 | TD CREDIT | DISTRICT OF COLU DIR DEP | 1146.79 |
| 1/13/25 | TD DIRECTDEP | PAYPAL      TRANSFER | 8.95 |
| 1/6/25 | TD CREDIT | DISTRICT OF COLU DIR DEP | 1633.62 |
| 1/2/25 | TD CREDIT | BEBE REALTY CMC  ACH | 4500.00 |
| | | TOTAL | 12747.17 |