| Date | Transaction Type | Description | Debit | Check Numb | Account Runn |
|---|---|---|---|---|---|
| 1/31/25 | NFCU | FEDERAL TAX WITHOLDING | 0.89 | | |
| 1/31/25 | TD DEBIT | VISA DDA PUR AP 480197 TYLER DENTAL DUNKIRK | 18.70 | | 42.57 |
| 1/29/25 | TD DEBIT | VISA DDA PUR AP 402762 PAYPAL WEBEYECARE 402 | 199.51 | | 56.27 |
| 1/28/25 | TD DEBIT | VISA DDA PUR AP 420429 NETFLIX COM 408 5403 | 26.49 | | 159.58 |
| 1/28/25 | TD DEBIT | ALLSTATE INS CO INS PREM | 96.20 | | 186.07 |
| 1/27/25 | TD DEBIT | PAYPAL INST XFER | 2.50 | | 282.27 |
| 1/27/25 | TD DEBIT | PAYPAL INST XFER | 10.59 | | 284.77 |
| 1/27/25 | TD DEBIT | VISA DDA PUR AP 421073 VIOC BA0014 PRINCE FF | 15.15 | | 295.36 |
| 1/27/25 | TD DEBIT | VISA DDA PUR AP 444500 PAR SALSARITA S FRESH ME PI | 20.65 | | 310.51 |
| 1/27/25 | TD DEBIT | VISA DDA PUR AP 469216 IT WORKS MARKETING INC 7 | 83.95 | | 331.16 |
| 1/27/25 | TD DEBIT | VISA DDA PUR AP 405938 CASH APP CAFFEE S CUSTOM | 200.00 | | 415.11 |
| 1/24/25 | TD DEBIT | VISA DDA PUR AP 442806 MYEYEDR 101118 DC CAPHIL | 20.00 | | 615.11 |
| 1/24/25 | TD DEBIT | VISA DDA PUR AP 475542 VA DMV ALEXANDRIA CSC AL | 130.75 | | 635.11 |
| 1/24/25 | TD DEBIT | VISA DDA PUR AP 469216 SQ CHIROKEI CONSULTING V | 405.00 | | 765.86 |
| 1/22/25 | TD DEBIT | VISA DDA PUR AP 423168 SAFEWAY 1129 DUNKIRK | 2.00 | | 1170.86 |
| 1/22/25 | TD DEBIT | VISA DDA PUR AP 431605 SHELL OIL 57545950503 DUI | 53.59 | | 1172.86 |
| 1/22/25 | TD DEBIT | USDCB FILING FEE FILING FEE | 434.50 | | 1226.45 |
| 1/21/25 | TD DEBIT | VISA DDA PUR AP 416407 STAPLES 00104307 REHOE | 3.49 | | 1630.97 |
| 1/21/25 | TD DEBIT | VISA DDA PUR AP 469216 AMAZON PRIME ZG9LT49X2 / | 7.41 | | 1634.46 |
| 1/21/25 | TD DEBIT | VISA DDA PUR AP 413746 CVS PHARMACY 03738 REH | 9.47 | | 1641.87 |
| 1/21/25 | TD DEBIT | VISA DDA PUR AP 416407 STAPLES INC STAPLES C( | 21.94 | | 1651.34 |
| 1/21/25 | TD DEBIT | VISA DDA PUR AP 419880 PAYPAL CVS PHR INC SAN J | 23.80 | | 1673.28 |
| 1/21/25 | TD DEBIT | VISA DDA PUR AP 402762 PAYPAL MICHAELS 800 64 | 24.92 | | 1697.08 |
| 1/21/25 | TD DEBIT | PAYPAL INST XFER | 30.93 | | 1722.00 |
| 1/21/25 | TD DEBIT | PAYPAL INST XFER | 53.89 | | 1752.93 |
| 1/21/25 | TD DEBIT | VISA DDA PUR AP 403638 PP EB THE ORIGINAL CIRCL 4( | 65.87 | | 1806.82 |
| 1/21/25 | TD DEBIT | VISA DDA PUR AP 413746 TST BFRG SALT AIR REHOB( | 67.40 | | 1872.69 |
| 1/21/25 | TD DEBIT | PAYPAL INST XFER | 110.28 | | 1940.09 |
| 1/17/25 | TD DEBIT | VISA DDA PUR AP 479338 MCDONALDS 16848 130 | 1.58 | | 2033.18 |
| 1/17/25 | TD DEBIT | VISA DDA PUR AP 482908 CASH APP MARIA REDDICK A ( | 100.00 | | 2034.76 |
| 1/16/25 | TD DEBIT | PAYPAL INST XFER | 3.35 | | 2134.76 |
| 1/15/25 | TD DEBIT | PAYPAL INST XFER | 2.11 | | 991.32 |

