**Exhibit E**

The following is a list of all debts incurred by the Debtor since the filing of the bankruptcy case that have not been paid:

| Month | Creditor | Amount ($) | Purpose of the Debt |
|---|---|---|---|
| December 24 | 3Tree Flats | $1,700.00 | Office Rent: 3910 GA Ave NW #619, Washington, DC 20011 |
| December 24 | PHH | $2,805367 | Mortgage Payment – 4012 14th St NW |
| January 25 | 3 Tree Flats | $1,700.00 | Office Rent: 3910 GA Ave NW #619, Washington, DC 20011 |
| January 25 | PHH | $2,805367 | Mortgage Payment – 4012 14th St NW |

Total Unpaid Debt: $9,011.34