# Exhibit F

**Monies Owed to the Debtor Pre-Petition**

|  | Amount ($) |  |
|---|---|---|
| 3 Tree Flat Rent | $66,750.00 | Ofc Rent - 3910 GA Ave NW #619, Washington, DC 20011 |
| 14th Street Basement Tenant | $46,075.00 | 4012 14th St NW |

**Monies Owed to the Debtor Post-Petition**

| Date | Money Owed From | Amount |
|---|---|---|
| December 24 | Ofc Rent - 3910 GA Ave NW #619, Washington, DC 20011 | $2,075.00 |
| December 24 | 4012 14th St NW | $1,100.00 |
| January 25 | Ofc Rent - 3910 GA Ave NW #619, Washington, DC 20011 | $2,075.00 |
| January 25 | 4012 14th St NW | $1,100.00 |

**Total**

| | |
|---|---|
| Pre-petition | $112,825.00 |
| Post-petition | $6,350.00 |
| Pre and Post Petition | $119,175.00 |