# Navy Federal Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

## Statement of Account

**Statement Period**
12/21/24 - 01/20/25

#BWNLLSV

MARIA D REDDICK
3910 GEORGIA AVE NW APT 619
WASHINGTON DC 20011-5894

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless!** View your
digital statements via Mobile or
Navy Federal Online Banking.

### Annual Meeting Update
The date for our upcoming annual meeting has changed. It will now be held on Wednesday, April 23, 2025.

## Summary of your deposit accounts

| | Previous Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| ay Checking 3873 | $150.01- | $150.01 | $0.00 | $0.00 | $0.00 |
| 1574 | $1,000.00 | $0.01 | $1,000.00 | $0.01 | $0.00 |
| 8686 | $590.48 | $2,292.91 | $2,303.24 | $580.15 | $0.00 |
| ership Savings 3409 | $17,424.17 | $3.74 | $0.90 | $17,427.01 | $0.00 |
| Market Savings 7927 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | **$18,864.64** | **$2,446.67** | **$3,304.14** | **$18,007.17** | **$0.00** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

MARIA D REDDICK



MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ▶  ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

### DEPOSIT VOUCHER
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 3873 | Checking | |
| 1574 | Checking | |
| 8686 | Checking | |
| 3409 | Savings | |
| 7927 | MMSA | |
| | TOTAL | |



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
12/21/24 - 01/20/25

Access No

**Statement of Account**
For MARIA D REDDICK

## Checking

### EveryDay Checking - 3873

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-21 | Beginning Balance | | 150.01- |
| 12-31 | Refund - ACH Item Fees | 116.00 | 34.01- |
| 12-31 | Transfer From Checking | 34.01 | 0.00 |
| | Maria D Reddick | | |
| 01-20 | Ending Balance | | 0.00 |

*Average Daily Balance - Current Cycle: $0.00*
*Account Closed*

### EveryDay Checking - 1574

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-21 | Beginning Balance | | 1,000.00 |
| 12-31 | Transfer To Checking | 1,000.00- | 0.00 |
| | Bebe Realty Cmc LLC | | |
| 12-31 | Dividend | 0.01 | 0.01 |
| 01-20 | Ending Balance | | 0.01 |

*Average Daily Balance - Current Cycle: $322.58*
*Your account earned $0.01, with an annual percentage yield earned of 0.02%, for the dividend period from 12-01-2024 through 12-31-2024*

### EveryDay Checking - 8686

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-21 | Beginning Balance | | 590.48 |
| 12-24 | Adjustment - CR | 1,325.90 | 1,916.38 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/21/24 - 01/20/25

Access No. 9960862

**Statement of Account**
For MARIA D REDDICK

## EveryDay Checking - 8686

(Continued from previous page)

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---:|---:|
| 12-26 | ACH Paid To Maria D Reddick | 1,325.90- | 590.48 |
| 12-30 | Deposit - ACH Paid From Ssi Treas 310 Xxsupp Sec 01Afd9 | 967.00 | 1,557.48 |
| 12-31 | Transfer To Checking Maria D Reddick | 34.01- | 1,523.47 |
| 12-31 | Dividend | 0.01 | 1,523.48 |
| 01-02 | POS Debit- Debit Card 1050 12-30-24 Dominos 3178 407-648-8899 FL | 24.79- | 1,498.69 |
| 01-03 | Paid To - Spectrum Spectrum Chk 2100002 | 56.99- | 1,441.70 |
| 01-03 | Paid To - Thevillageof-Cle Web Pmts Chk 11192468 | 800.00- | 641.70 |
| 01-08 | Paid To - Orlando Util Com Payments Chk 2100002 | 61.55- | 580.15 |
| 01-20 | **Ending Balance** | | **580.15** |

Average Daily Balance - Current Cycle: $800.63
Your account earned $0.01, with an annual percentage yield earned of 0.01%, for the dividend period from 12-01-2024 through 12-30-2024

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---:|---|---|---:|
| 01-03 | ACH | 56.99 | 01-08 | ACH | 61.55 |
| 01-03 | ACH | 800.00 | 01-02 | POS | 24.79 |

## Savings

### Membership Savings - 3409

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---:|---:|
| 12-21 | Beginning Balance | | 17,424.17 |
| 12-31 | Federal Withholding | 0.90- | 17,423.27 |
| 12-31 | Dividend | 3.74 | 17,427.01 |
| 01-20 | **Ending Balance** | | **17,427.01** |

Your account earned $3.74, with an annual percentage yield earned of 0.25%, for the dividend period from 12-01-2024 through 12-31-2024

### Money Market Savings - 7927

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---:|---:|
| 12-21 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| 01-20 | **Ending Balance** | | **0.00** |

