**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>**Maria Denise Reddick**<br>Debtor | Case No. 24-00393-ELG<br><br>Chapter 11 |

### ORDER TO SHOW CAUSE FOR FAILURE TO PAY FILING FEE INSTALLMENT

On 11/21/2024 an Application for Individuals to Pay the Filing Fee in Installments (ECF No. 2) (the "Application"), was filed by the above captioned individual debtor(s) (the "Debtor(s)"), to pay the chapter 11 filing fee in installments. On 11/21/2024, the Court entered the Order Approving Payment of Filing Fee in Installments (ECF No. 8) (the "Order"). The Debtor(s) having failed to timely pay an installment or installments of the filing fee that came due pursuant to the terms of the Order, it is hereby ORDERED that:

1) No later than **14 DAYS**, the Debtor(s) shall pay the installment of the chapter 11 filing fee in the amount of **$434.50** to the Clerk of this Court.

2) If the Debtor(s) fails timely to comply with the foregoing, the Debtor(s) shall appear at a hearing before this court on **3/12/2025 at 9:30 AM and in Courtroom 1 or via video conference (contact the Courtroom Deputy at Gunn_Hearings@dcb.uscourts.gov for Zoom information)** to show cause why the Debtor's bankruptcy case should not be dismissed for failure to timely cure the deficiency.

For the Court:
Angela D. Caesar
BY: MB
Dated: 2/26/2025

Copies to: Recipients of electronic notifications; Debtor; appointed trustee.