Stephen A. Metz, Esq.
Offit Kurman, P.A.
7501 Wisconsin Ave, Suite 1000W
Bethesda, MD 20814
Email: smetz@offitkurman.com
Telephone: (240) 507-1723
Fax: (240) 507-1735
*Counsel for Residential One, LLC t/a 3 Tree Flats*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: | : |
| | : |
| Maria Denise Reddick | : Case No.: 24-00393 ELG |
| | : Chapter 11 |
| Debtor | : |
| | : |

### NOTICE OF ENTRY OF APPEARANCE
### AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

**PLEASE TAKE NOTICE** that the undersigned, Stephen A. Metz, Esq. hereby enter his appearance as counsel for Residential One, LLC t/a 3 Tree Flats, landlord and creditor herein, pursuant to § 1109 of the United States Bankruptcy Code ("**Bankruptcy Code**") and Federal Rule of Bankruptcy Procedure 9010(b). Such counsel hereby requests, pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, and 9007, and §§ 342 and 1109(b) of the Bankruptcy Code, that copies of all notices, pleadings and other papers given or filed in the above-captioned case be served upon his at the following address:

> Stephen A. Metz, Esq.
> Offit Kurman, P.A.
> 7501 Wisconsin Ave, Suite 1000W
> Bethesda, MD 20814
> Email: smetz@offitkurman.com
> Telephone: (240) 507-1723
> Fax: (240) 507-1735

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes, without limitation, any application, motion, complaint, petition, pleading, demand, notice, plan, disclosure statement, or report, whether formal or informal, whether written or oral, and whether transmitted by mail, delivery, telephone, telecopier or otherwise.

Dated: March 5, 2025   Respectfully submitted,

OFFIT KURMAN, P.A.

By: /s/ Stephen A. Metz
   Stephen A. Metz, Bar No. (463044)
   7501 Wisconsin Ave, Suite 1000W
   Bethesda, MD 20814
   Telephone: (240) 507-1723
   Fax: (240) 507-1735
   Email: smetz@offitkurman.com
   *Counsel to Residential One, LLC t/a 3 Tree Flats*

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of March, 2025, a true and correct copy of the foregoing was served via the Court's CM/ECF system on all the following registered users who have noticed an appearance in this matter.

- **Monique Desiree Almy**   malmy@crowell.com, monique-almy-7127@ecf.pacerpro.com
- **Christianna Annette Cathcart**   christianna@dakotabankruptcy.com
- **Kristen S. Eustis**   Kristen.S.Eustis@usdoj.gov, Robert.W.Ours@usdoj.gov
- **Gregory C Mullen**   bankruptcy@bww-law.com, bankruptcy@albalawgroup.com;Gregory.c.mullen@gmail.com
- **Maria Denise Reddick**   MariaReddick13@gmail.com
- **U. S. Trustee for Region Four**   USTPRegion04.DC.ECF@USDOJ.GOV
- **Maurice Belmont VerStandig**   mac@mbvesq.com, lisa@mbvesq.com; mac@dcbankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

/s/ Stephen A. Metz, Esq.
Stephen A. Metz, Esq.

4897-8116-8164, v. 1