# EXHIBIT A

# EQUITY MANAGEMENT

## RESIDENTIAL LEASE AGREEMENT

THIS LEASE AGREEMENT, made and executed this 19th day of **May 2011** by and between EQUITY MANAGEMENT, Agent for the owners of **3Tree Flats**, hereinafter, called the LANDLORD, and **Maria Reddick,** hereinafter called the TENANT.

WITNESSETH, that the Landlord does hereby lease to the Tenant, and the Tenant does hereby lease from the Landlord the premises known as **3910 Georgia Avenue, Washington, DC 20011** Apartment **# 619** in the District of Columbia, for a term of **12 months** commencing on the **1st** day of **May, 2011**, at and for the monthly rental of **One Thousand and Three Hundred-Ninety Five Dollars (1,395.00)**, that is to say, the first installment is payable on the execution of this agreement and the remaining installments are payable in advance without demand on the **FIRST DAY** of each month thereafter. All of said rent to be paid to and at the rental office of the LANDLORD located at **3910 Georgia Avenue, Washington, DC 20011** or such other place as the LANDLORD may from time to time designate.

No Landlord-Tenant relationship is created nor do you become a Tenant of the Landlord until the first month's rent and security deposit have been treated as good funds by the Landlord's bank.

It is further understood and agreed that the Tenant is taking possession of premises on **May 19th, 2011** and shall pay the sum of **$585.00** as pro-rata rent for the period May 19th, 2011 through **May 31st, 2011**. Thereafter rent in the amount of **$1,395.00** will be due and payable on the **FIRST** day of each month commencing **June 1st, 2011**. Landlord reserves the right to require that all rental payments be made by certified check or money order only.

## REPRESENTATIONS IN APPLICATION AND RIGHT TO CANCEL

It is agreed that Landlord tenders and the Tenant accepts this Lease Agreement on the basis of representations contained in the application submitted to the Landlord by Tenant for the purpose of inducing Landlord to enter into this Lease Agreement with Tenant. Landlord reserves the right to cancel this Lease Agreement and repossess the demised premises should any of the representations be false, misleading, inaccurate or untrue. Landlord shall have the right to rely upon the application, and the application is incorporated herein and by reference made a part of this Lease Agreement.

## ACCEPTANCE OF PROPERTY

The Tenant hereby acknowledges the good condition of the herein Leased Premises and his acceptance of this Lease Agreement is conclusive evidence that the premises are in good and satisfactory order and repair, unless otherwise specified herein; and Tenant agrees that no representations as to the condition of the premises has been made and no promise made to redecorate; alter, repair or improve the premises unless otherwise specified in writing and signed by the Landlord.

UPON EXECUTION hereof, the Tenant shall pay to the Landlord, the sum of **One Thousand Eighty-Five Dollars and 00/100 ($697.50)** as security for the performance of this Lease Agreement, including the payment of Tenant's rent, as due, late charges, key charges, utilities, if applicable, and for damage occasioned to the demised premises as set forth in paragraph 23 hereof. The Landlord may, but shall not be obligated to, apply all or any part of the security deposit to the cost of curing any default by the Tenant, of Tenant's obligations hereunder; in which event, the Tenant shall upon notice hereof, immediately restore his security deposit to its original amount. Within such time as may be provided by the housing regulations or laws of the District Of Columbia and pursuant to the requirements thereof, and upon Tenant's surrender of

1

possession of the demised premises to Landlord, including all keys thereto, the Landlord will tender to the Tenant's last known address, a statement of Tenant's security deposit, and interest due Tenant, if any, and Landlord shall thereafter refund the deposit to Tenant less amounts applied to meet Tenant's obligations under this lease.

**AND THE TENANT DOES HEREBY COVENANT AND AGREE AS FOLLOWS:**

1. **POSSESSION** - To take and hold said premises as a Tenant for said term, but subject to delivery of possession by any present occupant, or in the case of a new building, subject to the completion of same, but in either of said events the Tenant shall have the rent abated until possession is given. It is specifically understood that Landlord will not be liable to the Tenant for damages for any such postponement as foresaid.

2. **PAYMENT OF RENT WITHOUT DEDUCTION OR DEMAND** - To pay rent in the amount required and at the time and place specified without set off, deduction or demand.

