# EXHIBIT B

# Event History Report by Event Date
### For Maria Reddick
### Begin Date: 12/01/2022

| Address: | 3910 Georgia Avenue<br>Apt. 619<br>Washington, DC  20011 | Community: | 3Tree Flats |
|---|---|---|---|
| | | Unit: | 619 |

| Event Date | Type | Payment Info | Due Amount | Balance |
|---|---|---|---|---|
| 03/06/2025 | Assess Charge | | $85.00 | $47,585.05 |
| 03/01/2025 | Billing | | $1,700.00 | $47,500.05 |
| 02/06/2025 | Assess Charge | | $85.00 | $45,800.05 |
| 02/01/2025 | Billing | | $1,700.00 | $45,715.05 |
| 01/06/2025 | Assess Charge | | $85.00 | $44,015.05 |
| 01/01/2025 | Billing | | $1,700.00 | $43,930.05 |
| 12/06/2024 | Assess Charge | | $85.00 | $42,230.05 |
| 12/01/2024 | Billing | | $1,700.00 | $42,145.05 |
| 11/06/2024 | Assess Charge | | $85.00 | $40,445.05 |
| 11/01/2024 | Billing | | $1,700.00 | $40,360.05 |
| 10/07/2024 | Assess Charge | | $85.00 | $38,660.05 |
| 10/01/2024 | Billing | | $1,700.00 | $38,575.05 |
| 09/06/2024 | Assess Charge | | $83.95 | $36,875.05 |
| 09/01/2024 | Billing Correction | | $21.00 | $36,791.10 |
| 09/01/2024 | Billing | | $1,679.00 | $36,770.10 |
| 08/06/2024 | Assess Charge | | $83.95 | $35,091.10 |
| 08/01/2024 | Billing | | $1,679.00 | $35,007.15 |
| 07/08/2024 | Assess Charge | | $83.95 | $33,328.15 |
| 07/01/2024 | Billing | | $1,679.00 | $33,244.20 |
| 06/06/2024 | Assess Charge | | $83.95 | $31,565.20 |
| 06/01/2024 | Billing | | $1,679.00 | $31,481.25 |
| 05/07/2024 | Assess Charge | | $83.95 | $29,802.25 |
| 05/01/2024 | Billing | | $1,679.00 | $29,718.30 |
| 04/08/2024 | Assess Charge | | $83.95 | $28,039.30 |

** = Subsequent NSF (Insufficient Funds) Event

# Event History Report by Event Date
## For Maria Reddick
### Begin Date: 12/01/2022

**Address:** 3910 Georgia Avenue
Apt. 619
Washington, DC  20011

**Community:** 3Tree Flats
**Unit:** 619

| Event Date | Type | Payment Info | Amount Due | Balance |
|---|---|---|---|---|
| 04/01/2024 | Billing | | $1,679.00 | $27,955.35 |
| 03/21/2024 | Assess Charge | | $83.95 | $26,276.35 |
| 03/01/2024 | Billing | | $1,679.00 | $26,192.40 |
| 02/07/2024 | Assess Charge | | $83.95 | $24,513.40 |
| 02/01/2024 | Billing | | $1,679.00 | $24,429.45 |
| 01/08/2024 | Assess Charge | | $83.95 | $22,750.45 |
| 01/01/2024 | Billing | | $1,679.00 | $22,666.50 |
| 12/21/2023 | Assess Charge | | $83.95 | $20,987.50 |
| 12/01/2023 | Billing | | $1,679.00 | $20,903.55 |
| 11/09/2023 | Assess Charge | | $83.95 | $19,224.55 |
| 11/01/2023 | Billing | | $1,679.00 | $19,140.60 |
| 10/11/2023 | Assess Charge | | $83.95 | $17,461.60 |
| 10/01/2023 | Billing | | $1,679.00 | $17,377.65 |
| 09/27/2023 | Assess Charge | | $83.95 | $15,698.65 |
| 09/01/2023 | Billing | | $1,679.00 | $15,614.70 |
| 08/08/2023 | Assess Charge | | $83.95 | $13,935.70 |
| 08/01/2023 | Billing | | $1,679.00 | $13,851.75 |
| 07/01/2023 | Billing | | $1,679.00 | $12,172.75 |
| 06/01/2023 | Billing | | $1,679.00 | $10,493.75 |
| 05/08/2023 | Assess Charge | | $83.95 | $8,814.75 |
| 05/01/2023 | Billing | | $1,679.00 | $8,730.80 |
| 04/07/2023 | Assess Charge | | $83.95 | $7,051.80 |
| 04/01/2023 | Billing | | $1,679.00 | $6,967.85 |
| 03/09/2023 | Assess Charge | | $83.95 | $5,288.85 |

** = Subsequent NSF (Insufficient Funds) Event

# Event History Report by Event Date
## For Maria Reddick
### Begin Date: 12/01/2022

**Address:** 3910 Georgia Avenue
Apt. 619
Washington, DC  20011

**Community:** 3Tree Flats
**Unit:** 619

| Event Date | Type | Payment Info | Due Amount | Balance |
|---|---|---|---:|---:|
| 03/01/2023 | Billing | | $1,679.00 | $5,204.90 |
| 02/13/2023 | Insufficient Funds | Check#Paylease333631102 | $1,687.19 | $3,525.90 |
| 02/09/2023 | Assess Charge | | $83.95 | $1,838.71 |
| ** 02/02/2023 | Payment | Check#Paylease333631102 | ($1,687.19) | $1,754.76 |
| 02/01/2023 | Billing | | $1,679.00 | $3,441.95 |
| 01/09/2023 | Assess Charge | | $83.95 | $1,762.95 |
| 01/01/2023 | Billing | | $1,679.00 | $1,679.00 |
| 12/14/2022 | Apply Credits | | $0.00 | $0.00 |
| 12/08/2022 | Payment | Check#Paylease325276112 | ($1,687.19) | $0.00 |
| 12/02/2022 | Payment | Check#Paylease322472518 | ($1,758.75) | $1,687.19 |
| 12/01/2022 | Billing | | $1,679.00 | $3,445.94 |

** = Subsequent NSF (Insufficient Funds) Event