# EXHIBIT C

eFiled
4/17/2024 11:19:53 AM
Superior Court
of the District of Columbia



**Superior Court of the District of Columbia**
**Civil Division – Landlord and Tenant Branch**
**510 4th St NW, Building B, Room 110, Washington DC 20001**
**202-879-4879 | dccourts.gov**

# 2024-LTB-004020

|  |  |  |
|---|---|---|
| Residential One, LLC TA 3 Tree Flats | | Case Number |
| | | MARIA REDDICK |
| Plaintiff(s) | vs. | Defendant(s) |
| Address  3910 Georgia Avenue, NW | | Address  3910 Georgia Avenue, NW # 619 |
| Washington, DC  20011 | | Washington DC 20011 |
| City, State, Zip Code | | City, State, Zip Code |
| (240) 507-1700 | | 202-723-5905 |
| Phone Number | | Phone Number |
| | | |
| Email Address | | Email Address |

## VERIFIED COMPLAINT FOR POSSESSION OF REAL PROPERTY -- FORM 1A
### (Nonpayment of Rent – Residential Property)

## I. Basis for Complaint

1. I, ___Brian Dorwin_____ swear or affirm, under penalties of perjury that I have knowledge of the facts set forth in this Complaint.

   I am: ☐ Plaintiff, **or** ✓ Plaintiff's attorney, **or** ☐ Plaintiff's agent authorized to make this verification and my relationship to Plaintiff is (*explain, and if Plaintiff is a corporation, include your title*): _____.

2. Plaintiff: ✓ is the Landlord or Owner, **or** ☐ has been appointed Personal Representative of the Estate in Case Number _____ and is authorized to take possession of the property, **or** ☐ is not the Landlord, Owner, or Personal Representative, but has the right to possession because (*explain*): _____.

3. The Property is registered with the Rental Accommodations Division: ✓ yes ☐ no

   The Registration Number is: _____ **or** the Exemption Number is: _555252_____.

4. Plaintiff has a current Basic Business License for the Property: ✓ yes ☐ no

   The License Number is: _500111006624____, Active date _04/01/2023_____, and the Expiration date is: _03/31/2025_____ **or** ☐ Plaintiff has no current Basic Business License because (*explain*): _____.

5. Plaintiff has other pending landlord and tenant case(s) against Defendant in Landlord and Tenant Court: ☐ yes ✓ no. If yes, the name and case number for the pending case(s) are: _____.

6. Plaintiff seeks possession of property located at _3910 Georgia Avenue, NW # 619_____, Washington, D.C.

Plaintiff alleges:

    a. ✓ Defendant failed to pay $ _25185.00_ , total rent due from ___01/01/2023___ (month/year) to ____03/31/2024____ (month/year). The monthly rent is $_1679.00_____.
Plaintiff seeks fees (*do not include late fees*) of $_____ for _____
_____ (*explain*), defined as rent under paragraph number ____ of the lease for this property, which is not subsidized and is exempt from rent control. (*Attach relevant portions of lease and bring to every court date*) The total amount due to Plaintiff for rent and other fees listed above (not including late fees) is $_25185.00_____ (*total amount must be $600 or more*).

    b. ✓ Defendant failed to pay the rent owed after being properly served with a written Nonpayment of Rent Notice (*Attach copy of Notice and Declaration of Service of the Notice)*.

7. Is or was the rent for the property subsidized by the federal or local government during at least one of the months listed in section 6(a)?     yes ☑ no

If the rent is or was subsidized ("yes" to the question above), answer *all* of the following:

    a. What amount of rent, if any, is due from the tenant per month? $_1679.00_____

    b. What amount of rent, if any, is due from the subsidy program per month? $ _0.00_____

    c. Is the rent amount alleged due for any month listed in the Complaint over and above the tenant's portion of the rent for that month? ☐ yes  ✓ no

    d. Has the subsidy program failed to pay its portion of the rent for any of the months at issue in this case? ☐ yes  ✓ no

    e. Has the subsidy program terminated the subsidy? ☐ yes  ✓ no

8. Plaintiff seeks a money judgment in the total amount of $ _____.
This total includes the rent and fees defined as rent in section 6(a), plus late fees of $_____ for the month(s) of _____.  Paragraph number ____ of the lease allows late fees of $_____ per month, which does not exceed 5 percent of the full amount of rent due from the tenant.


## II. Relief Requested

Therefore, Plaintiff asks the Court for: (*check all that apply*)
    ✓ Judgment for possession of the property described and costs taxed by the Clerk.
       Money judgment in the total amount of $_____ for rent, fees defined as rent, and late fees.
    ✓ A protective order requiring that all future rent be paid into the Court registry until the case is decided.

Subscribed and sworn to before me this __17__ day of _____Apr_____, 20_24_

| Notary Public: | Plaintiff/Plaintiff's Attorney/Plaintiff's Agent: |
|---|---|
| Brianna M Taylor | Brian Dorwin |
| My commission expires: | Title of Person Signing *(if any)*:  Attorney for Plaintiff |

**Important Note to Parties**: Court of Appeals Rule 49, Superior Court Rule of Civil Procedure 101, and Landlord and Tenant Rule 9 prohibit the unauthorized practice of law. Any person who is not a lawyer in good standing in the District of Columbia should be aware that he or she could be engaging in the unauthorized practice of law if he or she acts on behalf of another in the Landlord and Tenant Branch for any purpose other than to request a continuance.

| Plaintiff / Plaintiff's Attorney / Plaintiff's Agent Name (Print Name): | CLERK OF THE COURT |
|---|---|
| Brian Dorwin | |
| Address: 7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814 | |
| Signature: | Costs of this suit to date are: $  50.00 |
| Email Address: bdorwin@offitkurman.com | |
| Telephone Number: (240) 507-1749 | Attorney Bar Number: 1022905 |

Para pedir una traducción, llame al (202) 879-4828      如需翻译,请打电话 (202) 879-4828 traduction      Veuillez appeler au (202) 879-4828 pour une

Để có một bài dịch, hãy gọi (202) 879-4828      ⬜⬜⬜⬜ ⬜⬜⬜⬜ ⬜⬜⬜⬜⬜ (202) 879-4828 ⬜⬜⬜⬜      번역을 원하시면, (202) 879-4828 로 전화주십시오

# NOTICE TO DEFENDANTS

Please note that you should have received with this Complaint <u>additional forms</u> entitled "**Summons to Appear in Court**" and "**Initial Hearing Notice and Instructions**."

If you <u>did not</u> receive these, *immediately* call the Landlord-Tenant Clerk's Office at 202-879-4879 to learn what date you are required to appear in court to respond to this Complaint.

# AVISO A LOS DEMANDADOS

Sírvanse tomar nota, que junto con la Demanda, deben haber recibido un formulario adicional, titulado "**Citatorio para Comparecer en el Juzgado y Aviso de Audiencia**". Si no recibió el Citatorio, llame *inmediatamente* a la Secretaría de Actas de Arrendadores e Inquilinos, al 202-879-4879 para enterarse de la fecha en que tiene que comparecer ante el Juzgado para contestar esta Demanda.

**Superior Court of the District of Columbia**
**Civil Division – Landlord and Tenant Branch**
**510 4th St NW, Building B, Room 110, Washington DC 20001**
**202-879-4879 | dccourts.gov**

| | Case Number: | 2024-LTB-004020 |
|---|---|---|

Residential One, LLC TA 3 Tree Flats

v.    MARIA REDDICK

| Plaintiff(s) | Defendant(s) |
|---|---|

3910 Georgia Avenue, NW
Washington, DC  20011

3910 Georgia Avenue, NW # 619
Washington DC 20011

| Street Address *(No PO boxes)* | Street Address |
|---|---|

| City, State, Zip Code | City, State, Zip Code |
|---|---|

(240) 507-1700

202-723-5905

| Phone Number          Email Address | Phone Number *(if known)*     Email Address *(if known)* |
|---|---|

### SUMMONS TO APPEAR IN COURT

The plaintiff has sued to evict you. This paper is a summons for you to appear for a hearing on the date and time listed on the Initial Hearing Notice that you should get with this summons.

**You do not have to leave your unit unless and until the Court orders you to do so**.

The complaint states the reason(s) the plaintiff seeks to evict you. The complaint should be attached to this summons.  If it is not, you can get a copy in the Landlord and Tenant Clerk's Office at 510 4th Street, Building B, Room #110 or by calling the Clerk's Office at (202)879-4879 or you can view it electronically at the Court's online court docket at https://www.dccourts.gov/superior-court/cases-online by typing in the case number exactly as it appears on the top of this form, including spaces, zeroes, and capital letters.

1. If you, or your attorney, do not appear on the date and time listed in the Initial Hearing Notice, you may be evicted without any further court hearings.

2. If you want legal advice or possible representation by an attorney you can call the Landlord Tenant Legal Assistance Network (LTLAN) at (202) 780-2575. LTLAN provides free legal services to tenants with qualifying incomes. The Court encourages you to call LTLAN as soon as possible and well before **your hearing date.**

**Notice to Occupant(s) Not Named on the Summons:**  If you live on the premises and wish to remain, you must participate in  the court hearing even if you are not named as a Defendant on the Summons or Complaint.

**PLEASE SEE THE BACK OF THIS FORM FOR IMPORTANT INFORMATION ABOUT THE CASE.  IF YOU HAVE ANY ADDITIONAL QUESTIONS ABOUT THE SUMMONS AND COMPLAINT, OR YOUR RIGHTS AND RESPONSIBILITIES, PLEASE CONTACT THE LANDLORD TENANT LEGAL ASSISTANCE NETWORK at (202)-780-2575 OR AN ATTORNEY PROMPTLY.**

Plaintiff / Petitioner or Attorney Name (Print Name):
  Brian Dorwin

Address:
7501 Wisconsin Ave, Suite 1000W, Bethesda, MD 20814

Signature:

Email Address:
  bdorwin@offitkurman.com

Telephone Number:          Attorney Bar Number:
  (240) 507-1749               1022905

CLERK OF THE COURT

Costs of this suit to date are: $  50.00

## IMPORTANT INFORMATION - PLEASE READ CAREFULLY

**Your landlord has sued to evict you. You must participate in each court hearing if you want to try to remain in your housing unit:**

Attend the hearing even if you think you do not owe any rent or have not violated your lease.  If you do not participate, or if you are late,   you may be evicted without any further court hearings.  You also may have a judgment for money entered against you, and your landlord  may be allowed to take some of your wages.

