# EXHIBIT D

# Case Summary

### Case No. 2024-LTB-004020

| | | |
|---|---|---|
| **Residential One, LLC v. Maria Reddick** § § § | Location: | **Landlord Tenant** |
| | Judicial Officer: | **Landlord & Tenant, Judge** |
| | Filed on: | **04/17/2024** |

---

## Case Information

**Statistical Closures**
11/15/2024   Judgment - Redeemable Judgment for Possession

Case Type:   Landlord & Tenant - Residential
Subtype:   Non-Payment of Rent
Case Status:   **11/15/2024   Closed**
04/17/2024   Open

---

## Assignment Information

**Current Case Assignment**
Case Number    2024-LTB-004020
Court          Landlord Tenant
Date Assigned  04/17/2024
Judicial Officer  Landlord & Tenant, Judge

---

## Party Information

*Lead Attorneys*

**Plaintiff**   **Residential One, LLC**
3910 GEORGIA AVE NW
WASHINGTON, DC 20011

**Dorwin, Brian N.**
*Court Appointed*
240-507-1735(F)
240-507-1749(W)
OFFIT KURMAN
7501 WISCONSIN AVENUE
SUITE 1000W
BETHESDA, MD 20814
Bdorwin@offitkurman.com

**Defendant**   **Reddick, Maria**
3910 GEORGIA AVENUE, NW
APT. 619
WASHINGTON, DC 20011

---

## Events and Orders of the Court

04/17/2024
Complaint Filed
   Docketed On:   04/18/2024
   Filed By:   Plaintiff Residential One, LLC

04/18/2024
Initial Hearing Notice and Instructions for LT [Remote]

04/18/2024   Notice

06/18/2024
Affidavit/Declaration of Service of Posting
   Docketed On:   06/20/2024
   Filed By:   Plaintiff Residential One, LLC
   Served On:   Defendant Reddick, Maria

## Case Summary

**Case No. 2024-LTB-004020**

| | |
|---|---|
| 07/09/2024 | **Remote Initial Hearing**  (2:00 PM)  (Judicial Officer: Bouchet, Rahkel) |

    MINUTES - 07/09/2024
    Held and Continued;
    Journal Entry Details:
    *Courtsmart B109/Webex Attorney Donahue present for plaintiff(in-person). Particpant(Not a named party) Moustafa Hassan Present(remotely). Defendant failed to appear. Plaintiff consent to being heard by a Magistrate Judge. Monthly rent is $1,679.00. Current Balance due is $29,821.33. HCS confirmed that the name defendant(Maria Reddick) has a pending ERAP application. C191517481. Case continued for Reme Further Initial Hearing on 07/29/2024 at 2:00pm.;*
    Held and Continued

07/09/2024    Consent to Have Case Heard by Magistrate Judge Filed
    Party:    Plaintiff Residential One, LLC

07/09/2024    ERAP Application Pending
    *C191517481*

07/29/2024    **Remote Further Initial Hearing**  (2:00 PM)  (Judicial Officer: Trabal, Raquel)
    MINUTES - 07/29/2024
    Held and Completed;
    Journal Entry Details:
    *Courtsmart. Case heard in webex remotely. Plaintiff atty. Wagner present. Defendant failed to appear. Erap application is not under the named defendant. Erap application is under Moustafa Hassan. Erap application is pending documents from the tenant and plaintiff. Case continues to 10/30/2024 at 10am.;*
    Held and Completed

10/30/2024    **Remote Further Initial Hearing**  (10:00 AM)  (Judicial Officer: Richter, David)
    MINUTES - 10/30/2024
    Held and Completed;
    Journal Entry Details:
    *CourtSmart: COURTROOM B52 / WEBEX Attorney Roy- Harrison present for the plaintiff via webex. Defendant Hassan present pro se. Defendant Reddick failed to appear. ERAP application is DENIED. ERAP STAY LIFTED. Defendant owes a balance of $36,980.00 Rent $1,700.00 Defendant timely served. Default is entered against Defendant Reddick at 10:32am. Redeemable judgment for possession is entered subject to the filing of a servicemember's affidavit. Form 6 to be filled.;*
    Parties Present:    Plaintiff   Residential One, LLC
    Held and Completed

10/30/2024    ERAP Application Resolved

10/30/2024    Default Entered in Open Court, Notice Served
    *default entered at 10:32am.*
    Party:    Defendant Reddick, Maria

10/30/2024    Judgment   (Judicial Officer: Richter, David)
    *ENTERED IN ERROR ENTERED PRIOR TO SCRA BEING FILED. a redeemable judgment for possession is entered in favor of RESIDENTIAL ONE, LLC and against MARIA REDDICK. Subject to the filing of the SCRA Affidavit. Plaintiff to file form 6.*
    Signed On:   10/30/2024
    Party:   Defendant Reddick, Maria

11/04/2024    Notice to Tenant of Payment Required to Avoid Eviction Filed
    *Mailed by Clerk's Office 11/4/2024*
    Party:    Plaintiff Residential One, LLC

11/04/2024    Notice

11/04/2024    Servicemembers Civil Relief Act Affidavit Filed
    Docketed On:   11/04/2024
    Filed By:   Plaintiff Residential One, LLC
    For:   Defendant Reddick, Maria

Landlord Tenant
## Case Summary
**Case No. 2024-LTB-004020**

| | |
|---|---|
| 11/15/2024 | Judgment    (Judicial Officer: Landlord & Tenant, Judge) |
| | *a redeemable judgment for possession is entered in favor of Residential One, LLC and against Maria Reddick.* |
| | Signed On:   11/15/2024 |
| | Party:   Defendant Reddick, Maria |
| 11/15/2024 | Writ of Restitution Received |
| | Party:   Plaintiff Residential One, LLC |
| 11/26/2024 | Writ of Restitution Approved / Issued |
| 12/09/2024 | Notice |
| 02/06/2025 | Writ Executed |
| | Docketed on:   02/06/2025 |

---

## Financial Information

**Plaintiff**    Residential One, LLC

| | |
|---|---:|
| Total Financial Assessment | 228.00 |
| Total Payments and Credits | 228.00 |
| **Balance Due as of 03/15/2025** | **0.00** |