Stephen A. Metz, Esq. (Bar No. 89738)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
Counsel for Movant

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| MARIA DENISE REDDICK | : | |
| | : | |
| Debtor. | : | |
| _____ | : | |
| | : | |
| RESIDENTIAL ONE, LLC t/a 3TREE FLATS | : | Case No. 24-00393 ELG |
| | : | Chapter 11 (Subchapter V) |
| Movant, | : | |
| | : | |
| v. | : | |
| | : | |
| MARIA DENISE REDDICK | : | |
| | : | |
| Respondent. | : | |

_____

**NOTICE OF MOTION TO DETERMINE AUTOMATIC STAY DID NOT GO INTO EFFECT PURSUANT TO 11 U.S.C. § 362(b)(22), OR TO OBTAIN RELIEF FROM AUTOMATIC STAY, INCLUDING AN ANNULMENT, AS TO LEASED PREMISES**
**(3910 Georgia Avenue, NW, Apt 619, Washington, DC 20011)**

Residential One, LLC t/a 3Tree Flats ("Movants") has filed papers with the Court seeking a determination that the automatic stay of 11 U.S.C. § 362(a) did not go into effect, or alternatively relief from the automatic stay of 11 U.S.C. § 362(a), including an annulment, to enable it to exercise all of its rights against certain property at 3910 Georgia Avenue, NW, Apt 619, Washington, DC 20011 (the "Premises"), including the continuation and/or initiation of state court eviction proceedings.

**Your rights may be affected. You should read these papers carefully and discuss them with your lawyer, if you have one in this bankruptcy case. (If you do not have a lawyer, you may wish to consult one).**

If you do not wish the Court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then within 14 days from the date of service of this motion, you must file a written response, explaining your position, and a proposed order, with

the Court and serve a copy on the movant. Unless a written response is filed and served within this 14-day period, the Court may deem opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the expiration of the 14-day period.

The preliminary hearing is scheduled for **April 16, 2025** at **9:30 a.m.** before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, United States Bankruptcy Court for District of Columbia, 333 Constitution Avenue, N.W., Washington, DC 20001. Parties may attend in person or virtually via Zoom. Parties should contact aimee_mathews@dcb.uscourts.gov for a Zoom Meeting Code.

**IF YOU OR YOUR LAWYER DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Respectfully submitted,

**OFFIT KURMAN, P.A.**

By: /s/ Stephen A. Metz
Stephen A. Metz, Bar No. 463044
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
Telephone: (240) 507-1723
Fax: (240) 507-1735
Email: smetz@offitkurman.com

*Counsel for Movants*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2025, I caused to be mailed by first class mail, postage prepaid, copies of this Notice via first class mail, postage prepaid to the following:

Maria Denise Reddick
3910 Georgia Ave NW, #619
Washington, DC 20011
*Debtor in Possession*

Christianna Annette Cathcart
The Dakota Bankruptcy Firm

2

1630 First Ave N
Ste B PMB 24
Fargo, ND 58102-4246
*Counsel for Debtor*

Maurice Belmont VerStandig
The VerStandig Law Firm, LLC
9812 Falls Road
#114-160
Potomac, MD 20854
*Co-Counsel for Debtor*

Monique Desiree Almy
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004
*Chapter 11 Trustee*

## 20 Largest Unsecured Creditors

PHH/NewRez
c/o PH Mortgage Services
PO Box 24738
West Palm, FL 33416-4738

US Small Business Administration
409 3rd St SW
Washington, DC 20416-0005

NelNet
121 South 13th St
Lincoln, NE 68508-1922

Navy Federal Credit Union
820 Follin Lane / 1007 Electric Ave
Vienna, VA 22180

Capital One
1439 Chain Bridge Rd.
Mclean, VA 22101-3721

American Express
200 Vesey St
New York, NY 10285-0002

Credit One Bank
PO Box 98873
Las Vegas, NV 89193-8872

Synchrony Bank/Amazon
PO Box 71711
Philadelphia, PA 19176-1711

   /s/ Stephen A. Metz
Stephen A. Metz

4917-2636-9578, v. 1