**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: : | |
| : | |
| MARIA DENISE REDDICK : | |
| : | |
| Debtor. : | |
| _____ : | |
| : | |
| RESIDENTIAL ONE, LLC t/a 3TREE FLATS : | Case No. 24-00393 ELG |
| : | Chapter 11 (Subchapter V) |
| Movant, : | |
| : | |
| v. : | |
| : | |
| MARIA DENISE REDDICK : | |
| : | |
| Respondent. : | |

**ORDER GRANTING MOTION TO DETERMINE**
**AUTOMATIC STAY DID NOT GO INTO EFFECT**
**PURSUANT TO 11 U.S.C. § 362(b)(22), OR TO OBTAIN RELIEF FROM**
**<u>AUTOMATIC STAY, INCLUDING AN ANNULMENT, AS TO LEASED PREMISES</u>**
**(3910 Georgia Avenue, NW, Apt 619, Washington, DC 20011)**

Upon consideration of the Motion to Determine Automatic Stay Did Not Go Into Effect Pursuant to 11 U.S.C. § 362(b)(2), or to Obtain Relief from Automatic Stay, Including an Annulment, as to Leased Premises (3910 Georgia Avenue, NW, Apt 619, Washington, DC 20011)

1

("Premises") (the "Motion") filed by the Residential One, LLC t/a 3Tree Flats ("Movant"), proper notice having been given, it is, by the United States Bankruptcy Court for the District of Columbia

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that the that the automatic stay did not go into effect on the Petition Date in accordance with 11 U.S.C. § 362(b)(22);

**ORDERED,** that alternatively, the automatic stay is modified herein in the form of an annulment of the automatic stay, thereby validating the eviction that occurred on February 6, 2025 and allowing the Movant to exercise all of its remaining rights under the Lease including, without limitation, applying the Security Deposit held by Movant to the outstanding debt under the Lease, and continuing its efforts to fully evict the Debtor from the Premises.

WE ASK FOR THIS:

/s/ Stephen A. Metz
Stephen A. Metz, Esquire (Bar No. 463044)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
TEL:   (240) 507-1723
FAX:   (240) 507-1735
Email: smetz@offitkurman.com
*Attorney for Movant*

Copies to:

Stephen A. Metz (via EM/ECF)

**END OF ORDER**

4898-6222-1611, v. 1