## **Exhibit A**

**Have you paid all your bills on time.** The Debtor acknowledges that certain bills, specifically the mortgage payment and sublease rent, have not been paid on time following the petition date. This delay is not due to an unwillingness to meet her financial obligations but rather the result of unavoidable circumstances tied to her bankruptcy filing and the associated transition period. The Debtor is currently in the process of reorganizing her financial affairs to ensure compliance with bankruptcy requirements and to preserve the estate's assets for the benefit of creditors. As part of this process, the Debtor has prioritized critical expenses and administrative obligations required under the Bankruptcy Code. The Debtor remains committed to addressing all post-petition obligations and has acted in good faith throughout this process. She will continue to work diligently to resolve these outstanding amounts and ensure that future payments are made on time.

## **Exhibit B**

Prior to the filing of this case, the Debtor maintained two depository accounts, both held with Navy Federal Credit Union. One account was used exclusively to hold funds on behalf of the Debtor's adult nephew, while the other was dedicated to managing the affairs of the Debtor's later father's estate. Following the withdrawal of her Motion to Retain Existing Bank Accounts, the Debtor acknowledges that these accounts must now be transitioned into debtor-in-possession ("DIP") accounts in accordance with bankruptcy requirements.

The Debtor has since opened new DIP accounts at TD Bank and is in the process of transitioning all relevant funds. The NFCU accounts will be closed as soon as the first Supplemental Security Income (SSI) payment for the Debtor's nephew is deposited into the new TD Bank account.

Post-petition, the Debtor also opened an account with Capital One with the intention of designating it as a DIP account; however, it could not be converted for that purpose. The account has since received the Debtor's tax refund and will be closed accordingly.

| Date | Account | Description |
|---|---|---|
| 2/3/25 | TD | ACH DEPOSIT, BEBE REALTY CMC ACH ****93286000002 |
| 2/3/25 | TD | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 |
| 2/3/25 | TD | RTP RCVD, VENMO |
| 2/11/25 | TD | ACH RETURNED ITEM, TRAVELERS PER INSUR 9142035 |
| 2/12/25 | CAPITAL ONE | DEPOSIT FROM IRS TREA 310 TAX REF |
| 2/13/25 | TD | CH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 |
| 2/18/25 | TD | ACH DEPOSIT, BEBE REALTY CMC ACH ****93286000002 |
| 2/18/25 | TD | DEBIT CARD CREDIT SAFEWAY |
| 2/24/25 | TD | ACH DEPOSIT, BEBE REALTY CMC ACH ****93286000002 |
| 2/27/25 | TD | DEPOSIT |
| 2/28/25 | CAPITAL ONE | MONTHLY INTEREST PAID |
| 2/28/25 | NFCU | DIVIDEND |

| Date | Account | Description | Amount |
|---|---|---|---|
| 2/3/25 | TD | AP VENMO PETER FLECK VISA DIRECT * NY | ####### |
| 2/3/25 | TD | DBCRD PUR AP, *****30195133806, AUT 013025 VISA DDA PUR AP SAFEWAY 1129 DUNKIRK * MD | $ 30.89 |
| 2/3/25 | TD | AP GLOSS LYRICALEXUS BEA LYRICALEXUSBE * MD | $ 25.88 |
| 2/3/25 | TD | AP PRIME VIDEO CHANNELSAMZN COM BILL * WA | $ 2.11 |
| 2/4/25 | TD | AP CASH APP MARIA BLESSEDOAKLAND* CA | $ 499.00 |
| 2/5/25 | TD | AP CASH APP ANDRE RIVERSOAKLAND* CA | $ 100.00 |
| 2/5/25 | TD | AP POTOMAC FISH HOUSEMOUNT RAINIER * MD | $ 14.95 |
| 2/5/25 | TD | AP WAL MART 2799CLINTON* MD | $ 9.93 |
| 2/6/25 | TD | AP TST SIRENBROOKLYN* NY | $ 55.71 |
| 2/6/25 | TD | AP AMTRAK TELEP035483114546WASHINGTON* DC | $ 53.00 |
| 2/6/25 | TD | AP UBERTRIPHELP UBER COM * CA | $ 35.00 |
| 2/6/25 | TD | AP FLIX122 2237631 * TX | $ 25.23 |
| 2/6/25 | TD | AP UBERTRIPHELP UBER COM * CA | $ 19.00 |
| 2/7/25 | TD | AP TST FRENCH LOUIE RESTAUR BROOKLYN* NY | $ 175.00 |
| 2/7/25 | TD | AP APPLE CASH SENT MONEY1INFINITELOOP * CA | $ 50.00 |
| 2/7/25 | TD | AP TICK TOCK DINER NYNEW YORK* NY | $ 30.04 |
| 2/7/25 | TD | AP DURSOS PASTA RAVIOLI718 3581311 * NY | $ 2.60 |
| 2/7/25 | TD | AP VITI S CORNER MARKETBROOKLYN* NY | $ 2.34 |
| 2/10/25 | TD | AP160.00 GALLAGHERS STEAKHOUSENEW YORK* NY | $ 160.00 |
| 2/10/25 | TD | AP AMOR CUBANONEW YORK* NY | $ 118.67 |
| 2/10/25 | TD | AP ELECTRONIC PMT-WEB, TRAVELERS PER INSUR 9142035 | $ 56.18 |
| 2/10/25 | TD | AP SAFEWAY COM 1129877 505 4040 * MD | $ 36.91 |
| 2/10/25 | TD | PUR AP FLIXBUS COMBERLIND EU | $ 12.17 |
| 2/10/25 | TD | AP AMTRAK COM 038062701967WASHINGTON* DC | $ 11.00 |

