

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC
3910 GEORGIA AVE NW APT 619
WASHINGTON DC  20011

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Jan 14 2025-Feb 13 2025 |
| Cust Ref #: | 4441763136-039-T-### |
| Primary Account #: | 444-1763136 |

## Chapter 11 Checking

MARIA D REDDICK
DIP CASE 24-00393 DC



### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,103.51 | Average Collected Balance | 771.33 |
| Electronic Deposits | 6,560.32 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 6,873.07 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 790.76 | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/16 | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | 1,146.79 |
| 01/21 | ACH DEPOSIT, PAYPAL TRANSFER ****718814032 | 17.19 |
| 01/22 | ACH DEPOSIT, PAYPAL TRANSFER ****778274698 | 29.98 |
| 01/29 | ACH RETURNED ITEM, ALLSTATE INS CO INS PREM ****00818710111 | 96.20 |
| 01/30 | DEBIT CARD CREDIT, *****30195133806, AUT 012925 VISA DDA REF<br>PAYPAL WEBEYECARE     402 935 7733 * PA | 5.00 |
| 02/03 | ACH DEPOSIT, BEBE REALTY CMC ACH ****93286000002 | 3,750.00 |
| 02/03 | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | 603.98 |
| 02/03 | RTP RCVD, VENMO | 19.04 |
| 02/11 | ACH RETURNED ITEM, TRAVELERS PER INSUR 9142035 | 56.18 |
| 02/13 | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | 835.96 |
| | Subtotal: | 6,560.32 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/14 | DBCRD PUR AP, *****30195133806, AUT 011325 VISA DDA PUR AP<br>PAYPAL PSISERVICES     402 935 7733 * CA | 60.00 |
| 01/14 | ELECTRONIC PMT-WEB, PAYPAL INST XFER UBER EATS | 14.00 |
| 01/14 | ELECTRONIC PMT-WEB, PAYPAL INST XFER UBER EATS | 3.00 |
| 01/15 | DEBIT POS AP, *****30195133806, AUT 011525 DDA PURCH W/CB<br>CVS PHARM 10606  7955     CHESAPEAKE BE * MD | 33.08 |
| 01/15 | ELECTRONIC PMT-WEB, PAYPAL INST XFER GOOGLE GOOGLE O | 2.11 |
| 01/16 | ELECTRONIC PMT-WEB, PAYPAL INST XFER PARKMOBILE | 3.35 |
| 01/17 | DBCRD PUR AP, *****30195133806, AUT 011625 VISA DDA PUR AP<br>CASH APP MARIA REDDICK A   OAKLAND      * CA | 100.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 790.76 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank

**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Jan 14 2025-Feb 13 2025 |
| Cust Ref #: | 4441763136-039-T-### |
| Primary Account #: | ▉▉▉▉▉▉▉▉ |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/17 | DBCRD PUR AP, *****30195133806, AUT 011525 VISA DDA PUR AP<br>MCDONALDS 16848        130 1855480  * MD | 1.58 |
| 01/21 | ELECTRONIC PMT-WEB, PAYPAL INST XFER COM | 110.28 |
| 01/21 | DBCRD PUR AP, *****30195133806, AUT 011725 VISA DDA PUR AP<br>TST  BFRG  SALT AIR      REHOBOTH BEAC * DE | 67.40 |
| 01/21 | DBCRD PUR AP, *****30195133806, AUT 011825 VISA DDA PUR AP<br>PP EB THE ORIGINAL CIRCL  402 935 7733 * CA | 65.87 |
| 01/21 | ELECTRONIC PMT-WEB, PAYPAL INST XFER MICHAELS | 53.89 |
| 01/21 | ELECTRONIC PMT-WEB, PAYPAL INST XFER COM | 30.93 |
| 01/21 | DBCRD PUR AP, *****30195133806, AUT 011725 VISA DDA PUR AP<br>PAYPAL  MICHAELS        800 642 4235  * TX | 24.92 |
| 01/21 | DBCRD PUR AP, *****30195133806, AUT 011725 VISA DDA PUR AP<br>PAYPAL  CVS PHR INC      SAN JOSE     * RI | 23.80 |
| 01/21 | DBCRD PUR AP, *****30195133806, AUT 011725 VISA DDA PUR AP<br>STAPLES INC          STAPLES COM  * MA | 21.94 |
| 01/21 | DBCRD PUR AP, *****30195133806, AUT 011925 VISA DDA PUR AP<br>CVS PHARMACY 03738      REHOBOTH BEAC * DE | 9.47 |
| 01/21 | DBCRD PUR AP, *****30195133806, AUT 011825 VISA DDA PUR AP<br>AMAZON PRIME ZG9LT49X2    AMZN COM BILL * WA | 7.41 |
| 01/21 | DBCRD PUR AP, *****30195133806, AUT 011725 VISA DDA PUR AP<br>STAPLES    00104307    REHOBOTH BEAC * DE | 3.49 |
| 01/22 | ELECTRONIC PMT-WEB, USDCB FILING FEE FILING FEE 6QLNC25UVE1 | 434.50 |
| 01/22 | DBCRD PUR AP, *****30195133806, AUT 012025 VISA DDA PUR AP<br>SHELL OIL 57545950503      DUNKIRK    * MD | 53.59 |
| 01/22 | DBCRD PUR AP, *****30195133806, AUT 012025 VISA DDA PUR AP<br>SAFEWAY 1129          DUNKIRK    * MD | 2.00 |
| 01/24 | DBCRD PUR AP, *****30195133806, AUT 012325 VISA DDA PUR AP<br>SQ  CHIROKEI CONSULTING    WASHINGTON   * DC | 405.00 |
| 01/24 | DBCRD PUR AP, *****30195133806, AUT 012325 VISA DDA PUR AP<br>VA DMV ALEXANDRIA CSC      ALEXANDRIA   * VA | 130.75 |
| 01/24 | DBCRD PUR AP, *****30195133806, AUT 012225 VISA DDA PUR AP<br>MYEYEDR 101118 DC CAPHIL    WASHINGTON   * DC | 20.00 |
| 01/27 | DBCRD PUR AP, *****30195133806, AUT 012525 VISA DDA PUR AP<br>CASH APP CAFFEE S CUSTOM    CASH APP     * CA | 200.00 |
| 01/27 | DBCRD PMT AP, *****30195133806, AUT 012425 VISA DDA PUR AP<br>IT WORKS MARKETING INC    786 706 1095 * FL | 83.95 |
| 01/27 | DBCRD PUR AP, *****30195133806, AUT 012425 VISA DDA PUR AP<br>PAR SALSARITA S FRESH ME   PRINCE FREDRI * MD | 20.65 |
| 01/27 | DBCRD PUR AP, *****30195133806, AUT 012425 VISA DDA PUR AP<br>VIOC BA0014         PRINCE FREDER * MD | 15.15 |
| 01/27 | ELECTRONIC PMT-WEB, PAYPAL INST XFER APPLE.COM BILL | 10.59 |
| 01/27 | ELECTRONIC PMT-WEB, PAYPAL INST XFER NETWORKSOLU | 2.50 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**


