|  | Month 5 | Month 6 | Month 7 | Month 8 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $0.00 | $0.00 | $0.00 | $0.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $350.00 | $700.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 2** | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | |
| **Total Debits** | $9,215.42 | $9,215.42 | $9,215.42 | $9,215.42 |
| | | | | |
| **Beginning Balance** | $22,000.00 | $18,433.76 | $14,867.52 | $11,301.28 |
| **Ending Balance** | $18,433.76 | $14,867.52 | $11,301.28 | $7,735.04 |

|  | Month 9 | Month 10 | Month 11 | Month 12 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $0.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $5,649.18 | $11,649.18 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $3,063.11 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $0.00 | $0.00 | $2,696.77 | $2,696.77 |
| **Class 2** | $0.00 | $0.00 | $2,003.70 | $2,003.70 |
| | | | | |
| **Total Debits** | $12,278.53 | $9,215.42 | $13,915.89 | $13,915.89 |
| | | | | |
| **Beginning Balance** | $7,735.04 | $1,105.69 | $3,539.45 | $4,756.08 |
| **Ending Balance** | $1,105.69 | $3,539.45 | $4,756.08 | $5,972.71 |

|  | Month 13 | Month 14 | Month 15 | Month 16 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $3,063.11 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | |
| **Total Debits** | $13,915.89 | $13,915.89 | $16,979.00 | $13,915.89 |
| | | | | |
| **Beginning Balance** | $5,972.71 | $7,189.34 | $8,405.97 | $6,559.49 |
| **Ending Balance** | $7,189.34 | $8,405.97 | $6,559.49 | $7,776.12 |

|  | Month 17 | Month 18 | Month 19 | Month 20 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | |
| **Total Debits** | $13,915.89 | $13,915.89 | $13,915.89 | $13,915.89 |
| | | | | |
| **Beginning Balance** | $7,776.12 | $8,992.75 | $10,209.38 | $11,426.01 |
| **Ending Balance** | $8,992.75 | $10,209.38 | $11,426.01 | $12,642.64 |

|  | Month 21 | Month 22 | Month 23 | Month 24 |
|---|---|---|---|---|
| **REVENUE** |  |  |  |  |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
|  |  |  |  |  |
| **DISTRBUTIONS** |  |  |  |  |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $3,063.11 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
|  |  |  |  |  |
| **Total Debits** | $16,979.00 | $13,915.89 | $13,915.89 | $13,915.89 |
|  |  |  |  |  |
| **Beginning Balance** | $12,642.64 | $10,796.16 | $12,012.79 | $13,229.42 |
| **Ending Balance** | $10,796.16 | $12,012.79 | $13,229.42 | $14,446.05 |

|  | Month 25 | Month 26 | Month 27 | Month 28 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $3,063.11 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | |
| **Total Debits** | $13,915.89 | $13,915.89 | $16,979.00 | $13,915.89 |
| | | | | |
| **Beginning Balance** | $14,446.05 | $15,662.68 | $16,879.31 | $15,032.83 |
| **Ending Balance** | $15,662.68 | $16,879.31 | $15,032.83 | $16,249.46 |

|  | Month 29 | Month 30 | Month 31 | Month 32 | Month 33 |
|---|---|---|---|---|---|
| **REVENUE** |  |  |  |  |  |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
|  |  |  |  |  |  |
| **DISTRBUTIONS** |  |  |  |  |  |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $3,063.11 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
|  |  |  |  |  |  |
| **Total Debits** | $13,915.89 | $13,915.89 | $13,915.89 | $13,915.89 | $16,979.00 |
|  |  |  |  |  |  |
| **Beginning Balance** | $16,249.46 | $17,466.09 | $18,682.72 | $19,899.35 | $21,115.98 |
| **Ending Balance** | $17,466.09 | $18,682.72 | $19,899.35 | $21,115.98 | $19,269.50 |

|  | Month 34 | Month 35 | Month 36 | Month 37 | Month 38 | Month 39 |
|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | | |
| **DISTRBUTIONS** | | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,063.11 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | | |
| **Total Debits** | $13,915.89 | $13,915.89 | $13,915.89 | $13,915.89 | $13,915.89 | $16,979.00 |
| | | | | | | |
| **Beginning Balance** | $19,269.50 | $20,486.13 | $21,702.76 | $22,919.39 | $24,136.02 | $25,352.65 |
| **Ending Balance** | $20,486.13 | $21,702.76 | $22,919.39 | $24,136.02 | $25,352.65 | $23,506.17 |

|  | Month 40 | Month 41 | Month 42 | Month 43 | Month 44 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $13,915.89 | $13,915.89 | $13,915.89 | $13,915.89 | $13,915.89 |
| | | | | | |
| **Beginning Balance** | $23,506.17 | $24,722.80 | $25,939.43 | $27,156.06 | $28,372.69 |
| **Ending Balance** | $24,722.80 | $25,939.43 | $27,156.06 | $28,372.69 | $29,589.32 |

|  | Month 45 | Month 46 | Month 47 | Month 48 | Month 49 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $3,063.11 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $16,979.00 | $13,915.89 | $13,915.89 | $13,915.89 | $13,915.89 |
| | | | | | |
| **Beginning Balance** | $29,589.32 | $27,742.84 | $28,959.47 | $30,176.10 | $31,392.73 |
| **Ending Balance** | $27,742.84 | $28,959.47 | $30,176.10 | $31,392.73 | $32,609.36 |

|  | Month 50 | Month 51 | Month 52 | Month 53 | Month 54 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $3,063.11 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $13,915.89 | $16,979.00 | $13,915.89 | $13,915.89 | $13,915.89 |
| | | | | | |
| **Beginning Balance** | $32,609.36 | $33,825.99 | $31,979.51 | $33,196.14 | $34,412.77 |
| **Ending Balance** | $33,825.99 | $31,979.51 | $33,196.14 | $34,412.77 | $35,629.40 |

|  | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
|  | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $3,063.11 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
|  | | | | | |
| **Total Debits** | $13,915.89 | $13,915.89 | $16,979.00 | $13,915.89 | $13,915.89 |
|  | | | | | |
| **Beginning Balance** | $35,629.40 | $36,846.03 | $38,062.66 | $36,216.18 | $37,432.81 |
| **Ending Balance** | $36,846.03 | $38,062.66 | $36,216.18 | $37,432.81 | $38,649.44 |

|  | **Month 60** |
|---|---|
| **REVENUE** |  |
| **Regular Income (Net)** | $5,649.18 |
| **Rental Income** | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 |
| **Total Credits** | $15,132.52 |
|  |  |
| **DISTRBUTIONS** |  |
| **Schedule J Expenses** | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 |
| **Real Estate Taxes** | $0.00 |
| **Property Insurance** | $508.24 |
| **Utilities** | $485.67 |
| **Class 1** | $2,696.77 |
| **Class 2** | $2,003.70 |
|  |  |
| **Total Debits** | $13,915.89 |
|  |  |
| **Beginning Balance** | $38,649.44 |
| **Ending Balance** | $39,866.07 |