Christianna A. Cathcart, Esq.
Bar No.: ND10095
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2770
E-Mail: christianna@dcbankruptcy.com
*Counsel for the Debtor*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>Maria D. Reddick<br><br>Debtor. | Case No.: 24-00393<br><br>Chapter 11<br>(Subchapter V) |

**NOTICE OF DEADLINE TO FILE AND SERVE OPPOSITION TO
MOTION TO APPROVE COMPROMISE WITH RESIDENTIAL ONE, LLC**

NOTICE IS HEREBY GIVEN that Maria D. Reddick ("Ms. Reddick" or the "Debtor") has moved to approve a settlement agreement with Residential One, LLC t/a/ 3 Tree Flats ("Residential One"). The proposed agreement will fully and finally resolve all disputes concerning the tenancy, possession, and use of the leased premises located at 3910 Georgia Avenue, NW, Apartment 619, Washington, D.C. 20011 (the "Leased Premises") will be fully and finally resolved. Pursuant to the terms of the agreement, the Debtor will surrender possession of the Leased Premises, Residential One will vacate the prepetition possession judgment, and both parties will mutually release any claims, known or unknown, arising from the lease, the automatic stay, or related tenancy disputes. Other terms also guide this agreement, and parties in interest are encouraged to examine the agreement set Forth in the motion

1

NOTICE OF DEADLINE TO OBJECT. If you do not want the Court to grant the Motion or if you would like the Court to consider your views, then ON OR BEFORE JUNE 18, 2025, you must file and serve a written objection to the motion. The objection must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 333 Constitution Ave., N.W., Washington, D.C. 20001 and served (by delivery or mailing a copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

NOTICE OF HEARING. A hearing on the application has been scheduled before the Honorable Elizabeth L. Gunn, United States Bankruptcy Judge, for June 25, 2025 at 1:00 pm. The hearing will be held via Zoom. For meeting code, parties may contact Courtroom Deputy Aimee Mathewes at Aimee_Mathewes@dcb.uscourts.gov.

        Respectfully submitted,

Dated: May 30, 2025      By:    /s/ Christianna A. Cathcart
    Christianna A. Cathcart, Esq.
    Bar No.: ND10095
    THE BELMONT FIRM
    1050 Connecticut Avenue, NW, Suite 500
    Washington, DC 20036
    Phone: (202) 655-2770
    E-Mail: christianna@dcbankruptcy.com
    *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 30th day of May, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart