Christianna A. Cathcart, Esq.
Bar No. ND10095
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | Case No. 24-00393 |
| --- | --- | --- |
|  | ) | Chapter 11 |
|  | ) | (Subchapter V) |
| MARIA D. REDDICK | ) |  |
|  | ) |  |
| Debtor. | ) |  |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 30th day of May, 2025, I caused a copy of (i) the Motion to Approve Compromise with Residential One, LLC (DE #77), and (ii) the Notice of Deadline to File and Serve Opposition to Motion to Approve Compromise with Residential One, LLC (DE #77-1), to be served, via first class mail, postage prepaid, upon all parties on the attached mailing matrix.

*[Signature on Following Page]*

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 30, 2025 | By: /s/ Christianna A. Cathcart |
|  | Christianna A. Cathcart Esq. |
|  | Bar No. ND10095 |
|  | The Belmont Firm |
|  | 1050 Connecticut Avenue, NW, Suite 500 |
|  | Washington, DC 20036 |
|  | Phone: (202) 655-2770 |
|  | christianna@dcbankruptcy.com |
|  | *Counsel for the Debtor* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of May, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECP SERVICE were not served via First Class USPS Mail Service.

CASE INFO                                                                                  EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING      DEUTSCHE BANK NATIONAL  TRUST COMPANY                (U) PHH MORTGAGE CORPORATION
NCRS ADDRESS DOWNLOAD                 AS TR
CASE 24-00393                         6003 EXECUTIVE BLVD
DISTRICT OF DISTRICT OF COLUMBIA      SUITE 101
FRI MAY 30 9-12-24 PST 2025           ROCKVILLE   MD 20852-3813



RESIDENTIAL ONE   LLC TA 3 TREE FLATS WASHINGTON   DC                                      11 COMCAST
ATTN STEPHEN A METZ   ESQ             E BARRETT PRETTYMAN U S COURTHOUSE                   PO BOX 710
OFFIT KURMAN  PA                      333 CONSTITUTION AVE   NW 1225                       NORWOOD   MA 02062-0710
7501 WISCONSIN AVE   SUITE 1000W      WASHINGTON   DC 20001-2802
BETHESDA  MD 20814-6604



AFFIRM  INC                           AFFIRM  INC                                          AMERICAN EXPRESS
650 CALIFORNIA ST                     ATTN BANKRUPTCY                                      200 VESEY ST
FL 12                                 650 CALIFORNIA ST                                    NEW YORK  NY 10285-0002
SAN FRANCISCO  CA 94108-2716          FL 12
                                      SAN FRANCISCO  CA 94108-2716



AMERICAN EXPRESS NATIONAL BANK        AMEX                                                 AMEX
CO BECKET AND LEE LLP                 CORRESPONDENCEBANKRUPTCY                             PO BOX 981537
PO BOX 3001                           PO BOX 981535                                        EL PASO  TX 79998-1537
MALVERN  PA 19355-0701                EL PASO  TX 79998-1535



BALTIMORE GAS AND ELECTRIC BG         CO BWW LAW GROUP  LLC                                CAPITAL ONE
2491 PAXTON ST                        6003 EXECUTIVE BLVD SUITE 101                        1439 CHAIN BRIDGE RD
HARRISBURG  PA 17111-1036             ROCKVILLE  MD 20852-3813                             MCLEAN  VA 22101-3721



CAPITAL ONE                           CAPITAL ONE                                          CAPITAL ONE NA
ATTN BANKRUPTCY                       PO BOX 31293                                         BY AIS INFOSOURCE LP AS AGENT
PO BOX 30285                          SALT LAKE CITY  UT 84131-0293                        4515 N SANTA FE AVE
SALT LAKE CITY  UT 84130-0285                                                              OKLAHOMA CITY  OK 73118-7901



CONGRESSIONAL FCU                     CREDIT COLL                                          CREDIT COLLECTION SERVICES
PO BOX 23267                          PO BOX 710                                           ATTN BANKRUPTCY
WASHINGTON  DC 20026-3267             NORWOOD  MA 02062-0710                               725 CANTON ST
                                                                                           NORWOOD  MA 02062-2679



CREDIT ONE BANK                       CREDIT ONE BANK                                      CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT            PO BOX 98872                                         PO BOX 98873
6801 S CIMARRON RD                    LAS VEGAS  NV 89193-8872                             LAS VEGAS  NV 89193-8873
LAS VEGAS  NV 89113-2273



