**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>MARIA DENISE REDDICK,<br><br>Debtor. | No. 24-00393-ELG<br><br>Chapter 11 |

### SCHEDULING ORDER

Pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, the following deadlines shall apply to this Subchapter V case in which there is no requirement to file a disclosure statement.

1. **Plan Filing Deadline (11 U.S.C. §1189(b))**. A Plan was filed on February 19, 2025; accordingly, the statutory deadline has been satisfied.

2. **Deadline to Serve Plan, Scheduling Order, Ballot, and Notice of Hearing.** The Debtor shall serve a copy of the plan, this Scheduling Order, the ballot conforming to Official Form 314, and notice of the confirmation hearing and related deadlines on all parties entitled to notice no later than July 2, 2025.

3. **Record Date for Voting Eligibility.** The record date by which a creditor or equity security holder must be a holder of record to vote on the plan is February 19, 2025.

4. **Deadline to Accept or Reject the Plan.** Ballots accepting or rejecting the plan must be submitted to Debtor's counsel and must be received no later than August 2, 2025.

1

5.      **Deadline to File Objections to Plan Confirmation.** Any written objection to confirmation of the plan shall be filed with the Court and served on debtor's counsel and the Subchapter V trustee on or before August 2, 2025.

6.      **Confirmation Hearing.** The Court will hold a hearing on confirmation of the plan on Wednesday, August 13, 2025, at 10:00 am, in Courtroom 1, United States Bankruptcy Court for the District of Columbia, or via Zoom. To appear remotely, contact Gunn_Hearing@dcb.uscourts.gov for credentials.

**END OF ORDER**

We Ask For This:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND10008
The Belmont Firm
1050 Connecticut Avenue NW
Suite 500
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*


/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Proposed Counsel for the Debtor*