IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00393 |
| | ) | (Chapter 11) |
| MARIA D. REDDICK | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 3rd, 2025, I caused to be served the Scheduling Order
(DE #86) and Maria D. Reddick's Third Amended Subchapter V Plan of Reorganization (DE#86),
together with all exhibits thereto, excluding the redlined copy of the Plan that was originally
appended as an exhibit, by First Class Mail, postage prepaid, to all parties on the attached mailing
matrix, with those parties denotes ad classified under the foregoing plan, and entitled to vote
thereupon, also being sent a correlative ballot.

Respectfully Submitted,

Dated: July 3, 2025                      By:      /s/ Christianna A. Cathcart
                                                  Christianna A. Cathcart, Esq.
                                                  Bar No. ND10008
                                                  The Belmont Firm
                                                  1050 Connecticut Avenue NW,
                                                  Suite 500
                                                  Washington, DC 20036
                                                  Phone: (202) 655-2066
                                                  christianna@dcbankruptcy.com
                                                  *Counsel for the Debtor*

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 3rd day of July  2025, a copy of the foregoing was served

electronically upon filing via the ECF system.

<u>/s/ Christianna A. Cathcart</u>
Christianna A. Cathcart

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/RECIPIENTS were not served via First Class USPS Mail Service.

DEUTSCHE BANK NATIONAL TRUST COMPANY
C/O PHH MORTGAGE CORPORATION
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 24605
WEST PALM BEACH, FL 33416-4605

DEUTSCHE BANK NATIONAL  TRUST COMPANY
6003 EXECUTIVE BLVD, SUITE 101
ROCKVILLE, MD 20852-3813

PHH MORTGAGE CORPORATION
C/O WENDY A. LOCKE, ALDRIDGE PITE, LLP
3333 CAMINO DEL RIO SOUTH, SUITE 225
SAN DIEGO, CA 92108-3808

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

NAVY FEDERAL CREDIT UNION
P. O. BOX 3000
MERRIFIELD, VA 22119-3000

NAVY FEDERAL CREDIT UNION
PO BOX 3700
MERRIFIELD, VA 22119-3700

NAVY FEDERAL CREDIT UNION
820 FOLLIN LANE/1007 ELECTRIC AVE
VIENNA, VA 22180

NAVY FEDERAL CREDIT UNION
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119-3302

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CLASS of SERVICE were not served via First Class USPS Mail Service.

11 COMCAST
PO BOX 710
NORWOOD, MA 02062-0710

AFFIRM, INC. ATTN: BANKRUPTCY
650 CALIFORNIA ST, FL 12
SAN FRANCISCO, CA 94108-2716

AMERICAN EXPRESS
200 VESEY ST.
NEW YORK, NY 10285-0002

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMEX CORRESPONDENCE/BANKRUPTCY
PO BOX 981535
EL PASO, TX 79998-1535

AMEX
PO BOX 981537
EL PASO, TX 79998-1537

BALTIMORE GAS AND ELECTRIC BG
2491 PAXTON ST
HARRISBURG, PA 17111-1036

C/O BWW LAW GROUP, LLC
6003 EXECUTIVE BLVD SUITE 101
ROCKVILLE, MD 20852-3813

CAPITAL ONE
1439 CHAIN BRIDGE RD.
MCLEAN, VA 22101-3721

CAPITAL ONE ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131-0293

CAPITAL ONE N.A.BY AIS INFOSOURCE LP A
AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY, OK 73118-7901

CONGRESSIONAL FCU
PO BOX 23267
WASHINGTON, DC 20026-3267

CREDIT COLL
PO BOX 710
NORWOOD, MA 02062-0710

CREDIT COLLECTION SERVICES ATTN:
BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062-2679

CREDIT ONE BANK ATTN: BANKRUPTCY
DEPARTMENT
6801 S CIMARRON RD
LAS VEGAS, NV 89113-2273

CREDIT ONE BANK
PO BOX 98872
LAS VEGAS, NV 89193-8872

CREDIT ONE BANK
PO BOX 98873
LAS VEGAS, NV 89193-8873

D.C. OFFICE OF TAX REVENUE
1101 4TH AVE ST. SW
WASHINGTON, DC 20024

DEPT OF EDUCATION/NELN
PO BOX 82561
LINCOLN, NE 68501-2561

FINGERHUT
13300 PIONEER TRL
EDEN PRAIRIE, MN 55347-4120

FINGERHUT ATTN: BANKRUPTCY
6250 RIDGEWOOD RD
SAINT CLOUD, MN 56303-0820

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

KIKOFF LENDING LLC
75 BROADWAY
SAN FRANCISCO, CA 94111-1423

KOHL'S ATTN: CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE, WI 53201-3043

KOHL'S
PO BOX 3115
MILWAUKEE, WI 53201-3115

L J ROSS ASSOCIATES IN
PO BOX 1838
ANN ARBOR, MI 48106-1838

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

LJ ROSS & ASSOCIATES ATTN: BANKRUPTCY
4 UNIVERSAL WAY
JACKSON, MI 49202-1455

LUKA HOLDING LLC
7406 HONESTY WAY
BETHESDA, MD 20817-5550

NATIONAL RECOVERY AGEN
2491 PAXTON ST
HARRISBURG, PA 17111-1036

NATIONAL RECOVERY AGENCY ATTN:
BANKRUPTCY
2491 PAXTON ST
HARRISBURG, PA 17111-1036

U.S. DEPARTMENT OF EDUCATION C/O NELNET
121 S 13TH ST
LINCOLN, NE 68508-1904

USDOE/GLELSI
2401 INTERNATIONAL LN
MADISON, WI 53704-3121

NELNET ATTN: CLAIMS
PO BOX 82505
LINCOLN, NE 68501-2505

PATIENT FIRST
1807 HUGUENOT RD
MIDLOTHIAN, VA 23113-5604

REC MGM SYS
1807 HUGUENOT RD
MIDLOTHIAN, VA 23113-5604

RECEIVABLE MANAGEMENT SYSTEMS
ATTN: BANKRUPTCY
PO BOX 73810N
CHESTERFIELD, VA 23832-8047

SELF INC
901 E 6TH STREET SUITE 400
AUSTIN TX 78702-3241

SYNCHRONY BANK/AMAZON
PO BOX 71711
PHILADELPHIA, PA 19176-1711

SYNCHRONY BANK/AMAZON ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896-5060

SYNCHRONY BANK/AMAZON
PO BOX 71737
PHILADELPHIA, PA 19176-1737

US SMALL BUSINESS ADMINISTRATION
409 3RD ST SW
WASHINGTON, DC 20416-0005

USDOE/GLELSI
ATTN: BANKRUPTCY
PO BOX 7560
MADISON, WI 53707-7560

WASHINGTON GAS
PO BOX 1838
ANN ARBOR, MI 48106-1838

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

RESIDENTIAL ONE, LLC T/A 3 TREE FLATS
ATTN: STEPHEN A. METZ, ESQ.OFFIT
KURMAN, P.A.
7501 WISCONSIN AVE, SUITE 1000W
BETHESDA, MD 20814-6604

U. S. TRUSTEE FOR REGION FOUR
U. S. TRUSTEE'S OFFICE
1725 DUKE STREET
SUITE 650|ALEXANDRIA, VA 22314-3489

MARIA DENISE REDDICK
3910 GEORGIA AVE NW SUITE#619
WASHINGTON, DC 20011-5894

MONIQUE DESIREE ALMY |CROWELL & MORING
LLP
1001 PENNSYLVANIA AVENUE, N.W.
WASHINGTON, DC 20004-2595