The order below is hereby signed.

Signed: August 4 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00393 |
| | ) | (Chapter 11) |
| MARIA D. REDDICK. | ) | |
| | ) | |
| Debtor. | ) | |

### ORDER GRANTING MOTION TO APPROVE COMPROMISE

Upon consideration of a motion seeking the approval of a compromise pursuant to Federal Rule of Bankruptcy Procedure 9019 (the "Motion"), any opposition thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the underlying compromise be, and hereby is, APPROVED.

1

I ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

Seen:

/s/ Stephen A. Metz
Stephen A. Metz, Esq. (Bar No. 463044)
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1723
smetz@offitkurman.com
*Counsel for Residential One*

4912-0783-7017, v. 1