Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Ave NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| In re: | ) | Case No. 24-00393 |
|---|---|---|
|  | ) | (Chapter 11) |
| MARIA D. REDDICK | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

## SUMMARY OF BALLOTS

Comes now Maria D. Reddick ("Ms. Reddick" or the "Debtor"), by and through undersigned counsel, pursuant to Section 1126 of Title 11 of the United States Code, and reports on the ballots cast in favor of, and in rejection of, Maria D. Reddick's Subchapter V Plan of Reorganization (the "Plan," as found at DE #86) as follows:

| Class | Voting Party | Claim Amount | Claim Reference | Vote |
|---|---|---|---|---|
| 1 | Deutsche Bank National Trust c/o PHH Mortgage Corporation | $610,000.00 | Claims Register #12 | Reject |
| 3 | Deutsche Bank National Trust c/o PHH Mortgage Corporation | $270,619.40 | Claims Register #12 | Reject |
| 3 | U.S. Department of Education c/o Nelnet Servicing, LLC | $46,291.89 | Claim Register #1 | Accept |
| 3 | American Express National Bank | $998.67 | Claim Register #4 | Accept |
| 3 | American Express National Bank | $3,837.29 | Claim Register #6 | Accept |

*[Signature on Following Page]*

                                                                          Respectfully submitted,

Dated: August 11, 2025        By:    <u>/s/ Christianna A. Cathcart</u>
                                                              Christianna A. Cathcart, Esq.
                                                              Bar No. ND0008
                                                              The Belmont Firm
                                                              1050 Connecticut Avenue, NW, Suite 500
                                                              Washington, DC 20036
                                                              Phone: (202) 655-2066
                                                              christianna@dcbankruptcy.com
                                                              *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 11th day of August 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                                  <u>/s/ Christianna A. Cathcart</u>
                                                                   Christianna A. Cathcart