## Exhibit A

**Have you paid all your bills on time.** The Debtor acknowledges that not all post-petition obligations have been paid timely, including her mortgage payment. This delay is not indicative of any intent to evade her financial responsibilities but is instead attributable to the transaction period following the bankruptcy filing and the logistical demands associated with complying with the Bankruptcy Code. The Debtor has acted in good faith and has prioritized necessary administrative expenses and estate preservation during this time. She is actively working to bring all outstanding obligations current and is committed to making timely payments going forward.

**Have you timely filed your tax returns and paid all of your taxes.** The Debtor has completed the outstanding tax returns for the years 2018, 2019, and 2020, and is currently undergoing the final review process prior to filing them. The Debtor has been granted an extension to file the return for the year 2024.

\

## **Exhibit B**

Prior to the filing of this case, the Debtor maintained two depository accounts, both held with Navy Federal Credit Union. One account was used exclusively to hold funds on behalf of the Debtor's adult nephew, while the other was dedicated to managing the affairs of the Debtor's later father's estate. Following the withdrawal of her Motion to Retain Existing Bank Accounts, the Debtor acknowledges that these accounts must now be transitioned into debtor-in-possession ("DIP") accounts in accordance with bankruptcy requirements. The Debtor has since opened new DIP accounts at TD Bank and is in the process of transitioning all relevant funds. The NFCU accounts will be closed as soon as the first Supplemental Security Income (SSI) payment for the Debtor's nephew is deposited into the new TD Bank account. Post-petition, the Debtor also opened an account with Capital One with the intention of designating it as a DIP account; however, it could not be converted for that purpose. The account has since received the Debtor's tax refund and will be closed accordingly.

| Date | Account | Description | Amount |
|---|---|---|---|
| 7/7/25 | TD (3136) | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | $ 2,298.99 |
| 7/21/25 | TD (3136) | *ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568* | $ 2,248.98 |
|  |  | DEBIT CARD CREDIT, *****30209196443, AUT 071825 VISA DDA REF |  |
| 7/23/25 | TD (3136) | KRISPY KREME 0307 410 721 4794 * MD | $      16.00 |
|  |  | VISA TRANSFER, *****30209196443, AUT 072325 VISA TRANSFER |  |
| 7/23/25 | TD (3136) | PROGRESSIVE VISA DIRECT * OH | $ 4,483.36 |
| 7/31/25 | NFCU (3409) | DIVIDEND | $        3.70 |
|  |  |  | $ 9,051.03 |

| Date | Account | Description | Amount |
|---|---|---|---|
| 7/1/25 | TD(3136) | INTL DBCD PUR AP, *****30209196443, AUT 063025 INTL DDA PUR AP SMALLPDF ZURICH C HE | $ 12.00 |
| 7/3/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 070225 VISA DDA PUR AP KFC G135307 UPPER MARLBOR * MD | $ 5.61 |
| 7/7/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 070425 VISA DDA PUR AP PP APPLE COM BILL 402 935 7733 * CA | $ 10.59 |
| 7/7/25 | TD(3136) | 070525 VISA DDA PUR AP PP PP ROKU FOR HULU LLC 402 935 7733 * CA | $ 10.59 |
| 7/7/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 070325 VISA DDA PUR AP WAL MART 1716 PRINCE FREDER * MD | $ 8.65 |
| 7/7/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 070225 VISA DDA PUR AP METRO WASHINGTON DC * DC | $ 6.75 |
| 7/7/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 070225 VISA DDA PUR AP METRO WASHINGTON DC * DC | $ 6.75 |
| 7/7/25 | TD(3136) | 070425 VISA DDA PUR AP PP GOOGLE GOOGLE ONE 402 935 7733 * CA | $ 2.11 |
| 7/7/25 | TD(3136) | 070425 VISA DDA PUR AP PP GOOGLE GOOGLE ONE 402 935 7733 * CA | $ 2.11 |
| 7/7/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 070225 VISA DDA PUR AP MCDONALDS 12173 130 1390376 * MD | $ 1.58 |
| 7/7/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 070525 VISA DDA PUR AP PP APPLE COM BILL 402 935 7733 * CA | $ 1.05 |
| 7/7/25 | TD(3136) | DBCRD PMT AP, *****30209196443, AUT 070425 VISA DDA PUR AP PAYPAL PARAMNTPLUS 402 935 7733 * CA | $ 1.05 |
| 7/8/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 070725 VISA DDA PUR AP PP METAPLATFOR 402 935 7733 * CA | $ 8.92 |
| 7/9/25 | TD(3136) | DBCRD PMT AP, *****30209196443, AUT 070725 VISA DDA PUR AP PP ADOBE INC ADOBE 402 935 7733 * CA | $ 21.19 |

