**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

Statement Period
07/21/25 - 08/20/25

Access No. ■

#BWNLLSV
#000000P9Y6PXV2A1#000AMU00F
MARIA D REDDICK
3910 GEORGIA AVE NW APT 619
WASHINGTON DC 20011-5894

Routing Number: ■

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless!** View your digital statements via Mobile or Navy Federal Online Banking.

**IMPORTANT CHANGE IN TERMS OF SERVICE EFFECTIVE AS OF 23 JUNE 2025**
We are amending our funds availability policy concerning the deposit of checks into consumer and business accounts. The details of the change can be found here:
navyfederal.org/campaigns/emessage/change-in-terms-notice.html.

Please read this information carefully. If you have any questions, please contact Navy Federal at 888-842-6328 or send us an eMessage via online banking.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** | | | | | |
| 1574 | $15.27 | $0.00 | $0.00 | $15.27 | $0.00 |
| 8686 | $123.46 | $967.00 | $1,039.16 | $51.30 | $0.02 |
| **Membership Savings** | | | | | |
| 3409 | $17,443.42 | $3.70 | $22.95 | $17,424.17 | $25.30 |
| **Money Market Savings** | | | | | |
| 7927 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | $17,582.15 | $970.70 | $1,062.11 | $17,490.74 | $25.32 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

MARIA D REDDICK

■

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE  ▶  ☐

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| 1574 | Checking | |
| 8686 | Checking | |
| 3409 | Savings | |
| 7927 | MMSA | |
| | TOTAL | |

4057105781574712335868630724034093142407927000000000009

**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
07/21/25 - 08/20/25

Access No. ▮▮▮▮

**Statement of Account**
For MARIA D REDDICK

# Checking

## EveryDay Checking - ▮▮▮▮1574

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---:|---:|
| 07-21 | Beginning Balance | | 15.27 |
| | No Transactions This Period | | |
| 08-20 | Ending Balance | | 15.27 |

*Average Daily Balance - Current Cycle: $15.27*

## EveryDay Checking - ▮▮▮▮8686

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---:|---:|
| 07-21 | Beginning Balance | | 123.46 |
| 07-31 | Deposit - ACH Paid From Ssi Treas 310 Xxsupp Sec 01Afd9 | 967.00 | 1,090.46 |
| 08-04 | Paid To - Spectrum Spectrum Chk 2100002 | 60.00- | 1,030.46 |
| 08-04 | Paid To - Thevillageof-Cle Web Pmts Chk 11192468 | 800.00- | 230.46 |
| 08-14 | POS Debit - Debit Card 1050 Transaction 08-13-25 Walgreens Store 355 MA Prince Freder MD | 179.16- | 51.30 |
| 08-20 | **Ending Balance** | | **51.30** |

*Average Daily Balance - Current Cycle: $266.45*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---:|---|---|---:|
| 08-04 | ACH | 60.00 | 08-14 | POS | 179.16 |
| 08-04 | ACH | 800.00 | | | |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| | | | | |

| ADDRESS (NO. STREET) | | | | |
|---|---|---|---|---|

| CITY | STATE | ZIP CODE | |
|---|---|---|---|

SIGNATURE OF NAVY FEDERAL MEMBER

| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
|---|---|---|
| - - | ( ) | ( ) |



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
07/21/25 - 08/20/25

Access No. ▮▮▮▮

**Statement of Account**
For MARIA D REDDICK

# Savings

**Membership Savings - ▮▮▮▮3409**

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-21 | Beginning Balance | | 17,443.42 |
| 07-31 | Federal Withholding | 0.89- | 17,442.53 |
| 07-31 | Dividend | 3.70 | 17,446.23 |
| 08-14 | Transfer To Checking Bebe Realty Cmc LLC | 22.06- | 17,424.17 |
| 08-20 | **Ending Balance** | | **17,424.17** |
| | YTD Fed Tax Withheld   6.08 | | |

Your account earned $3.70, with an annual percentage yield earned of 0.25%, for the dividend period from 07-01-2025 through 07-31-2025

**Money Market Savings ▮▮▮▮7927**

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 07-21 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| 08-20 | **Ending Balance** | | **0.00** |

## Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

**What to Do if You Think You Find a Mistake on Your Statement**
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.
You may also contact us on the Web: navyfederal.org.
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

Case 24-00393-ELG   Doc 97-2   Filed 08/25/25   Entered 08/25/25 18:58:42   Desc
Exhibit   Page 4 of 17

Page 1 of 3

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

## Statement of Account

Statement Period
/ 1/    / /

Access No

Routing Number:

#BWNLLSV
#000000P9Y6PXV2A1#000JML00F
MARIA D REDDICK
3910 GEORGIA AVE NW APT 619
WASHINGTON DC 20011-5894

Questions about this Statement?
Toll free in the U S 1       3
For toll free numbers when overseas,
visit navyfederal.org/overseas/
Collect internationally 1    3     3

Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.

