| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| November-24 | $610,000.00 | $0.00 | -$1,715.63 | $1,715.63 | $611,715.63 |
| December-24 | $611,715.63 | $0.00 | -$1,720.45 | $1,720.45 | $613,436.08 |
| January-25 | $613,436.08 | $0.00 | -$1,725.29 | $1,725.29 | $615,161.37 |
| February-25 | $615,161.37 | $0.00 | -$1,730.14 | $1,730.14 | $616,891.51 |
| March-25 | $616,891.51 | $0.00 | -$1,735.01 | $1,735.01 | $618,626.52 |
| April-25 | $618,626.52 | $0.00 | -$1,739.89 | $1,739.89 | $620,366.41 |
| May-25 | $620,366.41 | $0.00 | -$1,744.78 | $1,744.78 | $622,111.19 |
| June-25 | $622,111.19 | $0.00 | -$1,749.69 | $1,749.69 | $623,860.88 |
| July-25 | $623,860.88 | $0.00 | -$1,754.61 | $1,754.61 | $625,615.49 |
| August-25 | $625,615.49 | $0.00 | -$1,759.54 | $1,759.54 | $627,375.03 |
| September-25 | $627,375.03 | $0.00 | -$1,764.49 | $1,764.49 | $629,139.52 |
| October-25 | $629,139.52 | $0.00 | -$1,769.45 | $1,769.45 | $630,908.97 |
| November-25 | $630,908.97 | $2,696.77 | $922.34 | $1,774.43 | $629,986.63 |
| December-25 | $629,986.63 | $2,696.77 | $924.93 | $1,771.84 | $629,061.70 |
| January-26 | $629,061.70 | $2,696.77 | $927.53 | $1,769.24 | $628,134.17 |
| February-26 | $628,134.17 | $2,696.77 | $930.14 | $1,766.63 | $627,204.03 |
| March-26 | $627,204.03 | $2,696.77 | $932.76 | $1,764.01 | $626,271.27 |
| April-26 | $626,271.27 | $2,696.77 | $935.38 | $1,761.39 | $625,335.89 |
| May-26 | $625,335.89 | $2,696.77 | $938.01 | $1,758.76 | $624,397.88 |
| June-26 | $624,397.88 | $2,696.77 | $940.65 | $1,756.12 | $623,457.23 |
| July-26 | $623,457.23 | $2,696.77 | $943.30 | $1,753.47 | $622,513.93 |
| August-26 | $622,513.93 | $2,696.77 | $945.95 | $1,750.82 | $621,567.98 |
| September-26 | $621,567.98 | $2,696.77 | $948.61 | $1,748.16 | $620,619.37 |
| October-26 | $620,619.37 | $2,696.77 | $951.28 | $1,745.49 | $619,668.09 |
| November-26 | $619,668.09 | $2,696.77 | $953.95 | $1,742.82 | $618,714.14 |
| December-26 | $618,714.14 | $2,696.77 | $956.64 | $1,740.13 | $617,757.50 |
| January-27 | $617,757.50 | $2,696.77 | $959.33 | $1,737.44 | $616,798.17 |
| February-27 | $616,798.17 | $2,696.77 | $962.03 | $1,734.74 | $615,836.14 |
| March-27 | $615,836.14 | $2,696.77 | $964.73 | $1,732.04 | $614,871.41 |
| April-27 | $614,871.41 | $2,696.77 | $967.44 | $1,729.33 | $613,903.97 |
| May-27 | $613,903.97 | $2,696.77 | $970.17 | $1,726.60 | $612,933.80 |
| June-27 | $612,933.80 | $2,696.77 | $972.89 | $1,723.88 | $611,960.91 |
| July-27 | $611,960.91 | $2,696.77 | $975.63 | $1,721.14 | $610,985.28 |
| August-27 | $610,985.28 | $2,696.77 | $978.37 | $1,718.40 | $610,006.91 |
