|  | Oct-25 | Nov-25 | Dec-25 | Jan-26 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $11,649.18 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $0.00 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $0.00 | $704.72 | $704.72 | $704.72 |
| **Class 3** | $0.00 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | |
| **Total Debits** | $9,215.42 | $14,620.61 | $14,620.61 | $14,620.61 |
| | | | | |
| **Beginning Balance** | $16,772.39 | $19,206.15 | $19,718.06 | $20,229.97 |
| **Ending Balance** | $19,206.15 | $19,718.06 | $20,229.97 | $20,741.88 |

|  | Feb-26 | Mar-26 | Apr-26 | May-26 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $3,063.11 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $704.72 | $351.60 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | |
| **Total Debits** | $14,620.61 | $17,330.60 | $14,267.49 | $14,267.49 |
| | | | | |
| **Beginning Balance** | $20,741.88 | $21,253.79 | $19,055.71 | $19,920.74 |
| **Ending Balance** | $21,253.79 | $19,055.71 | $19,920.74 | $20,785.77 |

|  | Jun-26 | Jul-26 | Aug-26 | Sep-26 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $3,063.11 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $351.60 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | |
| **Total Debits** | $14,267.49 | $14,267.49 | $14,267.49 | $17,330.60 |
| | | | | |
| **Beginning Balance** | $20,785.77 | $21,650.80 | $22,515.83 | $23,380.86 |
| **Ending Balance** | $21,650.80 | $22,515.83 | $23,380.86 | $21,182.78 |

|  | Oct-26 | Nov-26 | Dec-26 | Jan-27 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $351.60 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | |
| **Total Debits** | $14,267.49 | $14,267.49 | $14,267.49 | $14,267.49 |
| | | | | |
| **Beginning Balance** | $21,182.78 | $22,047.81 | $22,912.84 | $23,777.87 |
| **Ending Balance** | $22,047.81 | $22,912.84 | $23,777.87 | $24,642.90 |

|  | Feb-27 | Mar-27 | Apr-27 | May-27 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $3,063.11 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $351.60 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | |
| **Total Debits** | $14,267.49 | $17,330.60 | $14,267.49 | $14,267.49 |
| | | | | |
| **Beginning Balance** | $24,642.90 | $25,507.93 | $23,309.85 | $24,174.88 |
| **Ending Balance** | $25,507.93 | $23,309.85 | $24,174.88 | $25,039.91 |

|  | Jun-27 | Jul-27 | Aug-27 | Sep-27 | Oct-27 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $3,063.11 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $351.60 | $351.60 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $14,267.49 | $14,267.49 | $14,267.49 | $17,330.60 | $14,267.49 |
| | | | | | |
| **Beginning Balance** | $25,039.91 | $25,904.94 | $26,769.97 | $27,635.00 | $25,436.92 |
| **Ending Balance** | $25,904.94 | $26,769.97 | $27,635.00 | $25,436.92 | $26,301.95 |

|  | Nov-27 | Dec-27 | Jan-28 | Feb-28 | Mar-28 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $3,063.11 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $351.60 | $351.60 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $14,267.49 | $14,267.49 | $14,267.49 | $14,267.49 | $17,330.60 |
| | | | | | |
| **Beginning Balance** | $26,301.95 | $27,166.98 | $28,032.01 | $28,897.04 | $29,762.07 |
| **Ending Balance** | $27,166.98 | $28,032.01 | $28,897.04 | $29,762.07 | $27,563.99 |

|  | Apr-28 | May-28 | Jun-28 | Jul-28 | Aug-28 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $351.60 | $351.60 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $14,267.49 | $14,267.49 | $14,267.49 | $14,267.49 | $14,267.49 |
| | | | | | |
| **Beginning Balance** | $27,563.99 | $28,429.02 | $29,294.05 | $30,159.08 | $31,024.11 |
| **Ending Balance** | $28,429.02 | $29,294.05 | $30,159.08 | $31,024.11 | $31,889.14 |

|  | Sep-28 | Oct-28 | Nov-28 | Dec-28 | Jan-29 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $3,063.11 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $351.60 | $351.60 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $17,330.60 | $14,267.49 | $14,267.49 | $14,267.49 | $14,267.49 |
| | | | | | |
| **Beginning Balance** | $31,889.14 | $29,691.06 | $30,556.09 | $31,421.12 | $32,286.15 |
| **Ending Balance** | $29,691.06 | $30,556.09 | $31,421.12 | $32,286.15 | $33,151.18 |

|  | Feb-29 | Mar-29 | Apr-29 | May-29 | Jun-29 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $3,063.11 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $175.00 | $175.00 | $175.00 | $175.00 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $14,267.49 | $17,154.00 | $14,090.89 | $14,090.89 | $14,090.89 |
| | | | | | |
| **Beginning Balance** | $33,151.18 | $34,016.21 | $31,994.73 | $33,036.36 | $34,077.99 |
| **Ending Balance** | $34,016.21 | $31,994.73 | $33,036.36 | $34,077.99 | $35,119.62 |

|  | Jul-29 | Aug-29 | Sep-29 | Oct-29 | Nov-29 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $3,063.11 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $14,090.89 | $14,090.89 | $17,154.00 | $14,090.89 | $14,090.89 |
| | | | | | |
| **Beginning Balance** | $35,119.62 | $36,161.25 | $37,202.88 | $35,181.40 | $36,223.03 |
| **Ending Balance** | $36,161.25 | $37,202.88 | $35,181.40 | $36,223.03 | $37,264.66 |

|  | Dec-29 | Jan-30 | Feb-30 | Mar-30 | Apr-30 | May-30 |
|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | | |
| **DISTRBUTIONS** | | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $3,063.11 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | | |
| **Total Debits** | $14,090.89 | $14,090.89 | $14,090.89 | $17,154.00 | $14,090.89 | $14,090.89 |
| | | | | | | |
| **Beginning Balance** | $37,264.66 | $38,306.29 | $39,347.92 | $40,389.55 | $38,368.07 | $39,409.70 |
| **Ending Balance** | $38,306.29 | $39,347.92 | $40,389.55 | $38,368.07 | $39,409.70 | $40,451.33 |

|  | Jun-30 | Jul-30 | Aug-30 | Sep-30 | Oct-30 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $ 15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $3,063.11 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $14,090.89 | $14,090.89 | $14,090.89 | $17,154.00 | $ 14,090.89 |
| | | | | | |
| **Beginning Balance** | $40,451.33 | $41,492.96 | $42,534.59 | $43,576.22 | $41,554.74 |
| **Ending Balance** | $41,492.96 | $42,534.59 | $43,576.22 | $41,554.74 | $42,596.37 |