The order below is hereby signed.

Signed: October 24 2025

/s/ Elizabeth L. Gunn
Elizabeth L. Gunn
U.S. Bankruptcy Judge



# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>MARIA DENISE REDDICK,<br><br>Debtor. | No. 24-00393-ELG<br><br>Chapter 11 |

## SCHEDULING ORDER

Pursuant to Rule 3017.2 of the Federal Rules of Bankruptcy Procedure, the following deadlines shall apply to this Subchapter V case in which there is no requirement to file a disclosure statement.

1. **Plan Filing Deadline (11 U.S.C. §1189(b))**. A Plan was filed on **February 19, 2025**; accordingly, the statutory deadline has been satisfied.

2. **Deadline to Serve Plan Documents.** On or before **November 18, 2025,** the Debtor shall (a) serve a copy of this Scheduling Order, the Plan (as may be amended), and a ballot conforming to Official Form 314 on all creditors, equity security holders, other parties in interest, the Subchapter V Trustee and the United States Trustee, and (b) file a certificate of service with the Court promptly thereafter.

3.  **Deadline to Accept or Reject the Plan.** Ballots accepting or rejecting the Plan must be submitted to Debtor's counsel and must be received no later than **December 2, 2025.**

4.  **Deadline to File Objections to Plan Confirmation.** Any written objection to confirmation of the Plan shall be filed with the Court and served on Debtor's counsel, the Subchapter V Trustee, and the United States Trustee no later than **December 2, 2025**.

5.  **Tally of Ballots.** The Debtor shall file a tally of ballots pursuant to Local Bankruptcy Rule 3018-1 no later than **December 5, 2025**.

6.  **Confirmation Hearing.** A hearing on confirmation of the Plan shall be held on **December 9, 2025, at 10:00 am**, in Courtroom 1 of the United States Bankruptcy Court for the District of Columbia, or via Zoom. To appear remotely, contact Gunn_Hearings@dcb.uscourts.gov for credentials.

**END OF ORDER**

We Ask For This:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND10008
The Belmont Firm
1050 Connecticut Avenue NW
Suite 500
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Bar No. MD18071

2

The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 991-1101
mac@dcbankruptcy.com
*Counsel for the Debtor*

3