**Fill in this information to identify the case:**

Debtor 1: MARIA DENISE REDDICK

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of DISTRICT OF COLUMBIA

Case number: 24-00393-ELG

---

Official Form 410

# Proof of Claim

04/25

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy** (Form 309) **that you received.**

---

## Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor: Department of Treasury - Internal Revenue Service
Creditor Number: 782995
Other names the creditor used with the debtor: 

**2. Has this claim been acquired from someone else?**
☒ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**
Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Name: Internal Revenue Service
Number Street: P.O. Box 7346
City: Philadelphia  State: PA  ZIP Code: 19101-7346
Contact phone: 1-800-973-0424
Contact email: _____

Where should payments to the creditor be sent? (if different)
Name: Internal Revenue Service
Number Street: PO BOX 330500, M/S 15
City: DETROIT  State: MI  ZIP Code: 48232-6500
Contact phone: 313-234-1687
Contact email: taylor.r.dyer@irs.gov

Uniform claim identifier (if you use one):
__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**
☐ No
☒ Yes. Claim number on court claims registry (if known) 13
Filed on 02/21/2025 (MM/DD/YYYY)

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes. Who made the earlier filing? _____

---

Official Form 410                       **Proof of Claim**                       page 1

| Part 2: | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6. Do you have any number you use to identify the debtor?**

☐ No
☑ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: See Attachment

**7. How much is the claim?** $ 7,885.42 . **Does this amount include interest or other charges?**
☐ No
☑ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

Limit disclosing information that is entitled to privacy, such as health care information.

Taxes

**9. Is all or part of the claim secured?**

☑ No
☐ Yes. The claim is secured by a lien on property.

**Nature of property:**
☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
☐ Motor vehicle
☐ Other. Describe: _____

**Basis for perfection:** _____
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

**Value of property**: $_____
**Amount of the claim that is secured:** $_____
**Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

**Amount necessary to cure any default as of the date of the petition:** $_____

**Annual Interest Rate** (when case was filed)_____%
☐ Fixed
☐ Variable

**10. Is this claim based on a lease?**

☑ No
☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

**11. Is this claim subject to a right of setoff?**

☐ No
☑ Yes. Identify the property: See attachment

Official Form 410    **Proof of Claim**    page 2

| | | |
|---|---|---|
| 12. **Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?** A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority. | ☑ No<br>☐ Yes. *Check one:* | **Amount entitled to priority** |
| | ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| | ☐ Up to $3,800* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| | ☐ Wages, salaries, or commissions (up to $17,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| | ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| | ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| | ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |
| | * Amounts are subject to adjustment on 04/01/28 and every 3 years after that for cases begun on or after the date of adjustment. | |

## Part 3: Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(3) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.**

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  06/29/2025
                 MM / DD / YYYY

/s/ TAYLOR DYER
Signature

**Print the name of the person who is completing and signing this claim:**

Name:      TAYLOR                          DYER
           First name       Middle name    Last name

Title:     Bkrty Specialist

Company:   Internal Revenue Service
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address:   PO BOX 330500, M/S 15
           Number    Street
           DETROIT                         MI       48232-6500
           City                            State    ZIP Code

Contact phone  313-234-1687                Email    taylor.r.dyer@irs.gov

# Proof of Claim for Internal Revenue Taxes

Department of the Treasury/Internal Revenue Service

**In the Matter of:** MARIA DENISE REDDICK
3910 GEORGIA AVE NW #619
DBA BEBE REALTY
WASHINGTON, DC 20011

Amendment No. 2 to Proof of Claim dated 02/21/2025

Form **410** Attachment

Case Number
24-00393-ELG

Type of Bankruptcy Case
CHAPTER 11

Date of Petition
11/21/2024

The United States has the right of setoff or counterclaim. However, this determination is based on available data and is not intended to waive any right to setoff against this claim debts owed to this debtor by this or any other federal agency. All rights of setoff are preserved and will be asserted to the extent lawful.

### Unsecured Priority Claims
under section 507(a)(8) of the Bankruptcy Code

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-1270 | INCOME | 12/31/2021 | 04/28/2025 | $0.00 | $0.00 |
| XXX-XX-1270 | INCOME | 12/31/2023 | 02/24/2025 | $0.00 | $0.00 |
|  |  |  |  | $0.00 | $0.00 |

**Total Amount of Unsecured Priority Claims:** $0.00

### Unsecured General Claims

| Taxpayer ID Number | Kind of Tax | Tax Period | Date Tax Assessed | Tax Due | Interest to Petition Date |
|---|---|---|---|---|---|
| XXX-XX-1270 | INCOME | 12/31/2018 | 1 1-ESTIMATED-SEE NOTE | $184.93 | $63.80 |
| XXX-XX-1270 | INCOME | 12/31/2019 | 1 1-ESTIMATED-SEE NOTE | $1,470.00 | $406.83 |
| XXX-XX-1270 | INCOME | 12/31/2020 | 1 1-ESTIMATED-SEE NOTE | $4,667.80 | $1,092.06 |
|  |  |  |  | $6,322.73 | $1,562.69 |

**Total Amount of Unsecured General Claims:** $7,885.42

1 LIABILITY IS ESTIMATED BASED ON AVAILABLE INFORMATION BECAUSE THE RETURN HAS NOT BEEN FILED. THIS CLAIM MAY BE AMENDED AS NECESSARY AFTER THE DEBTOR FILES THE RETURN OR PROVIDES OTHER REQUIRED INFORMATION.