# Form 1040 — U.S. Individual Income Tax Return (2018)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074 — IRS Use Only—Do not write or staple in this space.

**Filing status:** [X] Single  [ ] Married filing jointly  [ ] Married filing separately  [ ] Head of household  [ ] Qualifying widow(er)

**Your first name and initial:** Maria D
**Last name:** Reddick
**Your social security number:** [redacted]

**Your standard deduction:** [ ] Someone can claim you as a dependent  [ ] You were born before January 2, 1954  [ ] You are blind

If joint return, spouse's first name and initial: 
Last name: 
Spouse's social security number: 

**Spouse standard deduction:** [ ] Someone can claim your spouse as a dependent  [ ] Spouse was born before January 2, 1954  [X] Full-year health care coverage or exempt (see inst.)
[ ] Spouse is blind  [ ] Spouse itemizes on a separate return or you were dual-status alien

**Home address (number and street):** 3910 Georgia Ave NW
**Apt. no.:** 619

**Presidential Election Campaign** (see inst.): [X] You  [ ] Spouse

**City, town or post office, state, and ZIP code:** Washington DC 20011

If more than four dependents, see inst. and ✓ here ▶ [ ]

**Dependents** (see instructions): (none listed)

## Sign Here

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

**Your occupation:** Sales and Construction

## Paid Preparer Use Only

**Firm's name:** Self-Prepared

---

**Form 1040 (2018) — Page 2**

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRAs, pensions, and annuities | |
| 4b | Taxable amount | |
| 5a | Social security benefits | |
| 5b | Taxable amount | |
| 6 | Total income. Add lines 1 through 5. Add any amount from Schedule 1, line 22  −19,192. | −19,192. |
| 7 | Adjusted gross income | −19,192. |
| 8 | Standard deduction or itemized deductions (from Schedule A) | 12,000. |
| 9 | Qualified business income deduction | 0. |
| 10 | Taxable income. Subtract lines 8 and 9 from line 7. If zero or less, enter -0- | 0. |
| 11a | Tax (see inst.)  0.  (check if any from: 1 [ ] Form(s) 8814  2 [ ] Form 4972  3 [ ] ____) | |
| 11 | b Add any amount from Schedule 2 and check here ▶ [ ] | 0. |
| 12 | a Child tax credit/credit for other dependents ___  b Add any amount from Schedule 3 and check here ▶ [ ] | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | 0. |
| 14 | Other taxes. Attach Schedule 4 | 0. |
| 15 | Total tax. Add lines 13 and 14 | 0. |
| 16 | Federal income tax withheld from Forms W-2 and 1099 | |
| 17 | Refundable credits:  a EIC (see inst.) 472.  b Sch. 8812 ___  c Form 8863 ___  Add any amount from Schedule 5 ___  PYEI  6,184. | 472. |
| 18 | Add lines 16 and 17. These are your total payments | 472. |
| 19 | If line 18 is more than line 15, subtract line 15 from line 18. This is the amount you overpaid | 472. |
| 20a | Amount of line 19 you want refunded to you. If Form 8888 is attached, check here ▶ [ ] | 472. |

**Direct deposit:**
▶ b Routing number: [redacted]
▶ c Type: [X] Checking  [ ] Savings
▶ d Account number: [redacted]

21 Amount of line 19 you want applied to your 2019 estimated tax ▶ 21 ___

**Amount You Owe**
22 Amount you owe. Subtract line 18 from line 15. ▶ 22 ___
23 Estimated tax penalty (see instructions) ___

Standard Deduction for—
• Single or married filing separately, $12,000
• Married filing jointly or Qualifying widow(er), $24,000
• Head of household, $18,000
• If you checked any box under Standard deduction, see instructions.

Go to www.irs.gov/Form1040 for instructions and the latest information.   BAA   REV 07/19/20 TTMac   Form 1040 (2018)

**Form 1040** Department of the Treasury—Internal Revenue Service (99)
**U.S. Individual Income Tax Return** 2019 OMB No. 1545-0074 IRS Use Only—Do not write or staple in this space.

**Filing Status**
Check only one box.

[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent. ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| MARIA D | REDDICK | |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| | | |

Home address (number and street). If you have a P.O. box, see instructions.
3910 GEORGIA AVE NW       Apt. no. 619

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions).
WASHINGTON, DC   20011

Foreign country name | Foreign province/state/county | Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  [ ] You  [ ] Spouse

If more than four dependents, see instructions and ✓ here ▶ [ ]

**Standard Deduction**
Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: [ ] Were born before January 2, 1955  [ ] Are blind    Spouse: [ ] Was born before January 2, 1955  [ ] Is blind

