# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>MARIA DENISE REDDICK<br>*Aka* MARIA BEBE REFFICK<br>*Dba* BEBE REALTY,<br>    Debtor.<br>_____<br>DEUTSCHE BANK NATIONAL TRUST COMPANY,<br>AS TRUSTEE FOR SAXON ASSET SECURITIES<br>TRUST 2007-4, MORTGAGE LOAN ASSET-BACKED<br>CERTIFICATES, SERIES 2007-4 C/O PHH<br>MORTGAGE CORPORATION, Movant,<br>v.<br>MARIA DENISE REDDICK,<br>*Aka* MARIA BEBE REFFICK,<br>*Dba* BEBE REALTY, Debtor/Respondent. | Case No. 24-00393-ELG<br><br>Chapter 11 |

## MOTION FOR RELIEF FROM AUTOMATIC STAY
## (PROPERTY LOCATED AT 4012 14TH STREET NW WASHINGTON, DC 2011)

Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-4, Mortgage Loan Asset-Backed Certificates, Series 2007-4 c/o PHH Mortgage Corporation ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay, with respect to certain real property of the Debtor having an address of 4012 14th Street NW, Washington, District of Columbia 20011 (the "Property"), for all purposes allowed by the Note (defined below), the Deed of Trust (defined below), and applicable law, including but not limited to the right to foreclose. In further support of this Motion, Movant respectfully states:

1.    A petition under Chapter 11 of the United States Bankruptcy Code was filed with respect to the Debtor on November 21, 2024.

2.    The Debtor, Maria D. Reddick, has executed and delivered or is otherwise obligated with respect to that certain Adjustable Rate Note in the original principal amount of $508,500.00 (the "Note"). A copy of the Note is attached hereto.

3.    Pursuant to that certain Deed of Trust (the "Deed of Trust"), all obligations (collectively, the "Obligations") of the Debtor, Maria D. Reddick, under and with respect to the Note and the Deed of Trust are secured by the Property. The lien created by the Deed of Trust was perfected by recording of the Deed of Trust in the Recorder of Deeds for the District of

Gregory Mullen, DCFB# MD0020
6003 Executive Blvd, Suite 101, Rockville, MD 20852
(301) 961-6555 (Phone), bankruptcy@bww-law.com

DC-316179

Columbia.  A copy of the recorded Deed of Trust is attached hereto.

4. As of November 12, 2025, the estimated outstanding Obligations are:

| | |
|---|---:|
| Unpaid Principal Balance | $662,094.13 |
| Unpaid, Accrued Interest | $155,818.47 |
| Uncollected Late Charges | $0.00 |
| Taxes and Insurance Payments on behalf of Debtor | $82,727.32 |
| Other Fees and Costs | $14,882.60 |
| Less: Partial Payments | $0.00 |
| Minimum Outstanding Obligations | $915,522.52 |

5. The Debtor was in default at the time the present bankruptcy was filed. The Debtor owed prepetition payments of $257,979.59 as detailed below.

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 7 | 11/01/2016 | 05/01/2017 | $2,626.57 | $18385.99 |
| 12 | 06/01/2017 | 05/10/2018 | $2,530.27 | $30,363.24 |
| 12 | 06/01/2018 | 05/01/2019 | $2,579.76 | $30,957.12 |
| 5 | 06/01/2019 | 10/01/2019 | $2,624.71 | $13,123.55 |
| 11 | 11/01/2019 | 09/01/2020 | $2,675.45 | $29,429.95 |
| 7 | 10/01/2020 | 04/01/2021 | $2,653.58 | $18,575.06 |
| 3 | 05/01/2021 | 07/01/2021 | $2,661.72 | $7,985.16 |
| 6 | 08/01/2021 | 01/01/2022 | $2,675.23 | $16,051.38 |
| 12 | 02/01/2022 | 01/01/2023 | $2,679.98 | $32,159.76 |
| 4 | 02/01/2023 | 05/01/2023 | $2,723.27 | $10,893.08 |
| 12 | 06/01/2023 | 05/01/2024 | $2,742.54 | $32,910.48 |
| 6 | 06/01/2024 | 11/01/2024 | $2,857.47 | $17,144.82 |
| Less partial payments (suspense balance): | | | | $0.00 |
| | | | **Total Payments:** | **$257,979.59** |

6. The following chart sets forth the number of post-petition of payments due pursuant to the terms of the Note that have been missed by the Debtor as of November 12, 2025.

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|

Gregory Mullen, DCFB# MD0020
6003 Executive Blvd, Suite 101, Rockville, MD 20852
(301) 961-6555 (Phone), bankruptcy@bww-law.com                                                   DC-316179

|   |            |            |          |            |
|---|------------|------------|----------|------------|
| 4 | 12/01/2024 | 03/01/2025 | $2,805.67 | $11,222.68 |
| 8 | 04/01/2025 | 11/01/2025 | $3,137.30 | $25,098.40 |
| Less partial payments (suspense balance): | | | | $0.00 |
| **Total post-petition Payments:** | | | | **$36,321.08** |

7. The estimated market value of the Property is $650,000.00. The basis for such valuation is the Debtor's Schedules.

8. Movant is currently advancing for escrow items on the loan. Such advances may become administrative claims that would burden the estate.

9. In the event the automatic stay under U.S.C. §362(a) is terminated as to the subject Property, Movant may, at its discretion, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement. The Movant may contact the Debtors via telephone or written correspondence to offer such an agreement. Debtors may contact Movant, in kind. Any such agreement shall be non-recourse unless included in a reaffirmation agreement.

10. Movant request that the court grant relief from the automatic Stay in this case pursuant to §362(d)(1) of the Bankruptcy Code for "cause" including the Debtor's failure to provide adequate protection for Movant's interest in the Property. The aforementioned arrearages are increasing on a daily basis, to the detriment of Movant's interest.

11. Creditor avers that it is not adequately protected. When adequate protection is disputed, the burden of proof is on the Debtor to prove that a secured creditor is adequately protected. *See* 11 U.S.C. §§363(p)(1) and 1107(a).

12. Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay for all purposes allowed by the Note, the Deed of Trust, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

Gregory Mullen, DCFB# MD0020
6003 Executive Blvd, Suite 101, Rockville, MD 20852
(301) 961-6555 (Phone), bankruptcy@bww-law.com                                              DC-316179

      3.      That if full relief from the stay imposed by §362 cannot be had, for such adequate protect to protect the Creditor and its interest in the Property requiring post-petition payment be made in the full monthly payment amount when and as they become due with payment default resulting in the automatic stay being terminated; and

      4.      For such other relief as the Court deems proper.

Dated:

Respectfully Submitted,
BWW Law Group, LLC

        */s/ Gregory C. Mullen*
Gregory Mullen, Esq., Bar No. MD 0020
6003 Executive Blvd, Suite 101
Rockville, MD  20852
301-961-6555; 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Attorney for the Movant*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 14th day of November, 2025, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Monique Desiree Almy, Trustee                                 Christianna Annete Cathcart, Esq.

      I hereby further certify that on this 14th day of November, 2025, a copy of the foregoing Motion for Relief from Automatic Stay was also mailed first class mail, postage prepaid, to:

Maria Denise Reddick
Aks Maria BeBe Reddick
Dba BeBe Realty
3910 Georgia Ave NW, #619
Washington, DC 20011

And those on the attached matrix

        */s/ Gregory C. Mullen*
      Gregory Mullen, Esq.

Gregory Mullen, DCFB# MD0020
6003 Executive Blvd, Suite 101, Rockville, MD 20852
(301) 961-6555 (Phone), bankruptcy@bww-law.com

DC-316179