**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | Case No. 24-00393-ELG |
| MARIA DENISE REDDICK | |
| *Aka* MARIA "BEBE" REDDICK | Chapter 11 |
| *Dba* BEBE REALTY, | |
|     Debtor. | |

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-4, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 C/O PHH MORTGAGE CORPORATION,
Movant,

v.

MARIA DENISE REDDICK, Debtor/Respondent,
and
MONIQUE DESIREE ALMY, Trustee/Respondent.

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing on Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-4, Mortgage Loan Asset-Backed Certificates, Series 2007-4's ("Movant") Motion for Relief from Automatic Stay has been scheduled pursuant to 11 U.S.C. § 362 as follows:

**Date: December 9, 2025        Time: 10:00 AM**

before the Honorable Elizabeth L. Gunn, both in Courtroom 1 and also remotely by Zoom for Government. Parties intending to appear should contact the courtroom deputy, Aimee Mathewes Lee, via phone at (202) 354-3178 or via email (aimee_mathewes@dcb.uscourts.gov) for Zoom hearing access codes.

NOTICE IS ALSO GIVEN that the Court may, at the time hereinabove scheduled, combine the preliminary hearing with the final hearing pursuant to 11 U.S.C. § 362(e).

Respectfully Submitted,

Dated: ___11/14/2025____

       */s/ Gregory C. Mullen*
Gregory Mullen, Esq. Bar No. MD0020
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
301-961-6555; 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 14th day of November, 2025, a copy of the foregoing Notice of Hearing was mailed, first class postage prepaid to:

Monique Desiree Almy, Trustee  
1001 Pennsylvania Avenue, N.W., 10th Fl  
Washington, DC 20004-2595

Christianna Annette Cathcart  
1630 First Ave N Ste B PMB 24  
Fargo, ND 58102-4246

Maria Denise Reddick  
aka Maria "BeBe" Reddick  
dba BeBe Realty  
3910 Georgia Ave NW, #619  
Washington, DC 20011

And those on the attached matrix

                                                          */s/ Gregory C. Mullen*  
                                      Gregory Mullen, Esq. DC Fed Bar No. MD0020  
                                      BWW Law Group, LLC  
                                      6003 Executive Blvd, Suite 101  
                                      Rockville, MD 20852  
                                      301-961-6555; 301-961-6545 (facsimile)  
                                      bankruptcy@bww-law.com  
                                      *Counsel for the Movant*