**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | Case No. 24-00393-ELG |
| MARIA DENISE REDDICK | |
| *Aka* MARIA "BEBE" REDDICK | Chapter 11 |
| *Dba* BEBE REALTY, | |
|     Debtor. | |

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE FOR SAXON ASSET SECURITIES TRUST
2007-4, MORTGAGE LOAN ASSET-BACKED
CERTIFICATES, SERIES 2007-4 C/O PHH MORTGAGE
CORPORATION, Movant,

v.

MARIA DENISE REDDICK, Debtor/Respondent,
and
MONIQUE DESIREE ALMY, Trustee/Respondent.

## NOTICE OF DEADLINE TO FILE AND SERVE OBJECTION TO MOTION

PLEASE TAKE NOTICE THAT WITHIN 17 DAYS AFTER FILING OF THIS MOTION you must file and serve a written objection to the motion, together with the proposed order required by Local Bankruptcy Rule 9072-1. The objection and proposed order must be filed with the Clerk of the Bankruptcy Court, U.S. Courthouse, 3rd and Constitution Ave., NW, Washington, DC, 20001, and served (by delivery or mailing of copy) upon the undersigned. The objection must contain a complete specification of the factual and legal grounds upon which it is based. You may append affidavits and documents in support of your objection.

IF YOU FAIL TO FILE A TIMELY OBJECTION, THE MOTION MAY BE GRANTED BY THE COURT WITHOUT A HEARING. The Court may grant the motion without a hearing if the objection filed states inadequate grounds for denial.

                                                      Respectfully Submitted,

Dated:_____11/14/2025_____          _____/s/ Gregory C. Mullen_____
                                                  Gregory Mullen, Esq., DC Bar No. MD0020
                                                  BWW Law Group, LLC
                                                  6003 Executive Blvd, Suite 101
                                                  Rockville, MD 20852
                                                  301-961-6555, 301-961-6545 (facsimile)
                                                  bankruptcy@bww-law.com
                                                  *Counsel for the Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of November, 2025, a copy of the foregoing Notice of Deadline to File and Serve Objection to Motion, was mailed by first class mail, postage prepaid, to the following persons:

Monique Desiree Almy, Trustee
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

Christianna Annette Cathcart
1630 First Ave N Ste B PMB 24
Fargo, ND 58102-4246

Maria Denise Reddick
aka Maria "BeBe" Reddick
dba BeBe Realty
3910 Georgia Ave NW, #619
Washington, DC 20011

And those on the attached matrix

          */s/ Gregory C. Mullen*
Gregory Mullen, Esq., DC Bar No. MD0020
BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852
301-961-6555, 301-961-6545 (facsimile)
bankruptcy@bww-law.com
*Counsel for the Movant*