**Fill in this information to identify your case:**

Debtor 1: Maria Denise. Reddick
(First Name / Middle Name / Last Name)

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: District of Columbia

Case number (If known): _____

**FILED**
NOV 21 2024
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

☐ Check if this is an amended filing

## Official Form 104
### For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders       12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an *insider*. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.**

Unsecured claim

**1.** PHH/NewRez
Creditor's Name
c/o PHH Mortgage Services
Number    Street
PO Box 24738
West Palm    FL    33416
City    State    ZIP Code
JACEE - ID PJ4
Contact
(800) 449-8767
Contact phone

What is the nature of the claim? Inadequate Collateral    $ 231,178.96

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☑ Unliquidated
☑ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured): $ 881,178.96
    Value of security:    − $ 650,000.00
    Unsecured claim    $ 231,178.96

**2.** U.S. Small Business Administration
Creditor's Name
409 3rd St, SW
Number    Street

Washington    DC    20011
City    State    ZIP Code

Contact
(833) 853-5638
Contact phone

What is the nature of the claim? Business Debt    $ 40,123.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $ 40,123.00
    Value of security:    − $ 0.00
    Unsecured claim    $ 40,123.00

Debtor 1: Maria Denise. Reddick

Case number (if known): _____

**Unsecured claim**

### 3. Nelnet
Creditor's Name
121 South 13th Street
Lincoln, NE 68508
Contact: (888) 486-4722

What is the nature of the claim? Student Loans

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $40,000.00
  Value of security: − $0.00
  Unsecured claim: $40,000.00

$40,000.00

### 4. Residental One dba 3Tree Flats
3910 Georgia Ave NW #619
Washington, DC 20011
Contact: (202) 829-1133

What is the nature of the claim? Unpaid Rent

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $31,029.00
  Value of security: − $0.00
  Unsecured claim: $31,029.00

$31,029.00

### 5. Navy Federal Credit Union
820 Follin Lane
Vienna, VA 22180
Contact: (888) 842-6328

What is the nature of the claim? Secured Loan (1)

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $8,404.25
  Value of security: − $8,404.25
  Unsecured claim: $0.00

$8,404.25

### 6. Navy Federal Credit Union
820 Follin Lane
Vienna, VA 22180
Contact: (888) 842-6328

What is the nature of the claim? Credit Card (MC)

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $5,044.84
  Value of security: − $0.00
  Unsecured claim: $5,044.84

$5,044.84

### 7. Navy Federal Credit Union
820 Follin Lane
Vienna, VA 22180
Contact: (888) 842-6328

What is the nature of the claim? Credit Card (V)

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

Does the creditor have a lien on your property?
- ☑ No
- ☐ Yes. Total claim (secured and unsecured): $4,807.80
  Value of security: − $0.00
  Unsecured claim: $4,807.80

$4,807.80

Debtor 1  **Maria** (First Name)   **Denise.** (Middle Name)   **Reddick** (Last Name)    Case number (if known) _____

**Unsecured claim**

### 8 Navy Federal Credit Union
Creditor's Name
820 Follin Lane
Number    Street

Vienna       VA    22180
City         State  ZIP Code

Contact
(888) 842-6328
Contact phone

What is the nature of the claim? Secured Loan (2)    $ 4,788.81

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $ 4,788.81
        Value of security:           – $ 0.00
        Unsecured claim                $ 4,788.81

### 9 Navy Federal Credit Union 5
Creditor's Name
820 Follin Lane
Number    Street

Vienna       VA    22180
City         State  ZIP Code

Contact
(888) 842-6328
Contact phone

What is the nature of the claim? Secured Loan (3)    $ 4,226.11

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): $ 4,226.11
        Value of security:           – $ 0.00
        Unsecured claim                $ 4,226.11

### 10 Capital One
Creditor's Name
1439 Chain Bridge Road
Number    Street

McLean       VA    22101
City         State  ZIP Code

Contact
(800) 227-4825
Contact phone

What is the nature of the claim? Credit Card (1)    $ 3,884.78

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $
        Value of security:           – $
        Unsecured claim                $ 3,884.78

### 11 American Express
Creditor's Name
200 Vesey Street
Number    Street

New York    NY
City         State  ZIP Code

Contact
212-640-2000
Contact phone

What is the nature of the claim? Credit Card (1)    $ 3,837.29

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $ 3,837.29
        Value of security:           – $ 0.00
        Unsecured claim                $ 3,837.29

### 12 Capital One
Creditor's Name
1439 Chain Bridge Road
Number    Street

McLean       VA    22101
City         State  ZIP Code

Contact
(800) 227-4825
Contact phone

What is the nature of the claim? Credit Card (2)    $ 1,658.95

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☐ Yes. Total claim (secured and unsecured): $ 1,658.95
        Value of security:           – $ 0.00
        Unsecured claim                $ 1,658.95

Debtor 1  Maria Denise. Reddick

Case number (if known) _____

**Unsecured claim**

**13** Credit One Bank
Creditor's Name
PO Box 98873
Number  Street

Las Vegas   NV   89193
City   State   ZIP Code

Contact
877-825-3242
Contact phone

What is the nature of the claim? Credit Card (1)    $ 1,451.56

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured):  $ 1,451.56
Value of security:  – $ 0.00
Unsecured claim  $ 1,451.56

**14** Credit One Bank
Creditor's Name
PO Box 98873

Las Vegas   NV   89193

Contact
(877) 825-3242

What is the nature of the claim? Credit Card (2)    $ 1,395.44

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

☒ No
☐ Yes. Total claim (secured and unsecured):  $ 1,395.44
Value of security:  – $ 0.00
Unsecured claim  $ 1,395.44

**15** Credit One Bank
PO Box 98873

Las Vegas   NV   89193

What is the nature of the claim? Credit Card (3)    $ 1,006.39

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

☒ No
☐ Yes. Total claim (secured and unsecured):  $ 1,006.39
Value of security:  – $ 0.00
Unsecured claim  $ 1,006.39

**16** American Express
200 Vesey Street

New York   NY   10285

Contact
(212) 640-2000

What is the nature of the claim? Credit Card (2)    $ 998.67

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

☒ No
☐ Yes. Total claim (secured and unsecured):  $ 998.67
Value of security:  – $ 0.00
Unsecured claim  $ 998.67

**17** SYNCHRONY BANK/AMAZON
PO BOX 71711

PHILADELPHIA,   PA   19176

What is the nature of the claim? Credit Card    $ 538.96

☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

☒ No
☐ Yes. Total claim (secured and unsecured):  $ 538.96
Value of security:  – $ 0.00
Unsecured claim  $ 538.96

Official Form 104    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 4

Debtor 1   Maria   Denise.   Reddick   Case number (if known) _____
          First Name  Middle Name  Last Name

**Unsecured claim**

**18**

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $ _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $ _____
          Value of security:   – $ _____
          Unsecured claim       $ _____

**19**

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $ _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $ _____
          Value of security:   – $ _____
          Unsecured claim       $ _____

**20**

Creditor's Name

Number   Street

City   State   ZIP Code

Contact

Contact phone

What is the nature of the claim? _____   $ _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ☐ Yes. Total claim (secured and unsecured):   $ _____
          Value of security:   – $ _____
          Unsecured claim       $ _____

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

*Maria D. Reddick*                            X _____
Signature of Debtor 1                          Signature of Debtor 2

Date  11/21/2024                               Date _____
      MM / DD / YYYY                                MM / DD / YYYY

Official Form 104   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   page 5