**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: | Case No. 24-00393-ELG |
| MARIA DENISE REDDICK | |
| Aka MARIA "BEBE" REDDICK | Chapter 11 |
| Dba BEBE REALTY, | |
| Debtor. | |
| _____ | |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-4, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-4 PHH MORTGAGE CORPORATION, Movant, | |
| v. | |
| MARIA DENISE REDDICK | |
| *Aka* MARIA "BEBE" REDDICK | |
| *Dba* BEBE REALTY, Debtor/Respondent, | |
| and | |
| MONIQUE DESIREE ALMY, Trustee/Respondent. | |

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO**
**PROPERTY LOCATED AT 4012 14TH STREET NW, WASHINGTON, DC 20011**

Upon review of the Motion for Relief from Automatic Stay filed herein by Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-4, Mortgage Loan Asset-Backed Certificates, Series 2007-4 ("**Movant**"), and in the absence of any opposition thereto, it is

**ORDERED** that the automatic stay imposed by 11 U.S.C. § 362(a) is TERMINATED for all purposes allowed by the Note, the Deed of Trust, and applicable law, including but not limited to allowing Movant (and any successors or assigns) to cause the commencement or continuation of a foreclosure proceeding, and/or pursue other means, as permitted by applicable law, of obtaining or transferring title to the real property belonging to the Debtor and known as 4012 14th Street NW, Washington, DC 20011 (the "**Property**"), and to allow the successful purchaser or

transferee to obtain possession of same; and it is further,

**ORDERED**, that the automatic stay of 11 U.S.C. § 362(a) shall not be re-imposed by the conversion of this case to a case under another Chapter of the United States Bankruptcy Code.

cc:

BWW Law Group, LLC
6003 Executive Blvd, Suite 101
Rockville, MD 20852

Monique Desiree Almy, Trustee
1001 Pennsylvania Avenue, N.W., 10th Fl
Washington, DC 20004-2595

Christianna Annette Cathcart
1630 First Ave N Ste B PMB 24
Fargo, ND 58102-4246

Maria Denise Reddick
aka Maria "BeBe" Reddick
dba BeBe Realty
3910 Georgia Ave NW, #619
Washington, DC 20011

And those on the attached matrix

**END OF ORDER**