Christianna A. Cathcart, Esq.
Bar No.: ND0008
THE BELMONT FIRM
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2770
E-Mail: christianna@dcbankruptcy.com
*Counsel for the Debtor*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| In re:<br><br>Maria D. Reddick<br><br>Debtor. | Case No.: 24-00393<br><br>Chapter 11<br>(Subchapter V) |

**NOTICE OF FIRE DAMAGE TO REAL PROPERTY**

Comes now Maria D. Reddick ("Ms. Reddick" or the "Debtor"), by and through undersigned counsel, and hereby provides notice that a fire occurred at real property located at 14th Street NW, Washington, DC 20011 (the "Property"). To the extent applicable, any insurance proceeds payable on account of the fire, limited to the Debtor's interest therein, constitue property of the estate and shall be administered in accordance with the Bankruptcy Code and any further order of this Court.

*[Signature and Certificate of Service on Following Page]*

1

                                                            Respectfully submitted,

Dated: November 14, 2025        By:    <u>/s/ Christianna A. Cathcart</u>
                                                        Christianna A. Cathcart, Esq.
                                                        Bar No.: ND0008
                                                        THE BELMONT FIRM
                                                        1050 Connecticut Avenue, NW, Suite 500
                                                        Washington, DC 20036
                                                        Phone: (202) 655-2770
                                                        E-Mail: christianna@dcbankruptcy.com
                                                        *Counsel for the Debtor*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November, 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                                   <u>/s/ Christianna A. Cathcart</u>
                                                                   Christianna A. Cathcart