|  | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $0.00 | $0.00 | $0.00 | $0.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $5,649.18 | $9,132.52 | $9,132.52 | $9,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $0.00 | $0.00 | $0.00 | $0.00 |
| **Class 3** | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | |
| **Total Debits** | $11,912.19 | $11,912.19 | $11,912.19 | $11,912.19 |
| | | | | |
| **Beginning Balance** | $16,772.39 | $10,509.38 | $7,729.71 | $4,950.04 |
| **Ending Balance** | $10,509.38 | $7,729.71 | $4,950.04 | $2,170.37 |

|  | 5 | 6 | 7 | 8 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $3,063.11 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $0.00 | $0.00 | $704.72 | $704.72 |
| **Class 3** | $0.00 | $0.00 | $2,003.70 | $2,003.70 |
| | | | | |
| **Total Debits** | $11,912.19 | $14,975.30 | $14,620.61 | $14,620.61 |
| | | | | |
| **Beginning Balance** | $2,170.37 | $5,390.70 | $5,547.92 | $6,059.83 |
| **Ending Balance** | $5,390.70 | $5,547.92 | $6,059.83 | $6,571.74 |

|  | 9 | 10 | 11 | 12 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $3,063.11 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $704.72 | $704.72 | $704.72 | $704.72 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | |
| **Total Debits** | $14,620.61 | $14,620.61 | $14,620.61 | $17,683.72 |
| | | | | |
| **Beginning Balance** | $6,571.74 | $7,083.65 | $7,595.56 | $8,107.47 |
| **Ending Balance** | $7,083.65 | $7,595.56 | $8,107.47 | $5,556.27 |

|  | 13 | 14 | 15 | 16 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $704.72 | $702.72 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | |
| **Total Debits** | $14,620.61 | $14,618.61 | $14,267.49 | $14,267.49 |
| | | | | |
| **Beginning Balance** | $5,556.27 | $6,068.18 | $6,582.09 | $7,447.12 |
| **Ending Balance** | $6,068.18 | $6,582.09 | $7,447.12 | $8,312.15 |

|  | 17 | 18 | 19 | 20 |
|---|---|---|---|---|
| **REVENUE** | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | |
| **DISTRBUTIONS** | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $3,063.11 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $351.60 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | |
| **Total Debits** | $14,267.49 | $17,330.60 | $14,267.49 | $14,267.49 |
| | | | | |
| **Beginning Balance** | $8,312.15 | $9,177.18 | $6,979.10 | $7,844.13 |
| **Ending Balance** | $9,177.18 | $6,979.10 | $7,844.13 | $8,709.16 |

|  | 21 | 22 | 23 | 24 | 25 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $3,063.11 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $351.60 | $351.60 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $14,267.49 | $14,267.49 | $14,267.49 | $17,330.60 | $14,267.49 |
| | | | | | |
| **Beginning Balance** | $8,709.16 | $9,574.19 | $10,439.22 | $11,304.25 | $9,106.17 |
| **Ending Balance** | $9,574.19 | $10,439.22 | $11,304.25 | $9,106.17 | $9,971.20 |

|  | 26 | 27 | 28 | 29 | 30 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $3,063.11 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $351.60 | $351.60 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $14,267.49 | $14,267.49 | $14,267.49 | $14,267.49 | $17,330.60 |
| | | | | | |
| **Beginning Balance** | $9,971.20 | $10,836.23 | $11,701.26 | $12,566.29 | $13,431.32 |
| **Ending Balance** | $10,836.23 | $11,701.26 | $12,566.29 | $13,431.32 | $11,233.24 |

|  | 31 | 32 | 33 | 34 | 35 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $351.60 | $351.60 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $14,267.49 | $14,267.49 | $14,267.49 | $14,267.49 | $14,267.49 |
| | | | | | |
| **Beginning Balance** | $11,233.24 | $12,098.27 | $12,963.30 | $13,828.33 | $14,693.36 |
| **Ending Balance** | $12,098.27 | $12,963.30 | $13,828.33 | $14,693.36 | $15,558.39 |

|  | 36 | 37 | 38 | 39 | 40 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
|  | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $3,063.11 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $351.60 | $351.60 | $351.60 | $351.60 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
|  | | | | | |
| **Total Debits** | $17,330.60 | $14,267.49 | $14,267.49 | $14,267.49 | $14,267.49 |
|  | | | | | |
| **Beginning Balance** | $15,558.39 | $13,360.31 | $14,225.34 | $15,090.37 | $15,955.40 |
| **Ending Balance** | $13,360.31 | $14,225.34 | $15,090.37 | $15,955.40 | $16,820.43 |

