IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: ) | Case No. 24-00393 |
| ) | (Chapter 11) |
| MARIA D. REDDICK ) | |
| ) | |
| Debtor. ) | |
| ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 18th, 2025, I caused to be served the Scheduling Order (DE #107) and Maria D. Reddick's Fifth Amended Subchapter V Plan of Reorganization (DE#112), together with all exhibits thereto, excluding the redlined copy of the Plan that was originally appended as an exhibit, by First Class Mail, postage prepaid, to all parties on the attached mailing matrix, with those parties denotes ad classified under the foregoing plan, and entitled to vote thereupon, also being sent a correlative ballot.

Respectfully Submitted,

Dated: November 18, 2025,    By:    /s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue NW,
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18rd day of November 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0090-1<br>Case 24-00393-ELG<br>United States Bankruptcy Court for the Distri<br>Washington, D.C.<br>Tue Nov 18 16:15:09 EST 2025 | Deutsche Bank National Trust Company, as Tr<br>6003 Executive Blvd<br>Suite 101<br>Rockville, MD 20852-3813 | Residential One, LLC t/a 3 Tree Flats<br>Attn: Stephen A. Metz, Esq.<br>Offit Kurman, P.A.<br>7501 Wisconsin Ave, Suite 1000W<br>Bethesda, MD 20814-6604 |
| Washington, D.C.<br>E. Barrett Prettyman U. S. Courthouse<br>333 Constitution Ave, NW #1225<br>Washington, DC 20001-2802 | 11 COMCAST<br>PO Box 710<br>Norwood, MA 02062-0710 | Affirm, Inc.<br>650 California St<br>Fl 12<br>San Francisco, CA 94108-2716 |
| Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St<br>Fl 12<br>San Francisco, CA 94108-2716 | American Express<br>200 Vesey St.<br>New York, NY 10285-0002 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Amex<br>Correspondence/Bankruptcy<br>PO Box 981535<br>El Paso, TX 79998-1535 | Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 | Baltimore Gas and Electric Bg<br>2491 Paxton St<br>Harrisburg, PA 17111-1036 |
| C/O BWW Law Group, LLC<br>6003 Executive Blvd Suite 101<br>Rockville, MD 20852-3813 | Capital One<br>1439 Chain Bridge Rd.<br>Mclean, VA 22101-3721 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>PO Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One N.A.<br>by AIS InfoSource LP as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | Congressional Fcu<br>PO Box 23267<br>Washington, DC 20026-3267 |
| Credit Coll<br>PO Box 710<br>Norwood, MA 02062-0710 | Credit Collection Services<br>Attn: Bankruptcy<br>725 Canton St<br>Norwood, MA 02062-2679 | Credit One Bank<br>Attn: Bankruptcy Department<br>6801 S Cimarron Rd<br>Las Vegas, NV 89113-2273 |
| Credit One Bank<br>PO Box 98872<br>Las Vegas, NV 89193-8872 | Credit One Bank<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | D.C. Office of Tax Revenue<br>1101 4th Ave St. SW<br>Washington, DC 20024 |
| Dept of Education/Neln<br>PO Box 82561<br>Lincoln, NE 68501-2561 | Deutsche Bank National Trust Company<br>c/o PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 | Fingerhut<br>13300 Pioneer Trl<br>Eden Prairie, MN 55347-4120 |
| Fingerhut<br>Attn: Bankruptcy<br>6250 Ridgewood Rd<br>Saint Cloud, MN 56303-0820 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Kikoff Lending LLC<br>75 Broadway<br>San Francisco, CA 94111-1423 |

