Christianna A. Cathcart, Esq.
Bar No. ND0008
THE BELMONT FIRM
1050 Connecticut Ave, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
E-mail: christianna@dcbankruptcy.com
*Counsel for the Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re:<br><br>MARIA D. REDDICK,<br><br>Debtor. | No. 24-00393<br><br>Chapter 11 |

### MOTION TO EXTEND TIME TO FILE OPPOSITION
### TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Comes now, Maria Reddick ("Ms. Reddick" or the "Debtor"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 9006 and Local Rule 9013-1, and moves for an extension of time—to and through December 2, 2025—to file an opposition to the Motion for Relief from the Automatic Stay, and in support thereof states as follows:

On November 14, 2025, Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-4, Mortgage Loan Asset-Backed Certificates, Series 2007-4, c/o PHH Mortgage Corporation (the "Movant"), filed its Motion for Relief from the Automatic Stay concerning the Debtor's real property located at 4012 14th Street NW, Washington, DC 20011 (the "Motion"). According to the notice accompanying the Motion, any opposition was due on or before December 1, 2025, with a hearing scheduled to proceed on December 9, 2025.

Undersigned counsel had prepared a draft opposition and intended to file it prior to the deadline; however, due to unforeseen travel delays, including a flight disruption on December 1, counsel was unable to finalize and submit the filing before the objection deadline expired. The Debtor respectfully submits that the delay was both unintentional and unavoidable under the circumstances, and that a brief, one-day extension will not prejudice the Movant or impact the scheduled hearing.

WHEREFORE, the Debtor respectfully prays this Honorable Court (i) extend the deadline to file an opposition to the Motion through and including December 2, 2025, deeming the filing timely if submitted on or before that date; and (ii) afford such other and further relief as the Court deems just and proper

Respectfully submitted,

Dated: December 1, 2025          By:     /s/ Christianna A. Cathcart
                                         Christianna A. Cathcart, Esq.
                                         Bar No. ND0008
                                         The Belmont Firm
                                         1050 Connecticut Avenue, NW
                                         Suite 500
                                         Washington, DC 20036
                                         Phone: (202) 655-2066
                                         christianna@dcbankruptcy.com
                                         *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of December 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

/s/ Christianna A. Cathcart
Christianna A. Cathcart