IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00393 |
| | ) | (Chapter 11) |
| Maria D. Reddick | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER GRANTING MOTION TO EXTEND TIME TO FILE**
**OPPOSITION TO MOTION FOR RELEIF FROM THE AUTOMATIC STAY**

Upon consideration of the Motion to Extend Time to File Opposition to Motion for Relief from the Automatic Stay (the "Motion"), the provisions of Federal Rule of Bankruptcy Procedure 9006, Local Rule 9013-1, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED; and it is further

ORDERED, that the debtor shall have to and through December 2, 2025, to file an opposition to the Motion for Relief from the Automatic Stay; and it is further

ORDERED, that any opposition filed by the Debtor on or before that date shall be deemed timely.

1

I ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtors*