✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

United States Bankruptcy Court for the | DISTRICT OF | Columbia

Deutsche Bank National Trust Company, as Trustee for Saxon
Asset Securities Trust 2007-4, Mortgage Loan Asset-Backed
Certificates, Series 2007-4 c/o PHH Mortgage Corporation

### EXHIBIT AND WITNESS LIST

V.

Maria D. Reddick

Case Number:  24-00393-ELG

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge E. Gunn | Gregory C. Mullen | Christianna Cathcart |
| TRIAL DATE (S)<br>12/09/2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Account History and Post-petition payment History Re:  4012 14th Street NW |
| | | | | | Corporate Witness: Richard Tristan, Senior Loan Analyst |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

## Account History: ▓▓▓▓ [ Account Data Views:954 ]

| Borrower: | REDDICK,MARIA D | Address: | 4012 14TH ST NW | Prin Bal: | $506,596 58 | | Investor Type: | ▓▓ |
|---|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | | City: | WASHINGTON | Add Prin Bal: | $155,497 55 (P) | | Investor #: | ▓▓ |
| Due Date: | 11/01/2016 | State: | DC | Account Type: | First Mortgage - Conventional Without PMI | | Investor Account #: | ▓▓ |
| Last Pmt Appd On: | | Zip Code: | 20011-5524 | Total Pmt Amt: | $2,626 57 | | PLS Client ID: | ▓▓ |

