Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtors*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00393 |
| | ) | (Chapter 11) |
| MARIA D. REDDICK | ) | |
| | ) | |
| Debtors. | ) | |

## **WITNESS AND EXHIBIT LIST**

Come now Maria D. Reddick ("Ms. Reddick" or the "Debtor"), by and through undersigned counsel, and submits the following list of exhibits and witnesses in support of confirmation of her Fifth Amended Subchapter V Plan of Reorganization (the "Plan," as found at DE #112).

## **Exhibits**

1. Declaration of Maria D. Reddick in Support of Confirmation

2. Proof of Claim (Claim No. 12-1)

3. Appraisal of 4012 14th Street NW Conducted by PHH Mortgage Corporation.

4. Loan Modification Denial Letters from PHH Mortgage Corporation

5. Homeowner Assistance Fund (HAF) Denial Letters, Cover Lettes, and Correspondence

6. Fifth Amended Plan of Reorganization and Accompanying Exhibits (DE #112)

**Witnesses**

a. Maria D. Reddick (will call)

b. Will Baiza (might call)

                                                  Respectfully submitted,

Dated: December 3, 2025      By:    /s/ Christianna A. Cathcart
                                                          Christianna A. Cathcart, Esq.
                                                          Bar No. ND0008
                                                          The Belmont Firm
                                                          1050 Connecticut Avenue, NW
                                                          Suite 500
                                                          Washington, DC 20036
                                                          Phone: (202) 655-2066
                                                          christianna@dcbankruptcy.com
                                                          *Counsel for the Debtors*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of December 2025, a copy of the foregoing was served electronically upon filing via the ECF system, with copies being sent to all parties receiving electronic notice herein.

                                                                              /s/ Christianna A. Cathcart
                                                                              Christianna A. Cathcart