IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00393 |
| | ) | (Chapter 11) |
| MARIA D. REDDICK | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

## DECLARATION OF MARIA REDDICK IN FAVOR OF CONFIRMATION

1. My name is Maria Reddick, I am over the age of eighteen, and I am competent to testify to the matters set forth herein.

2. I am the Debtor in the above-captioned proceeding and am personally familiar with the terms and provisions of the Fifth Amended Plan of Reorganization (the "Plan," as found at DE #112).

3. To the best of my knowledge, the Plan complies with all applicable provisions of Title 11 of the United States Code (the "Bankruptcy Code").

4. To the best of my knowledge, I comply with the applicable provisions of the Bankruptcy Code.

5. The Plan has been proposed in good faith, representing my genuine effort to restructure my debts and maximize recovery to creditors.

6. All payments made or to be made for professional services in connection with this case will remain subject to court approval.

7. I will continue to manage my property and financial affairs following confirmation. No changes in control or management are contemplated under the Plan, and no other individual will be appointed to manage my estate.

8. As a natural person, the rates I charge are not subject to governmental regulatory overview.

9. The Plan devotes monies in excess of those that would be available in a Chapter 7 liquidation, and each class of creditors accordingly receives at least as much under the Plan as it would in a Chapter 7 case.

10. The Plan has not been accepted by all impaired classes of creditors. I understand, however, that under Subchapter V, a plan may be confirmed even without acceptance by an impaired class, so long as certain statutory conditions are met.

11. I believe the Plan to be fair and equitable in nature, reflecting my good faith effort to reorganize and my commitment to devote all of my projected disposable income toward repayment of creditors.

12. To the best of my knowledge, the Plan provides for the payment of administrative expense obligations in accordance with the Bankruptcy Code.

13. To the best of my knowledge, I do not owe any priority tax obligations. However, the Plan provides for the full payment of any such claims, if allowed, within five years of the petition date, consistent with the Bankruptcy Code.

14. Based on my current and projected income, including wages and rental revenue, I reasonably believe I will be able to make all payments required under the Plan without undue financial hardship.

15. Confirmation of the Plan is not likely to be followed by my seeking liquidation under Chapter 7.

16. I am current on all fees due in connection with this case.

17. I do not have any domestic support obligations, nor am I required to pay any retiree benefits.

18. It is my good faith belief that any transfers to be effectuated under the plan will be so effectuated in accord with governing law.

19. I understand that the Plan provides appropriate remedies in the event I fail to make required payments including creditors to seek relief from the automatic stay if I default and no not timely cure.

20. Further declarant sayeth naught.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On 12/3/2025

Signed by:
C826FEA3BD1D4FA...
Maria D. Reddick