| Date | Type | Description | Amount | Balance |
|---|---|---|---:|---:|
| 1/15/25 | TD DEBIT | DDA PURCH W/CB 31060614  CVS PHARM 10606  7955 | 33.08 | 993.43 |
| 1/14/25 | TD DEBIT | PAYPAL      INST XFER | 3.00 | 1026.51 |
| 1/14/25 | TD DEBIT | PAYPAL      INST XFER | 14.00 | 1029.51 |
| 1/14/25 | TD DEBIT | VISA DDA PUR AP 402762   PAYPAL PSISERVICES    402 9: | 60.00 | 1043.51 |
| 1/13/25 | TD DEBIT | VISA DDA PUR AP 413746   CVS PHARMACY 10606      CH | 2.92 | 1103.51 |
| 1/13/25 | TD DEBIT | PAYPAL      INST XFER | 3.00 | 1106.43 |
| 1/13/25 | TD DEBIT | PAYPAL      INST XFER | 9.99 | 1109.43 |
| 1/13/25 | TD DEBIT | PAYPAL      INST XFER | 9.99 | 1119.42 |
| 1/13/25 | TD DEBIT | PAYPAL      INST XFER | 10.59 | 1129.41 |
| 1/13/25 | TD DEBIT | SMALLPDF AG    IAT PAYPAL | 12.00 | 1140.00 |
| 1/13/25 | TD DEBIT | PAYPAL      INST XFER | 15.00 | 1152.00 |
| 1/13/25 | TD DEBIT | VISA DDA PUR AP 442733   WEIS MARKETS 279      PRINC | 22.89 | 1167.00 |
| 1/13/25 | TD DEBIT | VISA DDA PUR AP 431605   SHELL OIL 57545950503     DUI | 23.06 | 1189.89 |
| 1/13/25 | TD DEBIT | PAYPAL      INST XFER | 34.53 | 1212.95 |
| 1/13/25 | TD DEBIT | VISA DDA PUR AP 431605   SHELL OIL 57545950503     DUI | 38.10 | 1247.48 |
| 1/13/25 | TD DEBIT | PAYPAL      INST XFER | 40.00 | 1285.58 |
| 1/13/25 | TD DEBIT | VISA DDA PUR AP 469216   SAFEWAY COM 1129       877 5 | 44.58 | 1325.58 |
| 1/13/25 | TD DEBIT | PAYPAL      INST XFER | 60.00 | 1370.16 |
| 1/13/25 | TD DEBIT | VISA DDA PUR AP 444500   DOLLARTREE         PRINCE F | 67.93 | 1430.16 |
| 1/10/25 | TD DEBIT | VISA DDA PUR AP 469216   KRISPY KREME 0328      240 44 | 2.59 | 1489.14 |
| 1/10/25 | TD DEBIT | DDA PURCH W/CB 0012    GIANT FOOD INC 146 65    PR | 112.75 | 1491.73 |
| 1/10/25 | TD DEBIT | VISA DDA PUR AP 403724   KETCH 22          NORTH BEA( | 117.00 | 1604.48 |
| 1/9/25 | TD DEBIT | VISA DDA PUR AP 422638   WAL MART 1716        PRINCE | 10.11 | 1721.48 |
| 1/8/25 | TD DEBIT | PAYPAL      INST XFER | 22.17 | 1731.59 |
| 1/8/25 | TD DEBIT | VISA DDA PUR AP 479338   VAGARO LACHUNS BEAUTY | 40.00 | 1753.76 |
| 1/8/25 | TD DEBIT | VISA DDA PUR AP 401134   SP META STORE  NA     HTTPS( | 49.99 | 1793.76 |
| 1/8/25 | TD DEBIT | VISA DDA PUR AP 469216   VZWRLSS MY VZ VE P    800 9: | 204.71 | 1843.75 |
| 1/7/25 | TD DEBIT | SMALLPDF AG    IAT PAYPAL | 12.00 | 2048.46 |
| 1/6/25 | TD DEBIT | PAYPAL      INST XFER | 35.00 | 2060.46 |
| 1/6/25 | TD DEBIT | SOLESYNC FASHION IAT PAYPAL | 28.99 | 2095.46 |
| 1/6/25 | TD DEBIT | PAYPAL      INST XFER | 2.00 | 2124.45 |
| 1/6/25 | TD DEBIT | PAYPAL      INST XFER | 1.05 | 2126.45 |
| 1/6/25 | TD DEBIT | VISA DDA PUR AP 424818   VENMO  PETER FLECK     VISA | 2975.00 | 2127.50 |

| Date | Type | Description | Amount | Balance |
|---|---|---|---|---|
| 1/3/25 | TD DEBIT | PAYPAL      INST XFER | 21.19 | 3468.88 |
| 1/2/25 | TD DEBIT | ROCKET MORTGAGE  MTG PYMTS | 1929.72 | 3490.07 |
| 1/2/25 | TD DEBIT | PAYPAL      INST XFER | 64.88 | 5419.79 |
| 1/2/25 | TD DEBIT | PAYPAL      INST XFER | 47.95 | 5484.67 |
| 1/2/25 | TD DEBIT | PAYPAL      INST XFER | 38.16 | 5532.62 |
| 1/2/25 | TD DEBIT | PAYPAL      INST XFER | 8.46 | 5570.78 |
| 1/2/25 | TD DEBIT | VISA DDA PUR AP 469216    PRIME VIDEO CHANNELS    AN | 2.11 | 5579.24 |
| 1/2/25 | TD DEBIT | VISA DDA PUR AP 469216    IT WORKS MARKETING INC    7 | 129.95 | 5581.35 |
| | | TOTAL DEBITS | 5,250.35 | |

ning Balance