### 2024 Year to Date Federal Income Tax Information

| | | | |
|---|---:|---|---:|
| SAVINGS DIVIDENDS | 51.75 | | |
| CHECKING DIVIDENDS | 0.46 | FINANCE CHARGE CHECKING LOC | 0.00 |
| FED. TAX WITHHELD-SAVINGS | 12.42 | | |
| FED. TAX WITHHELD-CHECKING | 0.05 | | |

**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
12/21/24 - 01/20/25

Access No. ▮

### Statement of Account
For MARIA D REDDICK

#### Disclosure Information
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

#### What to Do if You Think You Find a Mistake on Your Statement
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.
You may also contact us on the Web: **navyfederal.org**.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

#### Payments
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

# Navy Federal Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
01/21/25 - 02/20/25

Access No ███████

Routing Number: ███████

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.

#BWNLLSV
MARIA D REDDICK
3910 GEORGIA AVE NW APT 619
WASHINGTON DC 20011-5894

As a valued member, we encourage you to review the disclosures and fees for accounts you hold with us. Please visit us at
https://www.navyfederal.org/content/dam/nfculibs/pdfs/membership/nfcu_606.pdf
for the Important Disclosures Booklet &
https://www.navyfederal.org/content/dam/nfculibs/pdfs/membership/2043ep.pdf
for Schedule of Fees and Charges or call us at 1-888-842-6328 to request a copy to be mailed.

## Summary of your deposit accounts

| | Previous Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| ay Checking 1574 | $0.01 | $15.26 | $0.00 | $15.27 | $0.00 |
| 8686 | $580.15 | $967.01 | $914.78 | $632.38 | $0.01 |
| ership Savings 3409 | $17,427.01 | $3.70 | $0.89 | $17,429.82 | $3.70 |
| Market Savings 7927 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | **$18,007.17** | **$985.97** | **$915.67** | **$18,077.47** | **$3.71** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

MARIA D REDDICK
9960862

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE  ▶  ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 1574 | Checking | |
| 8686 | Checking | |
| 3409 | Savings | |
| 7927 | MMSA | |
| | | |
| | TOTAL | |

# NAVY FEDERAL Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
01/21/25 - 02/20/25

Access No. 9960862

**Statement of Account**
For MARIA D REDDICK

## Checking

### EveryDay Checking - ████1574

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-21 | Beginning Balance | | 0.01 |
| 01-28 | Debit Card Adjustment | 15.26 | 15.27 |
| **02-20** | **Ending Balance** | | **15.27** |

*Average Daily Balance - Current Cycle: $11.82*

### EveryDay Checking - ████8686

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-21 | Beginning Balance | | 580.15 |
| 01-30 | Deposit - ACH Paid From Ssi Treas 310 Xxsupp Sec 01Afd9 | 967.00 | 1,547.15 |
| 01-31 | Dividend | 0.01 | 1,547.16 |
| 02-03 | Paid To - Spectrum Spectrum Chk 2100002 | 60.00- | 1,487.16 |
| 02-04 | Paid To - Thevillageof-Cle Web Pmts Chk 11192468 | 800.00- | 687.16 |
| 02-06 | Paid To - Orlando Util Com Payments Chk 2100002 | 54.78- | 632.38 |
| **02-20** | **Ending Balance** | | **632.38** |

*Average Daily Balance - Current Cycle: $766.36*
Your account earned $0.01, with an annual percentage yield earned of 0.02%, for the dividend period from 01-01-2025 through 01-31-2025

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 02-03 | ACH | 60.00 | 02-06 | ACH | 54.78 |
| 02-04 | ACH | 800.00 | | | |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |



**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
01/21/25 - 02/20/25

Access No: [REDACTED]

**Statement of Account**
For MARIA D REDDICK

# Savings

## Membership Savings - [REDACTED]3409

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-21 | Beginning Balance | | 17,427.01 |
| 01-31 | Federal Withholding | 0.89- | 17,426.12 |
| 01-31 | Dividend | 3.70 | 17,429.82 |
| 02-20 | Ending Balance | | 17,429.82 |
| YTD Fed Tax Withheld | 0.89 | | |

Your account earned $3.70, with an annual percentage yield earned of 0.25%, for the dividend period from 01-01-2025 through 01-31-2025

## Money Market Savings - [REDACTED]7927

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 01-21 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| 02-20 | Ending Balance | | 0.00 |

### 2024 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 51.75 | | |
| CHECKING DIVIDENDS | 0.38 | FINANCE CHARGE CHECKING LOC | 0.00 |
| FED. TAX WITHHELD-SAVINGS | 12.42 | | |
| FED. TAX WITHHELD-CHECKING | 0.05 | | |

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
01/21/25 - 02/20/25

Access No. ▮

**Statement of Account**
For MARIA D REDDICK

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:
Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.
You may also contact us on the Web: navyfederal.org.
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.