3. **USE OF PREMISES AND NUMBER OF OCCUPANTS** - To use the premises for a dwelling and for no other purpose whatsoever and not to use same for any business purpose whatsoever. The Tenant expressly agrees, without excuse or condition, that only the following persons and no other person shall use or occupy the premises at anytime:

   **One (1) OCCUPANT ONLY**
   1. Maria Reddick only

4. **NOT TO SUFFER UNLAWFUL USE AND TO COMPLIANCE WITH GOVERNMENT REGULATIONS** - The Tenant shall not use or permit to be used, the Leased Premises for any unlawful purpose, or do or permit any unlawful act in or upon the Leased Premises. The Tenant shall not make or permit to be made any disturbing noises or do any act which will unreasonably interfere with the rights, comforts, or conveniences of other occupants of the building or act in any manner as to become or constitute a nuisance. Tenant expressly agrees to be responsible for the action of his family and guest and stipulates that a breach of the lease by a family member or guest shall constitute a breach by Tenant.

5. **NOT TO ASSIGN** - Not to transfer or assign this Lease Agreement or let or sublet the whole or any part of said premises without the written consent of the Landlord first had and obtained. Use of the premises by a person(s) other than those listed in Paragraph 3 shall constitute a material breach of this provision and it is no defense to an allegation of breach that the person occupying the premises is doing so without consideration passing to the Tenant.

6. **TO YIELD UP PREMISES AT EXPIRATION OF LEASE** - To keep the premises in good order and condition and surrender same at the expiration of the tenancy in the same good condition and order in which it was received, usual wear, tear and damage resulting from acts not caused by Tenant's negligence, malfeasance or nonfeasance, or those of his agents, servants, employees, and invitees excepted.

7. **MAINTAIN PLUMBING FREE FROM STOPPAGE** - To maintain the plumbing in said premises free from stoppage and, in the event that the plumbing of said premises is obstructed due to the negligence or carelessness of the Tenant, his family servants, employees or invitees, the costs of clearing any such obstruction or for any resultant damage there from shall be paid by the Tenant immediately upon presentation of a statement of repair costs by the Landlord.

8. **NOTICE OF DEFECTS** - To give Landlord prompt written notice of any defects or breakage in the structure, equipment or fixtures of said premises. Unless the Tenant informs the Landlord in writing, delivered to the Landlord at the Resident Manager's

office, of any defects in the premises occupied by the Tenant, then the Tenant shall be barred and stopped from claiming any abatement in rent for the period prior to the date which the Landlord first receives notice from the Tenant of such defect and has a reasonable time to cure the condition.

9. **RIGHT OF INSPECTION AND ENTRY** - To allow Landlord, its agent, employees, contractors or subcontractors to have access to said premises at any time for the purpose of inspection or in the event of fire, accident or other property damage to repair, or for the purpose of installation, servicing, or removal of Landlord's equipment, or for the purpose of servicing, or for the purpose of making any repairs and/or replacements Landlord considers necessary or desirable.

10. **NOT TO MAKE ALTERATIONS** - Not to make any alterations, attachments or additions to the structure, equipment or fixtures of the premises or remove, exchange or replace same, or place any television or radio antennas, install any air conditioning, heating or freezing equipment, or apply paint or other coloring to any portion of said premises without the written consent of the Landlord first had and obtained.

11. **NOT TO PLACE ANYTHING IN WINDOWS** - Not to place anything in the windows, upon ledges, balconies, balcony rails, fire escapes, stairways, corridors, porches or patios without first having received the written consent of the Landlord.

12. **COMPLY WITH TERMS OF RESIDENT HANDBOOK** – Tenant acknowledges receipt of the Resident Handbook and that the terms of the Resident Handbook and any future amendments thereto are incorporated into the lease agreement by reference. Tenant agrees to conform fully and faithfully with the terms of the Resident Handbook already made or reasonable rules and regulations hereafter made by Landlord for the management of the building, its corridors, lobbies, drives, grounds, laundry rooms, storage rooms, recreation rooms, boiler rooms, parking lots or spaces, swimming pool, recreation or play areas and other appurtenances, and for the delivery of goods, merchandise and other things by trade people and other persons. Violation of such rules and regulations or any one of them shall be sufficient cause for termination of this Lease Agreement at the option of the Landlord.

13. **FIRE HAZARDS** - Not to allow any explosives, gasoline or other combustible materials to be kept in said premises or permit or do anything which would increase the rate of insurance upon the building and premises.