**Read the complaint carefully**.  **Even if your rent is paid in full, the complaint may include  reasons other than unpaid rent for your landlord to seek your eviction:**

The plaintiff may be able to evict you if you do not pay rent that comes due after this complaint was filed.  The plaintiff may have a right to evict you if you do not have a 'zero' balance on your rental account on the day of the hearing or, sometimes, if you have paid rent late even if you have a 'zero' balance.

**Collect all papers relating to your case, and have them with you at every hearing:**

Examples of papers that relate to your case are: your lease, rent receipts, pictures or anything else that will explain your side of the case to the judge.  Also have the complaint and this document available.

**You and the other side are expected to appear remotely.  Instructions for remote participation are on the hearing notice. However, you may participate in person.**

If you would like to appear in person, please notify the Court seven days before your hearing.

**You must connect remotely or come to the courtroom promptly at the time that your hearing is scheduled:**

If you are not present when your case is called or do not answer when your case is called, a default may be entered against you, and the Court may enter a judgment allowing the plaintiff to evict you

**If you have an emergency and cannot participate in the hearing or participate on time:**

Call the Landlord and Tenant Clerk's Office immediately at (202) 879-4879.

**Persons with disabilities:**

If you have a disability and you require an accommodation, please call (202) 879-1700. The Court does not provide transportation service.

**Child care:**

A Child Care Center is in Room C-100 on the lower (C) level of the Moultrie Courthouse (500 Indiana Ave., NW. You may also call (202) 879-1759 or email ChildCareCenter@dcsc.gov for more information.

**Filing with the Court:**

Parties may file documents electronically, or by mailing them to the Court at the Landlord and Tenant Branch address listed at the top of this summons, by bringing the documents to the Clerks' Office at the same address, or placing them in the drop-boxes in the lobby of the Moultrie courthouse or Building B. Information about electronic filing is available on the Court's website at https://www.dccourts.gov/superior-court/e-filing. You do not need to be an attorney to file electronically.

DocuSign Envelope ID: A9A75837-59F0-496C-BF06-811EB6495115

December 28, 2023

*__Via Private Process Server__*

MARIA REDDICK
3910 Georgia Avenue, NW # 619
Washington, DC  20011

## __NOTICE OF PAST DUE RENT, INTENT TO FILE A CLAIM__
## __WITH VAWA NOTIFICATION ATTACHED__

This Notice is being issued pursuant to D.C. Code 42.3505.01(a-1). You are hereby notified that your housing provider ("Landlord") intends to file a claim (Complaint for Possession) to recover possession of your rental unit not less than 30 days after the service of this Notice of Past Due Rent and Intent to File a Claim if the outstanding rent owed has not been paid within 30 days.

The total amount of rent currently owed is $ ___20148.00___. A ledger showing the dates of rent charges and payments for the period of delinquency is attached. You have the right to remain in the rental unit if the total balance of unpaid rent is paid in full; except, that the Landlord shall not issue such notice if the amount of rent that the tenant has failed to pay is less than $600.  Landlord has the right to file a case in court seeking your eviction if the amount of rent you owe is equal to at least $600 and you do not pay the balance of unpaid rent in full within 30 days of this notice.  If the amount you owe is lower than $600, your Landlord can notify you of the amount due but cannot file a case in court seeking your eviction. **You have the right to defend yourself in court. Only a court can order your eviction. For further help or to seek free legal services contact the Office of Tenant Advocate at 202-719-6560 or the Landlord Tenant Legal Assistance Network at 202-780-2575**.

## __AVISO DE ALQUILER VENCIDO, INTENCIÓN DE PRESENTAR UN RECLAMO CON__
## __NOTIFICACIÓN VAWA ADJUNTA__

Este Aviso se emite de conformidad con el Código de D.C. 42.3505.01(a-1). Por la presente se le notifica que su proveedor de vivienda ("Propietario") tiene la intención de presentar un reclamo (Demanda por posesión) para recuperar la posesión de su unidad de alquiler no menos de 30 días después de la entrega de este Aviso de alquiler atrasado e intención de presentar un reclamo si el alquiler adeudado no se ha pagado dentro de los 30 días.

El monto total del alquiler adeudado actualmente es de $ ___20148.00___. Se adjunta un libro mayor que muestra las fechas de los cargos de alquiler y los pagos correspondientes al período de morosidad. Tiene derecho a permanecer en la unidad de alquiler si el saldo total del alquiler no pagado se paga en su totalidad; excepto que el propietario no emitirá dicha notificación si el monto del alquiler que el inquilino no ha pagado es inferior a $600. El propietario tiene derecho a presentar un caso ante el tribunal para solicitar su desalojo si el monto del alquiler que debe es igual a al menos $600 y usted no paga el saldo del alquiler impago en su totalidad dentro de los 30 días posteriores a este aviso. Si el monto que debe es inferior a $600, su arrendador puede notificarle el monto adeudado pero no puede presentar un caso ante el tribunal para solicitar su desalojo. **Tiene derecho a defenderse en los tribunales. Sólo un tribunal puede ordenar su desalojo. Para obtener más ayuda o buscar servicios legales gratuitos, comuníquese con la Oficina del Defensor del Inquilino al 202-719-6560 o con la Red de Asistencia Legal para Propietarios e Inquilinos al 202-780-2575.**

Sincerely,

*Channer Woodcock*
_____
Authorized Representative for Landlord

## RETURN OF SERVICE

## NOTICE OF PAST DUE RENT AND INTENT TO FILE A CLAIM

Case Number:

_____

Plaintiff:
**RESIDENTIAL ONE-3 TREE FLATS**

vs.

Defendant:
**MARIA REDDICK**

Received by ESQ Process Servers to be served on **MARIA REDDICK, 3910 GEORGIA AVENUE, NW, #619, WASHINGTON, DC 20011**.

I, Lisa J. Wilson, do hereby affirm that on the **31st day of January, 2024** at **7:37 pm, I:**

**POSTED** by attaching a true copy of the **NOTICE OF PAST DUE RENT AND INTENT TO FILE A CLAIM** with the date and hour of service endorsed herein by me, to the front door on the property of the within named person's **RESIDENCE** at the address of: **3910 GEORGIA AVENUE, NW, #619, WASHINGTON, DC 20011**

**Additional Information pertaining to this Service:**
1/18/2024  1:19 pm  Attempted service at 3910 GEORGIA AVENUE, NW #619, WASHINGTON, DC 20011, no answer at residence.
1/31/2024  7:36 pm  Attempted service at 3910 GEORGIA AVENUE, NW #619, WASHINGTON, DC 20011, no answer at residence.
2/1/2024  Copy Mailed.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief and do further affirm I am a competent person over 18 years of age and not party to the case.

_____

**Lisa J. Wilson**
Process Server

**ESQ Process Servers**
**support@esqprocessservers.com**
**51 Monroe Street, Suite 708**
**Rockville, MD 20850**
**(301) 762-1350**

Our Job Serial Number: LES-2024000308
Ref: 02080014.00020
Service Fee: $35.00

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2w







DocuSign Envelope ID: A8A758B7-59F9-496C-8E06-811559495155

Case 24-00393-ELG   Doc 60-3   Filed 03/18/25   Entered 03/18/25 15:30:48   Desc
Exhibit C - L&T Complaint   Page 10 of 30

# Event History Report by Event Date
### For Maria Reddick

12/21/2023

| Address: | 3910 Georgia Avenue<br>Apt. 619<br>Washington, DC   20011 | Community: | 3Tree Flats |
|---|---|---|---|
| | | Unit: | 619 |

| | | | | Due | |
|---|---|---|---|---|---|
| **Event Date** | **Type** | **Payment Info** | | **Amount** | **Balance** |
| 12/21/2023 | Assess Charge | | | $83.95 | $20,987.50 |
| 12/01/2023 | Billing | | | $1,679.00 | $20,903.55 |
| 11/09/2023 | Assess Charge | | | $83.95 | $19,224.55 |
| 11/01/2023 | Billing | | | $1,679.00 | $19,140.60 |
| 10/11/2023 | Assess Charge | | | $83.95 | $17,461.60 |
| 10/01/2023 | Billing | | | $1,679.00 | $17,377.65 |
| 09/27/2023 | Assess Charge | | | $83.95 | $15,698.65 |
| 09/01/2023 | Billing | | | $1,679.00 | $15,614.70 |
| 08/08/2023 | Assess Charge | | | $83.95 | $13,935.70 |
| 08/01/2023 | Billing | | | $1,679.00 | $13,851.75 |
| 07/01/2023 | Billing | | | $1,679.00 | $12,172.75 |
| 06/01/2023 | Billing | | | $1,679.00 | $10,493.75 |
| 05/08/2023 | Assess Charge | | | $83.95 | $8,814.75 |
| 05/01/2023 | Billing | | | $1,679.00 | $8,730.80 |
| 04/07/2023 | Assess Charge | | | $83.95 | $7,051.80 |
| 04/01/2023 | Billing | | | $1,679.00 | $6,967.85 |
| 03/09/2023 | Assess Charge | | | $83.95 | $5,288.85 |
| 03/01/2023 | Billing | | | $1,679.00 | $5,204.90 |
| 02/13/2023 | Insufficient Funds | Check#Paylease333631102 | | $1,687.19 | $3,525.90 |
| 02/09/2023 | Assess Charge | | | $83.95 | $1,838.71 |
| ** 02/02/2023 | Payment | Check#Paylease333631102 | | ($1,687.19) | $1,754.76 |
| 02/01/2023 | Billing | | | $1,679.00 | $3,441.95 |
| 01/09/2023 | Assess Charge | | | $83.95 | $1,762.95 |
| 01/01/2023 | Billing | | | $1,679.00 | $1,679.00 |