| Date | | Description | Amount |
|---|---|---|---|
| 2/10/25 | TD | AP<br>UBERTRIPHELP UBER COM * CA | $ 6.46 |
| 2/10/25 | TD | AP<br>FLIX122 2237631 * TX | $ 4.10 |
| 2/10/25 | TD | AP<br>MTA NYCT PAYGONEW YORK* NY | $ 2.90 |
| 2/10/25 | TD | AP<br>MTA NYCT PAYGONEW YORK* NY | $ 2.90 |
| 2/14/25 | TD | ELECTRONIC PMT-WEB, TRAVELERS RETRY PYMT 9142035 | $ 56.18 |
| 2/14/25 | TD | W/CB<br>WAL MART 1716PRINCE FREDER * MD | $ 55.09 |
| 2/18/25 | TD | AP<br>GLOSS LYRICALEXUS BEALYRICALEXUSBE * MD | $ 77.63 |
| 2/18/25 | TD | AP<br>CASH APP ANDRE RIVERSOAKLAND* CA | $ 75.00 |
| 2/18/25 | TD | AP<br>DOLLARTREEPRINCE FREDER * MD | $ 31.50 |
| 2/18/25 | TD | AP<br>SAFEWAY 1129DUNKIRK* MD | $ 30.00 |
| 2/18/25 | TD | AP<br>SNEADES ACE HOMEOWINGS* MD | $ 28.92 |
| 2/18/25 | TD | AP<br>GIANT 0325DUNKIRK* MD | $ 28.02 |
| 2/18/25 | TD | AP<br>GLOSS LYRICALEXUS BEALYRICALEXUSBE * MD | $ 25.88 |
| 2/18/25 | TD | AP<br>CVS PHARMACY 10606CHESAPEAKE BE * MD | $ 24.99 |
| 2/18/25 | TD | AP<br>SAFEWAY COM 1129877 505 4040 * MD | $ 23.61 |
| 2/18/25 | TD | AP<br>CVS PHARMACY 10606CHESAPEAKE BE * MD | $ 20.18 |
| 2/18/25 | TD | AP<br>WEIS MARKETS 279PRINCE FREDER * MD | $ 18.09 |
| 2/18/25 | TD | AP<br>DOLLAR TREEDUNKIRK* MD | $ 13.10 |
| 2/18/25 | TD | AP<br>AMC MONTHLYAMCPLUS COM * NY | $ 10.59 |
| 2/18/25 | TD | AP<br>WENDYS 6568PRINCE FREDER * MD | $ 3.18 |
| 2/19/25 | TD | AP<br>TST ZAVINO ITALIAN MARK BALTIMORE* MD | $ 22.26 |
| 2/19/25 | TD | AP<br>AMAZON PRIME V05DI8YQ3AMZN COM BILL * WA | $ 7.41 |
| 2/19/25 | TD | AP<br>PAYPAL WORLD BOOKS402 935 7733 * DE | $ 6.86 |
| 2/20/25 | TD | AP<br>PAYPAL LEGENDSTROY704 589 7521 * NC | $ 48.46 |

# Exhibit E

The following is a list of all debts incurred by the Debtor since the filing of the bankruptcy case that have not been paid:

| Month | Creditor | Amount ($) | Purpose of the Debt |
|---|---|---|---|
| December 24 | 3Tree Flats | $1,700.00 | Office Rent: 3910 GA Ave NW #619, Washington, DC 20011 |
| December 24 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| January 25 | 3 Tree Flats | $1,700.00 | Office Rent: 3910 GA Ave NW #619, Washington, DC 20011 |
| January 25 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| February 24 | 3Tree Flats | 1,700.00 | Office Rent: 3910 GA Ave NW #619, Washington, DC 20011 |
| February 24 | PHH | 2,805.67 | Mortgage Payment – 4012 14th St NW |