# **TD Bank**
**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC

| | |
|---|---|
| Page: | 4 of 5 |
| Statement Period: | Jan 14 2025-Feb 13 2025 |
| Cust Ref #: | |
| Primary Account #: | 444-1763136 |

---

**DAILY ACCOUNT ACTIVITY**

## Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/28 | ACH DEBIT, ALLSTATE INS CO INS PREM ****00818710111 | 96.20 |
| 01/28 | DBCRD PMT AP, *****30195133806, AUT 012725 VISA DDA PUR AP NETFLIX COM      408 5403700   * CA | 26.49 |
| 01/29 | DBCRD PUR AP, *****30195133806, AUT 012625 VISA DDA PUR AP PAYPAL  WEBEYECARE      402 935 7733  * PA | 199.51 |
| 01/31 | DBCRD PUR AP, *****30195133806, AUT 013025 VISA DDA PUR AP TYLER DENTAL        DUNKIRK     * MD | 18.70 |
| 02/03 | DBCRD PUR AP, *****30195133806, AUT 020325 VISA DDA PUR AP VENMO  PETER FLECK      VISA DIRECT  * NY | 2,975.00 |
| 02/03 | DBCRD PUR AP, *****30195133806, AUT 013025 VISA DDA PUR AP SAFEWAY 1129        DUNKIRK     * MD | 30.89 |
| 02/03 | DBCRD PMT AP, *****30195133806, AUT 020125 VISA DDA PUR AP GLOSS  LYRICALEXUS BEA     LYRICALEXUSBE * MD | 25.88 |
| 02/03 | DBCRD PUR AP, *****30195133806, AUT 020125 VISA DDA PUR AP PRIME VIDEO CHANNELS       AMZN COM BILL * WA | 2.11 |
| 02/04 | DBCRD PUR AP, *****30195133806, AUT 020325 VISA DDA PUR AP CASH APP MARIA BLESSED      OAKLAND     * CA | 499.00 |
| 02/05 | DBCRD PUR AP, *****30195133806, AUT 020425 VISA DDA PUR AP CASH APP ANDRE RIVERS      OAKLAND     * CA | 100.00 |
| 02/05 | DBCRD PUR AP, *****30195133806, AUT 020425 VISA DDA PUR AP POTOMAC FISH HOUSE        MOUNT RAINIER * MD | 14.95 |
| 02/05 | DBCRD PUR AP, *****30195133806, AUT 020425 VISA DDA PUR AP WAL MART  2799        CLINTON    * MD | 9.93 |
| 02/06 | DBCRD PUR AP, *****30195133806, AUT 020525 VISA DDA PUR AP TST SIREN        BROOKLYN    * NY | 55.71 |
| 02/06 | DBCRD PUR AP, *****30195133806, AUT 020425 VISA DDA PUR AP AMTRAK TELEP035483114546     WASHINGTON   * DC | 53.00 |
| 02/06 | DBCRD PUR AP, *****30195133806, AUT 020525 VISA DDA PUR AP UBER   TRIP        HELP UBER COM * CA | 35.00 |
| 02/06 | DBCRD PUR AP, *****30195133806, AUT 020425 VISA DDA PUR AP FLIX        122 2237631   * TX | 25.23 |
| 02/06 | DBCRD PUR AP, *****30195133806, AUT 020525 VISA DDA PUR AP UBER   TRIP        HELP UBER COM * CA | 19.00 |
| 02/07 | DBCRD PUR AP, *****30195133806, AUT 020525 VISA DDA PUR AP TST FRENCH LOUIE RESTAUR    BROOKLYN    * NY | 175.00 |
| 02/07 | DBCRD PUR AP, *****30195133806, AUT 020525 VISA DDA PUR AP APPLE CASH SENT MONEY      1INFINITELOOP * CA | 50.00 |
| 02/07 | DBCRD PUR AP, *****30195133806, AUT 020525 VISA DDA PUR AP TICK TOCK DINER NY       NEW YORK    * NY | 30.04 |
| 02/07 | DBCRD PUR AP, *****30195133806, AUT 020625 VISA DDA PUR AP DURSOS PASTA  RAVIOLI      718 3581311  * NY | 2.60 |
| 02/07 | DBCRD PUR AP, *****30195133806, AUT 020525 VISA DDA PUR AP VITI S CORNER MARKET       BROOKLYN    * NY | 2.34 |