DC OFFICE OF TAX REVENUE              DEPT OF EDUCATIONELN                                 DEUTSCHE BANK NATIONAL TRUST COMPANY
1101 4TH AVE ST SW                    PO BOX 82561                                         CO PHH MORTGAGE CORPORATION
WASHINGTON  DC 20024                  LINCOLN  NE 68501-2561                               ATTN BANKRUPTCY DEPARTMENT
                                                                                           PO BOX 24605
                                                                                           WEST PALM BEACH  FL 33416-4605
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| FINGERHUT<br>13300 PIONEER TRL<br>EDEN PRAIRIE   MN 55347-4120 | FINGERHUT<br>ATTN BANKRUPTCY<br>6250 RIDGEWOOD RD<br>SAINT CLOUD   MN 56303-0820 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 |
| KIKOFF LENDING LLC<br>75 BROADWAY<br>SAN FRANCISCO   CA 94111-1423 | KOHLS<br>ATTN CREDIT ADMINISTRATOR<br>PO BOX 3043<br>MILWAUKEE   WI 53201-3043 | KOHLS<br>PO BOX 3115<br>MILWAUKEE   WI 53201-3115 |
| L J ROSS ASSOCIATES IN<br>PO BOX 1838<br>ANN ARBOR   MI 48106-1838 | LJ ROSS ASSOCIATES<br>ATTN BANKRUPTCY<br>4 UNIVERSAL WAY<br>JACKSON   MI 49202-1455 | LUKA HOLDING LLC<br>7406 HONESTY WAY<br>BETHESDA   MD 20817-5550 |
| MAURICE B VERSTANDIG<br>THE BELMONT FIRM<br>1050 CONNECTICUT AVENUE   NW<br>SUITE 500<br>WASHINGTON   DC 20036-5304 | NAVY FEDERAL CREDIT UNION<br>P O BOX 3000<br>MERRIFIELD   VA 22119-3000 | NATIONAL RECOVERY AGEN<br>2491 PAXTON ST<br>HARRISBURG   PA 17111-1036 |
| NATIONAL RECOVERY AGENCY<br>ATTN BANKRUPTCY<br>2491 PAXTON ST<br>HARRISBURG   PA 17111-1036 | NAVY FCU<br>ATTN BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD   VA 22119-3000 | NAVY FCU<br>PO BOX 3700<br>MERRIFIELD   VA 22119-3700 |
| NAVY FEDERAL CREDIT UNION<br>820 FOLLIN LANE   1007 ELECTRIC AVE<br>VIENNA   VA 22180 | NAVY FEDERAL CREDIT UNION<br>ATTN BANKRUPTCY<br>PO BOX 3302<br>MERRIFIELD   VA 22119-3302 | ~~EXCLUDE~~<br>~~(D)NAVY FEDERAL CREDIT UNION~~<br>~~PO BOX 3000~~<br>~~MERRIFIELD   VA 22119-3000~~ |
| NAVY FEDERAL CREDIT UNION<br>PO BOX 3700<br>MERRIFIELD   VA 22119-3700 | NELNET<br>121 SOUTH 13TH ST<br>LINCOLN   NE 68508-1922 | NELNET<br>2401 INTERNATIONAL LN<br>MADISON   WI 53704-3121 |
| NELNET<br>ATTN CLAIMS<br>PO BOX 82505<br>LINCOLN   NE 68501-2505 | PHH MORTGAGE CORPORATION<br>CO WENDY A LOCKE<br>ALDRIDGE PITE   LLP<br>3333 CAMINO DEL RIO SOUTH   SUITE 225<br>SAN DIEGO   CA 92108-3808 | PHHNEWREZ CO PH MORTGAGE SERVICES<br>PO BOX 24738<br>WEST PALM   FL 33416-4738 |
| PATIENT FIRST<br>1807 HUGUENOT RD<br>MIDLOTHIAN   VA 23113-5604 | REC MGM SYS<br>1807 HUGUENOT RD<br>MIDLOTHIAN   VA 23113-5604 | RECEIVABLE MANAGEMENT SYSTEMS<br>ATTN BANKRUPTCY<br>PO BOX 73810N<br>CHESTERFIELD   VA 23832-8047 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| RESIDENTIAL ONE DBA 3 TREE FLATS<br>3910 GEORGIA AVE NW<br>619<br>WASHINGTON DC 20011-5894 | (P)SELF INC<br>901 E 6TH STREET SUITE 400<br>AUSTIN TX 78702-3241 | SYNCHONY BANKAMAZON<br>PO BOX 71711<br>PHILADELPHIA PA 19176-1711 |
| SYNCHRONY BANKAMAZON<br>ATTN BANKRUPTCY<br>PO BOX 965060<br>ORLANDO FL 32896-5060 | SYNCHRONY BANKAMAZON<br>PO BOX 71737<br>PHILADELPHIA PA 19176-1737 | U S TRUSTEE FOR REGION FOUR<br>U S TRUSTEES OFFICE<br>1725 DUKE STREET<br>SUITE 650<br>ALEXANDRIA VA 22314-3489 |
| US DEPARTMENT OF EDUCATION CO NELNET<br>121 S 13TH ST<br>LINCOLN NE 68508-1904 | US SMALL BUSINESS ADMINISTRATION<br>409 3RD ST SW<br>WASHINGTON DC 20416-0005 | USDOEGLELSI<br>2401 INTERNATIONAL LN<br>MADISON WI 53704-3121 |
| USDOEGLELSI<br>ATTN BANKRUPTCY<br>PO BOX 7560<br>MADISON WI 53707-7560 | WASHINGTON GAS<br>PO BOX 1838<br>ANN ARBOR MI 48106-1838 | CHRISTIANNA ANNETTE CATHCART<br>THE DAKOTA BANKRUPTCY FIRM<br>1630 FIRST AVE N<br>STE B PMB 24<br>FARGO ND 58102-4246 |
| DEBTOR<br>MARIA DENISE REDDICK<br>3910 GEORGIA AVE NW<br>619<br>WASHINGTON DC 20011-5894 | MAURICE BELMONT VERSTANDIG<br>THE VERSTANDIG LAW FIRM LLC<br>9812 FALLS ROAD<br>114-160<br>POTOMAC MD 20854-3976 | MONIQUE DESIREE ALMY<br>CROWELL MORING LLP<br>1001 PENNSYLVANIA AVENUE NW<br>WASHINGTON DC 20004-2595 |