| Date | Account | Description | | Amount |
|---|---|---|---|---|
| 7/10/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 070925 VISA DDA PUR AP CASH APP MARIA REDDICK A OAKLAND * CA | $ | 100.00 |
| 7/11/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071125 VISA DDA PUR AP VENMO CHEVY WHITE VISA DIRECT * NY | $ | 360.00 |
| 7/11/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071025 VISA DDA PUR AP DOLLARTREE PRINCE FREDER * MD | $ | 13.63 |
| 7/14/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071125 VISA DDA PUR AP PAYPAL HOME DEPOT 402 935 7733 * GA | $ | 85.47 |
| 7/14/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071325 VISA DDA PUR AP PAYPAL UBER EATS 402 935 7733 * CA | $ | 67.52 |
| 7/14/25 | TD(3136) | 071325 VISA DDA PUR AP BP 9321266DAVIDSONVILLE DAVIDSONVILLE * MD | $ | 65.08 |
| 7/14/25 | TD(3136) | ELECTRONIC PMT-WEB, VENMO PAYMENT ****442250074 | $ | 65.00 |
| 7/14/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071325 VISA DDA PUR AP PAYPAL UBER 402 935 7733 * CA | $ | 21.04 |
| 7/14/25 | TD(3136) | 071225 VISA DDA PUR AP APPLE CASH SENT MONEY 1INFINITELOOP * CA | $ | 15.00 |
| 7/14/25 | TD(3136) | INTL DBCD PUR AP, *****30209196443, AUT 071225 INTL DDA PUR AP SMALLPDF ZURICH C HE | $ | 12.00 |
| 7/14/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071225 VISA DDA PUR AP PAYPAL DOMINO S 6061 402 935 7733 * MD | $ | 10.59 |
| 7/14/25 | TD(3136) | 071225 VISA DDA PUR AP PAYPAL BURGER KING 138 402 935 7733 * MD | $ | 5.30 |
| 7/14/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071225 VISA DDA PUR AP DD BR 306186 Q35 CROFTON * MD | $ | 5.08 |
| 7/14/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071325 VISA DDA PUR AP PAYPAL UBER EATS 402 935 7733 * CA | $ | 3.00 |

| Date | Account | Description | | Amount |
|---|---|---|---|---|
| 7/14/25 | TD(3136) | 071325 VISA DDA PUR AP PP GOOGLE GOOGLE ONE 402 935 7733 * CA | $ | 2.11 |
| 7/14/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071325 VISA DDA PUR AP PAYPAL UBER 402 935 7733 * CA | $ | 2.03 |
| 7/15/25 | TD(3136) | ELECTRONIC PMT-WEB, PROG DIRECT INS INS PREM ****78723 Maria | $ | 187.68 |
| 7/15/25 | TD(3136) | 071325 VISA DDA PUR AP VERIZON WRL MY ACCT VE 800 9220204 * CA | $ | 178.31 |
| 7/15/25 | TD(3136) | 071325 VISA DDA PUR AP APPLE CASH SENT MONEY 1INFINITELOOP * CA | $ | 115.00 |
| 7/15/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071425 VISA DDA PUR AP PAYPAL NETWORKSOLU 402 935 7733 * FL | $ | 3.00 |
| 7/17/25 | TD(3136) | 071525 VISA DDA PUR AP PRIMO BRANDS WATERSERV 800 274 5282 * CA | $ | 33.05 |
| 7/18/25 | TD(3136) | DEBIT POS AP, *****30209196443, AUT 071825 DDA PURCHASE AP WALGREENS STORE 355 MARK PRINCE FREDER * MD | $ | 380.24 |
| 7/18/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071725 VISA DDA PUR AP WAL MART 1716 PRINCE FREDER * MD | $ | 27.54 |
| 7/18/25 | TD(3136) | 071725 VISA DDA PUR AP PRECISION ORTHOPEDICS PRINCE FREDER * MD | $ | 20.00 |
| 7/18/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071725 VISA DDA PUR AP WAL MART 1716 PRINCE FREDER * MD | $ | 11.13 |
| 7/18/25 | TD(3136) | 071725 VISA DDA PUR AP CALVERT LIBRARY PRINCE F PRINCE FREDER * MD | $ | 3.00 |
| 7/21/25 | TD(3136) | 071925 VISA DDA PUR AP BP 9321266DAVIDSONVILLE DAVIDSONVILLE * MD | $ | 42.52 |
| 7/21/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071725 VISA DDA PUR AP SAFEWAY COM 1129 877 505 4040 * MD | $ | 40.98 |