**IMPORTANT CHANGE IN TERMS OF SERVICE EFFECTIVE AS OF     JUNE**
We are amending our funds availability policy concerning the deposit of checks into
consumer and business accounts  The details of the change can be found here:
navyfederal.org/campaigns/emessage/change-in-terms-notice.html

Please read this information carefully  If you have any questions, please contact Navy
Federal at       3    or send us an eMessage via online banking

## Summary of your deposit accounts

| | Previous Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| EveryDay Checking | $ . | $ . | $ . | $ . | $ . |
|  6  6 | $ 6. 6 | $?6 . | $ 6 . | $    . 6 | $ . |
| Membership Savings | $ . . | $ . | $ . 6 | $ , . | $ .6 |
| Money Market Savings | $ . | $ . | $ . | $ . | $ . |
| Totals | $17,472.43 | $970.58 | $860.86 | $17,582.15 | $21.62 |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

MARIA D REDDICK

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

NFCU
PO BOX
MERRIFIELD VA      -

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY.  DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
|  | Checking |  |
|  | Checking |  |
|  | Savings |  |
|  | MMSA |  |
|  | TOTAL |  |

4057105781574712335868630724034093142407927000000000009

Page 2 of 3



**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
/ 1/    / /

**Statement of Account**
For MARIA D REDDICK

Access No

## Checking

### EveryDay Checking

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 6- | Beginning Balance | | 1 |
| | No Transactions This Period | | |
| 07-20 | Ending Balance | | 15.27 |

Average Daily Balance Current Cycle: $15.27

### EveryDay Checking  6 6

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 6- | Beginning Balance | | 1 |
| 6- | Deposit - ACH Paid From Ssi Treas    Xxsupp Sec    Afd? | | 3 |
| - | Paid To - Thevillageof-Cle Web Pmts Chk    ? 6 | | 1 3 |
| - | Paid To - Spectrum Spectrum Chk | | 1 3 |
| 07-20 | Ending Balance | | 123.46 |

Average Daily Balance Current Cycle: $150.69

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| - | ACH | . | - | ACH | 6 . |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | DAYTIME TELEPHONE NUMBER | |

Page 3 of 3


**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
/ 1/     / /

Access No

**Statement of Account**
For MARIA D REDDICK

## Savings

**Membership Savings       9**

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 6- | Beginning Balance | | 1 , |
| 6- | Federal Withholding | | 1 , 3 |
| 6- | Dividend | 3 | 1 , 3 |
| 07-20 | Ending Balance | | 17,443.42 |
| | YTD Fed Tax Withheld  5.19 | | |

Your account earned $3.58, with an annual percentage yield earned of 0.25%, for the dividend period from 06 01 2025 through 06 30 2025

**Money Market Savings       9**

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 6- | Beginning Balance | | |
| | No Transactions This Period | | |
| 07-20 | Ending Balance | | 0.00 |

### Disclosure Information
- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
**Errors Related to a Checking Line of Credit Advance**
If you think there is an error on your statement, write to us at:
Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244
You may also contact us on the Web: navyfederal.org
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

**Errors Within Your Checking Account, Money Market Savings Account, or Savings Account**
In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.
- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**Payments**
Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC
3910 GEORGIA AVE NW APT 619
WASHINGTON DC  20011

Page: 1 of 4
Statement Period: Jun 14 2025-Jul 13 2025
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MARIA D REDDICK
DIP CASE 24-00393 DC

Account # 3136

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 0.00 | Average Collected Balance | 590.60 |
| Electronic Deposits | 2,733.00 | Interest Earned This Period | 0.00 |
| Other Credits | 275.00 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 1,210.57 | Days in Period | 30 |
| Ending Balance | 1,797.43 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/23 | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | 434.01 |
| 07/07 | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | 2,298.99 |
| | Subtotal: | 2,733.00 |

**Other Credits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/17 | CREDIT, Provisional Credit | 180.00 |
| 06/17 | CREDIT, Provisional Credit | 90.00 |
| 06/17 | CREDIT, Provisional Credit | 3.00 |
| 06/17 | CREDIT, Provisional Credit | 2.00 |
| | Subtotal: | 275.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/17 | ELECTRONIC PMT-WEB, PROG DIRECT INS INS PREM ****78723 Maria | 236.36 |
| 06/23 | DBCRD PUR AP, *****30209196443, AUT 062125 VISA DDA PUR AP CASH APP MARIA REDDICK A   OAKLAND    * CA | 22.50 |
| 06/23 | DBCRD PUR AP, *****30209196443, AUT 062225 VISA DDA PUR AP CVS PHARMACY  01881      DUNKIRK    * MD | 7.19 |
| 06/23 | DBCRD PUR AP, *****30209196443, AUT 062225 VISA DDA PUR AP HARRIS TEETER  270       DUNKIRK    * MD | 7.00 |
| 06/24 | DBCRD PUR AP, *****30209196443, AUT 062325 VISA DDA PUR AP CVS PHARMACY  10606     CHESAPEAKE BE * MD | 33.14 |
| 06/24 | ELECTRONIC PMT-WEB, TRAVELERS PER INSUR 9851226 | 27.66 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