| September-27 | $610,006.91 | $2,696.77 | $981.13 | $1,715.64 | $609,025.78 |
| October-27 | $609,025.78 | $2,696.77 | $983.88 | $1,712.89 | $608,041.90 |
| November-27 | $608,041.90 | $2,696.77 | $986.65 | $1,710.12 | $607,055.25 |
| December-27 | $607,055.25 | $2,696.77 | $989.43 | $1,707.34 | $606,065.82 |
| January-28 | $606,065.82 | $2,696.77 | $992.21 | $1,704.56 | $605,073.61 |
| February-28 | $605,073.61 | $2,696.77 | $995.00 | $1,701.77 | $604,078.61 |
| March-28 | $604,078.61 | $2,696.77 | $997.80 | $1,698.97 | $603,080.81 |
| April-28 | $603,080.81 | $2,696.77 | $1,000.61 | $1,696.16 | $602,080.20 |
| May-28 | $602,080.20 | $2,696.77 | $1,003.42 | $1,693.35 | $601,076.78 |
| June-28 | $601,076.78 | $2,696.77 | $1,006.24 | $1,690.53 | $600,070.54 |
| July-28 | $600,070.54 | $2,696.77 | $1,009.07 | $1,687.70 | $599,061.47 |
| August-28 | $599,061.47 | $2,696.77 | $1,011.91 | $1,684.86 | $598,049.56 |
| September-28 | $598,049.56 | $2,696.77 | $1,014.76 | $1,682.01 | $597,034.80 |
| October-28 | $597,034.80 | $2,696.77 | $1,017.61 | $1,679.16 | $596,017.19 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| November-28 | $596,017.19 | $2,696.77 | $1,020.47 | $1,676.30 | $594,996.72 |
| December-28 | $594,996.72 | $2,696.77 | $1,023.34 | $1,673.43 | $593,973.38 |
| January-29 | $593,973.38 | $2,696.77 | $1,026.22 | $1,670.55 | $592,947.16 |
| February-29 | $592,947.16 | $2,696.77 | $1,029.11 | $1,667.66 | $591,918.05 |
| March-29 | $591,918.05 | $2,696.77 | $1,032.00 | $1,664.77 | $590,886.05 |
| April-29 | $590,886.05 | $2,696.77 | $1,034.90 | $1,661.87 | $589,851.15 |
| May-29 | $589,851.15 | $2,696.77 | $1,037.81 | $1,658.96 | $588,813.34 |
| June-29 | $588,813.34 | $2,696.77 | $1,040.73 | $1,656.04 | $587,772.61 |
| July-29 | $587,772.61 | $2,696.77 | $1,043.66 | $1,653.11 | $586,728.95 |
| August-29 | $586,728.95 | $2,696.77 | $1,046.59 | $1,650.18 | $585,682.36 |
| September-29 | $585,682.36 | $2,696.77 | $1,049.54 | $1,647.23 | $584,632.82 |
| October-29 | $584,632.82 | $2,696.77 | $1,052.49 | $1,644.28 | $583,580.33 |
| November-29 | $583,580.33 | $2,696.77 | $1,055.45 | $1,641.32 | $582,524.88 |
| December-29 | $582,524.88 | $2,696.77 | $1,058.42 | $1,638.35 | $581,466.46 |
| January-30 | $581,466.46 | $2,696.77 | $1,061.40 | $1,635.37 | $580,405.06 |
| February-30 | $580,405.06 | $2,696.77 | $1,064.38 | $1,632.39 | $579,340.68 |
| March-30 | $579,340.68 | $2,696.77 | $1,067.37 | $1,629.40 | $578,273.31 |
| April-30 | $578,273.31 | $2,696.77 | $1,070.38 | $1,626.39 | $577,202.93 |
| May-30 | $577,202.93 | $2,696.77 | $1,073.39 | $1,623.38 | $576,129.54 |