**Dependents** (see instructions):

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |
| | | | [ ] | [ ] |

| | | | | |
|---|---|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | | 1 | 57,583. |
| 2a | Tax-exempt interest . . . . 2a | **b** Taxable interest. Attach Sch. B if required | 2b | |
| 3a | Qualified dividends . . . . 3a | **b** Ordinary dividends. Attach Sch. B if required | 3b | |
| 4a | IRA distributions . . . . . 4a | **b** Taxable amount . . . . . | 4b | |
| c | Pensions and annuities . . . 4c | **d** Taxable amount . . . . . | 4d | |
| 5a | Social security benefits . . . 5a | **b** Taxable amount . . . . . | 5b | |
| 6 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | | 6 | 0. |
| 7a | Other income from Schedule 1, line 9 | | 7a | −48,971. |
| b | Add lines 1, 2b, 3b, 4b, 4d, 5b, 6, and 7a. This is your **total income** ▶ | | 7b | 8,612. |
| 8a | Adjustments to income from Schedule 1, line 22 | | 8a | 0. |
| b | Subtract line 8a from line 7b. This is your **adjusted gross income** ▶ | | 8b | 8,612. |
| 9 | Standard deduction or itemized deductions (from Schedule A) | 9  12,200. | | |
| 10 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 10 | | |
| 11a | Add lines 9 and 10 | | 11a | 12,200. |
| b | **Taxable income.** Subtract line 11a from line 8b. If zero or less, enter -0- | | 11b | 0. |

**Standard Deduction for—**
- Single or Married filing separately, $12,200
- Married filing jointly or Qualifying widow(er), $24,400
- Head of household, $18,350
- If you checked any box under *Standard Deduction,* see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11320B    Form **1040** (2019)

CDA

Form 1040 (2019) MARIA D REDDICK                                                                                                 Page **2**

| | | | | |
|---|---|---|---|---|
| 12a | **Tax** (see inst.) Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 12a | | 0. |
| b | Add Schedule 2, line 3, and line 12a and enter the total ▶ | | 12b | 0. |
| 13a | Child tax credit or credit for other dependents | 13a | | |
| b | Add Schedule 3, line 7, and line 13a and enter the total ▶ | | 13b | 0. |
| 14 | Subtract line 13b from line 12b. If zero or less, enter -0- | | 14 | 0. |
| 15 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | 15 | |
| 16 | Add lines 14 and 15. This is your **total tax** ▶ | | 16 | |
| 17 | Federal income tax withheld from Forms W-2 and 1099 | | 17 | 7,278. |
| 18 | Other payments and refundable credits: | | | |
| a | Earned income credit (EIC)  . . NO | 18a | | |
| b | Additional child tax credit. Attach Schedule 8812 | 18b | | |
| c | American opportunity credit from Form 8863, line 8 | 18c | | |
| d | Schedule 3, line 14 | 18d | | |
| e | Add lines 18a through 18d. These are your **total other payments and refundable credits** ▶ | | 18e | |
| 19 | Add lines 17 and 18e. These are your **total payments** ▶ | | 19 | 7,278. |

- If you have a qualifying child, attach Sch. EIC.
- If you have nontaxable combat pay, see instructions.

**Refund**
Direct deposit?
See instructions.

| | | | | |
|---|---|---|---|---|
| 20 | If line 19 is more than line 16, subtract line 16 from line 19. This is the amount you **overpaid** | | 20 | 7,278. |
| 21a | Amount of line 20 you want **refunded to you.** If Form 8888 is attached, check here ▶ ☐ | | 21a | 7,278. |
| ▶ b | Routing number [REDACTED] ▶ c Type: ☒ Checking ☐ Savings | | | |
| ▶ d | Account number [REDACTED] | | | |
| 22 | Amount of line 20 you want **applied to your 2020 estimated tax** ▶ | 22 | | |

**Amount You Owe**

| | | | | |
|---|---|---|---|---|
| 23 | **Amount you owe.** Subtract line 19 from line 16. For details on how to pay, see instructions ▶ | | 23 | 0. |
| 24 | Estimated tax penalty (see instructions) ▶ | 24 | | |

**Third Party Designee**
(Other than paid preparer)

Do you want to allow another person (other than your paid preparer) to discuss this return with the IRS? See instructions.   ☐ **Yes.** Complete below.   ☒ **No**

Designee's name ▶           Phone no. ▶           Personal identification number (PIN) ▶

**Sign Here**
Joint return?
See instructions.
Keep a copy for your records.

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| | | SALES AND CONSTRUCTION | |
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |

Phone no. 202-497-2611   Email address

**Paid Preparer Use Only**

| Preparer's name | Preparer's signature SELF-PREPARED | Date | PTIN | Check if: ☐ 3rd Party Designee |
|---|---|---|---|---|
| Firm's name ▶ | | Phone no. | | ☐ Self-employed |
| Firm's address ▶ | | | Firm's EIN ▶ | |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                                          Form **1040** (2019)