|  | 41 | 42 | 43 | 44 | 45 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $3,063.11 | $0.00 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $351.60 | $175.00 | $175.00 | $175.00 | $175.00 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $14,267.49 | $17,154.00 | $14,090.89 | $14,090.89 | $14,090.89 |
| | | | | | |
| **Beginning Balance** | $16,820.43 | $17,685.46 | $15,663.98 | $16,705.61 | $17,747.24 |
| **Ending Balance** | $17,685.46 | $15,663.98 | $16,705.61 | $17,747.24 | $18,788.87 |

|  | 46 | 47 | 48 | 49 | 50 |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $3,063.11 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | |
| **Total Debits** | $14,090.89 | $14,090.89 | $17,154.00 | $14,090.89 | $14,090.89 |
| | | | | | |
| **Beginning Balance** | $18,788.87 | $19,830.50 | $20,872.13 | $18,850.65 | $19,892.28 |
| **Ending Balance** | $19,830.50 | $20,872.13 | $18,850.65 | $19,892.28 | $20,933.91 |

|  | 51 | 52 | 53 | 54 | 55 | 56 |
|---|---|---|---|---|---|---|
| **REVENUE** | | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 |
| | | | | | | |
| **DISTRBUTIONS** | | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 | $91.67 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $3,063.11 | $0.00 | $0.00 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 | $508.24 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 | $485.67 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 |
| **Class 2** | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 | $175.00 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 |
| | | | | | | |
| **Total Debits** | $14,090.89 | $14,090.89 | $14,090.89 | $17,154.00 | $14,090.89 | $14,090.89 |
| | | | | | | |
| **Beginning Balance** | $20,933.91 | $21,975.54 | $23,017.17 | $24,058.80 | $22,037.32 | $23,078.95 |
| **Ending Balance** | $21,975.54 | $23,017.17 | $24,058.80 | $22,037.32 | $23,078.95 | $24,120.58 |

|  | 57 | 58 | 59 | 60 | TOTAL |
|---|---|---|---|---|---|
| **REVENUE** | | | | | |
| **Regular Income (Net)** | $5,649.18 | $5,649.18 | $5,649.18 | $5,649.18 | $305,055.72 |
| **Rental Income** | $6,000.00 | $6,000.00 | $6,000.00 | $6,000.00 | $324,000.00 |
| **RE Commission Income ($25,000/year)** | $2,083.34 | $2,083.34 | $2,083.34 | $2,083.34 | $112,500.36 |
| **Coaching Income (eXp Growth Coach $1400/mo)** | $1,400.00 | $1,400.00 | $1,400.00 | $1,400.00 | $75,600.00 |
| **Total Credits** | $15,132.52 | $15,132.52 | $15,132.52 | $15,132.52 | $817,156.08 |
|  | | | | | |
| **DISTRBUTIONS** | | | | | |
| **Schedule J Expenses** | $8,129.84 | $8,129.84 | $8,129.84 | $8,129.84 | $439,011.36 |
| **Home Maintenance, Repair and Upkeep** | $91.67 | $91.67 | $91.67 | $91.67 | $4,950.18 |
| **Real Estate Taxes** | $0.00 | $0.00 | $0.00 | $3,063.11 | $27,567.99 |
| **Property Insurance** | $508.24 | $508.24 | $508.24 | $508.24 | $27,444.96 |
| **Utilities** | $485.67 | $485.67 | $485.67 | $485.67 | $26,226.18 |
| **Class 1** | $2,696.77 | $2,696.77 | $2,696.77 | $2,696.77 | $145,625.58 |
| **Class 2** | $175.00 | $175.00 | $175.00 | $175.00 | $18,453.96 |
| **Class 3** | $2,003.70 | $2,003.70 | $2,003.70 | $2,003.70 | $108,199.80 |
|  | | | | | $0.00 |
| **Total Debits** | $14,090.89 | $14,090.89 | $14,090.89 | $17,154.00 | $797,480.01 |
|  | | | | | $0.00 |
| **Beginning Balance** | $24,120.58 | $25,162.21 | $26,203.84 | $27,245.47 | $766,268.93 |
| **Ending Balance** | $25,162.21 | $26,203.84 | $27,245.47 | $25,223.99 | $785,945.00 |