| | | |
|---|---|---|
| Kohl's<br>Attn: Credit Administrator<br>PO Box 3043<br>Milwaukee, WI 53201-3043 | Kohl's<br>PO Box 3115<br>Milwaukee, WI 53201-3115 | L J Ross Associates In<br>PO Box 1838<br>Ann Arbor, MI 48106-1838 |
| Lj Ross & Associates<br>Attn: Bankruptcy<br>4 Universal Way<br>Jackson, MI 49202-1455 | Luka Holding LLC<br>7406 Honesty Way<br>Bethesda, MD 20817-5550 | Maurice B. VerStandig<br>The Belmont Firm<br>1050 Connecticut Avenue, NW<br>Suite 500<br>Washington, DC 20036-5304 |
| NAVY FEDERAL CREDIT UNION<br>P. O. BOX 3000<br>MERRIFIELD, VA 22119-3000 | National Recovery Agen<br>2491 Paxton St<br>Harrisburg, PA 17111-1036 | National Recovery Agency<br>Attn: Bankruptcy<br>2491 Paxton St<br>Harrisburg, PA 17111-1036 |
| Navy Fcu<br>Attn: Bankruptcy<br>PO Box 3000<br>Merrifield, VA 22119-3000 | Navy Fcu<br>PO Box 3700<br>Merrifield, VA 22119-3700 | Navy Federal Credit Union<br>820 Follin Lane / 1007 Electric Ave<br>Vienna, VA 22180 |
| Navy Federal Credit Union<br>Attn: Bankruptcy<br>PO Box 3302<br>Merrifield, VA 22119-3302 | Navy Federal Credit Union<br>PO Box 3700<br>Merrifield, VA 22119-3700 | NelNet<br>121 South 13th St.<br>Lincoln, NE 68508-1922 |
| Nelnet<br>2401 International Ln<br>Madison, WI 53704-3121 | Nelnet<br>Attn: Claims<br>PO Box 82505<br>Lincoln, NE 68501-2505 | PHH Mortgage Corporation<br>c/o Wendy A. Locke<br>ALDRIDGE PITE, LLP<br>3333 Camino del Rio South, Suite 225<br>San Diego, CA 92108-3808 |
| PHH/NewRez c/o PH Mortgage Services<br>PO Box 24738<br>West Palm, FL 33416-4738 | Patient First<br>1807 Huguenot Rd<br>Midlothian, VA 23113-5604 | Rec Mgm Sys<br>1807 Huguenot Rd<br>Midlothian, VA 23113-5604 |
| Receivable Management Systems<br>Attn: Bankruptcy<br>PO Box 73810N<br>Chesterfield, VA 23832-8047 | Residential One dba 3 Tree Flats<br>3910 Georgia Ave NW<br>#619<br>Washington, DC 20011-5894 | (p)SELF INC<br>901 E 6TH STREET SUITE 400<br>AUSTIN TX 78702-3241 |
| Synchony Bank/Amazon<br>PO Box 71711<br>Philadelphia, PA 19176-1711 | Synchrony Bank/Amazon<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Amazon<br>PO Box 71737<br>Philadelphia, PA 19176-1737 |
| U. S. Trustee for Region Four<br>U. S. Trustee's Office<br>1725 Duke Street<br>Suite 650<br>Alexandria, VA 22314-3489 | U.S. Department of Education c/o Nelnet<br>121 S 13th St<br>Lincoln, NE 68508-1904 | US Small Business Administration<br>409 3rd St SW<br>Washington, DC 20416-0005 |

| | | |
|---|---|---|
| USDOE/GLELSI<br>2401 International Ln<br>Madison, WI 53704-3121 | USDOE/GLELSI<br>Attn: bankruptcy<br>PO Box 7560<br>Madison, WI 53707-7560 | Washington Gas<br>PO Box 1838<br>Ann Arbor, MI 48106-1838 |
| Christianna Annette Cathcart<br>The Dakota Bankruptcy Firm<br>1630 First Ave N<br>Ste B PMB 24<br>Fargo, ND 58102-4246 | Maria Denise Reddick<br>3910 Georgia Ave NW<br>#619<br>Washington, DC 20011-5894 | Maurice Belmont VerStandig<br>The VerStandig Law Firm, LLC<br>9812 Falls Road<br>#114-160<br>Potomac, MD 20854-3976 |
| Monique Desiree Almy<br>Crowell & Moring LLP<br>1001 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2595 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Selfrent
901 E 6th St
Austin, TX 78702-3206

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PHH Mortgage Corporation | (d)Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 | End of Label Matrix<br>Mailable recipients    66<br>Bypassed recipients     2<br>Total                  68 |