### Request Criteria: Type = All, Date Range = From 11/20/2024 To 12/01/2025

Row Count = 87

| Transaction Description | Applied Dt | Due Date | Payment | Principal Applied | Interest Applied | Escrow Applied | Esc Bal | Adv Bal | Suspense Applied | Corp Adv Applied | L/C Amt Applied | Fee Amt Applied | Fee Cd |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Misc Corp Adv Repay | 11/26/2025 | | $20 00 | | | | | $82,727 32 | | $20 00 | | | |
| Misc Default Exp Corp Adv | 11/26/2025 | | | | | | | $82,727 32 | | $20 00 | | | |
| Funds Application | 11/25/2025 | 11/01/2016 | $2,696 77 | | | | | $82,727 32 | $2,696 77 | | | | |
| Misc Corp Adv Repay | 10/29/2025 | | $20 00 | | | | | $82,727 32 | | $20 00 | | | |
| Misc Default Exp Corp Adv | 10/15/2025 | | | | | | | $82,727 32 | | $20 00 | | | |
| Misc Corp Adv Repay | 09/26/2025 | | $20 00 | | | | | $82,727 32 | | $20 00 | | | |
| Misc Default Exp Corp Adv | 09/15/2025 | | | | | | | $82,727 32 | | $20 00 | | | |
| Escrow Advance | 09/02/2025 | 11/01/2016 | $3,063 10 | | | $3,063 10 | | $82,727 32 | | | | | |
| City Tax Disbursement | 09/02/2025 | 08/01/2025 | -$3,063 10 | | | -$3,063 10 | -$3,063 10 | $79,664 22 | | | | | |
| Misc Corp Adv Repay | 08/26/2025 | | $20 00 | | | | | $79,664 22 | | $20 00 | | | |
| Misc Default Exp Corp Adv | 08/14/2025 | | | | | | | $79,664 22 | | $20 00 | | | |
| Misc Corp Adv Repay | 07/28/2025 | | $400 00 | | | | | $79,664 22 | | $400 00 | | | |
| Misc Corp Adv Repay | 07/28/2025 | | $20 00 | | | | | $79,664 22 | | $20 00 | | | |
| Misc Corp Adv Repay | 07/28/2025 | | $250 00 | | | | | $79,664 22 | | $250 00 | | | |
| Misc Default Exp Corp Adv | 07/18/2025 | | | | | | | $79,664 22 | | $20 00 | | | |
| Misc Corp Adv Repay | 06/26/2025 | | $20 00 | | | | | $79,664 22 | | $20 00 | | | |
| Attorney Corp Advance | 06/20/2025 | | | | | | | $79,664 22 | | $400 00 | | | |
| Misc Default Exp Corp Adv | 06/12/2025 | | | | | | | $79,664 22 | | $20 00 | | | |
| Attorney Corp Advance | 06/03/2025 | | | | | | | $79,664 22 | | $250 00 | | | |
| Misc Default Exp Corp Adv | 05/29/2025 | | | | | | | $79,664 22 | | $20 00 | | | |
| Misc Corp Adv Repay | 05/28/2025 | | $5 15 | | | | | $79,664 22 | | $5 15 | | | |
| Misc Corp Adv Repay | 05/28/2025 | | $3 42 | | | | | $79,664 22 | | $3 42 | | | |
| Misc Corp Adv Repay | 05/28/2025 | | $4 60 | | | | | $79,664 22 | | $4 60 | | | |
| Misc Corp Adv Repay | 05/28/2025 | | $14 16 | | | | | $79,664 22 | | $14 16 | | | |
| Misc Corp Adv Repay | 05/28/2025 | | $5 15 | | | | | $79,664 22 | | $5 15 | | | |
| Misc Corp Adv Repay | 05/28/2025 | | $7 73 | | | | | $79,664 22 | | $7 73 | | | |
| Misc Corp Adv Repay | 05/28/2025 | | $125 00 | | | | | $79,664 22 | | $125 00 | | | |
| Misc Corp Adv Repay | 05/28/2025 | | $20 00 | | | | | $79,664 22 | | $20 00 | | | |
| Escrow Advance | 05/21/2025 | 11/01/2016 | $2,142 00 | | | $2,142 00 | | $79,664 22 | | | | | |
| Hazard Ins Disbursement | 05/21/2025 | 06/01/2025 | -$2,142 00 | | | -$2,142 00 | -$2,142 00 | $77,522 22 | | | | | |
| Attorney Corp Advance | 05/06/2025 | | | | | | | $77,522 22 | | $775 00 | | | |
| Misc Default Exp Corp Adv | 04/29/2025 | | | | | | | $77,522 22 | | $20 00 | | | |
| Misc Corp Adv Repay | 04/28/2025 | | $20 00 | | | | | $77,522 22 | | $20 00 | | | |
| Misc Corp Adv Repay | 04/28/2025 | | $465 00 | | | | | $77,522 22 | | $465 00 | | | |
| Attorney Corp Advance | 04/14/2025 | | | | | | | $77,522 22 | | $125 00 | | | |
| Misc Corp Adv Repay | 03/26/2025 | | $400 00 | | | | | $77,522 22 | | $400 00 | | | |
| Misc Corp Adv Repay | 03/26/2025 | | $325 00 | | | | | $77,522 22 | | $325 00 | | | |
| Misc Corp Adv Repay | 03/26/2025 | | $20 00 | | | | | $77,522 22 | | $20 00 | | | |
| Misc Corp Adv Repay | 03/26/2025 | | $400 00 | | | | | $77,522 22 | | $400 00 | | | |
| Misc Default Exp Corp Adv | 03/20/2025 | | | | | | | $77,522 22 | | $20 00 | | | |
| Property Pres Corp Adv | 03/13/2025 | | | | | | | $77,522 22 | | $465 00 | | | |
| Escrow Advance | 03/12/2025 | 11/01/2016 | $3,063 11 | | | $3,063 11 | | $77,522 22 | | | | | |
| City Tax Disbursement | 03/12/2025 | 03/01/2025 | -$3,063 11 | | | -$3,063 11 | -$3,063 11 | $74,459 11 | | | | | |
| Misc Default Exp Corp Adv | 02/28/2025 | | | | | | | $74,459 11 | | $20 00 | | | |
| Misc Corp Adv Repay | 02/26/2025 | | $5 15 | | | | | $74,459 11 | | $5 15 | | | |