14. **NOT TO KEEP ANIMALS** - Not to keep any live animals, pets or birds of any description in the premises without written permission of Landlord first had and obtained, which permission if given may be revoked at any time by Landlord without cause. Failure of the Landlord to object to any pet shall not constitute a waiver of this provision or prevent the Landlord from subsequently demanding removal of the pet.

15. **NOT TO INJURE OR DEFACE WALLS** - Not to drive nails, except approved picture hooks, into the walls of the demised premises, attach drapery or curtain fixtures except in a manner approved by Landlord or place or install contact mirrors or contact paper in or on any part of the demised premises, or in any manner deface or injure the walls, windows, woodwork, fixtures or equipment, and should such defacement or injury occur by accident or otherwise within the demised premises, the Tenant agrees to repair immediately any such damage at his own expense or if Landlord undertakes the repair, to immediately pay to Landlord the costs of such repair.

16. **RIGHT TO SHOW PREMISES** - To permit Landlord or its agents to show the premises to any prospective Tenant or purchaser at all reasonable times before the expiration of this Lease Agreement or any extension thereof.

17. **USE OF BUILDING FACILITIES AND ASSUMPTION OF RISK** - In the event Landlord sets aside a part of the building or grounds for laundry, storage, parking or recreational facilities for the convenience of the Tenants, Tenant may, at his sole risk,

3

use said facilities. Tenant assumes all risks of loss or damage to articles or things while in transit to and from said facilities, including any injuries suffered by the Tenant, his family, servants, employees and invitees.

18. **PROHIBITION AGAINST USE OF LANDLORD'S EMPLOYEES** - Employees of the Landlord are prohibited as such from receiving any packages or other articles delivered to the building or premises for Tenant. Should any such employee receive any such package, or article, he or she, in doing so, shall be the agent of the Tenant and not of Landlord, and Tenant acknowledges said employee to be his agent.

19. **CONTROL OVER ACTIONS OF CHILDREN** - Tenant shall at all times properly supervise the activities of his children while in the premises or on the apartment property in order to protect the peace, comfort and safety of all residents of these apartments and to protect the general building and grounds. It is expressly agreed by the Tenant that failure of parents, the members of the family, or servants, agents, invitees and employees of the Tenant, to maintain adequate control over the actions of Tenant's children will constitute sufficient grounds for the termination of this Lease Agreement as if such violations of its terms had been committed by the Tenant himself.

20. **ACKNOWLEDGEMENT OF LANDLORD'S ASSIGNEE** - Landlord or its principal may assign this lease and upon said assignment Tenant agrees to release the assignor Landlord from its obligations hereunder and shall hold the assignee Landlord responsible for the Landlord's obligations contained in this lease or arising by operation of law. Upon assignment by Landlord, Tenant nevertheless agrees that all his covenants, obligations, and waivers herein shall insure to the benefit of the assignee Landlord.

21. **USE OF PARKING AND RELEASE FROM LOSS** - If the Tenant shall be designated a parking space for his motor vehicle, then if any employee of the Landlord shall, at the request of Tenant, member of Tenant's family or household, take part in moving, handling, or removing anything, in or from such parking space, including the driving or operating of such automobile, such employee in doing so, shall be the agent of Tenant, and not the agent of Landlord and Landlord is hereby expressly released from any loss, damages, bodily injury or expenses in connection therewith. The Landlord shall not be responsible or liable for personal injury or property damage to the Tenant, his family, agents, servants, guests, or licensees while on or about said parking areas or the means of ingress or egress thereto unless the damage or injury is a direct result of Landlord's negligence.

22. **DRUG ACTIVITY** - Tenant shall not allow or permit controlled dangerous substances (DRUGS) except those obtained by legal prescriptions, to be on the premises on the common areas of the building. With respect to this paragraph, Tenant assumes full responsibility for the actions for his family and guests and agrees that Tenant's lack of consent or lack of knowledge of Drug possession or activity on behalf of his family or guest while on the premises or apartment property shall not constitute a defense to the breach of this paragraph.

23. **COST OF REPAIR RESULTING FROM MISUSE** - Cost of repairing any damage resulting from misuse, omissions or commissions, by Tenant, his family, servants, agents, independent contractors, employees, invitees or licenses to any part of the premises or common area or to the fixtures, equipment, and appurtenances in or around the premises shall be paid for by Tenant and Landlord shall not be obligated to repair such damage until the cost of same has been first paid by Tenant.