** = Subsequent NSF (Insufficient Funds) Event

DocuSign Envelope ID: A8A758B7-59F9-496C-BE06-81AF98495145

Case 24-00393-ELG    Doc 60-3    Filed 03/18/25    Entered 03/18/25 15:30:48    Desc
Exhibit C - L&T Complaint    Page 11 of 30    12/21/2023

# Event History Report by Event Date

### For Maria Reddick

| | |
|---|---|
| **Address:** 3910 Georgia Avenue<br>Apt. 619<br>Washington, DC  20011 | **Community:** 3Tree Flats<br>**Unit:** 619 |

| Event Date | Type | Payment Info | Due Amount | Due Balance |
|---|---|---|---|---|
| 12/14/2022 | Apply Credits | | $0.00 | $0.00 |
| 12/08/2022 | Payment | Check#Paylease325276112 | ($1,687.19) | $0.00 |
| 12/02/2022 | Payment | Check#Paylease322472518 | ($1,758.75) | $1,687.19 |
| 12/01/2022 | Billing | | $1,679.00 | $3,445.94 |
| 11/07/2022 | Assess Charge | | $8.19 | $1,766.94 |
| 11/01/2022 | Payment | Check#Paylease317547288 | ($1,679.00) | $1,758.75 |
| << 11/01/2022 | Payment | Check#Paylease317547288 | $0.00 | $3,437.75 |
| 11/01/2022 | Billing | | $1,679.00 | $3,437.75 |
| 10/07/2022 | Assess Charge | | $79.75 | $1,758.75 |
| 10/04/2022 | Payment | Check#Paylease312472104 | ($1,846.85) | $1,679.00 |
| 10/01/2022 | Billing | | $1,679.00 | $3,525.85 |
| 09/07/2022 | Assess Charge | | $83.95 | $1,846.85 |
| 09/01/2022 | Billing | | $1,679.00 | $1,762.90 |
| 08/22/2022 | Payment | Money Order#0454937324 | ($6,412.00) | $83.90 |
| 08/08/2022 | Assess Charge | | $83.95 | $6,495.90 |
| 08/01/2022 | Billing | | $1,679.00 | $6,411.95 |
| 07/06/2022 | Receivable Adjustment | | $83.95 | $4,732.95 |
| 07/01/2022 | Billing Correction | | $0.00 | $4,649.00 |
| 07/01/2022 | Billing | | $1,679.00 | $4,649.00 |
| 06/01/2022 | Billing Correction | | $53.00 | $2,970.00 |
| 06/01/2022 | Billing Correction | | $47.00 | $2,917.00 |
| 06/01/2022 | Billing | | $1,579.00 | $2,870.00 |
| 05/13/2022 | Apply Credits | | $0.00 | $1,291.00 |
| 05/03/2022 | Payment | Check#Paylease287301572 | ($1,585.00) | $1,291.00 |

** = Subsequent NSF (Insufficient Funds) Event

DocuSign Envelope ID: A8A758B7-59F9-496C-BE06-811586495115

Case 24-00393-ELG    Doc 60-3    Filed 03/18/25    Entered 03/18/25 15:30:48    Desc
Exhibit C y L&T Complaint    Page 12 of 30

# Event History Report By Event Date
For Maria Reddick

12/21/2023

| Address: | 3910 Georgia Avenue | Community: | 3Tree Flats |
|---|---|---|---|
| | Apt. 619 | Unit: | 619 |
| | Washington, DC  20011 | | |

| | | | Due | |
|---|---|---|---|---|
| Event Date | Type | Payment Info | Amount | Balance |
| 05/01/2022 | Billing | | $1,579.00 | $2,876.00 |
| 04/01/2022 | Payment | Check#paylease282218812 | ($1,684.00) | $1,297.00 |
| 04/01/2022 | Billing | | $1,579.00 | $2,981.00 |
| << 03/02/2022 | Payment | Check#Paylease277255922 | $0.00 | $1,402.00 |
| 03/02/2022 | Payment | Check#Paylease277255922 | ($1,685.00) | $1,402.00 |
| 03/01/2022 | Billing | | $1,579.00 | $3,087.00 |
| 02/02/2022 | Payment | Check#Paylease272615952 | ($1,650.00) | $1,508.00 |
| 02/01/2022 | Billing | | $1,579.00 | $3,158.00 |
| 01/01/2022 | Billing | | $1,579.00 | $1,579.00 |
| 12/20/2021 | Writeoff/Forfeit | | ($32.08) | $0.00 |
| 12/20/2021 | Writeoff/Forfeit | | ($1,377.92) | $32.08 |
| 12/16/2021 | Payment | Check#Paylease266091324 | ($1,650.00) | $1,410.00 |
| 12/01/2021 | Payment | Check#Paylease262771006 | ($1,604.00) | $3,060.00 |
| 12/01/2021 | Billing | | $1,579.00 | $4,664.00 |
| 11/01/2021 | Billing | | $1,579.00 | $3,085.00 |
| 10/28/2021 | Payment | Check#Paylease257917747 | ($1,600.00) | $1,506.00 |
| 10/01/2021 | Payment | Check#Paylease253748351 | ($1,575.00) | $3,106.00 |
| 10/01/2021 | Billing | | $1,579.00 | $4,681.00 |
| 09/01/2021 | Billing | | $1,579.00 | $3,102.00 |
| 08/25/2021 | Payment | Check#Paylease248786185 | ($1,575.00) | $1,523.00 |
| 08/01/2021 | Billing | | $1,579.00 | $3,098.00 |
| 07/02/2021 | Payment | Check#Paylease240997209 | ($1,575.00) | $1,519.00 |
| 07/01/2021 | Billing | | $1,579.00 | $3,094.00 |
| 06/02/2021 | Payment | Check#Paylease235992276 | ($1,575.00) | $1,515.00 |

** = Subsequent NSF (Insufficient Funds) Event

DocuSign Envelope ID: A8A758B7-59F9-496C-BE06-21F5B495115

Case 24-00393-ELG    Doc 60-3    Filed 03/18/25    Entered 03/18/25 15:30:48    Desc
Exhibit O - L&T Complaint    Page 13 of 30

# Event History Report by Event Date
### For Maria Reddick

12/21/2023

| Address: | 3910 Georgia Avenue Apt. 619 Washington, DC  20011 | Community: | 3Tree Flats |
|---|---|---|---|
| | | Unit: | 619 |

|  | Event Date | Type | Payment Info | Due Amount | Balance |
|---|---|---|---|---|---|
| | 06/01/2021 | Billing | | $1,579.00 | $3,090.00 |
| | 05/17/2021 | Apply Credits | | $0.00 | $1,511.00 |
| | 05/12/2021 | Insufficient Funds | Check#Paylease233492432 | $1,825.00 | $1,511.00 |
| | 05/10/2021 | Payment | Check#Paylease234350451 | ($1,652.00) | ($314.00) |
| ** | 05/05/2021 | Payment | Check#Paylease233492432 | ($1,825.00) | $1,338.00 |
| | 05/01/2021 | Billing | | $1,579.00 | $3,163.00 |
| | 04/02/2021 | Payment | Check#Paylease228300853 | ($1,574.00) | $1,584.00 |
| | 04/01/2021 | Billing | | $1,579.00 | $3,158.00 |
| | 03/02/2021 | Payment | Check#Paylease222942498 | ($1,579.00) | $1,579.00 |
| | 03/01/2021 | Billing | | $1,579.00 | $3,158.00 |
| | 02/17/2021 | Payment | Check#Paylease222053834 | ($1,699.90) | $1,579.00 |
| | 02/01/2021 | Billing | | $1,579.00 | $3,278.90 |
| | 01/19/2021 | Payment | Money Order#22058 | ($195.00) | $1,699.90 |
| | 01/05/2021 | Payment | Check#Paylease215683690 | ($1,584.00) | $1,894.90 |
| | 01/01/2021 | Billing | | $1,579.00 | $3,478.90 |
| | 12/03/2020 | Payment | Check#Paylease211832230 | ($1,574.00) | $1,899.90 |
| | 12/01/2020 | Billing | | $1,579.00 | $3,473.90 |
| | 11/03/2020 | Payment | Check#Paylease207835188 | ($1,579.00) | $1,894.90 |
| | 11/01/2020 | Billing | | $1,579.00 | $3,473.90 |
| | 10/01/2020 | Payment | Check#Paylease203304778 | ($1,579.00) | $1,894.90 |
| | 10/01/2020 | Billing | | $1,579.00 | $3,473.90 |
| | 09/02/2020 | Payment | Check#Paylease200171392 | ($1,579.00) | $1,894.90 |
| | 09/01/2020 | Billing | | $1,579.00 | $3,473.90 |
| | 08/03/2020 | Payment | Check#Paylease195789625 | ($1,579.00) | $1,894.90 |

** = Subsequent NSF (Insufficient Funds) Event

DocuSign Envelope ID: A9A75BB7-58F9-496C-BF06-811EB6495115

NOTICE OF OCCUPANCY RIGHTS UNDER THE VIOLENCE AGAINST WOMEN ACT

U.S. Department of Housing and Urban Development
OMB Approval No. 2577-0286
Expires 06/30/2017

## Notice of Occupancy Rights under the Violence Against Women Act[1]

### To all Tenants of a Covered Housing Program as defined by 34 USCA §12491(a)(3):

The Violence Against Women Act (VAWA) provides protections for victims of domestic violence, dating violence, sexual assault, or stalking.  VAWA protections are not only available to women, but are available equally to all individuals regardless of sex, gender identity, or sexual orientation.[2]  The U.S. Department of Housing and Urban Development (HUD) is the Federal agency that oversees that your Landlord is in compliance with VAWA.  This notice explains your rights under VAWA.  A HUD-approved certification form is attached to this notice.  You can fill out this form to show that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking, and that you wish to use your rights under VAWA."