Total Unpaid Debt: $13,517.01

| Date | | Description | Amount |
|---|---|---|---|
| | | AP | |
| 2/24/25 | TD | VENMO PETER FLECKVISA DIRECT * NY | ####### |
| | | AP | |
| 2/24/25 | TD | DA HONG PAOWASHINGTON * DC | $ 189.33 |
| | | AP | |
| 2/24/25 | TD | SAFEWAY COM 1129877 505 4040 * MD | $ 55.33 |
| | | AP | |
| 2/24/25 | TD | METRO 089 BRANCH AVSUITLAND * MD | $ 7.00 |
| | | AP | |
| 2/24/25 | TD | DC PARK METER MULTI202 673 6813 * DC | $ 4.14 |
| | | AP | |
| 2/24/25 | TD | PAYPAL NETWORKSOLU402 935 7733 * FL | $ 2.50 |
| | | AP | |
| 2/25/25 | TD | IT WORKS MARKETING INC786 706 1095 * FL | $ 83.95 |
| | | AP | |
| 2/25/25 | TD | DOLLARTREEUPPER MARLBOR * MD | $ 15.23 |
| | | AP | |
| 2/25/25 | TD | WEIS MARKETS 280UPPER MARLBOR * MD | $ 14.91 |
| | | AP | |
| 2/25/25 | TD | PENN NAILSWASHINGTON * DC | $ 10.00 |
| | | AP | |
| 2/25/25 | TD | DC PARK METER SINGLE202 673 6813 * DC | $ 4.00 |
| | | AP | |
| 2/25/25 | TD | PAYPAL PARKMOBILE402 935 7733 * GA | $ 1.25 |
| | | AP | |
| 2/26/25 | TD | SHELL OIL 57525836508UPPER MARLBOR * MD | $ 48.91 |
| | | AP | |
| 2/26/25 | TD | UBEREATSHELP UBER COM * CA | $ 24.51 |
| | | AP | |
| 2/26/25 | TD | PP APPLE COM BILL402 935 7733 * CA | $ 10.59 |
| 2/26/25 | Capital Or | Preauthorized Withdrawal to TD Bank, NA Savings account | ####### |
| 2/27/25 | TD | 6QOKCV5KCQ1 | $ 434.50 |
| | | AP | |
| 2/27/25 | TD | UBEREATSHELP UBER COM * CA | $ 21.00 |
| | | AP | |
| 2/28/25 | TD | A T NAIL SALON SPABALTIMORE * MD | $ 60.00 |
| | | AP | |
| 2/28/25 | TD | FAMILY DOLLARHALETHORPE * MD | $ 35.18 |
| | | AP | |
| 2/28/25 | TD | SAFEWAY COM 1129877 505 4040 * MD | $ 25.45 |
| | | AP | |
| 2/28/25 | TD | DOLLARTREEGLEN BURNIE * MD | $ 13.10 |
| | | AP | |
| 2/28/25 | TD | DOLLARTREEGLEN BURNIE * MD | $ 8.83 |
| 2/28/25 | TD | Withdrawal | $ 250.00 |
| 2/28/25 | NFCU | FEDERAL WITHHOLDING | $ 0.80 |
| | | | ####### |

# Exhibit F

**Monies Owed to the Debtor Pre-Petition**

|  | Amount ($) |  |
|---|---|---|
| 3 Tree Flat Rent | $66,750.00 | Ofc Rent - 3910 GA Ave NW #619, Washington, DC 20011 |
| 14th Street Basement Tenant | $46,075.00 | 4012 14th St NW |

**Monies Owed to the Debtor Post-Petition**

| Date | Money Owed From | Amount |
|---|---|---|
| December 24 | Ofc Rent - 3910 GA Ave NW #619, Washington, DC 20011 | $2,075.00 |
| December 24 | 4012 14th St NW | $1,100.00 |
| January 25 | Ofc Rent - 3910 GA Ave NW #619, Washington, DC 20011 | $2,075.00 |
| January 25 | 4012 14th St NW | $1,100.00 |
| February 25 | Ofc Rent - 3910 GA Ave NW #619, Washington, DC 20011 | $2,075.00 |
| February 25 | 4012 14th St NW | $1,100.00 |

**Total**

| Pre-petition | $112,825.00 |
|---|---|
| Post-petition | $9,525.00 |
| Pre and Post Petition | $119,175.00 |