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Jan 14 2025-Feb 13 2025 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/10 | DBCRD PUR AP, *****30195133806, AUT 020625 VISA DDA PUR AP GALLAGHERS STEAKHOUSE     NEW YORK     * NY | 160.00 |
| 02/10 | DBCRD PUR AP, *****30195133806, AUT 020725 VISA DDA PUR AP AMOR CUBANO         NEW YORK     * NY | 118.67 |
| 02/10 | ELECTRONIC PMT-WEB, TRAVELERS PER INSUR 9142035 | 56.18 |
| 02/10 | DBCRD PUR AP, *****30195133806, AUT 020725 VISA DDA PUR AP SAFEWAY COM 1129       877 505 4040 * MD | 36.91 |
| 02/10 | INTL DBCD PUR AP, *****30195133806, AUT 020725 INTL DDA PUR AP FLIXBUS COM         BERLIN      D EU | 12.17 |
| 02/10 | DBCRD PUR AP, *****30195133806, AUT 020725 VISA DDA PUR AP AMTRAK COM 038062701967   WASHINGTON   * DC | 11.00 |
| 02/10 | DBCRD PUR AP, *****30195133806, AUT 020725 VISA DDA PUR AP UBER   TRIP       HELP UBER COM * CA | 6.46 |
| 02/10 | DBCRD PUR AP, *****30195133806, AUT 020725 VISA DDA PUR AP FLIX         122 2237631  * TX | 4.10 |
| 02/10 | DBCRD PUR AP, *****30195133806, AUT 020625 VISA DDA PUR AP MTA NYCT PAYGO       NEW YORK     * NY | 2.90 |
| 02/10 | DBCRD PUR AP, *****30195133806, AUT 020725 VISA DDA PUR AP MTA NYCT PAYGO       NEW YORK     * NY | 2.90 |

Subtotal:     6,873.07

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/13 | 1,103.51 | 01/30 | 61.27 |
| 01/14 | 1,026.51 | 01/31 | 42.57 |
| 01/15 | 991.32 | 02/03 | 1,381.71 |
| 01/16 | 2,134.76 | 02/04 | 882.71 |
| 01/17 | 2,033.18 | 02/05 | 757.83 |
| 01/21 | 1,630.97 | 02/06 | 569.89 |
| 01/22 | 1,170.86 | 02/07 | 309.91 |
| 01/24 | 615.11 | 02/10 | -101.38 |
| 01/27 | 282.27 | 02/11 | -45.20 |
| 01/28 | 159.58 | 02/13 | 790.76 |
| 01/29 | 56.27 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC
3910 GEORGIA AVE NW APT 619
WASHINGTON DC 20011

| | |
|---|---|
| Page: | 1 of 6 |
| Statement Period: | Feb 14 2025-Mar 13 2025 |
| Cust Ref #: | |
| Primary Account #: | |

## Chapter 11 Checking

MARIA D REDDICK
DIP CASE 24-00393 DC

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 790.76 | Average Collected Balance | 394.29 |
| Deposits | 1,500.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 3,856.08 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 5,801.27 | Days in Period | 28 |
| Other Withdrawals | 250.00 | | |
| Ending Balance | 95.57 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/27 | DEPOSIT | 1,000.00 |
| 03/07 | DEPOSIT | 500.00 |
| | Subtotal: | 1,500.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/18 | ACH DEPOSIT, BEBE REALTY CMC ACH ****43796000002 | 200.00 |
| 02/18 | DEBIT CARD CREDIT, *****30195133806, AUT 021425 VISA DDA REF SAFEWAY COM 1129     877 505 4040 * MD | 1.58 |
| 02/24 | ACH DEPOSIT, BEBE REALTY CMC ACH ****63015000002 | 2,200.00 |
| 03/03 | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | 1,454.50 |
| | Subtotal: | 3,856.08 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/14 | ELECTRONIC PMT-WEB, TRAVELERS RETRY PYMT 9142035 | 56.18 |
| 02/14 | DEBIT POS AP, *****30195133806, AUT 021425 DDA PURCH W/CB WAL MART 1716     PRINCE FREDER * MD | 55.09 |
| 02/18 | DBCRD PMT AP, *****30195133806, AUT 021525 VISA DDA PUR AP GLOSS LYRICALEXUS BEA     LYRICALEXUSBE * MD | 77.63 |
| 02/18 | DBCRD PUR AP, *****30195133806, AUT 021425 VISA DDA PUR AP CASH APP ANDRE RIVERS     OAKLAND     * CA | 75.00 |
| 02/18 | DBCRD PUR AP, *****30195133806, AUT 021425 VISA DDA PUR AP DOLLARTREE     PRINCE FREDER * MD | 31.50 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ **Ending Balance**                    95.57