| Date | Type | Description | | Amount |
|---|---|---|---|---|
| 7/21/25 | TD(3136) | 071825 VISA DDA PUR AP<br>CVS PHARMACY 10606 CHESAPEAKE BE * MD | $ | 40.13 |
| 7/21/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071825 VISA DDA PUR AP<br>KRISPY KREME 0307 410 721 4794 * MD | $ | 16.37 |
| 7/21/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071825 VISA DDA PUR AP<br>KRISPY KREME 0307 410 721 4794 * MD | $ | 16.00 |
| 7/21/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071825 VISA DDA PUR AP<br>WALGREENS 18165 PRINCE FREDER * MD | $ | 7.41 |
| 7/21/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 071825 VISA DDA PUR AP<br>MCDONALDS 16848 130 1855480 * MD | $ | 1.58 |
| 7/22/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072225 VISA DDA PUR AP<br>VENMO PETER FLECK VISA DIRECT * NY | $ | 2,000.00 |
| 7/22/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072125 VISA DDA PUR AP<br>KAOW THAI RESTAURANT LA PLATA * MD | $ | 56.65 |
| 7/22/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072125 VISA DDA PUR AP<br>FAMILY DOLLAR WALDORF * MD | $ | 48.18 |
| 7/22/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072125 VISA DDA PUR AP<br>PAYPAL NETWORKSOLU 402 935 7733 * FL | $ | 3.00 |
| 7/23/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072325 VISA DDA PUR AP<br>VENMO PETER FLECK VISA DIRECT * NY | $ | 1,000.00 |
| 7/23/25 | TD(3136) | 072225 VISA DDA PUR AP<br>PAYPAL ALLSTARHEAL HEAL 800 875 0448 * CA | $ | 76.21 |
| 7/23/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072225 VISA DDA PUR AP<br>CASH APP MARIA REDDICK A OAKLAND * CA | $ | 10.00 |
| 7/23/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072225 VISA DDA PUR AP<br>CASH APP MARIA REDDICK A OAKLAND * CA | $ | 8.00 |
| 7/23/25 | TD(3136) | 072225 VISA DDA PUR AP<br>ROLAND S OF CHESAPE CHESAPEAKE BE * MD | $ | 0.62 |