Page: 2 of 4

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance    1,797.43

❷ Total Deposits  +

❸ Sub Total

❹ Total Withdrawals  -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC

Page: 3 of 4
Statement Period: Jun 14 2025-Jul 13 2025
Cust Ref #:
Primary Account #: 3136

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/27 | DBCRD PUR AP, *****30209196443, AUT 062625 VISA DDA PUR AP<br>BASS PRO STORE HANOVER     HANOVER    * MD | 10.37 |
| 06/30 | ELECTRONIC PMT-WEB, CONCORA CREDIT PAYMENT ****00093865340 | 200.00 |
| 06/30 | DBCRD PUR AP, *****30209196443, AUT 062625 VISA DDA PUR AP<br>SAFEWAY COM 1129      877 505 4040  * MD | 33.04 |
| 06/30 | DBCRD PUR AP, *****30209196443, AUT 062725 VISA DDA PUR AP<br>SAFEWAY COM 1129      877 505 4040  * MD | 23.37 |
| 06/30 | DBCRD PUR AP, *****30209196443, AUT 062725 VISA DDA PUR AP<br>SHELL OIL 57525836508      UPPER MARLBOR * MD | 20.00 |
| 06/30 | DBCRD PUR AP, *****30209196443, AUT 062725 VISA DDA PUR AP<br>SNEADES ACE HOME      OWINGS     * MD | 17.36 |
| 07/01 | INTL DBCD PUR AP, *****30209196443, AUT 063025 INTL DDA PUR AP<br>SMALLPDF           ZURICH     C HE | 12.00 |
| 07/03 | DBCRD PUR AP, *****30209196443, AUT 070225 VISA DDA PUR AP<br>KFC G135307           UPPER MARLBOR * MD | 5.61 |
| 07/07 | DBCRD PUR AP, *****30209196443, AUT 070425 VISA DDA PUR AP<br>PP APPLE COM BILL      402 935 7733  * CA | 10.59 |
| 07/07 | DBCRD PMT AP, *****30209196443, AUT 070525 VISA DDA PUR AP<br>PP PP ROKU FOR HULU LLC    402 935 7733  * CA | 10.59 |
| 07/07 | DBCRD PUR AP, *****30209196443, AUT 070325 VISA DDA PUR AP<br>WAL MART 1716      PRINCE FREDER * MD | 8.65 |
| 07/07 | DBCRD PUR AP, *****30209196443, AUT 070225 VISA DDA PUR AP<br>METRO           WASHINGTON DC * DC | 6.75 |
| 07/07 | DBCRD PUR AP, *****30209196443, AUT 070225 VISA DDA PUR AP<br>METRO           WASHINGTON DC * DC | 6.75 |
| 07/07 | DBCRD PUR AP, *****30209196443, AUT 070425 VISA DDA PUR AP<br>PP GOOGLE GOOGLE ONE     402 935 7733  * CA | 2.11 |
| 07/07 | DBCRD PUR AP, *****30209196443, AUT 070425 VISA DDA PUR AP<br>PP GOOGLE GOOGLE ONE     402 935 7733  * CA | 2.11 |
| 07/07 | DBCRD PUR AP, *****30209196443, AUT 070225 VISA DDA PUR AP<br>MCDONALDS 12173      130 1390376  * MD | 1.58 |
| 07/07 | DBCRD PUR AP, *****30209196443, AUT 070525 VISA DDA PUR AP<br>PP APPLE COM BILL      402 935 7733  * CA | 1.05 |
| 07/07 | DBCRD PMT AP, *****30209196443, AUT 070425 VISA DDA PUR AP<br>PAYPAL PARAMNTPLUS     402 935 7733  * CA | 1.05 |
| 07/08 | DBCRD PUR AP, *****30209196443, AUT 070725 VISA DDA PUR AP<br>PP METAPLATFOR      402 935 7733  * CA | 8.92 |
| 07/09 | DBCRD PMT AP, *****30209196443, AUT 070725 VISA DDA PUR AP<br>PP ADOBE INC ADOBE     402 935 7733  * CA | 21.19 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC

Page: 4 of 4
Statement Period: Jun 14 2025-Jul 13 2025
Cust Ref #:
Primary Account #: 3136