| June-30 | $576,129.54 | $2,696.77 | $1,076.41 | $1,620.36 | $575,053.13 |
| July-30 | $575,053.13 | $2,696.77 | $1,079.43 | $1,617.34 | $573,973.70 |
| August-30 | $573,973.70 | $2,696.77 | $1,082.47 | $1,614.30 | $572,891.23 |
| September-30 | $572,891.23 | $2,696.77 | $1,085.51 | $1,611.26 | $571,805.72 |
| October-30 | $571,805.72 | $2,696.77 | $1,088.57 | $1,608.20 | $570,717.15 |
| November-30 | $570,717.15 | $2,696.77 | $1,091.63 | $1,605.14 | $569,625.52 |
| December-30 | $569,625.52 | $2,696.77 | $1,094.70 | $1,602.07 | $568,530.82 |
| January-31 | $568,530.82 | $2,696.77 | $1,097.78 | $1,598.99 | $567,433.04 |
| February-31 | $567,433.04 | $2,696.77 | $1,100.86 | $1,595.91 | $566,332.18 |
| March-31 | $566,332.18 | $2,696.77 | $1,103.96 | $1,592.81 | $565,228.22 |
| April-31 | $565,228.22 | $2,696.77 | $1,107.07 | $1,589.70 | $564,121.15 |
| May-31 | $564,121.15 | $2,696.77 | $1,110.18 | $1,586.59 | $563,010.97 |
| June-31 | $563,010.97 | $2,696.77 | $1,113.30 | $1,583.47 | $561,897.67 |
| July-31 | $561,897.67 | $2,696.77 | $1,116.43 | $1,580.34 | $560,781.24 |
| August-31 | $560,781.24 | $2,696.77 | $1,119.57 | $1,577.20 | $559,661.67 |
| September-31 | $559,661.67 | $2,696.77 | $1,122.72 | $1,574.05 | $558,538.95 |
| October-31 | $558,538.95 | $2,696.77 | $1,125.88 | $1,570.89 | $557,413.07 |
| November-31 | $557,413.07 | $2,696.77 | $1,129.05 | $1,567.72 | $556,284.02 |
| December-31 | $556,284.02 | $2,696.77 | $1,132.22 | $1,564.55 | $555,151.80 |
| January-32 | $555,151.80 | $2,696.77 | $1,135.41 | $1,561.36 | $554,016.39 |
| February-32 | $554,016.39 | $2,696.77 | $1,138.60 | $1,558.17 | $552,877.79 |
| March-32 | $552,877.79 | $2,696.77 | $1,141.80 | $1,554.97 | $551,735.99 |
| April-32 | $551,735.99 | $2,696.77 | $1,145.01 | $1,551.76 | $550,590.98 |
| May-32 | $550,590.98 | $2,696.77 | $1,148.23 | $1,548.54 | $549,442.75 |
| June-32 | $549,442.75 | $2,696.77 | $1,151.46 | $1,545.31 | $548,291.29 |
| July-32 | $548,291.29 | $2,696.77 | $1,154.70 | $1,542.07 | $547,136.59 |
| August-32 | $547,136.59 | $2,696.77 | $1,157.95 | $1,538.82 | $545,978.64 |
| September-32 | $545,978.64 | $2,696.77 | $1,161.21 | $1,535.56 | $544,817.43 |
| October-32 | $544,817.43 | $2,696.77 | $1,164.47 | $1,532.30 | $543,652.96 |
| November-32 | $543,652.96 | $2,696.77 | $1,167.75 | $1,529.02 | $542,485.21 |
| December-32 | $542,485.21 | $2,696.77 | $1,171.03 | $1,525.74 | $541,314.18 |

| Period | Beginning Balance | Payment | Principal | Interest | Ending Balance |
|---|---|---|---|---|---|
| January-33 | $541,314.18 | $2,696.77 | $1,174.32 | $1,522.45 | $540,139.86 |