CDA

# Form 1040 — U.S. Individual Income Tax Return (2020)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing Status** (Check only one box):
- [ ] Single
- [ ] Married filing jointly
- [ ] Married filing separately (MFS)
- [X] Head of household (HOH)
- [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶ Melissa Speight-Vaughn

Your first name and middle initial: MARIA D
Last name: REDDICK
Your social security number: [redacted]

If joint return, spouse's first name and middle initial: 
Last name:
Spouse's social security number:

Home address (number and street): 3910 GEORGIA AVE NW
Apt. no.: 619
City, town, or post office: WASHINGTON
State: DC
ZIP code: 20011

**Presidential Election Campaign**: [ ] You  [ ] Spouse

At any time during 2020, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency?  [ ] Yes  [X] No

**Standard Deduction**
Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: [ ] Were born before January 2, 1956  [ ] Are blind
Spouse: [ ] Was born before January 2, 1956  [ ] Is blind

**Dependents**: (none listed)

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 92,293. |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | −3,000. |
| 8 | Other income from Schedule 1, line 9 | −12,293. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | 77,000. |
| 10a | From Schedule 1, line 22 | |
| 10b | Charitable contributions if you take the standard deduction | |
| 10c | Add lines 10a and 10b. These are your **total adjustments to income** | |
| 11 | Subtract line 10c from line 9. This is your **adjusted gross income** | 77,000. |
| 12 | Standard deduction or itemized deductions (from Schedule A) | 18,650. |
| 13 | Qualified business income deduction. Attach Form 8995 or Form 8995-A | 0. |
| 14 | Add lines 12 and 13 | 18,650. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | 58,350. |

Standard Deduction for—
- Single or Married filing separately, $12,400
- Married filing jointly or Qualifying widow(er), $24,800
- Head of household, $18,650
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form **1040** (2020)

| | | | | |
|---|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | | 16 | 7,191. |
| 17 | Amount from Schedule 2, line 3 | | 17 | |
| 18 | Add lines 16 and 17 | | 18 | 7,191. |
| 19 | Child tax credit or credit for other dependents | | 19 | |
| 20 | Amount from Schedule 3, line 7 | | 20 | |
| 21 | Add lines 19 and 20 | | 21 | |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 7,191. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 10 | | 23 | 0. |
| 24 | Add lines 22 and 23. This is your **total tax** ▶ | | 24 | 7,191. |
| 25 | Federal income tax withheld from: | | | |
| a | Form(s) W-2 | 25a | 11,018. | |
| b | Form(s) 1099 | 25b | | |
| c | Other forms (see instructions) | 25c | | |
| d | Add lines 25a through 25c | | 25d | 11,018. |
| 26 | 2020 estimated tax payments and amount applied from 2019 return | | 26 | |
| 27 | Earned income credit (EIC) . . . . . . . . No | 27 | | |
| 28 | Additional child tax credit. Attach Schedule 8812 | 28 | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| 30 | Recovery rebate credit. See instructions | 30 | 1,800. | |
| 31 | Amount from Schedule 3, line 13 | 31 | | |
| 32 | Add lines 27 through 31. These are your **total other payments and refundable credits** ▶ | | 32 | 1,800. |
| 33 | Add lines 25d, 26, and 32. These are your **total payments** ▶ | | 33 | 12,818. |

• If you have a qualifying child, attach Sch. EIC.
• If you have nontaxable combat pay, see instructions.

**Refund**

| | | | | |
|---|---|---|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | | 34 | 5,627. |
| 35a | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ▶ ☐ | | 35a | 5,627. |

Direct deposit? See instructions.
▶ b Routing number [REDACTED]  ▶ c Type: ☒ Checking  ☐ Savings
▶ d Account number [REDACTED]

| 36 | Amount of line 34 you want applied to your 2021 estimated tax ▶ | 36 | | |

**Amount You Owe**

| 37 | Subtract line 33 from line 24. This is the **amount you owe now** ▶ | | 37 | |

Note: Schedule H and Schedule SE filers, line 37 may not represent all of the taxes you owe for 2020. See Schedule 3, line 12e, and its instructions for details.

| 38 | Estimated tax penalty (see instructions) ▶ | 38 | | |

For details on how to pay, see instructions.

**Third Party Designee**

Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☒ **Yes.** Complete below. ☐ No

Designee's name ▶ [REDACTED]   Phone no. ▶ [REDACTED]   Personal identification number (PIN) ▶ [REDACTED]

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Your signature | Date | Your occupation: Real Estate Sales | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶

Joint return? See instructions. Keep a copy for your records.

Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶

Phone no. (202)497-2611   Email address

**Paid Preparer Use Only**

Preparer's name | Preparer's signature | Date | PTIN | Check if: ☐ Self-employed

Firm's name ▶ Self-Prepared   Phone no.
Firm's address ▶   Firm's EIN ▶

Go to *www.irs.gov/Form1040* for instructions and the latest information.   BAA   REV 08/30/21 TTMac   Form **1040** (2020)