| Misc Corporate Adv Disb | 02/26/2025 | | | | | | | $74,459 11 | | $5 15 | | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Escrow Advance | 02/20/2025 | 11/01/2016 | $2,476 32 | | $2,476 32 | | $74,459 11 | | | |
| Hazard Ins Disbursement | 02/20/2025 | 03/01/2025 | -$2,476 32 | | -$2,476 32 | -$2,476 32 | $71,982 79 | | | |
| Attorney Corp Advance | 02/20/2025 | | | | | | $71,982 79 | | $325 00 | |
| Attorney Corp Advance | 02/20/2025 | | | | | | $71,982 79 | | $450 00 | |
| Attorney Corp Advance | 02/19/2025 | | | | | | $71,982 79 | | $400 00 | |
| Attorney Corp Advance | 02/07/2025 | | | | | | $71,982 79 | | $400 00 | |
| Misc Corp Adv Repay | 01/29/2025 | | $3 42 | | | | $71,982 79 | | $3 42 | |
| Misc Corp Adv Repay | 01/29/2025 | | $7 73 | | | | $71,982 79 | | $7 73 | |
| Misc Corp Adv Repay | 01/29/2025 | | $4 60 | | | | $71,982 79 | | $4 60 | |
| Misc Corp Adv Repay | 01/29/2025 | | $14 16 | | | | $71,982 79 | | $14 16 | |
| Misc Corp Adv Repay | 01/29/2025 | | $5 15 | | | | $71,982 79 | | $5 15 | |
| Misc Corporate Adv Disb | 01/29/2025 | | | | | | $71,982 79 | | $3 42 | |
| Misc Corporate Adv Disb | 01/29/2025 | | | | | | $71,982 79 | | $7 73 | |
| Misc Corporate Adv Disb | 01/29/2025 | | | | | | $71,982 79 | | $4 60 | |
| Misc Corporate Adv Disb | 01/29/2025 | | | | | | $71,982 79 | | $14 16 | |
| Misc Corporate Adv Disb | 01/29/2025 | | | | | | $71,982 79 | | $5 15 | |
| Misc Corp Adv Repay | 01/28/2025 | | $20 00 | | | | $71,982 79 | | $20 00 | |
| Misc Corp Adv Repay | 01/28/2025 | | $20 00 | | | | $71,982 79 | | $20 00 | |
| Misc Corp Adv Repay | 01/28/2025 | | $0 50 | | | | $71,982 79 | | $0 50 | |
| Misc Corp Adv Repay | 01/28/2025 | | $13 25 | | | | $71,982 79 | | $13 25 | |
| Escrow Advance | 01/21/2025 | 11/01/2016 | $2,545 56 | | $2,545 56 | | $71,982 79 | | | |
| Hazard Ins Disbursement | 01/21/2025 | 12/01/2025 | -$2,545 56 | | -$2,545 56 | -$2,545 56 | $69,437 23 | | | |
| Escrow Advance Repymt | 01/02/2025 | 11/01/2016 | | | -$67 75 | | $69,437 23 | | | |
| Hazard Ins Refund | 01/02/2025 | 11/01/2016 | $67 75 | | $67 75 | $67 75 | $69,504 98 | | | |
| Escrow Advance | 12/31/2024 | 11/01/2016 | $3,292 52 | | $3,292 52 | | $69,504 98 | | | |
| Hazard Ins Disbursement | 12/31/2024 | 12/01/2025 | -$3,292 52 | | -$3,292 52 | -$3,292 52 | $66,212 46 | | | |
| Restricted Corp Adv Adj | 12/24/2024 | | $20 00 | | | | $66,212 46 | | $20 00 | |
| Restricted Corp Adv Adj | 12/24/2024 | | $0 50 | | | | $66,212 46 | | $0 50 | |
| Restricted Corp Adv Adj | 12/24/2024 | | $13 25 | | | | $66,212 46 | | $13 25 | |
| Restricted Corp Adv Adj | 12/24/2024 | | -$20 00 | | | | $66,212 46 | | -$20 00 | |
| Restricted Corp Adv Adj | 12/24/2024 | | -$0 50 | | | | $66,212 46 | | -$0 50 | |
| Restricted Corp Adv Adj | 12/24/2024 | | -$13 25 | | | | $66,212 46 | | -$13 25 | |
| Misc Default Exp Corp Adv | 12/16/2024 | | | | | | $66,212 46 | | $20 00 | |
| Escrow Advance | 12/04/2024 | 11/01/2016 | $343 25 | | $343 25 | | $66,212 46 | | | |
| Hazard Ins Disbursement | 12/04/2024 | 12/01/2024 | -$343 25 | | -$343 25 | -$343 25 | $65,869 21 | | | |
| Statutory Exp Corp Adv | 12/03/2024 | | | | | | $65,869 21 | | $6 00 | |
| Attorney Corp Advance | 12/03/2024 | | | | | | $65,869 21 | | $325 00 | |
| Statutory Exp Corp Adv | 11/25/2024 | | | | | | $65,869 21 | | $250 00 | |
| Statutory Exp Corp Adv | 11/25/2024 | | | | | | $65,869 21 | | $1,545 60 | |
| Statutory Exp Corp Adv | 11/25/2024 | | | | | | $65,869 21 | | $400 00 | |
| Misc Default Exp Corp Adv | 11/22/2024 | | | | | | $65,869 21 | | $20 00 | |

Generated: 12/01/2025 4:35:39 PM

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| IN RE: | : | |
| MARIA DENISE REDDICK | : | Case No. 24-00393-ELG |
| AKA MARIA "BEBE" REDDICK | : | |
| DBA BEBE REALTY | : | |
|    Debtor. | : | Chapter 11, Subchapter V |

<u>CERTIFICATE OF SERVICE OF WITNESS AND EXHIBIT LIST</u>

     I HEREBY CERTIFY that on the 2nd day of December, 2025, a copy of foregoing was served electronically via the CM/ECF system or by first-class mail, postage prepaid:

Maria Denise Reddick
3910 Georgia Ave NW
#619
Washington, DC 20011

Maurice Belmont VerStandig
9812 Falls Road
#114-160
Potomac, MD 20854

Christianna Annette Cathcart
The Dakota Bankruptcy Firm
1630 First Ave N
Ste B PMB 24
Fargo, ND 58102-4246

_____/s/ Gregory Mullen_____
Gregory C. Mullen

1