24. **BANKRUPTCY** - If Tenant shall be adjudicated a bankrupt, or if he shall make an assignment for the benefit of creditor, or shall file a voluntary petition in bankruptcy or an involuntary petition be filed against him, then and in that event, Landlord may lawfully enter upon and repossess the demised premises, free from this Lease Agreement, and this Lease Agreement shall not, by operation of law or otherwise, be considered or become a part of said bankrupt Tenant Estate.

4

25. **LOCKS** - Tenant agrees not to replace any lock furnished by Landlord or install any additional locks on any of the doors to or in the demised premises without the prior written consent of the Landlord. The Landlord reserves the right to fix a charge for each "lockout" requiring assistance from any agent or employee of the Landlord, payable upon demand and to be considered as additional rent due hereinafter. Landlord is hereby given irrevocable permission to remove any additional locks installed by the Tenant at Tenant's cost and expense.

26. **ACCESS BY LANDLORD** - The Landlord may retain duplicate keys to all the doors of the Leased Premises and the Landlord or its agent, shall have access to the Leased Premises at all reasonable hours, in order to inspect the same or to make necessary repairs, either in the Leased Premises or in said building. THE LANDLORD SHALL HAVE THE RIGHT DURING THE LAST 30 DAYS OF THE TERM HEREIN CREATED TO SHOW THE LEASED PREMISES TO PROSPECTIVE TENANTS.

27. **EMINENT DOMAIN** - In the event eminent domain proceedings shall be instituted against he building, other improvements on the land upon which said building and improvements are situated, of which the demised premises is part, or if the same is sold to the condemning authority under threat of eminent domain, then in either of said events this Lease Agreement shall cease and determine when title to same passes and Tenant will make no claim for compensation for the balance of the term of this Lease Agreement or any portion of the award.

28. **LEASE SUBORDINATE TO TRUST** - This Lease Agreement is subject and subordinate to any existing deed of trust or mortgage on the buildings, and improvements and the land upon which said buildings and improvements are situated, of which the demised premises is a part, and to any deed of trust or mortgage which may hereafter be placed on same during the term of this Lease Agreement or any extension thereof.

29. **NOT LIABLE FOR INTERRUPTION OF SERVICES** - Landlord shall not be liable for or responsible to Tenant for the failure or interruption of any utility, elevator, parking, or recreational facility or service, but shall promptly restore them with all due diligence, nor shall Landlord be liable for or responsible to the Tenant for damage arising from acts or neglect of co-tenants or other occupants of the same building, or of any owners or occupants of adjacent or contiguous property.

30. **HOLDING OVER TENANCY BY THE MONTH** - It is further agreed that should Tenant continue in possession after the end of the term herein with permission of Landlord, the tenancy thus created can be terminated by the tenant giving to the landlord not less than thirty (30) days' written notice to expire on the last day of a month. In so continuing, Tenant agrees to pay the same monthly rental as then may be due and to keep and fulfill all the other conditions and agreements herein, and in case of default in the payment of rent or breach of any conditions and agreements, hereby waives his right to any Notice to Quit. Upon or after the expiration of the original term, Landlord reserves the right to increase rent upon thirty (30) days' notice to Tenant.

31. **RELEASE OF LIABILITY FROM ACCIDENT AND INCONVENIENCE** - Except damages or injury arising as a direct result of Landlord's negligence and not withstanding anything previously set forth herein, Landlord is hereby released and discharged from any and all liabilities, responsibility, claim, demand, loss, cost and expense connected with, caused by or resulting from any accident, any injury, inconvenience or interruption, temporary or permanent, to person, any damage to property, or any theft or breach of trust, occurring in, on, about or connected with:

    (A)    storage space, laundry room, laundry equipment, if any;
    (B)    swimming pool, recreational facilities or other services, if any;
    (C)    parking space or any other part of the apartment development, if applicable;
    (D)    strikes, lockouts, labor disturbances, or any condition beyond the control

5

of the Landlord.