### Protections for Applicants

If you otherwise qualify for assistance under a covered housing program**,** you cannot be denied admission or denied assistance because you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

### Protections for Tenants

If you are receiving assistance under a covered housing program**,** you may not be denied assistance, terminated from participation, or be evicted from your rental housing because you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

Also, if you or an affiliated individual of yours is or has been the victim of domestic violence, dating violence, sexual assault, or stalking by a member of your household or any guest, you may not be denied rental assistance or occupancy rights under a covered housing program solely on the basis of criminal activity directly relating to that domestic violence, dating violence, sexual assault, or stalking.

Affiliated individual means your spouse, parent, brother, sister, or child, or a person to whom you stand in the place of a parent or guardian (for example, the affiliated individual is in your care, custody, or control); or any individual, tenant, or lawful occupant living in your household.

### Removing the Abuser or Perpetrator from the Household

Your Landlord may divide (bifurcate) your lease in order to evict the individual or terminate the assistance of the individual who has engaged in criminal activity (the abuser or perpetrator) directly relating to domestic violence, dating violence, sexual assault, or stalking.

If your Landlord chooses to remove the abuser or perpetrator, your Landlord may not take away the rights of eligible tenants to the unit or otherwise punish the remaining tenants.  If the evicted abuser or perpetrator was the sole tenant to have established eligibility for assistance under the program, your Landlord must allow the tenant who is or has been a victim and other household members to remain in the unit for a period of time, in order to establish eligibility under the program or under another HUD housing program covered by VAWA, or, find alternative housing.

In removing the abuser or perpetrator from the household, your Landlord must follow Federal, State, and local eviction procedures.  In order to divide a lease, your Landlord may, but is not required to, ask you for documentation or certification of the incidences of domestic violence, dating violence, sexual assault, or stalking.

---

[1] Despite the name of this law, VAWA protection is available regardless of sex, gender identity, or sexual orientation.

[2] Housing providers cannot discriminate on the basis of any protected characteristic, including race, color, national origin, religion, sex, familial status, disability, or age.  HUD-assisted and HUD-insured housing must be made available to all otherwise eligible individuals regardless of actual or perceived sexual orientation, gender identity, or marital status.

Form HUD-5380
(12/2016)

## Moving to Another Unit

Upon your request, your Landlord may permit you to move to another unit, subject to the availability of other units, and still keep your assistance.  In order to approve a request, your Landlord may ask you to provide documentation that you are requesting to move because of an incidence of domestic violence, dating violence, sexual assault, or stalking.  If the request is a request for emergency transfer, the housing provider may ask you to submit a written request or fill out a form where you certify that you meet the criteria for an emergency transfer under VAWA.  The criteria are:

**(1) You are a victim of domestic violence, dating violence, sexual assault, or stalking.**  If your housing provider does not already have documentation that you are a victim of domestic violence, dating violence, sexual assault, or stalking, your housing provider may ask you for such documentation, as described in the documentation section below.

**(2) You expressly request the emergency transfer.**  Your housing provider may choose to require that you submit a form, or may accept another written or oral request.

**(3) You reasonably believe you are threatened with imminent harm from further violence if you remain in your current unit.**  This means you have a reason to fear that if you do not receive a transfer you would suffer violence in the very near future.

**OR**

**You are a victim of sexual assault and the assault occurred on the premises during the 90-calendar-day period before you request a transfer.**  If you are a victim of sexual assault, then in addition to qualifying for an emergency transfer because you reasonably believe you are threatened with imminent harm from further violence if you remain in your unit, you may qualify for an emergency transfer if the sexual assault occurred on the premises of the property from which you are seeking your transfer, and that assault happened within the 90-calendar-day period before you expressly request the transfer.

Your Landlord will keep confidential requests for emergency transfers by victims of domestic violence, dating violence, sexual assault, or stalking, and the location of any move by such victims and their families. Your Landlord's emergency transfer plan provides further information on emergency transfers, and your Landlord must make a copy of its emergency transfer plan available to you if you ask to see it.

## Documenting You Are or Have Been a Victim of Domestic Violence, Dating Violence, Sexual Assault or Stalking

Your Landlord can, but is not required to, ask you to provide documentation to "certify" that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.  Such request from your Landlord must be in writing, and your Landlord must give you at least 14 business days (Saturdays, Sundays, and Federal holidays do not count) from the day you receive the request to provide the documentation.  Your Landlord may, but does not have to, extend the deadline for the submission of documentation upon your request.

You can provide one of the following to your Landlord as documentation.  It is your choice which of the following to submit if your Landlord asks you to provide documentation that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

- A complete HUD-approved certification form given to you by your Landlord with this notice, that documents an incident of domestic violence, dating violence, sexual assault, or stalking. The form will ask for your name, the date, time, and location of the incident of domestic violence, dating violence, sexual assault, or stalking, and a description of the incident.  The certification form provides for including the name of the abuser or perpetrator if the name of the abuser or perpetrator is known and is safe to provide.

- A record of a Federal, State, tribal, territorial, or local law enforcement agency, court, or administrative agency that documents the incident of domestic violence, dating violence, sexual assault, or stalking. Examples of such records include police reports, protective orders, and restraining orders, among others.

DocuSign Envelope ID: A9A758B7-58F9-496C-BF06-811FB6495115

- A statement, which you must sign, along with the signature of an employee, agent, or volunteer of a victim service provider, an attorney, a medical professional or a mental health professional (collectively, "professional") from whom you sought assistance in addressing domestic violence, dating violence, sexual assault, or stalking, or the effects of abuse, and with the professional selected by you attesting under penalty of perjury that he or she believes that the incident or incidents of domestic violence, dating violence, sexual assault, or stalking are grounds for protection.
- Any other statement or evidence that your Landlord has agreed to accept.

If you fail or refuse to provide one of these documents within the 14 business days, your Landlord does not have to provide you with the protections contained in this notice.

If your Landlord receives conflicting evidence that an incident of domestic violence, dating violence, sexual assault, or stalking has been committed (such as certification forms from two or more members of a household each claiming to be a victim and naming one or more of the other petitioning household members as the abuser or perpetrator), your Landlord has the right to request that you provide third-party documentation within thirty 30 calendar days in order to resolve the conflict.  If you fail or refuse to provide third-party documentation where there is conflicting evidence, your Landlord does not have to provide you with the protections contained in this notice.

**Confidentiality**

Your Landlord must keep confidential any information you provide related to the exercise of your rights under VAWA, including the fact that you are exercising your rights under VAWA.

Your Landlord must not allow any individual administering assistance or other services on behalf of your Landlord (for example, employees and contractors) to have access to confidential information unless for reasons that specifically call for these individuals to have access to this information under applicable Federal, State, or local law.

Your Landlord must not enter your information into any shared database or disclose your information to any other entity or individual.  Your Landlord, however, may disclose the information provided if:

- You give written permission to your Landlord to release the information on a time limited basis.
- Ψour Landlord needs to use the information in an eviction or termination proceeding, such as to evict your abuser or perpetrator or terminate your abuser or perpetrator from assistance under this program.
- A law requires your Landlord to release the information.

VAWA does not limit your Landlord's duty to honor court orders about access to or control of the property. This includes orders issued to protect a victim and orders dividing property among household members in cases where a family breaks up.

**Reasons a Tenant Eligible for Occupancy Rights under VAWA May Be Evicted or Assistance May Be Terminated**

You can be evicted and your assistance can be terminated for serious or repeated lease violations that are not related to domestic violence, dating violence, sexual assault, or stalking committed against you.  However, your Landlord cannot hold tenants who have been victims of domestic violence, dating violence, sexual assault, or stalking to a more demanding set of rules than it applies to tenants who have not been victims of domestic violence, dating violence, sexual assault, or stalking. The protections described in this notice might not apply, and you could be evicted and your assistance terminated, if your Landlord can demonstrate that not evicting you or terminating your assistance would present a real physical danger that:

1)  Would occur within an immediate time frame, and
2)  Could result in death or serious bodily harm to other tenants or those who work on the property.

If your Landlord can demonstrate the above, your Landlord should only terminate your assistance or evict you if there are no other actions that could be taken to reduce or eliminate the threat.

DocuSign Envelope ID: A9A75BB7-58F9-496C-BF06-811EB6495115

**Other Laws**

VAWA does not replace any Federal, State, or local law that provides greater protection for victims of domestic violence, dating violence, sexual assault, or stalking. You may be entitled to additional housing protections for victims of domestic violence, dating violence, sexual assault, or stalking under other Federal laws, as well as under State and local laws.

**Non-Compliance with The Requirements of This Notice**

You may report a covered housing provider's violations of these rights and seek additional assistance, if needed, by contacting or filing a complaint with the HUD Washington, DC Field Office, located at 820 First Street NE, Suite 300, Washington, DC 20002 or by calling (202) 275-9200 or DC_Webmanager@hud.gov.

**For Additional Information**

You may view a copy of HUD's final VAWA rule at: https://www.federalregister.gov/documents/2016/11/16/2016-25888/violence-against-women-reauthorization-act-of-2013-implementation-in-hud-housing-programs.Additionally, your Landlord must make a copy of HUD's VAWA regulations available to you if you ask to see them.

For questions regarding VAWA, please contact the HUD Washington, DC Field Office at (202) 275-9200 or DC_Webmanager@hud.gov.

For help regarding an abusive relationship, you may call the National Domestic Violence Hotline at 1-800-799-7233 or, for persons with hearing impairments, 1-800-787-3224 (TTY). You may also contact House of Ruth at (202) 667-7001 or houseofruth@houseofruth.org or My Sister's Place at 1 (844) 443-5732.

For tenants who are or have been victims of stalking seeking help may visit the National Center for Victims of Crime's Stalking Resource Center at https://www.victimsofcrime.org/our-programs/stalking-resource-center or (202) 467-8700.

For help regarding sexual assault, you may contact the Rape, Abuse & Incest National Network's National Sexual Assault telephone hotline at https://www.rainn.org/about-national-sexual-assault-telephone-hotline or (800) 656-HOPE (4673).