❷ **Total Deposits**         +

❸ **Sub Total**

❹ **Total Withdrawals**      -

❺ **Adjusted Balance**

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC

| | |
|---|---|
| Page: | 3 of 6 |
| Statement Period: | Feb 14 2025-Mar 13 2025 |
| Cust Ref #: | # |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/18 | DBCRD PUR AP, *****30195133806, AUT 021425 VISA DDA PUR AP<br>SAFEWAY 1129          DUNKIRK        * MD | 30.00 |
| 02/18 | DBCRD PUR AP, *****30195133806, AUT 021525 VISA DDA PUR AP<br>SNEADES ACE HOME        OWINGS        * MD | 28.92 |
| 02/18 | DBCRD PUR AP, *****30195133806, AUT 021425 VISA DDA PUR AP<br>GIANT 0325          DUNKIRK        * MD | 28.02 |
| 02/18 | DBCRD PMT AP, *****30195133806, AUT 021725 VISA DDA PUR AP<br>GLOSS LYRICALEXUS BEA    LYRICALEXUSBE * MD | 25.88 |
| 02/18 | DBCRD PUR AP, *****30195133806, AUT 021425 VISA DDA PUR AP<br>CVS PHARMACY 10606      CHESAPEAKE BE * MD | 24.99 |
| 02/18 | DBCRD PUR AP, *****30195133806, AUT 021525 VISA DDA PUR AP<br>SAFEWAY COM 1129        877 505 4040  * MD | 23.61 |
| 02/18 | DBCRD PUR AP, *****30195133806, AUT 021425 VISA DDA PUR AP<br>CVS PHARMACY 10606      CHESAPEAKE BE * MD | 20.18 |
| 02/18 | DBCRD PUR AP, *****30195133806, AUT 021425 VISA DDA PUR AP<br>WEIS MARKETS 279        PRINCE FREDER * MD | 18.09 |
| 02/18 | DBCRD PUR AP, *****30195133806, AUT 021425 VISA DDA PUR AP<br>DOLLAR TREE          DUNKIRK        * MD | 13.10 |
| 02/18 | DBCRD PMT AP, *****30195133806, AUT 021525 VISA DDA PUR AP<br>AMC  MONTHLY          AMCPLUS COM  * NY | 10.59 |
| 02/18 | DBCRD PUR AP, *****30195133806, AUT 021425 VISA DDA PUR AP<br>WENDYS  6568          PRINCE FREDER * MD | 3.18 |
| 02/19 | DBCRD PUR AP, *****30195133806, AUT 021725 VISA DDA PUR AP<br>TST ZAVINO ITALIAN MARK   BALTIMORE      * MD | 22.26 |
| 02/19 | DBCRD PUR AP, *****30195133806, AUT 021825 VISA DDA PUR AP<br>AMAZON PRIME V05DI8YQ3    AMZN COM BILL * WA | 7.41 |
| 02/19 | DBCRD PUR AP, *****30195133806, AUT 021725 VISA DDA PUR AP<br>PAYPAL  WORLD BOOKS      402 935 7733 * DE | 6.86 |
| 02/20 | DBCRD PUR AP, *****30195133806, AUT 021725 VISA DDA PUR AP<br>PAYPAL  LEGENDSTROY      704 589 7521 * NC | 48.46 |
| 02/24 | DBCRD PUR AP, *****30195133806, AUT 022425 VISA DDA PUR AP<br>VENMO  PETER FLECK      VISA DIRECT  * NY | 2,000.00 |
| 02/24 | DBCRD PUR AP, *****30195133806, AUT 022025 VISA DDA PUR AP<br>DA HONG PAO          WASHINGTON  * DC | 189.33 |
| 02/24 | DBCRD PUR AP, *****30195133806, AUT 022225 VISA DDA PUR AP<br>SAFEWAY COM 1129        877 505 4040 * MD | 55.33 |
| 02/24 | DBCRD PUR AP, *****30195133806, AUT 022025 VISA DDA PUR AP<br>METRO 089 BRANCH AV      SUITLAND      * MD | 7.00 |
| 02/24 | DBCRD PUR AP, *****30195133806, AUT 022125 VISA DDA PUR AP<br>DC PARK METER MULTI      202 673 6813 * DC | 4.14 |
| 02/24 | DBCRD PUR AP, *****30195133806, AUT 022225 VISA DDA PUR AP<br>PAYPAL  NETWORKSOLU      402 935 7733 * FL | 2.50 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC

Page:                                           4 of 6
Statement Period:        Feb 14 2025-Mar 13 2025
Cust Ref #:
Primary Account #:

---

### DAILY ACCOUNT ACTIVITY

#### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | DBCRD PMT AP, *****30195133806, AUT 022425 VISA DDA PUR AP<br>IT WORKS MARKETING INC    786 706 1095 * FL | 83.95 |
| 02/25 | DBCRD PUR AP, *****30195133806, AUT 022425 VISA DDA PUR AP<br>DOLLARTREE         UPPER MARLBOR * MD | 15.23 |
| 02/25 | DBCRD PUR AP, *****30195133806, AUT 022425 VISA DDA PUR AP<br>WEIS MARKETS 280      UPPER MARLBOR * MD | 14.91 |
| 02/25 | DBCRD PUR AP, *****30195133806, AUT 022425 VISA DDA PUR AP<br>PENN NAILS        WASHINGTON   * DC | 10.00 |
| 02/25 | DBCRD PUR AP, *****30195133806, AUT 022425 VISA DDA PUR AP<br>DC PARK METER SINGLE      202 673 6813 * DC | 4.00 |
| 02/25 | DBCRD PUR AP, *****30195133806, AUT 022425 VISA DDA PUR AP<br>PAYPAL PARKMOBILE       402 935 7733 * GA | 1.25 |
| 02/26 | DBCRD PUR AP, *****30195133806, AUT 022425 VISA DDA PUR AP<br>SHELL OIL 57525836508     UPPER MARLBOR * MD | 48.91 |
| 02/26 | DBCRD PUR AP, *****30195133806, AUT 022425 VISA DDA PUR AP<br>UBER   EATS       HELP UBER COM * CA | 24.51 |
| 02/26 | DBCRD PUR AP, *****30195133806, AUT 022425 VISA DDA PUR AP<br>PP APPLE COM BILL      402 935 7733 * CA | 10.59 |
| 02/27 | ELECTRONIC PMT-WEB, USDCB FILING FEE FILING FEE 6QOKCV5KCQ1 | 434.50 |
| 02/27 | DBCRD PUR AP, *****30195133806, AUT 022625 VISA DDA PUR AP<br>UBER   EATS       HELP UBER COM * CA | 21.00 |
| 02/28 | DBCRD PUR AP, *****30195133806, AUT 022725 VISA DDA PUR AP<br>A  T NAIL SALON  SPA    BALTIMORE    * MD | 60.00 |
| 02/28 | DBCRD PUR AP, *****30195133806, AUT 022725 VISA DDA PUR AP<br>FAMILY DOLLAR        HALETHORPE   * MD | 35.18 |
| 02/28 | DBCRD PUR AP, *****30195133806, AUT 022725 VISA DDA PUR AP<br>SAFEWAY COM 1129       877 505 4040 * MD | 25.45 |
| 02/28 | DBCRD PUR AP, *****30195133806, AUT 022725 VISA DDA PUR AP<br>DOLLARTREE         GLEN BURNIE  * MD | 13.10 |
| 02/28 | DBCRD PUR AP, *****30195133806, AUT 022725 VISA DDA PUR AP<br>DOLLARTREE         GLEN BURNIE  * MD | 8.83 |
| 03/03 | DBCRD PUR AP, *****30195133806, AUT 030325 VISA DDA PUR AP<br>VENMO  PETER FLECK      VISA DIRECT  * NY | 975.00 |
| 03/03 | DBCRD PUR AP, *****30195133806, AUT 022725 VISA DDA PUR AP<br>ROYAL SONESTA HARBOR C    BALTIMORE   * MD | 155.10 |
| 03/03 | DEBIT POS AP, *****30195133806, AUT 030325 DDA PURCH W/CB<br>CVS PHARM 10606  7955     CHESAPEAKE BE * MD | 42.24 |
| 03/03 | DBCRD PUR AP, *****30195133806, AUT 030125 VISA DDA PUR AP<br>PRIME VIDEO CHANNELS     AMZN COM BILL * WA | 6.35 |
| 03/03 | DBCRD PUR AP, *****30195133806, AUT 030125 VISA DDA PUR AP<br>PABC SINGLE SPACE METE    BALTIMORE    * MD | 3.50 |
| 03/03 | DBCRD PUR AP, *****30195133806, AUT 030225 VISA DDA PUR AP<br>ROYAL FARMS  247       BALTIMORE   * MD | 0.73 |

---

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC

Page: 5 of 6
Statement Period: Feb 14 2025-Mar 13 2025
Cust Ref #: ###
Primary Account #:

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/04 | ACH DEBIT, ALLSTATE INS CO INS PREM ****00818710111 | 359.34 |
| 03/04 | DBCRD PUR AP, *****30195133806, AUT 030325 VISA DDA PUR AP PAYPAL UBER 402 935 7733 * CA | 22.17 |
| 03/04 | DBCRD PUR AP, *****30195133806, AUT 030325 VISA DDA PUR AP PAYPAL UBER 402 935 7733 * CA | 12.39 |
| 03/06 | DBCRD PUR AP, *****30195133806, AUT 030525 VISA DDA PUR AP PATRIOT URGENT CARE PRINCE FREDER * MD | 20.00 |
| 03/06 | DBCRD PUR AP, *****30195133806, AUT 030525 VISA DDA PUR AP CVS PHARMACY 10606 CHESAPEAKE BE * MD | 10.79 |
| 03/06 | DBCRD PUR AP, *****30195133806, AUT 030525 VISA DDA PUR AP CVS PHARMACY 10606 CHESAPEAKE BE * MD | 1.78 |
| 03/07 | DBCRD PMT AP, *****30195133806, AUT 030425 VISA DDA PUR AP PAYPAL HOSTINGER 402 935 7733 * DE | 20.33 |
| 03/07 | DBCRD PUR AP, *****30195133806, AUT 030525 VISA DDA PUR AP PP APPLE COM BILL 402 935 7733 * CA | 1.05 |
| 03/10 | DBCRD PUR AP, *****30195133806, AUT 030825 VISA DDA PUR AP PAYPAL TEMU 402 935 7733 * CA | 48.04 |
| 03/10 | DBCRD PUR AP, *****30195133806, AUT 030625 VISA DDA PUR AP SAFEWAY COM 1129 877 505 4040 * MD | 43.28 |
| 03/10 | INTL DBCD PUR AP, *****30195133806, AUT 030625 INTL DDA PUR AP PAYPAL SMALLPDF 4029357733 C HE | 12.00 |
| 03/10 | DBCRD PUR AP, *****30195133806, AUT 030725 VISA DDA PUR AP PAYPAL TEMU 4029357733 * CA | 10.98 |
| 03/10 | DBCRD PUR AP, *****30195133806, AUT 031025 VISA DDA PUR AP GOOGLE ONE 650 2530000 * CA | 2.11 |
| 03/10 | DBCRD PUR AP, *****30195133806, AUT 030925 VISA DDA PUR AP PAYPAL UBER EATS 402 935 7733 * CA | 2.00 |
| 03/11 | DBCRD PUR AP, *****30195133806, AUT 031025 VISA DDA PUR AP DC GOV T PAYMENT 202 442 4423 * DC | 30.00 |
| 03/11 | DBCRD PUR AP, *****30195133806, AUT 031025 VISA DDA PUR AP COMM OF PA OB OCO P 717 425 6646 * PA | 15.00 |
| 03/11 | DBCRD PMT AP, *****30195133806, AUT 031025 VISA DDA PUR AP PP PP ROKU FOR HULU LLC 402 935 7733 * CA | 10.59 |
| 03/11 | DBCRD PUR AP, *****30195133806, AUT 030925 VISA DDA PUR AP VCN VIRGINIASCC 866 255 1857 * VA | 10.00 |
| 03/12 | DBCRD PMT AP, *****30195133806, AUT 031125 VISA DDA PUR AP VZWRLSS BILL PAY VE 800 9220204 * CA | 156.97 |
| 03/12 | DBCRD PUR AP, *****30195133806, AUT 031025 VISA DDA PUR AP MD DEPT OF LICENSING 410 7672396 * MD | 84.00 |
| 03/12 | DBCRD PUR AP, *****30195133806, AUT 030925 VISA DDA PUR AP PAYPAL UBER EATS 402 935 7733 * CA | 36.29 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC

| | |
|---|---|
| Page: | 6 of 6 |
| Statement Period: | Feb 14 2025-Mar 13 2025 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/12 | DBCRD PMT AP, *****30195133806, AUT 031225 VISA DDA PUR AP<br>AMC  MONTHLY          AMCPLUS COM  * NY | 10.59 |
| 03/12 | DBCRD PUR AP, *****30195133806, AUT 031025 VISA DDA PUR AP<br>PAYPAL  PLAYON          402 935 7733  * WA | 9.99 |
| 03/13 | INTL DBCD PUR AP, *****30195133806, AUT 031125 INTL DDA PUR AP<br>PAYPAL  SMALLPDF          4029357733   C HE | 12.00 |
| | Subtotal: | 5,801.27 |

### Other Withdrawals

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/28 | DEBIT | 250.00 |
| | Subtotal: | 250.00 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/13 | 790.76 | 02/28 | 265.68 |
| 02/14 | 679.49 | 03/03 | 537.26 |
| 02/18 | 470.38 | 03/04 | 143.36 |
| 02/19 | 433.85 | 03/06 | 110.79 |
| 02/20 | 385.39 | 03/07 | 589.41 |
| 02/24 | 327.09 | 03/10 | 471.00 |
| 02/25 | 197.75 | 03/11 | 405.41 |
| 02/26 | 113.74 | 03/12 | 107.57 |
| 02/27 | 658.24 | 03/13 | 95.57 |

---





Maria Reddick
3910 Georgia Ave NW
Apt 619
Washington DC 20011

## Thanks for saving with Capital One 360®

Here's your **February 2025** bank statement.

**STATEMENT PERIOD**
**Feb 1 - Feb 28, 2025**

# $0.55
**TOTAL ENDING BALANCE IN ALL ACCOUNTS**

## Account Summary

| ACCOUNT NAME | Feb 1 | Feb 28 |
|---|---|---|
| **360 Checking...8153** | $5,355.74 | **$0.55** |
| **All Accounts** | $5,355.74 | **$0.55** |

## Cashflow Summary

- ➕ $0.55  INTEREST EARNED THIS PERIOD
- ➖ $0.00  OVERDRAFT AND RETURN ITEM FEES THIS PERIOD
- ➖ $0.00  FINANCE CHARGES THIS PERIOD

## 360 Checking - 36319148153

| 0.10% | **$0.60** | 28 |
|---|---|---|
| ANNUAL PERCENTAGE YIELD (APY) EARNED | YTD INTEREST AND BONUSES | DAYS IN STATEMENT CYCLE |

 capitalone.com    1-888-464-0727    P.O. Box 85123, Richmond, VA 23285    MEMBER FDIC   

**Maria Reddick** | STATEMENT PERIOD
**Feb 1 - Feb 28, 2025**

| DATE | DESCRIPTION | CATEGORY | AMOUNT | BALANCE |
|------|-------------|----------|--------|---------|
| **Feb 1** | **Opening Balance** | | | **$5,355.74** |
| Feb 12 | Deposit from IRS TREAS 310 TAX REF | Credit | **+ $4,656.10** | $10,011.84 |
| Feb 26 | Preauthorized Withdrawal to TD BANK, NA savings account XXXXXXXXX0291 | Debit | **- $10,011.84** | $0.00 |
| Feb 28 | Monthly Interest Paid | Credit | **+ $0.55** | $0.55 |
| **Feb 28** | **Closing Balance** | | | **$0.55** |