| Date | Account | Description | Amount |
|---|---|---|---|
| 7/24/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072425 VISA DDA PUR AP VENMO MARIA VISA DIRECT * NY | $ 1,500.00 |
| 7/24/25 | TD(3136) | ELECTRONIC PMT-WEB, CONCORA CREDIT PAYMENT ****00098461526 | $ 164.00 |
| 7/24/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072325 VISA DDA PUR AP PAYPAL UBER EATS 402 935 7733 * CA | $ 81.65 |
| 7/24/25 | TD(3136) | ELECTRONIC PMT-WEB, TRAVELERS PER INSUR 1532674 | $ 27.66 |
| 7/24/25 | TD(3136) | DEBIT POS AP, *****30209196443, AUT 072425 DDA PURCHASE AP ALDI 71036 CAMP SPRINGS * MD | $ 26.94 |
| 7/24/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072325 VISA DDA PUR AP ALL STAR HEALTH COM 800 875 0448 * CA | $ 4.00 |
| 7/24/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072325 VISA DDA PUR AP PAYPAL UBER EATS 402 935 7733 * CA | $ 2.00 |
| 7/25/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072425 VISA DDA PUR AP PP APPLE COM BILL 402 935 7733 * CA | $ 10.59 |
| 7/28/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072625 VISA DDA PUR AP DOLLAR TREE DUNKIRK * MD | $ 26.78 |
| 7/28/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072625 VISA DDA PUR AP RITA S 525 DUNKIRK * MD | $ 10.53 |
| 7/28/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072625 VISA DDA PUR AP DC PARK METER MULTI 202 673 6813 * DC | $ 0.58 |
| 7/29/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072725 VISA DDA PUR AP PAYPAL MICROSOFT 402 935 7733 * WA | $ 137.79 |
| 7/29/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072825 VISA DDA PUR AP WEIS MARKETS 279 PRINCE FREDER * MD | $ 7.79 |
| 7/29/25 | TD(3136) | 072725 VISA DDA PUR AP AB ABEBOOKS CO LWOG4H ABEBOOKS COM * WA | $ 4.46 |
| 7/30/25 | TD(3136) | DEBIT POS AP, *****30209196443, AUT 073025 DDA PURCH W/CB HARRIS TE 10125 WARD R DUNKIRK * MD | $ 204.99 |

| Date | Account | Description | Amount |
|---|---|---|---|
| 7/30/25 | TD(3136) | DEBIT POS AP, *****30209196443, AUT 073025 DDA PURCH W/CB HARRIS TE 10125 WARD R DUNKIRK * MD | $ 54.99 |
| 7/31/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 073025 VISA DDA PUR AP 214 WEINSTEIN DUNKIRK DUNKIRK * MD | $ 20.00 |
| 7/31/05 | TD(3136) | 072925 VISA DDA PUR AP APPLE CASH SENT MONEY 1INFINITELOOP * CA | $ 15.00 |
| 7/31/25 | TD(3136) | DBCRD PUR AP, *****30209196443, AUT 072825 VISA DDA PUR AP PAYPAL TEMU 402 935 7733 * CA | $ 11.32 |
| 7/31/25 | NFCU(3409) | FEDERAL WITHHOLDING | $ 0.89 |
| | | | $ 7,570.36 |

**Exhibit E**

The following is a list of all debts incurred by the Debtor since the filing of the bankruptcy case that have not been paid:

| Month | Creditor | Amount ($) | Purpose of the Debt |
|---|---|---|---|
| December 24 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| January 25 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| February 24 | PHH | 2,805.67 | Mortgage Payment – 4012 14th St NW |
| March 24 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| April 24 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| May 24 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| June 24 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| July 24 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |

Total Post-Petition Debts Incurred but Not Paid: $22,445.36
=

## Exhibit F

**Monies Owed to the Debtor Pre-Petition**

|  | Amount ($) |  |
|---|---|---|
| 3 Tree Flat Rent | $66,750.00 | Ofc Rent - 3910 GA Ave NW #619, Washington, DC 20011 |
| 14th Street Basement Tenant | $46,075.00 | 4012 14th St NW |

**Monies Owed to the Debtor Post-Petition**

| Date | Money Owed From | Amount |
|---|---|---|
| December 24 | Ofc Rent - 3910 GA Ave NW #619, Washington, DC 20011 | $2,075.00 |
| December 24 | 4012 14th St NW | $1,100.00 |
| January 25 | Ofc Rent - 3910 GA Ave NW #619, Washington, DC 20011 | $2,075.00 |
| January 25 | 4012 14th St NW | $1,100.00 |
| February 25 | 4012 14th St NW | $1,100.00 |
| March 25 | 4012 14th St NW | $1,100.00 |
| April 25 | 4012 14th St NW | $1,100.00 |
| May 25 | 4012 14th St NW | $1,100.00 |
| June 25 | 4012 14th St NW | $1,100.00 |
| July | 4012 14th St NW | $1,100.00 |

**Total**

| Pre-petition | $112,825.00 |
|---|---|
| Post-petition | $12,950.00 |
| Pre and Post Petition | $125,775.00 |