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/10 | DBCRD PUR AP, *****30209196443, AUT 070925 VISA DDA PUR AP CASH APP MARIA REDDICK A    OAKLAND    * CA | 100.00 |
| 07/11 | DBCRD PUR AP, *****30209196443, AUT 071125 VISA DDA PUR AP VENMO  CHEVY WHITE    VISA DIRECT   * NY | 360.00 |
| 07/11 | DBCRD PUR AP, *****30209196443, AUT 071025 VISA DDA PUR AP DOLLARTREE    PRINCE FREDER * MD | 13.63 |
| | Subtotal: | 1,210.57 |

**DAILY BALANCE SUMMARY**

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 06/13 | 0.00 | 07/03 | 53.41 |
| 06/17 | 38.64 | 07/07 | 2,301.17 |
| 06/23 | 435.96 | 07/08 | 2,292.25 |
| 06/24 | 375.16 | 07/09 | 2,271.06 |
| 06/27 | 364.79 | 07/10 | 2,171.06 |
| 06/30 | 71.02 | 07/11 | 1,797.43 |
| 07/01 | 59.02 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC
3910 GEORGIA AVE NW APT 619
WASHINGTON DC  20011

| | |
|---|---|
| Page: | 1 of 7 |
| Statement Period: | Jul 14 2025-Aug 13 2025 |
| Cust Ref #: | |
| Primary Account #: | 3136 |

## Chapter 11 Checking

MARIA D REDDICK
DIP CASE 24-00393 DC

Account # 3136

### ACCOUNT SUMMARY

| | | | | |
|---|---|---|---|---|
| Beginning Balance | 1,797.43 | Average Collected Balance | 1,291.39 |
| Electronic Deposits | 8,653.06 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 10,044.35 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 406.14 | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/21 | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | 2,248.98 |
| 07/21 | DEBIT CARD CREDIT, *****30209196443, AUT 071825 VISA DDA REF<br>KRISPY KREME 0307    410 721 4794  * MD | 16.00 |
| 07/23 | VISA TRANSFER, *****30209196443, AUT 072325 VISA TRANSFER<br>PROGRESSIVE         VISA DIRECT  * OH | 4,483.36 |
| 08/04 | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | 1,904.72 |
| | Subtotal: | 8,653.06 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/14 | DBCRD PUR AP, *****30209196443, AUT 071125 VISA DDA PUR AP<br>PAYPAL  HOME DEPOT    402 935 7733  * GA | 85.47 |
| 07/14 | DBCRD PUR AP, *****30209196443, AUT 071325 VISA DDA PUR AP<br>PAYPAL  UBER EATS    402 935 7733  * CA | 67.52 |
| 07/14 | DBCRD PUR AP, *****30209196443, AUT 071325 VISA DDA PUR AP<br>BP 9321266DAVIDSONVILLE    DAVIDSONVILLE * MD | 65.08 |
| 07/14 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****442250074 | 65.00 |
| 07/14 | DBCRD PUR AP, *****30209196443, AUT 071325 VISA DDA PUR AP<br>PAYPAL  UBER         402 935 7733  * CA | 21.04 |
| 07/14 | DBCRD PUR AP, *****30209196443, AUT 071225 VISA DDA PUR AP<br>APPLE CASH SENT MONEY    1INFINITELOOP * CA | 15.00 |
| 07/14 | INTL DBCD PUR AP, *****30209196443, AUT 071225 INTL DDA PUR AP<br>SMALLPDF         ZURICH      C HE | 12.00 |
| 07/14 | DBCRD PUR AP, *****30209196443, AUT 071225 VISA DDA PUR AP<br>PAYPAL  DOMINO S 6061    402 935 7733  * MD | 10.59 |
| 07/14 | DBCRD PUR AP, *****30209196443, AUT 071225 VISA DDA PUR AP<br>PAYPAL  BURGER KING  138  402 935 7733  * MD | 5.30 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## How to Balance your Account

Page: 2 of 7

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance  406.14

❷ Total Deposits  +

❸ Sub Total

❹ Total Withdrawals  -

❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits ❷ | | |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals ❹ | | |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank
### America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC

| | |
|---|---|
| Page: | 3 of 7 |
| Statement Period: | Jul 14 2025-Aug 13 2025 |
| Cust Ref #: | |
| Primary Account #: | 3136 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/14 | DBCRD PUR AP, *****30209196443, AUT 071225 VISA DDA PUR AP<br>DD BR  306186 Q35        CROFTON     * MD | 5.08 |
| 07/14 | DBCRD PUR AP, *****30209196443, AUT 071325 VISA DDA PUR AP<br>PAYPAL  UBER EATS     402 935 7733  * CA | 3.00 |
| 07/14 | DBCRD PUR AP, *****30209196443, AUT 071325 VISA DDA PUR AP<br>PP GOOGLE GOOGLE ONE    402 935 7733  * CA | 2.11 |
| 07/14 | DBCRD PUR AP, *****30209196443, AUT 071325 VISA DDA PUR AP<br>PAYPAL  UBER          402 935 7733  * CA | 2.03 |
| 07/15 | ELECTRONIC PMT-WEB, PROG DIRECT INS INS PREM ****78723 Maria | 187.68 |
| 07/15 | DBCRD PUR AP, *****30209196443, AUT 071325 VISA DDA PUR AP<br>VERIZON WRL MY ACCT VE    800 9220204  * CA | 178.31 |
| 07/15 | DBCRD PUR AP, *****30209196443, AUT 071325 VISA DDA PUR AP<br>APPLE CASH SENT MONEY   1INFINITELOOP * CA | 115.00 |
| 07/15 | DBCRD PUR AP, *****30209196443, AUT 071425 VISA DDA PUR AP<br>PAYPAL  NETWORKSOLU    402 935 7733  * FL | 3.00 |
| 07/17 | DBCRD PUR AP, *****30209196443, AUT 071525 VISA DDA PUR AP<br>PRIMO BRANDS WATERSERV   800 274 5282  * CA | 33.05 |
| 07/18 | DEBIT POS AP, *****30209196443, AUT 071825 DDA PURCHASE AP<br>WALGREENS STORE 355 MARK    PRINCE FREDER * MD | 380.24 |
| 07/18 | DBCRD PUR AP, *****30209196443, AUT 071725 VISA DDA PUR AP<br>WAL MART  1716         PRINCE FREDER * MD | 27.54 |
| 07/18 | DBCRD PUR AP, *****30209196443, AUT 071725 VISA DDA PUR AP<br>PRECISION ORTHOPEDICS    PRINCE FREDER * MD | 20.00 |
| 07/18 | DBCRD PUR AP, *****30209196443, AUT 071725 VISA DDA PUR AP<br>WAL MART  1716         PRINCE FREDER * MD | 11.13 |
| 07/18 | DBCRD PUR AP, *****30209196443, AUT 071725 VISA DDA PUR AP<br>CALVERT LIBRARY PRINCE F   PRINCE FREDER * MD | 3.00 |
| 07/21 | DBCRD PUR AP, *****30209196443, AUT 071925 VISA DDA PUR AP<br>BP 9321266DAVIDSONVILLE    DAVIDSONVILLE * MD | 42.52 |
| 07/21 | DBCRD PUR AP, *****30209196443, AUT 071725 VISA DDA PUR AP<br>SAFEWAY COM 1129        877 505 4040  * MD | 40.98 |
| 07/21 | DBCRD PUR AP, *****30209196443, AUT 071825 VISA DDA PUR AP<br>CVS PHARMACY  10606      CHESAPEAKE BE * MD | 40.13 |
| 07/21 | DBCRD PUR AP, *****30209196443, AUT 071825 VISA DDA PUR AP<br>KRISPY KREME 0307      410 721 4794  * MD | 16.37 |
| 07/21 | DBCRD PUR AP, *****30209196443, AUT 071825 VISA DDA PUR AP<br>KRISPY KREME 0307      410 721 4794  * MD | 16.00 |
| 07/21 | DBCRD PUR AP, *****30209196443, AUT 071825 VISA DDA PUR AP<br>WALGREENS  18165       PRINCE FREDER * MD | 7.41 |
| 07/21 | DBCRD PUR AP, *****30209196443, AUT 071825 VISA DDA PUR AP<br>MCDONALDS 16848       130 1855480   * MD | 1.58 |
| 07/22 | DBCRD PUR AP, *****30209196443, AUT 072225 VISA DDA PUR AP<br>VENMO  PETER FLECK       VISA DIRECT   * NY | 2,000.00 |
| 07/22 | DBCRD PUR AP, *****30209196443, AUT 072125 VISA DDA PUR AP<br>KAOW THAI RESTAURANT     LA PLATA    * MD | 56.65 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# TD Bank
## America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC

Page: 4 of 7
Statement Period: Jul 14 2025-Aug 13 2025
Cust Ref #:
Primary Account #: 3136