| February-33 | $540,139.86 | $2,696.77 | $1,177.63 | $1,519.14 | $538,962.23 |
| March-33 | $538,962.23 | $2,696.77 | $1,180.94 | $1,515.83 | $537,781.29 |
| April-33 | $537,781.29 | $2,696.77 | $1,184.26 | $1,512.51 | $536,597.03 |
| May-33 | $536,597.03 | $2,696.77 | $1,187.59 | $1,509.18 | $535,409.44 |
| June-33 | $535,409.44 | $2,696.77 | $1,190.93 | $1,505.84 | $534,218.51 |
| July-33 | $534,218.51 | $2,696.77 | $1,194.28 | $1,502.49 | $533,024.23 |
| August-33 | $533,024.23 | $2,696.77 | $1,197.64 | $1,499.13 | $531,826.59 |
| September-33 | $531,826.59 | $2,696.77 | $1,201.01 | $1,495.76 | $530,625.58 |
| October-33 | $530,625.58 | $2,696.77 | $1,204.39 | $1,492.38 | $529,421.19 |
| November-33 | $529,421.19 | $2,696.77 | $1,207.77 | $1,489.00 | $528,213.42 |
| December-33 | $528,213.42 | $2,696.77 | $1,211.17 | $1,485.60 | $527,002.25 |
| January-34 | $527,002.25 | $2,696.77 | $1,214.58 | $1,482.19 | $525,787.67 |
| February-34 | $525,787.67 | $2,696.77 | $1,217.99 | $1,478.78 | $524,569.68 |
| March-34 | $524,569.68 | $2,696.77 | $1,221.42 | $1,475.35 | $523,348.26 |
| April-34 | $523,348.26 | $2,696.77 | $1,224.85 | $1,471.92 | $522,123.41 |
| May-34 | $522,123.41 | $2,696.77 | $1,228.30 | $1,468.47 | $520,895.11 |
| June-34 | $520,895.11 | $2,696.77 | $1,231.75 | $1,465.02 | $519,663.36 |
| July-34 | $519,663.36 | $2,696.77 | $1,235.22 | $1,461.55 | $518,428.14 |
| August-34 | $518,428.14 | $2,696.77 | $1,238.69 | $1,458.08 | $517,189.45 |
| September-34 | $517,189.45 | $2,696.77 | $1,242.17 | $1,454.60 | $515,947.28 |
| October-34 | $515,947.28 | $2,696.77 | $1,245.67 | $1,451.10 | $514,701.61 |
| November-34 | $514,701.61 | $2,696.77 | $1,249.17 | $1,447.60 | $513,452.44 |
| December-34 | $513,452.44 | $2,696.77 | $1,252.69 | $1,444.08 | $512,199.75 |
| January-35 | $512,199.75 | $2,696.77 | $1,256.21 | $1,440.56 | $510,943.54 |
| February-35 | $510,943.54 | $2,696.77 | $1,259.74 | $1,437.03 | $509,683.80 |
| March-35 | $509,683.80 | $2,696.77 | $1,263.28 | $1,433.49 | $508,420.52 |
| April-35 | $508,420.52 | $2,696.77 | $1,266.84 | $1,429.93 | $507,153.68 |
| May-35 | $507,153.68 | $2,696.77 | $1,270.40 | $1,426.37 | $505,883.28 |
| June-35 | $505,883.28 | $2,696.77 | $1,273.97 | $1,422.80 | $504,609.31 |
| July-35 | $504,609.31 | $2,696.77 | $1,277.56 | $1,419.21 | $503,331.75 |
| August-35 | $503,331.75 | $2,696.77 | $1,281.15 | $1,415.62 | $502,050.60 |
| September-35 | $502,050.60 | $2,696.77 | $1,284.75 | $1,412.02 | $500,765.85 |
| October-35 | $500,765.85 | $2,696.77 | $1,288.37 | $1,408.40 | $499,477.48 |