32. **LOSS BY FIRE** - Tenant agrees that if said premises shall be damaged by fire or other unavoidable casualty so as to be made unfit, wholly or partially, for occupancy, then Landlord may at its election, either treat the lease as fully terminated or restore said premises substantially to their previous condition. If Landlord elects to restore the premises, the rental shall be either abated in full or adjusted proportionately until restoration is substantially completed, at which time the full rental shall resume. If Landlord elects not to restore, the lease shall be fully terminated, rental shall be adjusted to date of casualty, and there shall be no further liability on either party hereto. Provided however, that no rent abatement shall occur if the fire or casualty is caused by the Tenant or his family or guests and Tenant shall be responsible for payment of all restoration costs. If the Landlord elects to restore the premises and continue this Lease, Tenant agrees to temporarily vacate the premises and to remove Tenant's property there from and not to reenter the premises until the restoration has been completed. Landlord may bar Tenant's entry to the premises until the premise is fully restored and such bar of entry shall not constitute a termination of the lease or a wrongful eviction nor entry by the Landlord. Landlord shall have no obligation to supply substitution housing to Tenant during the period of restoration.

33. **ACTION BY LANDLORD UPON DEFAULT AND WAIVER OF NOTICE TO QUIT** -Tenant shall be in default of this lease upon any of the following events: 1) If Tenant defaults in fulfilling any of the covenants, terms or agreements of this lease; 2) If the premises shall become vacant; 3) If Tenant shall fail to timely pay the rent reserved herein or any item of additional rent enumerated herein; 4) If Tenant shall fail to pay any monies provided for in the lease, to include but not limited to, the payment for any damages to the premises caused by the Tenant, the Tenant's guests, or invitees. Upon the occurrence of one or more of the aforesaid events, the Landlord may, without notice, re-enter the premises and dispossess Tenant and all other occupants of the demised premises by judicial summary proceedings or otherwise, and remove their effects and Tenant, to the extent allowed by law hereby waives the service of notice of intention to re-enter and **DOES HEREBY EXPRESSLY WAIVE RECEIPT OF A WRITTEN NOTICE TO QUIT**. In the case of any such default, re-entry or dispossession by summary proceedings, Tenant agrees to nevertheless pay to the Landlord as damages an amount equal to any rents or other amounts becoming due prior to re-entry or dispossession, and to pay Landlord any amounts that would have become due under the lease through the period which would otherwise have constituted the balance of the term of this lease, had same not have been terminated. In the event of re-entry by the Landlord, the Landlord shall have the right, but not the obligation, to attempt to relet the premises in mitigation of damages and upon such reletting, the Tenant agrees to pay as damages the deficiency, if any, in rent which might be suffered by Landlord as well as the costs of reletting the premises, to include but not limited to, repainting, and advertising fees.

In the event Landlord serves upon Tenant a 30 day Notice To Quit for breach of this agreement, and Tenant continues in possession of the premises after the termination date provided in the Notice To Quit, then in that event, receipt of rent or other monies by the Landlord for a rental period following the expiration date contained in the notice shall not void the notice or constitute a waiver of the breach or default.

**IT IS FURTHER UNDERSTOOD AND AGREED BETWEEN THE PARTIES HERETO THAT:**

**RENT CONTROL**- The subject premises is exempt from rent control because it participates in the Low Income Housing Tax Credit Program.

**LEASE BINDING ON HEIRS, ETC.** - The conditions and agreements contained herein are binding on and may be legally enforced by the parties hereto, their heirs, executors, administrators, successors and assigns, respectively. However, the tenancy ends upon the death of Tenant. In the event more than one (1) person has executed this agreement as a Tenant, then all Tenants agree to be jointly and severally liable for the

6

performance of the terms and conditions contained herein.

**WAIVER OF BREACH NOT A GENERAL WAIVER** - No waiver of any breach or of any conditions or agreement herein contained shall be construed to be a waiver of that condition or agreement or of any subsequent breach thereof, or of this Lease Agreement.

**CONTENT OF AGREEMENT** - Feminine or neuter pronouns shall be substituted for those of the masculine form, and the plural shall be substituted for the singular in any place herein in which the context may require such substitution.

**RULES, ETC. INCORPORATED BY REFERENCE** - All reasonable rules and regulations now or hereafter adopted by Landlord in conjunction with the demised premises or the building, or grounds in which it is located are incorporated by reference in this Agreement and form a part hereof.