**Attachment:** Certification form HUD-5382.

This notice and the attached certification form may be found in additional languages here: https://www.hud.gov/program_offices/administration/hudclips/forms/hud5a#4

Arabic: يمكن العثور على هذا الإشعار ونموذج الشهادة المرفق بلغات إضافية هنا: https://www.hud.gov/program_offices/administration/hudclips/forms/hud5a#4

French: Cet avis et le formulaire de certification ci-joint peuvent être trouvés dans des langues supplémentaires ici: https://www.hud.gov/program_offices/administration/hudclips/forms/hud5a#4

Somali: Ogeysiiskan iyo foomka shahaadada ee ku lifaaqan waxaa laga heli karaa luqado dheeri ah halkan: https://www.hud.gov/program_offices/administration/hudclips/forms/hud5a#4

Mandarin: 本通知和随附的认证表可以在此处使用其他语言找到： https://www.hud.gov/program_offices/administration/hudclips/forms/hud5a#4

DocuSign Envelope ID: A9A758B7-5959-496C-BF06-811EB6495115

5

AVISO DE DERECHOS DE OCUPACIÓN BAJO LA
LEY SOBRE LA VIOLENCIA CONTRA LA MUJER

Departamento de Vivienda y Desarrollo Urbano
de los Estados Unidos
Núm. de aprobación de OMB 2577-0286
Expira 30/06/2017

### Aviso de Derechos de Ocupación bajo la Ley sobre la Violencia contra la Mujer[3]

**A todos los inquilinos de un programa de vivienda cubierta según lo definido por 34 USCA §12491(a)(3):**
La Ley sobre la Violencia contra la Mujer (VAWA, por sus siglas en inglés) dispone protecciones para las víctimas de violencia doméstica, violencia de pareja, agresión sexual o acoso. Las protecciones de la VAWA no solo están disponibles para las mujeres, sino que están disponibles por igual para todas las personas independientemente del sexo, identidad de género u orientación sexual.[4] El Departamento de Vivienda y Desarrollo Urbano de los Estados Unidos (HUD, por sus siglas en inglés) es la agencia federal que supervisa que tu arrendador cumpla con VAWA. Este aviso explica sus derechos bajo VAWA. Un formulario de certificación que ha sido aprobado por HUD se adjunta a este aviso. Puede llenar este formulario para demostrar que usted es o ha sido víctima de violencia doméstica, violencia de pareja, agresión sexual o acoso, y que desea ejercitar sus derechos bajo VAWA".

**Protecciones para los solicitantes** Si también es elegible para obtener asistencia bajo tu arrendador, no se le puede denegar la admisión ni la asistencia porque es o ha sido víctima de violencia doméstica, violencia de pareja, agresión sexual, o acoso.

**Protecciones para los inquilinos** Si usted recibe asistencia bajo tu arrendador, no se le puede denegar la asistencia, terminar su participación en el programa o ser desalojado de su vivienda de alquiler porque es o ha sido víctima de violencia doméstica, violencia de pareja, agresión sexual o acoso. Además, si usted o una persona afiliada a usted es o ha sido víctima de violencia doméstica, violencia de pareja, agresión sexual o acoso por parte de un miembro de su hogar o algún invitado, a usted no se le puede denegar la asistencia de alquiler o derechos de ocupación bajo tu arrendador exclusivamente sobre la base de actividad delictiva directamente relacionada con tal violencia doméstica, violencia de pareja, agresión sexual o acoso. Persona afiliada significa su cónyuge, padre/madre, hermano, hermana o hijo/a, o una persona para quien usted cumple la función de padre o guardián (por ejemplo, la persona afiliada está bajo su cuidado, custodia o control); o cualquier persona, inquilino u ocupante legal que viva en su hogar.

**Desalojar al agresor o perpetrador del hogar** tu arrendador puede dividir (bifurcar) su contrato de arrendamiento para desalojar a la persona o terminar la asistencia de la persona que haya participado en actividades delictivas (el agresor o perpetrador) que se relacionan directamente con violencia doméstica, violencia de pareja, agresión sexual o acoso.

Si tu arrendador decide desalojar al agresor o perpetrador, tu arrendador no puede quitar los derechos de los inquilinos a la unidad ni castigar de otro modo a los inquilinos restantes. Si el agresor o perpetrador que fue desalojado era el único inquilino con elegibilidad establecida para recibir asistencia bajo el programa, tu arrendador debe permitir que el inquilino que es o haya sido la víctima y otros miembros del hogar permanezcan

---

[3] A pesar del nombre de esta ley, las protecciones de VAWA están disponibles sin distinción de sexo, identidad de género u orientación sexual

[4] Los proveedores de vivienda no pueden discriminar por razón de ninguna característica protegida, incluidos la raza, color, origen nacional, religión, sexo, estado familiar, discapacidad o edad. Las viviendas con ayuda de HUD y garantizadas por HUD deben estar disponibles para todas las personas elegibles independientemente de su orientación sexual real o percibida, identidad de género o estado civil

Form HUD-5380/Formulario HUD-5380
(12/2016)/(30/06/2017)

DocuSign Envelope ID: A9A75RB7-58F2-496C-BF06-811EB6495115

en la unidad por un período de tiempo, para poder establecer su elegibilidad bajo el programa o bajo otro programa de vivienda HUD cubierto por VAWA, o bien, para encontrar vivienda alternativa.

Al remover al agresor o perpetrador del hogar, tu arrendador debe seguir los procedimientos de desalojo federales, estatales y locales. A fin de dividir un contrato de arrendamiento, tu arrendador puede, pero no está obligado, pedirle la documentación o certificación de las incidencias de violencia doméstica, violencia de pareja, agresión sexual o acoso.

**Trasladarse a otra unidad** A petición suya, tu arrendador puede permitirle mudarse a otra unidad, sujeto a la disponibilidad de otras unidades, y aun así mantener su asistencia. Para aprobar una solicitud, tu arrendador puede pedirle que proporcione documentación que indique que usted solicita mudarse debido a un caso de violencia doméstica, violencia de pareja, agresión sexual o acoso. Si la solicitud es un pedido de traslado de emergencia, el proveedor de vivienda puede pedirle que presente una solicitud por escrito o llene un formulario donde certifique que usted reúne los criterios para un traslado de emergencia bajo VAWA. Los criterios son:
**(1) Usted es víctima de violencia doméstica, violencia de pareja, agresión sexual o acoso.** Si su proveedor de vivienda aún no tiene documentación de que usted es víctima de violencia doméstica, violencia de pareja, agresión sexual o acoso, su proveedor de vivienda puede pedirle dicha documentación, según se describe en la sección de documentación a continuación.
**(2) Usted solicita expresamente el traslado de emergencia.** Su proveedor de vivienda puede optar por requerir que presente un formulario, o puede aceptar otra solicitud escrita u oral.
**(3) Usted tiene razón para creer que se encuentra en peligro de daño inminente de violencia adicional si permaneciera en su unidad actual.** Esto significa que usted tiene razón para temer que si no recibe el traslado puede sufrir violencia en un futuro muy próximo**.
**O BIEN**
**Usted ha sido víctima de agresión sexual y la agresión ocurrió en las instalaciones durante un período de 90 días naturales antes de solicitar el traslado.** Si usted ha sido víctima de agresión sexual, entonces además de calificar para un traslado de emergencia porque usted tiene razón para temer que se encuentra en peligro de daño inminente de violencia adicional si permaneciera en su unidad actual, usted puede calificar para un traslado de emergencia si la agresión sexual ocurrió en las instalaciones de la propiedad de la cual usted está solicitando el traslado, y la agresión ocurrió dentro de un período de 90 días naturales antes de solicitar expresamente el traslado.

Tu arrendador mantendrá en confidencialidad las solicitudes para traslados de emergencia hechos por víctimas de violencia doméstica, violencia de pareja, agresión sexual o acoso, y el lugar al que se muden las víctimas y sus familias. El plan de traslado de emergencia del tu arrendador proporciona más información sobre los traslados de emergencia, y tu arrendador debe facilitarle una copia de su plan de traslado de emergencia si usted solicita verlo.

**Documentar que usted es o ha sido víctima de violencia doméstica, violencia de pareja, agresión sexual o acoso** Tu arrendador puede, aunque no esté obligado, pedirle que proporcione documentación para "certificar" que usted es o ha sido víctima de violencia doméstica, violencia de pareja, agresión sexual o acoso. Dicha solicitud de tu arrendador debe ser por escrito, y tu arrendador debe concederle un mínimo de 14 días laborables (no cuentan los sábados, domingos ni días feriados federales) desde el día que usted reciba la solicitud para proporcionar la documentación. Tu arrendador puede, pero no está bajo la obligación, extender el plazo para presentar la documentación a petición suya. Usted puede proporcionar una de las siguientes documentaciones a tu arrendador. Es su elección cuál de las siguientes presentará si tu arrendador le pide que proporcione documentación que usted es o ha sido víctima de violencia doméstica, violencia de pareja, agresión sexual o acoso.
• Un formulario completo de certificación aprobado por HUD que tu arrendador le ha entregado con este aviso, que documenta un incidente de violencia doméstica, violencia de pareja, agresión sexual o acoso. El formulario le preguntará su nombre, la fecha, hora y lugar del incidente de violencia doméstica, violencia de

DocuSign Envelope ID: A9A758B7-58F9-498C-BF06-811FB6495115

7

pareja, agresión sexual o acoso, y una descripción del incidente. El formulario de certificación pide el nombre del agresor o perpetrador, en caso de conocer el nombre del agresor o perpetrador y es seguro proporcionarlo.

- Un registro de una agencia policial, administrativa o corte federal, estatal, tribal, territorial o local que documente el incidente de violencia doméstica, violencia de pareja, agresión sexual o acoso. Ejemplos de tales registros incluyen informes de la policía, órdenes de protección y órdenes de restricción, entre otros.
- Una declaración, la cual deberá firmar, junto con la firma de un empleado, agente o voluntario de un proveedor de servicios para víctimas, un abogado, un professional médico o un profesional de salud mental (colectivamente, "profesional") de quien usted ha solicitado ayuda por el incidente de violencia doméstica, violencia de pareja, agresión sexual o acoso, y que el profesional que usted seleccionó atestigüe bajo pena de perjurio que él o ella cree que el incidente o incidentes de violencia doméstica, violencia de pareja, agresión sexual o acoso son motivos para la protección.
- • Cualquier otra declaración o evidencia que tu arrendador esté de acuerdo en aceptar.