## Fees Summary

| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|--|----------------------|---------------------|
| Total Overdraft Fees | **$0.00** | **$0.00** |
| Total Return Item Fees | **$0.00** | **$0.00** |

 capitalone.com      1-888-464-0727     P.O. Box 85123, Richmond, VA 23285      MEMBER FDIC     

**Maria Reddick**

## If anything in your statement looks incorrect, please let us know immediately.

In case of error or questions about your electronic transfers, we can be reached by telephone at 1-888-464-0727, or mail at P.O. Box 85123, Richmond, VA 23285. Or, log in to your account at capitalone.com and click on the transaction. If you think your statement or receipt is wrong or if you need more information about a transfer listed on your statement or receipt, you must let us know within 60 days after we sent you the FIRST statement on which the error appeared.

**(1)** Tell us your name and account number.

**(2)** Describe the error or the transfer you are unsure about, and provide an explanation of why you believe it is an error or why you need more information.

**(3)** Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

 capitalone.com      1-888-464-0727     P.O. Box 85123, Richmond, VA 23285      MEMBER FDIC     

Page 1 of 4

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Stat m nt P ri d
1/ 1/      / /

R uting  umb r:

#BWNLLSV
#000000P9Y6PXV2A1#000FME00F
MARIA D REDDICK
3910 GEORGIA AVE NW APT 619
WASHINGTON DC 20011-5894

Qu  ti n ab ut thi Stat m nt?
T ll fr  in th  U S 1      3
F rt ll fr  numb r wh n  v r  a ,
vi it navyfederal.org/overseas/
C ll  t int mati nally 1  3       3

**Say "Yes" to Paperless! View your digital statements via Mobile or Navy Federal Online Banking.**

 a valu d mb r, w   n urag y u t r vi w th di l ur  and f   f r a  unt y u h ld with
u  Pl a   vi itu at
**https://www.navyfederal.org/content/dam/nfculibs/pdfs/membership/nfcu_606.pdf**
f r th  Imp rtant Di l ur   B kl t &
**https://www.navyfederal.org/content/dam/nfculibs/pdfs/membership/2043ep.pdf**
f r S h dul  f F   and Charg  r all u at 1     3   t r qu ta py t b  mail d

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| EveryDay Checking | $ . | $  . 6 | $ . | $ . | $ . |
|    6 6 | $ . | $ 6 . | $ . | $6 . | $ . |
| Membership Savings | $ , . | $ . | $ . | $ ,  . | $ . |
| Money Market Savings | $ . | $ . | $ . | $ . | $ . |
| **Totals** | **$18,007.17** | **$985.97** | **$915.67** | **$18,077.47** | **$3.71** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

MARIA D REDDICK

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED | |
|---|---|---|---|
| | Checking | | |
| | Checking | | |
| | Savings | | |
| | MMSA | | |
| | TOTAL | | |

NFCU
PO BOX
MERRIFIELD VA        -

405710578157471233586863072403409314240792700000000009



Page 2 of 4

## NAVY FEDERAL Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Stat m nt P ri d
1/ 1/    / /

**Statement of Account**
For MARIA D REDDICK

# Checking

**EveryDay Checking -**

J int Own r( ):  ' 'O' 'E

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| -^ | Beginning Balance | | 1 |
| -^ | Debit Card Adjustment | 1 | 1 |
| 02-20 | **Ending Balance** | | **15.27** |

*Average Daily Balance  Current Cycle: $11 82*

**EveryDay Checking -**

J int Own r( ):  ' 'O' 'E

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| -^ | Beginning Balance | | 1 |
| -^ | Deposit - ACH Paid From Ssi Treas ^  Xxsupp Sec  Afd^ | | 1,  1 |
| -^ | Dividend | 1 | 1,  1 |
| ^- ^ | Paid To - Spectrum Spectrum Chk ^     - | | 1,  1 |
| ^- | Paid To - Thevillageof-Cle Web Pmts Chk    ^^ 6 | | 1 |
| ^- 6 | Paid To - Orlando Util Com Payments Chk ^      ^ | | 3  3 |
| 02-20 | **Ending Balance** | | **632.38** |

*Average Daily Balance  Current Cycle: $766 36*
*Your account earned $0 01, with an annual percentage yield earned of 0 02%, for the dividend period from 01 01 2025 through 01 31 2025*

## Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| ^- ^ | ACH | 6 . | ^- 6 | ACH | . |
| ^- | ACH | . | | | |

### CHANGE OF ADDRESS
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |
| — — | ( ) | | ( ) | |

Page 3 of 4



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For MARIA D REDDICK

Stat m nt P ri d
1/ 1/    / /

## Savings

### Membership Savings -

J int Own r( ): `'O`'E

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| -` | Beginning Balance | | 1 , 1 |
| -` | Federal Withholding | | 1 , 1 |
| -` | Dividend | 3 | 1 , |
| 02-20 | Ending Balance | | 17,429.82 |
| YTD Fed Tax Withheld | 0.89 | | |

*Your account earned $3 70, with an annual percentage yield earned of 0 25%, for the dividend period from 01 01 2025 through 01 31 2025*

### Money Market Savings -

J int Own r( ): `'O`'E

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| -` | Beginning Balance | | |
| | No Transactions This Period | | |
| 02-20 | Ending Balance | | 0.00 |

### Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | | | |
| CHECKING DIVIDENDS | .` | FINANCE CHARGE CHECKING LOC | . |
| FED. TAX WITHHELD-SAVINGS | ` ` | | |
| FED. TAX WITHHELD-CHECKING | . | | |



**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Stat m nt P ri d
1/ 1/        / /

**Statement of Account**
For MARIA D REDDICK

**Disclosure Information**
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244**
You may also contact us on the Web: navyfederal.org
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

Page 1 of 4

**NAVY FEDERAL**
Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

## Statement of Account

Statement Period
/ 1/ 5 - 3/ / 5

Access No

Routing Number: 5 -74 7-4

#BWNLLSV
#000000P9Y6PXV2A1#000MMA00F
MARIA D REDDICK
3910 GEORGIA AVE NW APT 619
WASHINGTON DC 20011-5894

Questions about this Statement?
Toll-free in the U.S. 1- - 4 - 3
For toll-free numbers when overseas,
visit navyfederal.org/overseas/
Collect internationally 1-7 3- 55- 37

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### Annual Meeting

Navy Federal's Annual Meeting is scheduled for Wednesday, April 3 at pm ET. The meeting
will be held virtually and in person at Navy Federal Headquarters in Vienna, VA. Registration
is available on a first-come, first-served basis. Due to space and system limitations,
attendance is limited.

Register at **navyfederal.org/events.** For assistance with registration, call 1- - 4 - 3 .

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** | $ . | $ . | $ . | $ . | $ . |
| | $ . | $ . | $ . | $ . | $ . |
| **Membership Savings** | $ , . | $ . | $ . | $ , . | $ . |
| **Money Market Savings** | $ . | $ . | $ . | $ . | $ . |
| **Totals** | $18,077.47 | $970.35 | $1,596.00 | $17,451.82 | $7.06 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

MARIA D REDDICK

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| | Checking | |
| | Checking | |
| | Savings | |
| | MMSA | |
| | TOTAL | |

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

NFCU
PO BOX
MERRIFIELD VA -

4057105781574712335868630724034093142407927000000000009

Page 2 of 4



**NAVY FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For MARIA D REDDICK

Statement Period
/ 1/ 5 - 3/ / 5

Access No. ▮▮▮▮▮▮

## Checking

### EveryDay Checking  ▮▮▮▮▮▮

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| - | Beginning Balance | | 15. 7 |
| | No Transactions This Period | | |
| 03-20 | Ending Balance | | 15.27 |

*Average Daily Balance - Current Cycle: $15.27*

### EveryDay Checking  ▮▮▮▮▮▮

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| - | Beginning Balance | | 3 .3 |
| - | Paid To - Td Bank Acct Fund Chk | 3 . - | .3 |
| - | Deposit - ACH Paid From Ssi Treas    Xxsupp Sec   Afd | 7. | 7.3 |
| - | Dividend | . 1 | 7.3 |
| - | Paid To - Spectrum Spectrum Chk | . - | 7.3 |
| - | POS Debit- Debit Card    - -   Hoteltonight*arc H   - -   CA | 1 7. - | 7 .3 |
| - | POS Debit- Debit Card    - -   Autozone #    Prince Freder MD | 1 5. 1- | 5 4.5 |
| - | ACH Paid To Maria D Reddick | 4 . - | 1 4.5 |
| - | POS Debit- Debit Card    - -   Ebay O*  -   -   San Jose CA | 1 .13- | 75.45 |
| - | Paid To - Orlando Util Corn Payments Chk | 71. - | 4.1 |
| 03-20 | Ending Balance | | 4.19 |

*Average Daily Balance - Current Cycle: $447.71*
*Your account earned $0.01, with an annual percentage yield earned of 0.02%, for the dividend period from 02-01-2025 through 02-28-2025*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| - | ACH | . | - | ACH | . |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|

ADDRESS (NO. STREET)

| CITY | STATE | ZIP CODE |
|------|-------|----------|

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|--------------------------------|------------------------|--------------------------|
| — — | ( ) | ( ) |



**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For MARIA D REDDICK

Statement Period
/ 1/ 5 - 3/  / 5

Access No. ███████

## Items Paid

(Continued from previous page)

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| - | ACH | . | - | POS | . |
| - | POS | : | - | POS | : |

## Savings

**Membership Savings** ██████████

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| - | Beginning Balance | | 17,4  . |
| - | Federal Withholding | .  - | 17,4  . |
| - | Dividend | 3.34 | 17,43 .3 |
| 03-20 | Ending Balance | | 17,432.36 |
| | YTD Fed Tax Withheld | 1.69 | |

Your account earned $3.34, with an annual percentage yield earned of 0.25%, for the dividend period from 02-01-2025 through 02-28-2025

**Money Market Savings** ████████

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| - | Beginning Balance | | . |
| | No Transactions This Period | | |
| 03-20 | Ending Balance | | 0.00 |

## Year to Date Federal Income Tax Information

| | | | |
|--|--|--|--|
| SAVINGS DIVIDENDS | . | | |
| CHECKING DIVIDENDS | . | FINANCE CHARGE CHECKING LOC | . |
| FED. TAX WITHHELD-SAVINGS | . | | |
| FED. TAX WITHHELD-CHECKING | . | | |



**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
/ 1/ 5 - 3/ / 5

**Statement of Account**
For MARIA D REDDICK

**Access No.** ▮▮▮▮▮▮▮

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.