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/22 | DBCRD PUR AP, *****30209196443, AUT 072125 VISA DDA PUR AP<br>FAMILY DOLLAR         WALDORF     * MD | 48.18 |
| 07/22 | DBCRD PUR AP, *****30209196443, AUT 072125 VISA DDA PUR AP<br>PAYPAL  NETWORKSOLU    402 935 7733  * FL | 3.00 |
| 07/23 | DBCRD PUR AP, *****30209196443, AUT 072325 VISA DDA PUR AP<br>VENMO  PETER FLECK      VISA DIRECT  * NY | 1,000.00 |
| 07/23 | DBCRD PUR AP, *****30209196443, AUT 072225 VISA DDA PUR AP<br>PAYPAL  ALLSTARHEAL HEAL   800 875 0448  * CA | 76.21 |
| 07/23 | DBCRD PUR AP, *****30209196443, AUT 072225 VISA DDA PUR AP<br>CASH APP MARIA REDDICK A   OAKLAND     * CA | 10.00 |
| 07/23 | DBCRD PUR AP, *****30209196443, AUT 072225 VISA DDA PUR AP<br>CASH APP MARIA REDDICK A   OAKLAND     * CA | 8.00 |
| 07/23 | DBCRD PUR AP, *****30209196443, AUT 072225 VISA DDA PUR AP<br>ROLAND S OF CHESAPE       CHESAPEAKE BE * MD | 0.62 |
| 07/24 | DBCRD PUR AP, *****30209196443, AUT 072425 VISA DDA PUR AP<br>VENMO  MARIA         VISA DIRECT  * NY | 1,500.00 |
| 07/24 | ELECTRONIC PMT-WEB, CONCORA CREDIT PAYMENT ****00098461526 | 164.00 |
| 07/24 | DBCRD PUR AP, *****30209196443, AUT 072325 VISA DDA PUR AP<br>PAYPAL  UBER EATS      402 935 7733  * CA | 81.65 |
| 07/24 | ELECTRONIC PMT-WEB, TRAVELERS PER INSUR 1532674 | 27.66 |
| 07/24 | DEBIT POS AP, *****30209196443, AUT 072425 DDA PURCHASE AP<br>ALDI 71036         CAMP SPRINGS  * MD | 26.94 |
| 07/24 | DBCRD PUR AP, *****30209196443, AUT 072325 VISA DDA PUR AP<br>ALL STAR HEALTH COM     800 875 0448  * CA | 4.00 |
| 07/24 | DBCRD PUR AP, *****30209196443, AUT 072325 VISA DDA PUR AP<br>PAYPAL  UBER EATS      402 935 7733  * CA | 2.00 |
| 07/25 | DBCRD PUR AP, *****30209196443, AUT 072425 VISA DDA PUR AP<br>PP APPLE COM BILL     402 935 7733  * CA | 10.59 |
| 07/28 | DBCRD PUR AP, *****30209196443, AUT 072625 VISA DDA PUR AP<br>DOLLAR TREE         DUNKIRK    * MD | 26.78 |
| 07/28 | DBCRD PUR AP, *****30209196443, AUT 072625 VISA DDA PUR AP<br>RITA S  525         DUNKIRK    * MD | 10.53 |
| 07/28 | DBCRD PUR AP, *****30209196443, AUT 072625 VISA DDA PUR AP<br>DC PARK METER MULTI    202 673 6813  * DC | 0.58 |
| 07/29 | DBCRD PUR AP, *****30209196443, AUT 072725 VISA DDA PUR AP<br>PAYPAL  MICROSOFT      402 935 7733  * WA | 137.79 |
| 07/29 | DBCRD PUR AP, *****30209196443, AUT 072825 VISA DDA PUR AP<br>WEIS MARKETS 279      PRINCE FREDER * MD | 7.79 |
| 07/29 | DBCRD PUR AP, *****30209196443, AUT 072725 VISA DDA PUR AP<br>AB  ABEBOOKS CO LWOG4H    ABEBOOKS COM * WA | 4.46 |
| 07/30 | DEBIT POS AP, *****30209196443, AUT 073025 DDA PURCH W/CB<br>HARRIS TE 10125 WARD R    DUNKIRK    * MD | 204.99 |
| 07/30 | DEBIT POS AP, *****30209196443, AUT 073025 DDA PURCH W/CB<br>HARRIS TE 10125 WARD R    DUNKIRK    * MD | 54.99 |

## TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC

Page: 5 of 7
Statement Period: Jul 14 2025-Aug 13 2025
Cust Ref #:
Primary Account #: 3136