**PROTECTION OF LANDLORD'S AGENT** - All provisions relating to the protection of the Landlord shall apply equally to the Landlord's Agents and the liability of Capitol Management Services, Inc. shall be and is hereby limited solely to that of Agent for the owner of the demised premises.

**GENERAL PROVISIONS** - The captions of the several paragraphs of this Lease Agreement are inserted only as a matter of convenience and for reference, and in no way define, limit or describe the scope or intent of such paragraph or of this Lease Agreement.

**SPECIAL PROVISIONS:**

A.  In the event that Tenant does not pay his monthly rent in full by the 5th day of the month in which it is due, then in addition to the rent and as additional rent, Tenant agrees to pay to Landlord a late fee equal to 5% of the monthly base rent and if the monthly rent and additional rent or any portion thereof remains unpaid by the 20th day of the month in which it is due, Tenant agrees to pay as additional rent an additional late fee equal to 2% of the monthly base rent. Partial payments shall not release Tenant of the obligation to pay the late fees aforesaid. Further, Tenant authorizes the Landlord to apply any payment received from Tenant, regardless of how designated by notation or otherwise, first to the satisfaction of outstanding charges for Tenant damages, then to the satisfaction of late charges, court awarded costs, and other items of additional rent, then to past due rent, and finally to the current month's rent.

B.  The Tenant agrees that in the event he shall pay his rent by check or money order, and that same is returned for any reason whatsoever by the bank or money order company upon which same is drawn, he shall pay as additional rent the sum of Thirty-Five Dollars ($35.00) (subject to reasonable increase) to the Landlord to cover the costs and expenses of handling and processing the returned check or money order in addition to the late fees set forth in the preceding paragraph.

C.  In the event that this lease is terminated by judicial process as a result of Tenant's breach and Tenant exercises any right of redemption is allowed by law after the Landlord has incurred, or become obligated for, eviction costs to any third party, then Tenant agrees to pay said costs to the Landlord as a condition of redemption, or if allowed by Landlord, to pay the costs upon demand at a later date.

D.  All outside telephone service shall be arranged for and paid by Tenant, in the event that the Leased Premises are served by a separate utility service, which is metered separately, the Tenant shall make all arrangements including any required deposits for such service, and shall pay for all such service delivered to the Leased Premises promptly and as payment there for shall become due. Tenant agrees to maintain continuous, uninterrupted, utility service to the premises for utilities that are separately metered.

E. Tenant agrees that any and all monies due and owing pursuant to any of the provisions of this Lease Agreement are due and owing as "additional rent".

F. SMOKE DETECTORS - If any applicable law of any governmental body requires the installation of smoke detectors at the time of occupancy of the demised premises by Tenant, Landlord certifies to Tenant that said smoke detectors have been installed and are in proper working condition in accordance with said law prior to Tenant's occupancy. It shall be the responsibility of Tenant to check smoke detectors periodically during the tenancy and replace batteries as necessary to keep the smoke detectors in proper working condition and to report any malfunctions in said smoke detectors unless the defect is reported to Landlord in writing. Landlord assumes no responsibility or liability for any malfunctions in said smoke detectors to Landlord in writing. Landlord assumes no responsibility or liability for any non-reported malfunctions to or misuses of smoke detectors by the Tenants which results in injury or damage to persons or the demised premises.

G. INSURANCE: During the term of this Lease, and any renewal or extension thereof, Landlord recommends that the Tenant at Tenant's sole cost and expense, purchase renter's form homeowner's insurance coverage providing for personal liability (bodily injury and property damage) coverage and medical payments coverage. Landlord also recommends that Tenant purchase insurance coverage to keep Tenant's personal property on and in the Premises insured for the benefit of Tenant against loss or damage resulting from broad form named perils on a replacement cost basis.