Si usted no cumple o se niega a proporcionar uno de estos documentos dentro del plazo de 14 días laborables, tu arrendador no tiene que proporcionarle las protecciones contenidas en este aviso. Si tu arrendador recibe evidencia contradictoria de que se ha cometido un incidente de violencia doméstica, violencia de pareja, agresión sexual o acoso (tales como formularios de certificación de dos o más miembros de un hogar en los que cada uno afirma ser la víctima y nombra a uno o más de los miembros del hogar que también han presentado una solicitud como el agresor o perpetrador), tu arrendador tiene el derecho de solicitar que usted proporcione documentación de terceros dentro de 30 días naturales para poder resolver el conflicto. Si usted incumple o se niega a proporcionar la documentación de terceros en caso de haber evidencia contradictoria, tu arrendador no tiene que proporcionarle las protecciones contenidas en este aviso.

## Confidentiality

Tu arrendador debe mantener en confidencialidad cualquier información que usted proporcione relacionada con el ejercicio de sus derechos bajo VAWA, incluido el hecho de que está ejercitando sus derechos bajo VAWA.

Tu arrendador no debe permitir que ninguna persona que administre asistencia u otros servicios en nombre de tu arrendador (por ejemplo, empleados y contratistas) tenga acceso a información confidencial a menos que sea por razones que requieran específicamente que estas personas tengan acceso a esta información bajo la estipulación de leyes federales, estatales o locales aplicables.

Tu arrendador no debe ingresar su información en ninguna base de datos compartida ni revelar su información a ninguna otra entidad o persona. Sin embargo, tu arrendador puede revelar su información si:

- Usted da su autorización por escrito para que tu arrendador revele la información por un tiempo limitado.
- Tu arrendador necesita usar la información en un proceso de desalojo o terminación, tal como desalojar al aggressor o perpetrador o dar por terminada la asistencia que el aggressor o perpetrador recibe bajo este programa.
- Una ley requiere que tu arrendador o su arrendador revele la información.

VAWA no limita la responsabilidad de tu arrendador de cumplir con las órdenes judiciales sobre el acceso o control de la propiedad. Esto incluye las órdenes emitidas para proteger a una víctima y las órdenes para la división de bienes entre los miembros del hogar en casos de ruptura familiar.

**Razones por las que un inquilino elegible para los derechos de ocupación bajo VAWA puede ser desalojado o su asistencia puede ser terminada** Usted puede ser desalojado o su asistencia puede ser terminada por violaciones serias o repetidas de su contrato de arrendamiento que no estén relacionadas con violencia doméstica, violencia de pareja, agresión sexual o acoso cometido en su contra. Sin embargo, tu arrendador no puede exigir que los inquilinos que hayan sido víctimas de violencia doméstica, violencia de pareja, agresión sexual o acoso cumplan con un conjunto de reglas más estricto que el que aplica a los inquilinos que no han sido víctimas de violencia doméstica, violencia de pareja, agresión sexual o acoso. Es posible que las protecciones descritas en

este aviso no sean aplicables, y usted podría ser desalojado y su asistencia terminada, si tu arrendador puede demostrar que no el desalojarlo o terminar su asistencia presentaría un peligro físico real que:

1) Ocurriría en un plazo inmediato, y
2) Podría resultar en la muerte o daño físico grave de otros inquilinos o aquellos que trabajan en la propiedad.
Si tu arrendador puede demostrar lo anterior, tu arrendador solamente debe terminar su asistencia o desalojarlo si no se puede tomar ninguna otra acción para reducir o eliminar la amenaza.

**Otras leyes**

VAWA no reemplaza ninguna ley federal, estatal o local que proporcione mayor protección a las víctimas de violencia doméstica, violencia de pareja, agresión sexual o acoso. Usted puede tener derecho a otras protecciones de vivienda para las víctimas de violencia doméstica, violencia de pareja, agresión sexual o acoso bajo otras leyes federales, así como bajo las leyes estatales y locales.

**Incumplimiento de los requisitos de este aviso** Usted puede reportar las violaciones de estos derechos por parte de un proveedor de vivienda cubierto y buscar ayuda adicional, si es necesario, mediante comunicarse o presentar una queja a la HUD Washington, DC oficina de campo, situado en 820 First Street NE, Suite 300, Washington, DC 20002 o llamando (202) 275-9200 o DC_Webmanager@hud.gov.

**Para obtener más información**

Usted puede ver una copia de la regla VAWA final de HUD en: https://www.federalregister.gov/documents/2016/11/16/2016-25888/violence-against-women-reauthorization-act-of-2013-implementation-in-hud-housing-programs. Además, Tu arrendador debe facilitarle una copia de las regulaciones VAWA de HUD si usted solicita verlas

Si tiene preguntas relacionadas con VAWA, favor de comunicarse con la HUD Washington, DC oficina de campo, (202) 275-9200 o DC_Webmanager@hud.gov.

Para obtener ayuda con respecto a una relación abusiva, puede llamar a la Línea Nacional de Ayuda para la Violencia Doméstica al teléfono 1-800-799-7233 o, para personas con impedimentos auditivos, 1-800-787-3224 (TTY). También puede comunicarse con House of Ruth en (202) 667-7001 o houseofruth@houseofruth.org o My Sister's Place en 1 (844) 443-5732.

Los inquilinos que son o han sido víctimas de acoso que están en busca de ayuda pueden visitar el Centro de Recursos para el Acoso del Centro Nacional para Víctimas del Crimen en https://www.victimsofcrime.org/our-programs/stalking-resource-center or (202) 467-8700.

Para obtener ayuda con respecto a la agresión sexual, puede comunicarse con Línea telefónica nacional de agresión sexual de la Red Nacional de Violación, Abuso e Incesto en https://www.rainn.org/about-national-sexual-assault-telephone-hotline o (800) 656-HOPE (4673).

**Adjunto:** Formulario de certificación HUD-5382

**CERTIFICATION OF**      **U.S. Department of Housing**      OMB Approval No. 2577-0286
**DOMESTIC VIOLENCE,**      **and Urban Development**      Exp. 06/30/2017
**DATING VIOLENCE,**
**SEXUAL ASSAULT, OR STALKING,**
**AND ALTERNATE DOCUMENTATION**

**Purpose of Form:** The Violence Against Women Act ("VAWA") protects applicants, tenants, and program participants in certain HUD programs from being evicted, denied housing assistance, or terminated from housing assistance based on acts of domestic violence, dating violence, sexual assault, or stalking against them. Despite the name of this law, VAWA protection is available to victims of domestic violence, dating violence, sexual assault, and stalking, regardless of sex, gender identity, or sexual orientation.

**Use of This Optional Form:** If you are seeking VAWA protections from your housing provider, your housing provider may give you a written request that asks you to submit documentation about the incident or incidents of domestic violence, dating violence, sexual assault, or stalking.

In response to this request, you or someone on your behalf may complete this optional form and submit it to your housing provider, or you may submit one of the following types of third-party documentation:

(1) A document signed by you and an employee, agent, or volunteer of a victim service provider, an attorney, or medical professional, or a mental health professional (collectively, "professional") from whom you have sought assistance relating to domestic violence, dating violence, sexual assault, or stalking, or the effects of abuse. The document must specify, under penalty of perjury, that the professional believes the incident or incidents of domestic violence, dating violence, sexual assault, or stalking occurred and meet the definition of "domestic violence," "dating violence," "sexual assault," or "stalking" in HUD's regulations at 24 CFR 5.2003.

(2) A record of a Federal, State, tribal, territorial or local law enforcement agency, court, or administrative agency; or

(3) At the discretion of the housing provider, a statement or other evidence provided by the applicant or tenant.

**Submission of Documentation:** The time period to submit documentation is 14 business days from the date that you receive a written request from your housing provider asking that you provide documentation of the occurrence of domestic violence, dating violence, sexual assault, or stalking. Your housing provider may, but is not required to, extend the time period to submit the documentation, if you request an extension of the time period. If the requested information is not received within 14 business days of when you received the request for the documentation, or any extension of the date provided by your housing provider, your housing provider does not need to grant you any of the VAWA protections. Distribution or issuance of this form does not serve as a written request for certification.

**Confidentiality:** All information provided to your housing provider concerning the incident(s) of domestic violence, dating violence, sexual assault, or stalking shall be kept confidential and such details shall not be entered into any shared database. Employees of your housing provider are not to have access to these details unless to grant or deny VAWA protections to you, and such employees may not disclose this information to any other entity or individual, except to the extent that disclosure is: (i) consented to by you in writing in a time-limited release; (ii) required for use in an eviction proceeding or hearing regarding termination of assistance; or (iii) otherwise required by applicable law.

## TO BE COMPLETED BY OR ON BEHALF OF THE VICTIM OF DOMESTIC VIOLENCE, DATING VIOLENCE, SEXUAL ASSAULT, OR STALKING

1. **Date the written request is received by victim:** _____

2. **Name of victim:** _____

3. **Your name (if different from victim's):** _____

4. **Name(s) of other family member(s) listed on the lease:** _____

_____

5. **Residence of victim:** _____

6. **Name of the accused perpetrator (if known and can be safely disclosed):** _____

_____

7. **Relationship of the accused perpetrator to the victim:** _____

8. **Date(s) and times(s) of incident(s) (if known):** _____
_____

10. **Location of incident(s):** _____

In your own words, briefly describe the incident(s):

_____
_____
_____
_____

This is to certify that the information provided on this form is true and correct to the best of my knowledge and recollection, and that the individual named above in Item 2 is or has been a victim of domestic violence, dating violence, sexual assault, or stalking. I acknowledge that submission of false information could jeopardize program eligibility and could be the basis for denial of admission, termination of assistance, or eviction.