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/31 | DBCRD PUR AP, *****30209196443, AUT 073025 VISA DDA PUR AP<br>214 WEINSTEIN DUNKIRK     DUNKIRK     * MD | 20.00 |
| 07/31 | DBCRD PUR AP, *****30209196443, AUT 072925 VISA DDA PUR AP<br>APPLE CASH SENT MONEY     1INFINITELOOP * CA | 15.00 |
| 07/31 | DBCRD PUR AP, *****30209196443, AUT 072825 VISA DDA PUR AP<br>PAYPAL  TEMU         402 935 7733  * CA | 11.32 |
| 08/01 | DBCRD PUR AP, *****30209196443, AUT 073125 VISA DDA PUR AP<br>PAYPAL  GOOGLE LLC GOOGL   402 935 7733  * CA | 152.64 |
| 08/01 | DBCRD PUR AP, *****30209196443, AUT 073125 VISA DDA PUR AP<br>WAL MART  1716         PRINCE FREDER * MD | 19.09 |
| 08/01 | DBCRD PUR AP, *****30209196443, AUT 073025 VISA DDA PUR AP<br>PAYPAL  DOMINO S 6061    402 935 7733  * MD | 12.00 |
| 08/04 | DBCRD PUR AP, *****30209196443, AUT 080425 VISA DDA PUR AP<br>VENMO  PETER FLECK      VISA DIRECT  * NY | 1,500.00 |
| 08/04 | DBCRD PUR AP, *****30209196443, AUT 080225 VISA DDA PUR AP<br>CASH APP GREGORY E NEWBO   OAKLAND     * CA | 100.00 |
| 08/04 | DBCRD PUR AP, *****30209196443, AUT 080125 VISA DDA PUR AP<br>PAYPAL  GOOGLE LLC GOOGL   402 935 7733  * CA | 76.31 |
| 08/04 | DEBIT POS AP, *****30209196443, AUT 080225 DDA PURCH W/CB<br>GIANT 0325 10790 TOWN     DUNKIRK     * MD | 73.72 |
| 08/04 | DBCRD PUR AP, *****30209196443, AUT 080125 VISA DDA PUR AP<br>SAFEWAY COM 1129         877 505 4040  * MD | 35.33 |
| 08/04 | DBCRD PUR AP, *****30209196443, AUT 080325 VISA DDA PUR AP<br>ALDI 71036             CAMP SPRINGS  * MD | 30.15 |
| 08/04 | DBCRD PMT AP, *****30209196443, AUT 080225 VISA DDA PUR AP<br>PP ADOBE INC ADOBE       402 935 7733  * CA | 21.19 |
| 08/04 | DBCRD PUR AP, *****30209196443, AUT 080425 VISA DDA PUR AP<br>PP GOOGLE GOOGLE ONE     402 935 7733  * CA | 2.11 |
| 08/04 | DBCRD PMT AP, *****30209196443, AUT 080425 VISA DDA PUR AP<br>PAYPAL  PARAMNTPLUS    402 935 7733  * CA | 1.05 |
| 08/05 | DBCRD PUR AP, *****30209196443, AUT 080325 VISA DDA PUR AP<br>APPLE CASH SENT MONEY     1INFINITELOOP * CA | 115.00 |
| 08/05 | DBCRD PUR AP, *****30209196443, AUT 080325 VISA DDA PUR AP<br>SHELL OIL 23652220577     OWINGS     * MD | 50.73 |
| 08/05 | DBCRD PUR AP, *****30209196443, AUT 080325 VISA DDA PUR AP<br>SHELL OIL 23652220577     OWINGS     * MD | 43.98 |
| 08/05 | DBCRD PUR AP, *****30209196443, AUT 080425 VISA DDA PUR AP<br>PP GOOGLE GOOGLE ONE     402 935 7733  * CA | 2.11 |
| 08/06 | DBCRD PUR AP, *****30209196443, AUT 080525 VISA DDA PUR AP<br>NAILS TRIX  SPA         PRINCE FREDER * MD | 138.02 |
| 08/06 | DBCRD PUR AP, *****30209196443, AUT 080525 VISA DDA PUR AP<br>HAIR CUTTERY 4149        PRINCE FREDER * MD | 39.00 |
| 08/06 | DBCRD PUR AP, *****30209196443, AUT 080525 VISA DDA PUR AP<br>RITA S  476           PRINCE FREDER * MD | 17.00 |
| 08/06 | DBCRD PMT AP, *****30209196443, AUT 080525 VISA DDA PUR AP<br>PP PP ROKU FOR HULU LLC   402 935 7733  * CA | 10.59 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
**America's Most Convenient Bank®**

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC

Page: 6 of 7
Statement Period: Jul 14 2025-Aug 13 2025
Cust Ref #:
Primary Account #: 3136