_____
Tenant's Initials

**MISCELLANEOUS PROVISIONS:**

i) The Landlord will furnish and maintain in operation in the Leased Premises such refrigerator as the Landlord shall deem suitable and appropriate, but shall not be liable for any damages which may be caused, directly or indirectly, in furnishing or maintaining the same, or by failure to maintain the same in operation. If any member of his household, his servants, guests or visitors shall cause damage to a refrigerator of Landlord, Tenant agrees to pay cost of repairing the damage or replacing the refrigerator.

ii) The Tenant shall not install or use a washing machine or dryer in the Leased Premises but shall be entitled, upon payment of the meter charges for the use of any equipment located in said building, to use any laundry facilities afforded by the Landlord, in such manner and during such times as may be determined by the Landlord. Definite times for the use of these facilities will not be assigned to individual apartments; therefore, cooperation with other Tenants is necessary. Landlord assumes no responsibility for loss or damage that might arise from the use of laundry rooms or equipment or for any physical injury sustained by the use thereof. The Landlord reserves the right to confiscate any clothes hung in basement areas or laundry rooms. Washing machines, dryers, and other major electrical appliances in any apartment or laundry room are positively prohibited.

iii) No awnings or other projections except such as are installed by the Landlord shall be attached to the outside or other parts of the building, and no blinds, shades, screens, attachments, or contrivances of any kind shall be attached to, hung in, or used in connection with any window or door or patio of the Leased Premises, nor, except as allowed by law, shall the Tenant install or use any radio aerial or television aerial other than the central television aerial installed in the Leased Premises by the Landlord, without the prior written consent of the Landlord. Tenant agrees to have television connected by an electronics service approved by the Landlord, so as to avoid damage to the Master T.V. Aerial or sets of other residents. Under no circumstances shall any air conditioning apparatus be installed by the Tenant.

To the extent allowed by law, Landlord reserves the right to restrict, control, or prevent the installation of antennas and satellite dishes on the property. Prior to the installation of any antenna or satellite dish which has been authorized by the Landlord or by law, Tenant shall obtain Landlord's written approval of the method of installation and will execute such assumption of liability and indemnification documents as requested by Landlord. Tenant shall obtain and maintain liability insurance

established by the Landlord covering possible damage or injury arising from, or related to, the installation, use, or existence of the antenna or satellite dish.

iv) The Landlord shall furnish electric light bulbs in the fixtures and fuses in the panel box installed by the Landlord at the time the Tenant takes possession of the Leased Premises, but not thereafter.

v) All garbage and trash must be placed in suitable, substantial, non-leaking covered containers and placed as directed by the Landlord. Where refuse is to be placed in a large container provided by the Landlord, the Tenant shall use this container, replace its lid and not place refuse on the floor of the trash room.

vi) No baby carriages, bicycles or other articles of personal property shall be deposited, allowed or permitted on the patios or balconies of the building, or passageways, parking areas, courts, sidewalk, or lawns of the building. All such articles may be impounded and a charge made for their return.

vii) The Tenant shall not permit or allow any servant, employee, or his children, or any of his guests or invitees to loiter or play in any of the following areas where applicable to the property of which the Leased Premises are a part, elevators, lobby, corridors, landings or stairs, lawns, or parking areas.

viii) All persons shall be properly attired when appearing in any of the following portions of the property of which the Leased Premises are apart, where applicable; lobby, corridors, elevators and any other public spaces in said building; and in the event that the Tenant or members of his household or his guests or invitees shall avail themselves of the privilege of using any sun deck and/or sauna in the event same is provided by the Landlord, then they shall be suitably attired.

ix) The Tenant shall keep or cause to be kept all doors leading from and into said Leased Premises of said building, closed at all times, and the Landlord reserves the right to close all such doors in the event of the violation of this provision.

x) The Tenant shall not make or permit to be made any disturbing noises which will unreasonably interfere with the rights, comforts or convenience of other Tenants. Tenant shall keep the volume of any radio, television or musical instrument in his apartment sufficiently reduced at all times so as not to disturb other Tenants in the building, and shall not conduct or permit to be conducted vocal or instrumental practice or instruction.

xi) Moving of furniture is permitted to and from the apartments between the hours of 8:00 a.m. and 6:00 p.m. only. In addition to all other notices required under the lease notice of intent to move must be given to the resident manager at least 48 hours prior to moving. Moving is not permitted on Sunday and holidays. Any packing cases, barrels or boxes which are used in moving must be removed by the Tenant to whom they belong or by the moving company.

xii) The use of charcoal burners is a violation of the Fire Prevention Code and will not be permitted on the terrace, patio, or balconies due to danger of fire and smoke disturbance to Tenant's neighbors.

xiii) Tenants are cautioned against excessive use of soaps and detergents which might cause overflowing of suds in neighboring apartments. No dishwashers will be permitted in the apartments except as may be provided by Landlord. Tenants are not to use detergents in dishwashers provided by Landlord except as stated by the manufacturer.

xiv) Deliveries requiring entrance to a Tenant's apartment will not be accepted unless the Tenant has signed an admit slip and left key for admittance. Management cannot assume any responsibility for the condition in which deliveries are received.

xv) Windows must be kept closed during air conditioning season, or condensation may form on the unit causing damage to carpets and floors. Absolutely

9

no laundry, clothing, rugs or other items are to be hung on or upon the exterior of any building. No clothesline, clothes racks or any other device may be used to hang any such items on any patio, balcony or window. The Tenant shall not suffer or permit anything to be kept on the window sills of the Leased Premises, shall not permit anything to be thrown out of the windows of the Leased Premises, or down the courts or balconies and patios of said building, or the dusting or shaking of mops, brooms, or other cleaning material out of either the windows or the doors of the Leased Premises; and shall not permit anything to be placed in or hung from the outside of said windows.

xvi)  Tenants must operate garbage disposal in accordance with the written instructions as to insure maximum efficiency with a minimum of trouble. Tenants will be responsible for breakage and removal of objects causing stoppages of the disposals.

xvii)  **Condominium Status.** Tenant acknowledges that, prior to entering into this Lease and prior to any occupancy of the Premises leased to tenant under this Lease, Tenant is hereby being advised that the Premises being rented and the apartment community located at 3910 Georgia Avenue, NW, Washington, D.C., have been registered as a condominium pursuant to the District of Columbia Condominium Act of 1976, as amended (the "Condominium Act"), and that the Premises and this Lease are subject to such condominium registration pursuant to that certain registration order issued ___N/A___ by the Rental Conversion and Sale Division of the D.C. Department of Housing and Community Development, as well as the terms and provisions of any Declaration and Bylaws that become effective with respect to the formation of a condominium regime pursuant thereto, and such rules and regulations adopted from time to time by the Condominium pursuant to its authority under the Declaration and Bylaws ("Condominium Rules and Regulations"). Tenant agrees that the tenancy created hereunder is subject to the following additional provisions once the Declaration is recorded and the Condominium formed:

(a)  Tenant shall have the right to use any limited common elements (except any parking space, unless expressly included in this Lease without additional rent) appurtenant to the Premises (which for purposes of this Lease shall be deemed part of the Premises), and the non-exclusive right to use the Condominium common elements in accordance with and to the extent provided in the Declaration, Bylaws and Condominium Rules and Regulations (except any parking space, unless expressly included in this Lease without additional rent) in common with other occupants of the Condominium. Tenant affirmatively agrees to abide by all of the obligations, covenants and restrictions imposed upon occupants by said Declaration (except for the payment of assessments and other monetary obligations required of unit owners), the Bylaws and the Condominium Rules and Regulations, all as may be amended from time to time. Any violation by Tenant of said obligations, covenants, restrictions, Condominium Rules and Regulations and Bylaws shall be deemed a breach of this Lease. Tenant hereby permits the Condominium, the board of directors of the unit owners association of the Condominium, and their agents to proceed directly against Tenant for any breach by Tenant of any of said obligations, covenants, restrictions, Condominium Rules and Regulations and Bylaws including, without limitation, the power to terminate the Lease or to bring summary proceedings to evict Tenant in the name of the Landlord upon forty-five (45) days' prior written notice to Landlord.

(b)  Tenant hereby agrees to indemnify Landlord and the Condominium (including the unit owners association and its board of directors) for any loss, cost, damage or expense incurred by Landlord or the Condominium (including the unit owners association and its board of directors) directly or indirectly as a result of Tenant's breach of its obligations as set forth in this Section entitled Condominium Status.

10

**ENTIRE UNDERSTANDING**

This Lease Agreement contains the final and entire understanding between the parties hereto and no party shall be bound by any term, condition or representation, oral or written, not set forth herein.

IN TESTIMONY WHEREOF, the parties hereto have affixed their hands and seals all on the day and in the year hereinabove written.

WITNESS:

_____   By:_____(SEAL)

_____      _____(SEAL)
                                    TENANT

_____      _____(SEAL)
                                    TENANT

The undersigned hereby acknowledges receipt of a copy of this Lease Agreement and a copy of Chapter 3 and Sections 101 and 106 of Title 14 of the District of Columbia Municipal Regulations.

_____
TENANT

_____
TENANT

11