Signature _____Signed on (Date) _____

**Public Reporting Burden:** The public reporting burden for this collection of information is estimated to average 1 hour per response. This includes the time for collecting, reviewing, and reporting the data. The information provided is to be used by the housing provider to request certification that the applicant or tenant is a victim of domestic violence, dating violence, sexual assault, or stalking. The information is subject to the confidentiality requirements of VAWA. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid Office of Management and Budget control number.

DocuSign Envelope ID: A9A75BB7-58F9-496C-BF06-811EB6495115

| **CERTIFICACIÓN DE** | **Departamento de Vivienda y** | Núm. de aprobación de OMB 2577-0286 |
| **VIOLENCIA DOMÉSTICA** | **Desarrollo Urbano de los EE.UU.** | Expira 30/06/2017 |

**VIOLENCE DE PAREJA,
AGRESIÓN SEXUAL O ACOSO,
Y DOCUMENTACIÓN ALTERNATIVA**

**Propósito del formulario:** La Ley sobre la Violencia contra la Mujer (VAWA, por sus siglas en inglés) protege a los solicitantes, inquilinos y participantes de ciertos programas de HUD de ser desalojados, denegados asistencia de vivienda o la terminación de su asistencia de vivienda por razón de actos de violencia doméstica, violencia de pareja, agresión sexual o acoso en su contra. A pesar del nombre de esta ley, las protecciones de VAWA están disponibles para las víctimas de violencia doméstica, violencia de pareja, agresión sexual y acoso independientemente del sexo, identidad de género u orientación sexual.

**Uso de este formulario opcional:** Si está solicitando las protecciones proporcionadas por VAWA de su proveedor de vivienda, su proveedor de vivienda puede darle una solicitud por escrito que le pide que presente documentación sobre el incidente o incidentes de violencia doméstica, violencia de pareja, agresión sexual o acoso.

En respuesta a tal petición, usted o alguien en su nombre puede completar este formulario opcional y presentarlo a su proveedor de vivienda, o usted puede presentar uno de los siguientes tipos de documentación de terceros:

(1) Un documento firmado por usted y un empleado, agente o voluntario de un proveedor de servicios para víctimas, un abogado, o un profesional médico o un profesional de salud mental (colectivamente, "profesional") de quien usted ha solicitado ayuda en relación con el incidente de violencia doméstica, violencia de pareja, agresión sexual o acoso, o los efectos del abuso. El documento debe especificar, bajo pena de perjurio, que el profesional cree que el incidente o incidente de violencia doméstica, violencia de pareja, agresión sexual o acoso ocurrió y cumple con la definición de "violencia doméstica", "violencia de pareja", "agresión sexual", o "acoso" en las regulaciones de HUD en 24 CFR 5.2003.

(2) Un registro de una agencia policial, administrativa o corte federal, estatal tribal, territorial o local; o

(3) A discreción del proveedor de vivienda, una declaración u otra evidencia proporcionada por el solicitante o inquilino.

**Presentación de la documentación:** El plazo para presentar la documentación es de 14 días laborables a partir de la fecha que usted recibe una solicitud por escrito de su proveedor de vivienda pidiéndole que presente documentación del incidente de violencia doméstica, violencia de pareja, agresión sexual o acoso. Su proveedor de vivienda puede, aunque no está obligado, extender el plazo para presentar la documentación, si usted solicita una extensión del plazo. Si la información solicitada no es recibida dentro de 14 días laborables a partir del momento en que recibió la solicitud de dicha documentación, o de la extensión de la fecha proporcionada por su proveedor de vivienda, su proveedor de vivienda no tiene necesidad de proporcionarle ninguna de las protecciones de VAWA. La distribución o expedición de este formulario no constituye una solicitud por escrito de certificación.

**Confidencialidad**: Toda la información proporcionada a su proveedor de vivienda con respecto al incidente(s) de violencia doméstica, violencia de pareja, agresión sexual o acoso se mantendrá en confidencialidad y tales detalles no se ingresarán en ninguna base de datos compartida. Los empleados de su proveedor de vivienda no deben tener acceso a estos detalles a menos que sea para concederle odenegarle las protecciones de VAWA, y dichos empleados no podrán revelar eats información a ninguna otra entidad o persona, salvo en la medida en que su divulgación sea: (i) bajo su consentimiento por escrito para divulgación por un tiempo limitado; (ii) requerida para uso en un proceso de desalojo o audiencia relacionada con la terminación de asistencia; o (iii) de algún otro modo exigido por las leyes aplicables.

DocuSign Envelope ID: A9A75BB7-5B59-496C-BF06-811EB6495115    Case 24-00393-ELG    Doc 60-3    Filed 03/18/25    Entered 03/18/25 15:30:48    Desc
Exhibit C - L&T Complaint    Page 25 of 30

4

### PARA COMPLETARSE POR O EN NOMBRE DE LA VÍCTIMA DE VIOLENCIA DOMÉSTICA, VIOLENCIA DE PAREJA, AGRESIÓN SEXUAL O ACOSO

**1. Fecha en que la víctima recibió la solicitud por escrito:** _____

**2. Nombre de la víctima:** _____

**3. Su nombre (si usted no es la víctima):** _____

**4. Nombre(s) de otro(s) miembro(s) de la familia en el contrato de arrendamiento:** _____

_____

**5. Residencia de la víctima:** _____

**6. Nombre del acusado (si se conoce y se puede divulgar con seguridad):** _____

_____

**7. Relación del acusado con la víctima:** _____

**8. Fecha(s) y hora(s) del (los) incidente(s) (si las sabe):** _____
_____

**10. Lugar del (los) incidente(s):** _____

En sus propias palabras, describa brevemente el (los) incidente(s):

_____

_____

_____

_____

Esto es para certificar que la información proporcionada en este formulario es verdadera y correcta de acuerdo con mi mejor saber y entender, y que la persona mencionada anteriormente en el Número 2 es o ha sido víctima de violencia doméstica, violencia de pareja, agresión sexual o acoso. Yo reconozco que presentar información falsa podría poner en peligro mi elegibilidad del programa y podría ser la base para denegar la admisión, terminar la asistencia o el desalojo.

Firma _____ Firmado el (Fecha) _____

**Carga de divulgación pública:** La carga de divulgación pública para recopilar esta información se estima en un promedio de 1 hora por respuesta. Esto incluye el tiempo para recopilar, revisar e informar los datos. La información proporcionada debe ser utilizada por el proveedor de vivienda para solicitar la certificación de que el solicitante o inquilino es víctima de violencia doméstica, violencia de pareja, agresión sexual o acoso. La información está sujeta a los requisitos de confidencialidad de VAWA. Esta agencia no puede recopilar esta información, y usted no tiene la obligación de completar este formulario, a menos que muestre un número de control válido de la Oficina de Administración y Presupuesto (OMB, por sus siglas en inglés).



**District of Columbia**
**Dept. of Housing and Community Development**
**Rental Accommodations Division**
1800 Martin Luther King Jr. Avenue SE, 2nd Floor
Washington, DC 20020
(202) 442-9505

RAD Date Stamp

RAD Form 1 (rev 03/11)

## RAD Registration / Claim of Exemption Form

'11 MAY 17 14:37

Complete Parts 1 thru 7 if the Housing Accommodation is subject to rent control. If the Housing Accommodation is **exempt**, skip Parts 5, 6 and 7. This registration is filed under provisions of D.C. OFFICIAL CODE §§ 42-3501 et seq. (Supp. 2008).
**PRESENT PROOF OF OWNERSHIP OF HOUSING ACCOMMODATION WHEN FILING THIS FORM.**

### RAD Use Only

| Certificate of Occupancy Number (if required) | Basic Business License Number | Registration/Exemption Number | |
|---|---|---|---|
| CO1101070 | LAPP11047727 | 555252 | |
| Intake Representative _Christine M Keene_ | Fee Per Rental Unit | Total Registration Fee | Proof of Ownership Presented |

### Part 1 – Address Of The Housing Accommodation You Are Registering

| Street Address of Housing Accommodation You Are Registering (No P.O. Box) 3910 – 3912 Georgia Avenue | | | Quadrant NW |
|---|---|---|---|
| Unit | City **Washington** | State **DC** | Zip Code 20011 |
| Square 2906 | Suffix (if any) | Lot 91 | Ward 4 |

### Part 2 – Property Owner's Business Information

| Owner of Property **3910 Georgia Avenue Associates Limited Partnership 1-A** | Trade Name of Business, if any 3 Tree Flats |
|---|---|

| Street Address of Owner (No P.O. Box) 1508 U Street, | Quadrant NW |
|---|---|
| Unit | City Washington | State DC | Zip Code 20009 |

| Business Telephone 202-462-1092 | Business Facsimile 202-462-1082 | Home Telephone | Email Address pdt@jairlynch.com |
|---|---|---|---|

| Business Type (if applicable) (check box): ☐ Partnership  ☐ Corporation ☐ LLC  ☐ Sole proprietorship  ☐ Other: _____ | Name & Title of all Partners and/or Officers of Owner |
|---|---|

| D.C. Registered Agent of Owner (if applicable) CT Corporation | Trade Name of Business, if any |
|---|---|

| Street Address of Registered Agent (No P.O. Box) 1015 15th Street | Quadrant NW |
|---|---|
| Unit 1000 | City Washington | State DC | Zip Code 20005 |

| Work Telephone 202-572-3100 | Work Facsimile 202-572-9600 | Home Telephone | Email Address |
|---|---|---|---|

| Property Management Company of Owner (if applicable) Equity Management Joint Venture | Trade Name of Business, if any |
|---|---|

| Street Address of Property Management Company (No P.O. Box) | | | |
|---|---|---|---|
| 14504 Greenview Drive | | | |

| Unit | City | | State | Zip Code |
|---|---|---|---|---|
| Suite 510 | Laurel | | MD | 20708 |

| Work Telephone | Work Facsimile | Home Telephone | Email Address |
|---|---|---|---|
| 301-953-2366 | 301-953-2866 | | 3treeflatsmgr@equitymgmt.com |

## Part 3 – Property Profile

☒ Multi-Family   ☐ 2-Unit Flat   ☐ Single Family   ☐ Condominium   ☐ Cooperative   ☐ Rooming House   ☐ Boarding House

☐ Basement Unit   ☐ English Basement   ☐ Au-Pair Suite   ☐ Other: _____

**TOTAL NUMBER OF RENTAL UNITS IN HOUSING ACCOMMODATION:** ___130___

| Total Efficiencies 30 | Total 1-Bedroom Units 65 | Total 2-Bedroom Units 30 |
|---|---|---|
| Total 3-Bedroom Units 5 | Total 4-Bedroom Units | Total 5+ Bedroom Units |

## Part 4 – Claim of Exemption

If you claim any Rental Unit or Housing Accommodation is exempt from rent control under §205 of the Rental Housing Act of 1985, as amended (D.C. OFFICIAL CODE § 42-3502.05 (Supp. 2008).  Check the reason(s) for your claim below.

☐  A.  Unit(s) owned or subsidized by the District of Columbia or Federal Government (D.C. OFFICIAL CODE § 42-3502.05 (a)(1) (Supp. 2008))

☒  B.  A newly constructed housing accommodation that was issued a building permit after December 31, 1975. (D.C. OFFICIAL CODE § 42-3502.05(a)(2) (Supp. 2008))

☐  C.  New units in existing building that was issued its original Certificate of Occupancy after January 1, 1980. (D.C. OFFICIAL CODE § 42-3502.05(a)(2) (Supp. 2008))

☐  D.  Four (4) or fewer Rental Units in the same Housing Accommodation, or an aggregate of four (4) Rental Units in more than one (1) structure in the District of Columbia, so long as the Housing Accommodation is owned by four (4) or fewer natural persons. (D.C. OFFICIAL CODE § 42-3502.05(a)(3) (Supp. 2008))

☐  E.  Building that has been continuously vacant and not subject to rental agreements since January 1, 1985 (D.C. OFFICIAL CODE § 42-3502.05(a)(4) (Supp. 2008))

☐  F.  Building that has been previously exempt under § 206(a)(4) of the Rental Housing Act of 1980 (D.C. OFFICIAL CODE § 42-3502.05(a)(4) (Supp. 2008))

☐  G.  Rental unit(s) within a building owned by a cooperative association, whose proprietary lease(s) is/are owned by no more than four (4) members of the cooperative association, and whose owners(s) have a direct or indirect interest in no more than a total of four (4) Rental Units in the District of Columbia (D.C. OFFICIAL CODE § 42-3502.05(a)(5) (Supp. 2008))

☐  H.  Building with a Building Improvement Plan under the Apartment Improvement or other DHCD multi-family assistance program. (D.C. OFFICIAL CODE § 42-3502.05(a)(7) (Supp. 2008))

| List each Housing Provider of four (4) or fewer Rental Units in the same Housing Accommodation, or of an aggregate of four (4) Rental Units in more than one (1) structure in the District of Columbia with a direct or indirect interest in any other Rental Unit in the District of Columbia, if you are claiming an exemption under § 205(a)(3)  (D.C. OFFICIAL CODE § 42-3502.05(a)(3) (Supp. 2008)). ATTACH ADDITIONAL PAGES, IF NEEDED. | | | |
|---|---|---|---|
| **Name** | **Address** | **Telephone Number** | **Email Address** |
| | *See Attached* | | |
| | | | |
| | | | |

List below any Rental Unit in the District of Columbia in which any of the shareholders or members of the cooperative association with an ownership interest in proprietary lease of the Rental Unit that is the subject of this registration, has a direct or indirect interest, if you are claiming an exemption under § 205(a)(5) (D.C. OFFICIAL CODE § 42-3502.05(a)(5) (Supp. 2008)). ATTACH ADDITIONAL PAGES, IF NEEDED.

NOTE: NO MORE THAN FOUR (4) NATURAL PERSONS, WHO ARE SHAREHOLDERS OR MEMBERS OF A COOPERATIVE ASSOCIATION, MAY OWN THE PROPRIETARY LEASE OR OCCUPANCY AGREEMENT FOR EACH UNIT, RESPECTIVELY, WHICH IS THE SUBJECT OF THIS CLAIM FOR EXEMPTION.

| Name | Property Address | Number of Rental Units |
|---|---|---|
| | | |
| | | |
| | | |

## Part 5 – Current Related and Optional Services & Facilities as Part of Rent or Rental Agreement

| Appliances | Included Services & Facilities | Optional Services & Facilities (separate fee) |
|---|---|---|
| ☒ Cooking range | ☐ Air conditioning – central | ☒ Air conditioning – central |
| ☒ Dishwasher | ☐ Air conditioning – window | ☐ Air conditioning – window |
| ☒ Dryer in unit | ☒ Cable | ☒ Cable |
| ☐ Dryer - coin operated | ☒ Community room | ☐ Community room |
| ☒ Garbage disposal | ☐ Doorman | ☐ Doorman |
| ☒ Microwave | ☒ Elevator | ☐ Elevator |
| ☒ Oven | ☒ Fitness Room | ☐ Fitness Room |
| ☒ Refrigerator | ☒ Front desk | ☐ Front desk |
| ☒ Washer in unit | ☐ Heat – central | ☒ Heat – central |
| ☐ Washer - coin operated | ☐ Heat – radiator | ☐ Heat – radiator |
| ☐ Other: _____ | ☒ Hot water | ☐ Hot water |
| | ☒ Intercom | ☐ Intercom |
| **Utilities** | ☐ Internet access – Wi Fi | ☒ Internet access – Wi Fi |
| | ☐ Internet access – plug-in | ☒ Internet access – plug-in |
| | ☐ Laundry room | ☐ Laundry room |
| | ☐ Lobby assistant | ☐ Lobby assistant |
| | ☐ Maid service | ☐ Maid service |
| | ☐ Parking attendant | ☐ Parking attendant |
| | ☐ Parking – indoor | ☒ Parking – indoor |
| ☐ Natural Gas | ☐ Parking – off street | ☐ Parking – off street |
| ☐ Electricity | ☒ Pest extermination | ☐ Pest extermination |
| ☒ Water & sewer | ☒ Repair/maintenance | ☐ Repair/maintenance |
| ☐ Other: _____ | ☒ Roof top deck | ☐ Roof top deck |
| | ☐ Sauna | ☐ Sauna |
| | ☐ Secretarial | ☐ Secretarial |
| | ☐ Security guards | ☐ Security guards |
| | ☐ Storage room | ☐ Storage room |
| | ☐ Swimming pool | ☐ Swimming pool |
| | ☐ Other: _____ | ☐ Other: _____ |

## Part 6 – Current Building-Wide Rent Charged and Efffective Dates

| Unit | Tenant's Name (if available) | Rent Charged | Effective Date |
|---|---|---|---|
| | See attached rent roll | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## Part 6 - Current Building-Wide Rent Charged and Effective Dates (continued)

| Unit | Tenant's Name (if available) | Rent Charged | Effective Date |
|------|------------------------------|--------------|----------------|
|      | *See Attached*               |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |
|      |                              |              |                |

ATTACH ADDITIONAL PAGES, IF NEEDED.

## Part 7 - Rate of Return (§ 20-xxxx)

The rate of return for the Housing Accommodation is _____%. Attach to this RAD Registration / Claim of Exemption Form the computations made to arrive at the rate of return by application of the formula provided in D.C. OFFICIAL CODE § 42-3502.12(b) (Supp.2008).

## Part 8 - Certifications

I, the owner or agent of this Housing Accommodation, certify that this Housing Accommodation is in substantial compliance with the D.C. Housing Regulations to the best of my knowledge.

| Signature of Property Owner or Agent | Signature Date |
|---|---|
|  | x 4.21.11 |

I, the owner or agent of this Housing Accommodation, certify that the information that I have given on this form is complete and accurate to the best of my knowledge. If I am not the owner, I certify that I have the authority from the owner to make this certification. In signing this form, I understand that filing false statements with the Rental Accommodations Division is subject to a fine of up to $5,000 under the Rental Housing Act of 1985, as amended, and other D.C. laws.

| Signature of Property Owner or Agent | Signature Date |
|---|---|
|  |  |

(04/09)

## Department of Licensing and Consumer Protection



**GOVERNMENT
OF THE
DISTRICT OF COLUMBIA**
Muriel Bowser, Mayor

**Business Licensing Division**
1100 4th Street S.W.
Washington DC 20024

Date Issued : 01/31/2023
Category : 5001
License# : 500111006624
License Period : 04/01/2023 - 03/31/2025

### BASIC BUSINESS LICENSE

| Billing Name and Address : | Premise/Application's Name and Address : | Registered Agent's Name and Address : |
|---|---|---|
| ATTN: TONY ROSS<br>3910 Georgia Avenue Associates Lp 1-a<br><br>C/O Equity Management Ii LLC<br>8975 Guilford Road<br>Columbia MD 21046 | 3910 Georgia Avenue Asssociates Limited Partnership 1-a<br><br>3910 GEORGIA AVE NW, WASHINGTON, DC 20011 | JAIR LYNCH<br><br>1508 U Street N.W.<br>Washington DC 20009 |

Owner's Name :

Corp. Name : 3910 Georgia Avenue Asssociates Limited Partnership 1-a

Trade Name :

| CofO/HOP# : 1101070 | | SSL : 2906 0854 | Zone : | Ward : 4 | ANC : | PERM NO. : |
|---|---|---|---|---|---|---|
| Class C | | | UNITS : 130 | | | |

Housing: Residential - Apartment

**--THE LAW REQUIRES THIS LICENSE TO BE POSTED IN A CONSPICUOUS PLACE ON THE PREMISES--**

*License Effective from the later of Issued or Start of License-Period Date

Interim Director :

Shirley Kwan-Hui

Date : 2/1/2023 2:14:19 PM