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/06 | DBCRD PUR AP, *****30209196443, AUT 080525 VISA DDA PUR AP<br>WEIS MARKETS 279     PRINCE FREDER * MD | 10.27 |
| 08/06 | DBCRD PUR AP, *****30209196443, AUT 080525 VISA DDA PUR AP<br>PP APPLE COM BILL    402 935 7733 * CA | 1.05 |
| 08/07 | DBCRD PUR AP, *****30209196443, AUT 080525 VISA DDA PUR AP<br>PAYPAL POPEYES 14278   402 935 7733 * MD | 5.30 |
| 08/08 | DBCRD PMT AP, *****30209196443, AUT 080725 VISA DDA PUR AP<br>ADVISORYCLOU FREETRIAL   415 259 5752 * CA | 195.00 |
| 08/08 | DBCRD PMT AP, *****30209196443, AUT 080625 VISA DDA PUR AP<br>PRIMO BRANDS WATERSERV   800 274 5282 * CA | 33.91 |
| 08/08 | DBCRD PUR AP, *****30209196443, AUT 080625 VISA DDA PUR AP<br>FREETAXUSA COM       877 2699027 * UT | 19.07 |
| 08/08 | DEBIT POS AP, *****30209196443, AUT 080825 DDA PURCHASE AP<br>HARRIS TEETER 2 10125 W   DUNKIRK   * MD | 6.24 |
| 08/11 | DBCRD PUR AP, *****30209196443, AUT 080925 VISA DDA PUR AP<br>SHOWAMI SHOWING AGENT   SHOWAMI COM * CO | 50.00 |
| 08/11 | DBCRD PUR AP, *****30209196443, AUT 080925 VISA DDA PUR AP<br>CASH APP JACQUELINE TOWN   OAKLAND  * CA | 50.00 |
| 08/11 | DBCRD PUR AP, *****30209196443, AUT 081025 VISA DDA PUR AP<br>PAYPAL NETWORKSOLU    402 935 7733 * FL | 42.17 |
| 08/11 | DBCRD PUR AP, *****30209196443, AUT 080725 VISA DDA PUR AP<br>SAFEWAY COM 1129    877 505 4040 * MD | 34.13 |
| 08/11 | DBCRD PUR AP, *****30209196443, AUT 080925 VISA DDA PUR AP<br>DOLLAR TREE       DUNKIRK   * MD | 31.65 |
| 08/11 | DBCRD PUR AP, *****30209196443, AUT 080925 VISA DDA PUR AP<br>PAYPAL IFILTERS     402 935 7733 * CA | 29.34 |
| 08/11 | DBCRD PUR AP, *****30209196443, AUT 081025 VISA DDA PUR AP<br>DOLLAR TREE       DUNKIRK   * MD | 24.92 |
| 08/11 | DBCRD PUR AP, *****30209196443, AUT 080825 VISA DDA PUR AP<br>NH J GARAGE       OXON HILL  * MD | 20.00 |
| 08/11 | DBCRD PUR AP, *****30209196443, AUT 080825 VISA DDA PUR AP<br>RITA S 525       DUNKIRK   * MD | 9.53 |
| 08/11 | DBCRD PUR AP, *****30209196443, AUT 080725 VISA DDA PUR AP<br>STAPLES   00112037    800 3333330 * AL | 7.54 |
| 08/11 | DBCRD PMT AP, *****30209196443, AUT 080925 VISA DDA PUR AP<br>PP PP ROKU FOR NFL    402 935 7733 * CA | 7.41 |
| 08/11 | DBCRD PUR AP, *****30209196443, AUT 080925 VISA DDA PUR AP<br>PAYPAL NETWORKSOLU    402 935 7733 * FL | 3.00 |
| 08/11 | DBCRD PUR AP, *****30209196443, AUT 080925 VISA DDA PUR AP<br>SAFEWAY 1129      DUNKIRK   * MD | 1.97 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC

| | |
|---|---|
| Page: | 7 of 7 |
| Statement Period: | Jul 14 2025-Aug 13 2025 |
| Cust Ref #: | |
| Primary Account #: | 3136 |

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/12 | DBCRD PUR AP, *****30209196443, AUT 081225 VISA DDA PUR AP<br>AB  ABEBOOKS CO LXGZP4     ABEBOOKS COM  * WA | 6.67 |
| 08/12 | DBCRD PUR AP, *****30209196443, AUT 081125 VISA DDA PUR AP<br>WAL MART  1716         PRINCE FREDER * MD | 3.27 |
| 08/13 | INTL DBCD PUR AP, *****30209196443, AUT 081225 INTL DDA PUR AP<br>SMALLPDF            ZURICH      C HE | 15.00 |
| | Subtotal: | 10,044.35 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 07/13 | 1,797.43 | 07/30 | 1,595.20 |
| 07/14 | 1,438.21 | 07/31 | 1,548.88 |
| 07/15 | 954.22 | 08/01 | 1,365.15 |
| 07/17 | 921.17 | 08/04 | 1,430.01 |
| 07/18 | 479.26 | 08/05 | 1,218.19 |
| 07/21 | 2,579.25 | 08/06 | 1,002.26 |
| 07/22 | 471.42 | 08/07 | 996.96 |
| 07/23 | 3,859.95 | 08/08 | 742.74 |
| 07/24 | 2,053.70 | 08/11 | 431.08 |
| 07/25 | 2,043.11 | 08/12 | 421.14 |
| 07/28 | 2,005.22 | 08/13 | 406.14 |
| 07/29 | 1,855.18 | | |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender