| Borrower | Maria Reddick | | | | File No. | 251-07373 |
| Property Address | 4012 14th St NW | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20011 |
| Lender/Client | PHH Mortgage Corporation | | | | | |

**TABLE OF CONTENTS**



Letter of Transmittal ................................................................................................... 1
URAR .......................................................................................................................... 2
URAR .......................................................................................................................... 3
Additional Comparables 4-6 ........................................................................................ 4
URAR .......................................................................................................................... 5
URAR .......................................................................................................................... 6
URAR .......................................................................................................................... 7
URAR .......................................................................................................................... 8
Market Conditions Addendum to the Appraisal Report ................................................ 9
Supplemental Addendum ............................................................................................ 10
Building Sketch ........................................................................................................... 13
Location Map ............................................................................................................... 14
Aerial Map .................................................................................................................. 15
Subject Site ................................................................................................................ 16
Subject Photos ........................................................................................................... 17
Interior Photos ............................................................................................................ 18
Interior Photos ............................................................................................................ 19
Interior Photos ............................................................................................................ 20
Photograph Addendum ................................................................................................ 21
Comparable Photos 1-3 .............................................................................................. 22
Comparable Photos 4-6 .............................................................................................. 23
USPAP Identification Addendum .................................................................................. 24
UAD Definitions Addendum ......................................................................................... 25
Appraiser License ....................................................................................................... 28
Appraiser E & O .......................................................................................................... 29
Appraiser E & O .......................................................................................................... 30

J.S. Thompson Appraisal Group
13011 Blacksmith Dr
Clarksburg, MD 20871-4383
(240) 388-8045

02/12/2025

PHH Mortgage Corporation
1 Mortgage Way
Mt. Laurel, NJ 08054

Re:  Property:        4012 14th St NW
                      Washington, DC 20011
     Borrower:        Maria Reddick
     File No.:        251-07373

Opinion of Value: $   610,000
Effective Date:       02/07/2025

In accordance with your request, we have appraised the above referenced property.  The report of that appraisal is
attached.

The purpose of the appraisal is to develop an opinion of market value for the property described in this appraisal
report, as improved, in unencumbered fee simple title of ownership.

This report is based on a physical analysis of the site and improvements, a locational analysis of the neighborhood and
city, and an economic analysis of the market for properties such as the subject.  The appraisal was developed and the
report was prepared in accordance with the Uniform Standards of Professional Appraisal Practice.

The opinion of value reported above is as of the stated effective date and is contingent upon the certification and
limiting conditions attached.

It has been a pleasure to assist you.  Please do not hesitate to contact me or any of my staff if we can be of additional
service to you.

Sincerely,

Jay Thompson
License or Certification #: CR11439
State: DC      Expires: 11/30/2026
jstappraiser@verizon.net

J.S. Thompson Appraisal Group

Case 24-00393-ELG   Doc 119-3   Filed 12/03/25   Entered 12/03/25 16:04:48   Desc
Uniform Residential Appraisal Report   File # 251-07373

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

| SUBJECT | | | | |
|---|---|---|---|---|
| Property Address 4012 14th St NW | City Washington | State DC | Zip Code 20011 | |
| Borrower Maria Reddick | Owner of Public Record Maria D Reddick | County District of Columbia | | |
| Legal Description Lot 5, Square 2694 | | | | |
| Assessor's Parcel # 2694/0005 | Tax Year 2024 | R.E. Taxes $ 6,074 | | |
| Neighborhood Name Columbia Heights | Map Reference 47764 | Census Tract 0025.04 | | |
| Occupant ☒ Owner ☐ Tenant ☐ Vacant | Special Assessments $ 0 | ☐ PUD | HOA $ 0 | ☐ per year ☐ per month |
| Property Rights Appraised ☒ Fee Simple ☐ Leasehold ☐ Other (describe) | | | | |
| Assignment Type ☐ Purchase Transaction ☐ Refinance Transaction ☒ Other (describe) Bankruptcy | | | | |
| Lender/Client PHH Mortgage Corporation | Address 1 Mortgage Way, Mt. Laurel, NJ 08054 | | | |
| Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? ☐ Yes ☒ No | | | | |
| Report data source(s) used, offering price(s), and date(s). Bright MLS, owner. The subject is not currently listed nor has it been listed within the prior 12 months. | | | | |

| CONTRACT | |
|---|---|
| I ☐ did ☐ did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed. | |
| Contract Price $ | Date of Contract | Is the property seller the owner of public record? ☐ Yes ☐ No Data Source(s) |
| Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? ☐ Yes ☐ No |
| If Yes, report the total dollar amount and describe the items to be paid. |

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| NEIGHBORHOOD | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | **Neighborhood Characteristics** | | | **One-Unit Housing Trends** | | | **One-Unit Housing** | | **Present Land Use %** |
| Location | ☒ Urban ☐ Suburban ☐ Rural | Property Values | ☐ Increasing ☒ Stable ☐ Declining | | | PRICE $ (000) | AGE (yrs) | One-Unit 65 % |
| Built-Up | ☒ Over 75% ☐ 25-75% ☐ Under 25% | Demand/Supply | ☐ Shortage ☒ In Balance ☐ Over Supply | | | 400 Low | 2-4 Unit 5 % |
| Growth | ☐ Rapid ☒ Stable ☐ Slow | Marketing Time | ☒ Under 3 mths ☐ 3-6 mths ☐ Over 6 mths | | | 1,900 High | 15 Multi-Family 15 % |
| Neighborhood Boundaries South of Military Rd/Missouri Ave, west of North Capitol St, north of Florida | | | | 875 Pred. | 125 Commercial 10 % |
| Ave and east of 16th Street. | | | | 100 Other 5 % |

Neighborhood Description  The subject is located in a market area predominantly comprised of single family detached homes, townhomes, condominium projects and multi family dwellings. All essential services are located within reasonable proximity. There are no apparent adverse market factors present. The "other" 5% present land is vacant land.

Market Conditions (including support for the above conclusions)  An analysis of the subject's competitive market area for similar competing properties, over the previous 12 months, revealed property values to be stable. This is supported by an examination by matched pair analysis of the comparable settled sales in conjunction with current pending sales and active listings. This is further supported by the Market Conditions Addendum.

| SITE | | | | | |
|---|---|---|---|---|---|
| Dimensions 20.63' x 85' | Area 1754 sf | Shape Rectangular | View A;Busy Street; | | |
| Specific Zoning Classification RF-1 | Zoning Description Residential, Single Family Row House | | | | |
| Zoning Compliance ☒ Legal ☐ Legal Nonconforming (Grandfathered Use) ☐ No Zoning ☐ Illegal (describe) | | | | | |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? ☒ Yes ☐ No If No, describe See | | | | | |
| Addendum for further comments regarding highest and best use. | | | | | |
| Utilities Public Other (describe) | | Public Other (describe) | Off-site Improvements - Type | Public | Private |
| Electricity ☒ | Water ☒ | | Street Asphalt | ☒ | |
| Gas ☒ | Sanitary Sewer ☒ | | Alley Concrete | ☒ | |
| FEMA Special Flood Hazard Area ☐ Yes ☒ No | FEMA Flood Zone X | FEMA Map # 1100010008C | FEMA Map Date 09/27/2010 | | |
| Are the utilities and off-site improvements typical for the market area? ☒ Yes ☐ No If No, describe | | | | | |
| Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? ☐ Yes ☒ No If Yes, describe | | | | | |
| The subject is located on a main transportation route with a higher commuter presence. Historical market data supports this view appeal does have a negative impact on the marketability and overall market value. There were no apparent adverse site factors noted at time of inspection.  There is adequate access to the subject site. | | | | | |

| IMPROVEMENTS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **General Description** | | **Foundation** | | **Exterior Description** | materials/condition | **Interior** | materials/condition | |
| Units ☒ One ☐ One with Accessory Unit | ☐ Concrete Slab ☐ Crawl Space | | Foundation Walls Masonry/Avg | Floors Wood,Tile/Fair | | | | |
| # of Stories 2 | ☒ Full Basement ☐ Partial Basement | | Exterior Walls Brick/Avg | Walls Drywall,Plstr/Poor | | | | |
| Type ☐ Det. ☒ Att. ☐ S-Det./End Unit | Basement Area 660 sq.ft. | | Roof Surface Metal,Built up/Poor | Trim/Finish Wood/Avg | | | | |
| ☒ Existing ☐ Proposed ☐ Under Const. | Basement Finish 90 % | | Gutters & Downspouts Aluminum/Avg | Bath Floor Tile/Avg/Poor | | | | |
| Design (Style) Rowhouse | ☒ Outside Entry/Exit ☐ Sump Pump | | Window Type Dbl.Hng,Case/Avg | Bath Wainscot Tile/Avg | | | | |
| Year Built 1920 | Evidence of ☐ Infestation none noted | | Storm Sash/Insulated Storms/Avg | Car Storage ☒ None | | | | |
| Effective Age (Yrs) 40 | ☐ Dampness ☐ Settlement | | Screens Screens/Avg | ☐ Driveway # of Cars 2 | | | | |
| Attic ☒ None | Heating ☐ FWA ☐ HWBB ☒ Radiant | | Amenities ☐ Woodstove(s) # 0 | Driveway Surface Concrete | | | | |
| ☐ Drop Stair ☐ Stairs | Other | Fuel Gas | ☐ Fireplace(s) # 0 ☒ Fence Rear Yard | ☐ Garage # of Cars 0 | | | | |
| ☐ Floor ☒ Scuttle | Cooling ☐ Central Air Conditioning | | ☐ Patio/Deck None ☒ Porch Ent. Stoop | ☐ Carport # of Cars 0 | | | | |
| ☐ Finished ☐ Heated | ☐ Individual ☒ Other Wnd.Un | | ☐ Pool None ☐ Other None | ☐ Att. ☐ Det. ☐ Built-in | | | | |
| Appliances ☒ Refrigerator ☒ Range/Oven ☐ Dishwasher ☐ Disposal ☐ Microwave ☐ Washer/Dryer ☐ Other (describe) | | | | | | | | |
| Finished area **above** grade contains: 6 Rooms 0.0 Bedrooms 1.320 Square Feet of Gross Living Area Above Grade | | | | | | | | |

Additional features (special energy efficient items, etc.).  Coffered ceilings, moldings, ceiling fans, recessed lighting, full basement with an accessory unit, and off street parking.

Describe the condition of the property (including needed repairs, deterioration, renovations, remodeling, etc.).  C5;No updates in the prior 15 years;The subject's roof appears to contain leaking that has resulted in ceiling and wall damage on the second floor. The bathroom on the second floor has been removed. The first floor ceiling in the kitchen contains damage from what appears to have been previous water damage from the pre existing bathroom. A second floor rear porch appears to have been removed. The is a second floor exterior door the opens to the outside where the porch was located.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? ☒ Yes ☐ No If Yes, describe
The subject contains an accessory unit with an additional kitchen. These are common within the subject's market area. The subject's accessory unit with an additional kitchen is legally permissible. If the subject were destroyed due to fire/disaster, it could be built back to it's present use. Comparable 2 contains a similar accessory unit. The accessory unit does not negatively impact marketability nor market value.

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? ☒ Yes ☐ No If No, describe
The subject's improvements are below market expectations. This Appraisal Report's reported gross living area conforms to the Square Footage-Method for Calculating: ANSI® Z765-2021 standards.

| | | | | | |
|---|---|---|---|---|---|
| There are | 6 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | 589,000 | to $ | 699,900 |
| There are | 23 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | 580,000 | to $ | 674,000 |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | COMPARABLE SALE # 2 | COMPARABLE SALE # 3 |
|---|---|---|---|---|
| Address | 4012 14th St NW Washington, DC 20011 | 4017 14th St NW Washington, DC 20011 | 1354 Newton St NW Washington, DC 20010 | 1345 Oak St NW Washington, DC 20010 |
| Proximity to Subject | | 0.03 miles E | 0.55 miles S | 0.43 miles S |
| Sale Price | $ | $ 625,233 | $ 625,000 | $ 600,000 |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 343.35 sq.ft. | $ 502.41 sq.ft. | $ 446.43 sq.ft. |
| Data Source(s) | | Bright#DCDC2147318;DOM 10 | Bright#DCDC2113650;DOM 94 | Bright#DCDC2161984;DOM 16 |
| Verification Source(s) | | Public Records/Visual/Agent | Public Records/Visual/Agent | Public Records/Visual/Agent |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment | DESCRIPTION | +(-) Adjustment |
| Sales or Financing | | REO | | ArmLth | | ArmLth | |
| Concessions | | Cash;0 | | Cash;0 | | Cash;0 | |
| Date of Sale/Time | | s12/24;c07/24 | | s06/24;c02/24 | | s10/24;c10/24 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 1754 sf | 1717 sf | 0 | 1638 sf | 0 | 1733 sf | 0 |
| View | A;Busy Street; | A;Busy Street; | | N;Res; | -10,000 | N;Res; | -10,000 |
| Design (Style) | AT2;Rowhouse | AT2;Rowhouse | | AT2;Rowhouse | | AT2;Rowhouse | |
| Quality of Construction | Q3 | Q3 | | Q3 | | Q3 | |
| Actual Age | 105 | 117 | 0 | 117 | 0 | 117 | 0 |
| Condition | C5 | C5 | | C5 | | C5 | |
| Above Grade | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | Total | Bdrms. | Baths | |
| Room Count | 6 | 3 | 0.0 | 6 | 3 | 1.0 | -5,000 | 6 | 3 | 1.0 | -5,000 | 6 | 3 | 1.0 | -5,000 |
| Gross Living Area | 1,320 sq.ft. | 1,821 sq.ft. | -25,000 | 1,244 sq.ft. | +4,000 | 1,344 sq.ft. | 0 |
| Basement & Finished | 660sf594sfwu | 900sf681sfwu | | 608sf464sfwu | | 672sf507sfwu | |
| Rooms Below Grade | 1rr0br1.0ba1o | 1rr0br1.0ba1o | | 1rr0br1.0ba1o | | 1rr0br0.0ba0o | +7,500 |
| Functional Utility | Poor | Poor | | Poor | | Poor | |
| Heating/Cooling | Hwr/Wndw.Un | Hwr/Wndw.Un | | Hwr/None | | Hwr/None | 0 |
| Energy Efficient Items | Storm Windows | Storm Windows | | Storm Windows | | Storm Windows | |
| Garage/Carport | 2dw | 2dw | | 2dw | | None | +10,000 |
| Porch/Patio/Deck | Stoop | Cvrd Porch | -1,500 | Cvrd Porch | -1,500 | Cvrd Porch | -1,500 |
| Patio/Deck/Shed | None | Encl. Porch | +2,500 | Deck | -1,500 | None | |
| Fireplaces | No Fireplace | No Fireplace | | No Fireplace | | No Fireplace | |
| Accessory Unit | Accessory Unit | None | +10,000 | Accessory Unit | | None | +10,000 |
| Net Adjustment (Total) | | ☒ + ☐ - $ | -19,000 | ☐ + ☒ - $ | -14,000 | ☒ + ☐ - $ | 11,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 3.0 % Gross Adj. 7.0 % $ | 606,233 | Net Adj. 2.2 % Gross Adj. 3.5 % $ | 611,000 | Net Adj. 1.8 % Gross Adj. 7.3 % $ | 611,000 |

☒ did ☐ did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) Public Records/Bright MLS Tax Records
My research ☒ did ☐ did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) Public Records/Bright MLS Tax Records
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | 10/24/2024 | | |
| Price of Prior Sale/Transfer | | $629,000 | | |
| Data Source(s) | Public Rec./MLS Tax Rec | Public Rec./MLS Tax Rec | Public Rec./MLS Tax Rec | Public Rec./MLS Tax Rec |
| Effective Date of Data Source(s) | 02/07/2025 | 02/07/2025 | 02/07/2025 | 02/07/2025 |

Analysis of prior sale or transfer history of the subject property and comparable sales   The subject had no prior transfers for the three years prior to the effective date of this Appraisal Report. Comparables 2, 3, 4 and 5 had no previous transfers for the year prior to the date of sale of their comparable sale. Comparable 1's previous transfer was the result of a non arms length transaction due to foreclosure.

Summary of Sales Comparison Approach   All five comparables are competing homes located within the subject's competing market area. Due to the subject's condition and overall market appeal, there is a lack of an abundance of similar competing comparable market data. All five comparables contain similar overall condition as the subject. Equal consideration is placed on comparables 1-3. Comparable 1 is the most recent sale and is located across the street from the subject property. Comparable 2 is the only available comparable sale that contains a basement accessory unit. Comparable 3 is an additional nearby comparable sale with similar overall market appeal. Comparables 4 and 5 are two pending sales with similar overall market appeal located within the subject's competing market area. See the attached Supplemental Addendum for additional comments regarding the Sales Comparison Approach.

Indicated Value by Sales Comparison Approach $   610,000

| Indicated Value by: Sales Comparison Approach $ | 610,000 | Cost Approach (if developed) $ | 617,986 | Income Approach (if developed) $ | 0 |
|---|---|---|---|---|---|

Most consideration is placed on the sales comparison analysis. The cost approach is a less reliable indicator of market value. The income approach was not deemed necessary by the client for this assignment. The income approach was not necessary in providing a credible Appraisal Report. Thus, no income approach was provided.

This appraisal is made ☒ "as is", ☐ subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, ☐ subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or ☐ subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:   This is an Appraisal Report. The purpose and intended user of this report is for a mortgage/bankruptcy transaction by the lender/client. It is not intended for any other use.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is
$ 610,000 , as of 02/07/2025 , which is the date of inspection and the effective date of this appraisal.

80749410444
File # 251-07373

| FEATURE | SUBJECT | COMPARABLE SALE # 4 | | COMPARABLE SALE # 5 | | COMPARABLE SALE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 4012 14th St NW | 1356 Randolph St NW | | 609 Delafield Pl NW | | | |
| | Washington, DC 20011 | Washington, DC 20011 | | Washington, DC 20011 | | | |
| Proximity to Subject | | 0.14 miles SE | | 0.90 miles NE | | | |
| Sale Price | $ | | $ 677,000 | | $ 600,000 | | $ |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 476.76 sq.ft. | | $ 537.63 sq.ft. | | $ sq.ft. | |
| Data Source(s) | | Bright#DCDC2096740;DOM 100 | | Bright#DCDC2163710;DOM 2 | | | |
| Verification Source(s) | | Public Records/Visual/Agent | | Public Records/Visual/Agent | | | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing | | Listing | | Listing | | | |
| Concessions | | | | | | | |
| Date of Sale/Time | | c02/25 | | c10/24 | | | |
| Location | N;Res; | N;Res; | | N;Res; | | | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site | 1754 sf | 2909 sf | -10,000 | 1607 sf | 0 | | |
| View | A;Busy Street; | N;Res; | -10,000 | N;Res; | -10,000 | | |
| Design (Style) | AT2;Rowhouse | SD2;Rowhouse | -20,000 | AT2;Rowhouse | | | |
| Quality of Construction | Q3 | Q3 | | Q3 | | | |
| Actual Age | 105 | 105 | | 97 | 0 | | |
| Condition | C5 | C5 | | C5 | | | |
| Above Grade | Total Bdrms. Baths | Total Bdrms. Baths | | Total Bdrms. Baths | | Total Bdrms. Baths | |
| Room Count | 6  3  0.0 | 6  3  1.1 | -7,500 | 6  3  1.0 | -5,000 | | |
| Gross Living Area | 1,320 sq.ft. | 1,420 sq.ft. | -5,000 | 1,116 sq.ft. | +10,000 | sq.ft. | |
| Basement & Finished | 660sf594sfwu | 710sf600sfwo | 0 | 648sf283sfwo | 0 | | |
| Rooms Below Grade | 1rr0br1.0ba1o | 1rr0br1.0ba2o | -5,000 | 1rr0br0.0ba0o | +7,500 | | |
| Functional Utility | Poor | Poor | | Poor | | | |
| Heating/Cooling | Hwr/Wndw.Un | Hwr/None | 0 | Hwr/None | 0 | | |
| Energy Efficient Items | Storm Windows | Storm Windows | | Storm Windows | | | |
| Garage/Carport | 2dw | 2dw | | None | +10,000 | | |
| Porch/Patio/Deck | Stoop | Cvrd Porch | -1,500 | Cvrd Porch | -1,500 | | |
| Patio/Deck/Shed | None | 2/Encl.Porch | -5,000 | | | | |
| Fireplaces | No Fireplace | No Fireplace | | No Fireplace | | | |
| Accessory Unit | Accessory Unit | None | +10,000 | None | +10,000 | | |
| Net Adjustment (Total) | | ☐ + ☒ - $ | -54,000 | ☒ + ☐ - $ | 21,000 | ☐ + ☐ - $ | |
| Adjusted Sale Price | | Net Adj. 8.0 % | | Net Adj. 3.5 % | | Net Adj. % | |
| of Comparables | | Gross Adj. 10.9 % $ | 623,000 | Gross Adj. 9.0 % $ | 621,000 | Gross Adj. % $ | |

Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE # 4 | COMPARABLE SALE # 5 | COMPARABLE SALE # 6 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | | | | |
| Price of Prior Sale/Transfer | | | | |
| Data Source(s) | Public Rec./MLS Tax Rec | Public Rec./MLS Tax Rec | Public Rec./MLS Tax Rec | |
| Effective Date of Data Source(s) | 02/07/2025 | 02/07/2025 | 02/07/2025 | |

Analysis of prior sale or transfer history of the subject property and comparable sales

Analysis/Comments    **Comparable 4's contract date is 02/05/2025**    The subject contains curable functional and physical obsolescence. The water and electric utilities in the basement accessory unit were functioning. The water and electric utilities on the first and second floor were not functioning. The basement accessory unit is currently habitable and has received updating that meets market expectations. Thus, the subject is classified as C5 property condition.

Form 1004UAD.(AC) - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

**ADDITIONAL COMMENTS**

See attached addendum for additional comments.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value) The site value is an allocation due to a lack of relevant land sales within the market area. This allocation is supported by an examination of relevant available historical land sales in conjunction with public tax assessments. The appraiser notes that although the land to value ratio in the Cost Approach and in the Sales Comparison Analysis slightly exceeds the customary guidelines, they are typical for the market area and are not an adverse factor affecting marketability.

ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW

| OPINION OF SITE VALUE | | =$ | 475,000 |
|---|---|---|---|
| DWELLING | 1,320 Sq.Ft. @ $ 250.00 | =$ | 330,000 |
| | 660 Sq.Ft. @ $ 150.00 | =$ | 99,000 |
| | | =$ | |
| Garage/Carport | Sq.Ft. @ $ | =$ | |
| Total Estimate of Cost-New | | =$ | 429,000 |

Source of cost data  Marshall Swift
Quality rating from cost service  Avg    Effective date of cost data  02/07/2025

Comments on Cost Approach (gross living area calculations, depreciation, etc.)
The estimated remaining economic life of the subject property is 20 years. Dwelling costs are blend of local builder's costs and Marshall Swift Residential Cost Handbook. No functional, external or physical obsolescence noted. See attached sketch for dwelling dimensions. Insulation not observed, it is assumed present and adequate.

| Less | Physical | Functional | External | | |
|---|---|---|---|---|---|
| Depreciation | 286,014 | | 10,000 | =$( | 296,014) |
| Depreciated Cost of Improvements | | | | =$ | 132,986 |
| "As-is" Value of Site Improvements | | | | =$ | 10,000 |

Estimated Remaining Economic Life (HUD and VA only)  20  Years

| INDICATED VALUE BY COST APPROACH | =$ | 617,986 |
|---|---|---|

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $  0    X Gross Rent Multiplier  0  = $  0    Indicated Value by Income Approach

Summary of Income Approach (including support for market rent and GRM) The income approach was not deemed necessary by the client for this assignment. The income approach was not necessary in providing a credible Appraisal Report. Thus, no income approach was provided.

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)? ☐ Yes ☐ No    Unit type(s) ☐ Detached ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.

Legal Name of Project

| Total number of phases | Total number of units | Total number of units sold |
|---|---|---|
| Total number of units rented | Total number of units for sale | Data source(s) |

Was the project created by the conversion of existing building(s) into a PUD? ☐ Yes ☐ No  If Yes, date of conversion.

Does the project contain any multi-dwelling units? ☐ Yes ☐ No  Data Source

Are the units, common elements, and recreation facilities complete? ☐ Yes ☐ No  If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association? ☐ Yes ☐ No  If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK:   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE:   The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER:   The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE:   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:   The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

Case 24-00393-ELG   Doc 119-3   Filed 12/03/25   Entered 12/03/25 16:04:48   Desc
Uniform Residential Appraisal Report
Appraisal   Page 8 of 31

8074941044
File #   251-07373

**APPRAISER'S CERTIFICATION:**          The   Appraiser   certifies   and   agrees   that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Uniform Residential Appraisal Report    File # 251-07373

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name  Jay Thompson | Name |
| Company Name  J.S. Thompson Appraisal Group | Company Name |
| Company Address  13011 Blacksmith Dr | Company Address |
| Clarksburg, MD 20871-4383 | |
| Telephone Number  (240) 388-8045 | Telephone Number |
| Email Address  jstappraiser@verizon.net | Email Address |
| Date of Signature and Report  02/12/2025 | Date of Signature |
| Effective Date of Appraisal  02/07/2025 | State Certification # |
| State Certification #  CR11439 | or State License # |
| or State License # | State |
| or Other (describe)  State # | Expiration Date of Certification or License |
| State  DC | |
| Expiration Date of Certification or License  11/30/2026 | SUBJECT PROPERTY |

ADDRESS OF PROPERTY APPRAISED

4012 14th St NW
Washington, DC 20011

APPRAISED VALUE OF SUBJECT PROPERTY $    610,000

LENDER/CLIENT

Name  E Street Appraisal Management
Company Name  PHH Mortgage Corporation
Company Address  1 Mortgage Way, Mt. Laurel, NJ 08054

Email Address

SUBJECT PROPERTY
☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
   Date of Inspection
☐ Did inspect interior and exterior of subject property
   Date of Inspection

COMPARABLE SALES
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
   Date of Inspection

**Market Conditions Addendum to the Appraisal Report**                    File No. 251-07373

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 4012 14th St NW | City | Washington | State | DC | ZIP Code | 20011 |
|---|---|---|---|---|---|---|---|

Borrower   Maria Reddick

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 13 | 7 | 5 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 2.17 | 2.33 | 1.67 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Total # of Comparable Active Listings | n/a See Below | n/a See Below | 6 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | n/a See Below | n/a See Below | 3.6 | ☐ Declining | ☒ Stable | ☐ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | 596,450 | 648,700 | 622,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 34 | 49 | 21 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | n/a See Below | n/a See Below | 649,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | n/a See Below | n/a See Below | 51 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 100.00 | 102.34 | 100.00 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | ☒ Yes | ☐ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).       While the 0-6 month time period appears to support increasing property values, it is based on such limited data as to be unreliable in determining the overall stability of market values as indicated on Page 1 of 6 of the URAR Form 1004. Seller's concessions are typical up to 3% of the sales price for homes in this market area. **Due to expired listings, withdrawn listings and listings that settled during that time period, accurate listing data for the prior 4-12 months was not deemed to be accurate. Thus the listing data information for the 4-12 month time period was not provided.**

Are foreclosure sales (REO sales) a factor in the market?   ☐ Yes   ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
While foreclosure sales have been present within the market area over the previous 12 months, they are not in abundance nor a driving factor affecting market values within this market area.

Cite data sources for above information.       Bright MLS, local real estate agents, appraiser files.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
An examination of competing sales over the previous 12 months in conjunction with similar appealing available inventory supports the stability of market values within the market area.

If the subject is a unit in a condominium or cooperative project, complete the following:                    Project Name:

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes   ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

| | Signature | | Signature | |
|---|---|---|---|---|
| Appraiser Name | Jay Thompson | | Supervisory Appraiser Name | |
| Company Name | J.S. Thompson Appraisal Group | | Company Name | |
| Company Address | 13011 Blacksmith Dr, Clarksburg, MD 20871-4383 | | Company Address | |
| State License/Certification # | CR11439 | State DC | State License/Certification # | State |
| Email Address | jstappraiser@verizon.net | | Email Address | |

**Supplemental Addendum**

File No. 251-07373

| Borrower | Maria Reddick | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4012 14th St NW | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20011 |
| Lender/Client | PHH Mortgage Corporation | | | | | | |

## SCOPE OF THE APPRAISAL

This appraisal report is classified as an "Appraisal Report" under the guidelines of the Uniform Standards of Professional Appraisal Practices (USPAP) promulgated by the Appraisal Foundation. It is a concise report, which contains the salient conditions of the subject's valuation. The highest and best use is considered the value in use.

I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

The Appraiser certifies and agrees that:

(1) The analyses, opinions and conclusions were developed, and this report was prepared, in conformity with the Uniform Standards of Professional Appraisal Practice ("USPAP"), and in accordance with the regulations developed by the Lender's Federal Regulatory Agency as required by FIRREA.

(2) Compensation is not contingent upon the reporting of predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence of a subsequent event.

(3) This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

The Scope of the Appraisal Report consists of:
- Define the parameter of the appraisal assignment.
- Physical inspection of the subject property.
- Consideration of relevant economic and highest and best use factors.
- Consideration of physical characteristics, zoning and/or other restrictions.
- Complete application of appropriate valuation methods.
- Reconciliation of value indicators and conclusion of value.
- Provide a written report of appraisal analysis and finding on a standard URAR form.

The appraiser notes that this report is a true original report. It contains an electronic signature as the report was transmitted to the lender via "edi". The appraisal contains a digital signature security feature for all appraisers signing the report. The appraiser(s) ensures the signature(s) are protected and only the appraiser(s) maintain control of the signature.

## SUBJECT

This Appraisal Report's reported gross living area conforms to the Square Footage-Method for Calculating: ANSI® Z765-2021 standards. The subject dwelling was physically measured by the appraiser. All measurements have been taken to the nearest inch and the final square footage has been reported to the nearest whole square foot.

The subject contains a basement accessory unit. These are common within the subject's market area. The accessory unit is legally permissible. If the subject were destroyed due to fire/disaster, it could be built back to it's present use. The subject's basement accessory unit does not negatively impact marketability nor market value. The impact on market value for the subject's accessory dwelling unit was extrapolated from matched pair analysis of the available current and historical market data and adjusted for separately as a line item adjustment in the Sales Comparison Analysis.

As required by state/jurisdictional law, the subject property does not contain the required installed smoke and CO detectors.

The subject's utilities (furnace, hot water heater) were not able to be accessed and observed at the time of inspection. Thus, the clients requested pictures of the utilities were not able to be provided.

**Supplemental Addendum**

File No. 251-07373

| Borrower | Maria Reddick | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4012 14th St NW | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20011 |
| Lender/Client | PHH Mortgage Corporation | | | | | |

### HIGHEST AND BEST USE

The subject's highest and best use is as currently improved. The subject is legally allowable, physically possible, financially feasible and maximally productive.

### SITE

Per a review of the appropriate Flood Insurance Rate Map, the subject property does not appear to be located in a federally designated flood plain.

### EXPOSURE TIME

Exposure Time is the estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal. Exposure time is a retrospective opinion based on an analysis of past events assuming a competitive and open market. Marketing Time is an opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. In other words, exposure time occurs before the effective date of the appraisal, whereas marketing time occurs after the effective date. Generally, in a stable and balanced market, the results of both marketing and exposure time will reflect similar ranges. Based on statistical analysis and the examination of relevant sales history of comparable properties, the reasonable exposure time for the subject property type is 0-3 months.

### MARKET AREA

The subject's opinion of market value is less than the market area's predominant value. This is result of the subject's condition and overall appeal. The subject's improvements are not typical for the market area and are an adverse factor impacting marketability.

The estimate 10% commercial land use refers to the essential services < shopping, banking, schools, etc. > and is a positive factor enhancing marketability.

### DEPRECIATION

The age to life method of depreciation is utilized for the subject property and comparables, which results in an effective age. This method of depreciation is especially applicable in older urban areas such as the subject's market area. This is due to a generally ongoing re gentrification process. Most homes in the area are older homes, however, have received ongoing updating and/or remodeling thus reducing it's effective age less than the chronological age. All curable physical depreciation is included in the subject's effective age. Upon selection of the most similar competing comparables, similar effective ages are greatly taken into consideration. While the exact items of curable physical depreciation may not be the same, if the overall effective ages are similar then generally the condition would be referred to as similar. If there were a difference in overall condition due to either more recent or less recent updating/remodeling then this would be adjusted for.

### SALES COMPARISON ANALYSIS

These comparables contain market derived adjustments to reflect the market impact of their different lot size, site/view appeal, design/style, gross living area, number of above grade bathrooms, parking, basement finishes, exterior amenities and existence of an accessory dwelling unit. These adjustments were extrapolated from matched pair analysis of current and historic comparable market data within the subject's competing market area.

## Supplemental Addendum

File No. 251-07373

| Borrower | Maria Reddick | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4012 14th St NW | | | | | | |
| City | Washington | County | District of Columbia | | State | DC | Zip Code | 20011 |
| Lender/Client | PHH Mortgage Corporation | | | | | | |

The subject's lack of an above grade bathroom was unable to be bracketed by the comparables provided within this Appraisal Report. There was no available market data that also contained no above grade bathrooms and were also more overall similar to the subject property than the comparables provided within this Appraisal Report. Thus the "across the board" adjustment, for the subject's lack of an above grade bathroom, could not be avoided.  Matched pair analysis of historical competing comparable properties were utilized to support the market derived adjustments to these comparables. The most comparable properties in terms of overall appeal to the market were utilized and as such provide the most valid indicators of market value for the subject property.

The subject is located on a busy street with a higher commuter presence. Historical market data supports this view appeal does have a negative impact on marketability and overall market value. Comparable 1 provided in this Appraisal Report contains a similar busy street view appeal. A matched pair analysis of the competing comparable properties was utilized to reflect the market impact of the subject's busy street view appeal and support the market derived adjustments to comparables 2-5.

Comparable 4 contains a market derived lot size adjustment to the reflect the market impact of its superior size lot when directly compared to the subject. The difference in the lot sizes of comparables 1, 2, 3 and 5, when compared to the subject, was not significant enough to warrant a lot size adjustment.

The settlement date of comparable 2 exceeds the customary guidelines. Its use was unavoidable due to the lack of an abundance of more recently sold similar competing market data. This is a similar appealing home, that contains a similar basement accessory unit, that a prudent buyer would consider upon purchase of the subject property and as such is a valid indicators of market value.

Two comparable sales that have contracted/settled within the prior 90 days were not able to be provided for this Appraisal Report. After comparable 1, comparables 2 and 3 are the most recently sold comparable sales available located within the subject's market area. Market prices have remained stable since the time of these comparables' transactions. They are similar appealing homes within the subject's market area that a prudent buyer would consider upon purchase of the subject property and as such are valid indicators of market value for the subject property. Providing an additional sale that contracted/settled within the prior 90 days would only result in providing market data that is not as comparable to the subject property and/or market data that is not located within the subject's competing market area and as such would be a less valid indictor of market value for the subject property.

The variance in the price per living area of the comparable sales is due to the varying degree of amenities such as lot size, site/view appeal, design/style, gross living area, number of above grade bathrooms, parking, basement finishes, exterior amenities and existence of an accessory dwelling unit. These are reflected in the price per living area calculation.

The search criteria utilized for comparable properties to the subject property consisted of an analysis of the market activity of similar appealing dwellings located within the subject's described market area on page 1 of the URAR. From these potential comparables, the most overall similar properties in terms of market location appeal, overall physical characteristics, overall modernizing and relevancy of the current market data were chosen and directly compared to the subject property.

It is the appraiser's opinion that the comparables provided in the Appraisal Report was the most comparable available market data, as of the effective date, that contain similar location appeal, condition, utility, gross living area, quality and overall appeal to the market.  Therefore, these are the best comparables to develop an accurate opinion of market value for the subject property.

## ENVIRONMENTAL CONDITIONS

The appraiser has made no investigation and has been provided with no information concerning radon gas or lead base paint in the subject property, therefore the appraiser makes no warranties and accepts no liabilities for any potential conditions.

**Building Sketch**

| | | |
|---|---|---|
| Borrower | Maria Reddick | |
| Property Address | 4012 14th St NW | |
| City | Washington | County District of Columbia   State DC   Zip Code 20011 |
| Lender/Client | PHH Mortgage Corporation | |

**This Appraisal Report conforms to the Square Footage-Method for Calculating: ANSI® Z765-2021 standards.**



TOTAL Sketch by a la mode

**Area Calculations Summary**

| Living Area | | Calculation Details |
|---|---|---|
| First Floor | 660.16 Sq ft | 20.63 × 32 = 660.16 |
| Second Floor | 660.16 Sq ft | 32 × 20.63 = 660.16 |
| **Total Living Area (Rounded):** | **1320 Sq ft** | |
| Non-living Area | | |
| Basement | 660.16 Sq ft | 20.63 × 32 = 660.16 |

**Location Map**

| Borrower | Maria Reddick | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4012 14th St NW | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20011 |
| Lender/Client | PHH Mortgage Corporation | | | | | |



**Aerial Map**

| Borrower | Maria Reddick | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4012 14th St NW | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20011 |
| Lender/Client | PHH Mortgage Corporation | | | | | |





**Subject Photo Page**

| | |
|---|---|
| Borrower | Maria Reddick |
| Property Address | 4012 14th St NW |
| City | Washington |
| Lender/Client | PHH Mortgage Corporation |

| | |
|---|---|
| County | District of Columbia |
| State | DC |
| Zip Code | 20011 |



### Subject Front

4012 14th St NW
Sales Price
Gross Living Area      1,320
Total Rooms             6
Total Bedrooms          3
Total Bathrooms         0.0
Location                N;Res;
View                    A;Busy Street;
Site                    1754 sf
Quality                 Q3
Age                     105



### Subject Rear



### Subject Street

**Interior Photos**

| | |
|---|---|
| Borrower | Maria Reddick |
| Property Address | 4012 14th St NW |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20011 |
| Lender/Client | PHH Mortgage Corporation |



**Foyer/Entry**



**Living Room**



**Dining Room**



**Kitchen**



**Kitchen**



**Kitchen**

**Interior Photos**

| Borrower | Maria Reddick | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4012 14th St NW | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20011 |
| Lender/Client | PHH Mortgage Corporation | | | | | | |



**Bedroom 1**



**Bedroom 2**



**Bedroom 3**



**Area where bathroom was**



**Basement Recreation Room**



**Basement Kitchen**

**Interior Photos**

| | |
|---|---|
| Borrower | Maria Reddick |
| Property Address | 4012 14th St NW |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20011 |
| Lender/Client | PHH Mortgage Corporation |



**Basement Full Bathroom part 1**



**Basement Full Bathroom part 2**



**Washer Dryer**



**Parking**

**Intentionally Left Blank**

**Intentionally Left Blank**

**Photograph Addendum**

| Borrower | Maria Reddick | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4012 14th St NW | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20011 |
| Lender/Client | PHH Mortgage Corporation | | | | | | |



**Ceiling in Kitchen below Second Floor Bathroom Area**



**Second Floor Ceiling**



**Second Floor Ceiling**



**Second Floor Ceiling**



**Second Floor Wall**



**Missing Second Floor Porch**

| Borrower | Maria Reddick | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4012 14th St NW | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20011 |
| Lender/Client | PHH Mortgage Corporation | | | | | | |



### Comparable 1

**4017 14th St NW**

| | |
|---|---|
| Prox. to Subject | 0.03 miles E |
| Sale Price | 625,233 |
| Gross Living Area | 1,821 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | A;Busy Street; |
| Site | 1717 sf |
| Quality | Q3 |
| Age | 117 |



### Comparable 2

**1354 Newton St NW**

| | |
|---|---|
| Prox. to Subject | 0.55 miles S |
| Sale Price | 625,000 |
| Gross Living Area | 1,244 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1638 sf |
| Quality | Q3 |
| Age | 117 |



### Comparable 3

**1345 Oak St NW**

| | |
|---|---|
| Prox. to Subject | 0.43 miles S |
| Sale Price | 600,000 |
| Gross Living Area | 1,344 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1733 sf |
| Quality | Q3 |
| Age | 117 |

**Comparable Photo Page**

| Borrower | Maria Reddick | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 4012 14th St NW | | | | | | |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20011 |
| Lender/Client | PHH Mortgage Corporation | | | | | | |



### Comparable 4

1356 Randolph St NW

| | |
|---|---|
| Prox. to Subject | 0.14 miles SE |
| Sale Price | 677,000 |
| Gross Living Area | 1,420 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.1 |
| Location | N;Res; |
| View | N;Res; |
| Site | 2909 sf |
| Quality | Q3 |
| Age | 105 |



### Comparable 5

609 Delafield Pl NW

| | |
|---|---|
| Prox. to Subject | 0.90 miles NE |
| Sale Price | 600,000 |
| Gross Living Area | 1,116 |
| Total Rooms | 6 |
| Total Bedrooms | 3 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 1607 sf |
| Quality | Q3 |
| Age | 97 |

### Comparable 6

| | |
|---|---|
| Prox. to Subject | |
| Sale Price | |
| Gross Living Area | |
| Total Rooms | |
| Total Bedrooms | |
| Total Bathrooms | |
| Location | |
| View | |
| Site | |
| Quality | |
| Age | |

USPAP ADDENDUM

| File No. | 251-07373 |
|---|---|

| Borrower | Maria Reddick |
|---|---|
| Property Address | 4012 14th St NW |
| City | Washington | County | District of Columbia | State | DC | Zip Code | 20011 |
| Lender | PHH Mortgage Corporation |

This report was prepared under the following USPAP reporting option:

☒ Appraisal Report             This report was prepared in accordance with USPAP Standards Rule 2-2(a).

☐ Restricted Appraisal Report     This report was prepared in accordance with USPAP Standards Rule 2-2(b).

**Reasonable Exposure Time**
My opinion of a reasonable exposure time for the subject property at the market value stated in this report is:      1-90 days

**Additional Certifications**
I certify that, to the best of my knowledge and belief:

☒ I have NOT performed services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the
    three-year period immediately preceding acceptance of this assignment.

☐ I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year
    period immediately preceding acceptance of this assignment. Those services are described in the comments below.

- The statements of fact contained in this report are true and correct.
- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no  personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

**Additional Comments**

**APPRAISER:**

Signature:
Name: Jay Thompson
Date Signed: 02/12/2025
State Certification #: CR11439
or State License #:
State: DC
Expiration Date of Certification or License: 11/30/2026
Effective Date of Appraisal: 02/07/2025

**SUPERVISORY APPRAISER: (only if required)**

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser Inspection of Subject Property:
☐ Did Not    ☐ Exterior-only from Street    ☐ Interior and Exterior

UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

Quality Ratings and Definitions (continued)

Q3

Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4

Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5

Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6

Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated

Little or no updating or modernization. This description includes, but is not limited to, new homes.

Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated

The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.

An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled

Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.

A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases. Quarter baths (baths that feature only a toilet) are not included in the bathroom count. The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

UAD DEFINITIONS ADDENDUM (Source of Truth for UAD FIELD-SPECIFIC DEFINITIONS and Forms)
(Source: Fannie Mae and Freddie Mac UAD: UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

UAD Version 9/2011 (Updated 1/2014)

**Appraiser License**



The Department of Licensing and Consumer Protection grants this license, in support of and under the authority of the:

## District of Columbia Real Estate Appraisers

To:   JAY THOMPSON

As a:   Appraiser Certified Residential

Affiliated With:
                    13011 Blacksmith Dr
                    Clarksburg, MD 20871

License Number:                    Issuance Date:                    Expiration Date:
        CR11439                            7/29/2008                            2/28/2026

Tiffany Crowe
Director
Department of Licensing and Consumer Protection

**THE CINCINNATI SPECIALTY UNDERWRITERS INSURANCE COMPANY**

# ERRORS AND OMISSIONS LIABILITY
## Residential Appraisers
# COVERAGE PART DECLARATIONS
## CLAIMS-MADE

Attached to and forming part of POLICY NUMBER: <u>CSU0113178</u>          Effective date: <u>04/12/2024</u>

Named Insured: <u>Jay S. Thompson</u>

### LIMITS OF INSURANCE

EACH OCCURRENCE LIMIT          $ 1,000,000
ANNUAL AGGREGATE LIMIT         $ 2,000,000
RETENTION                               NONE                    PER WRONGFUL ACT
The stated Retention applies to this policy.  If no retention applies, enter NONE

Business Description of the Insured(s):
Residential Appraisers

### DEFENSE COSTS
The following applies only when indicated in the selection box:
☒ **"DEFENSE COSTS": The limits of insurance available to pay damages or settlements will be
   reduced and may be exhausted by amounts incurred for "defense costs".**

### RETROACTIVE DATE
THIS INSURANCE DOES NOT APPLY TO INJURY ARISING OUT OF OR CAUSED BY A "WRONGFUL ACT"
WHICH WAS COMMITTED BEFORE THE RETROACTIVE DATE, IF ANY, SHOWN BELOW.

RETROACTIVE DATE: 04/12/2004
                         Enter date or NONE if no retroactive date applies.

**FORMS AND ENDORSEMENTS APPLICABLE TO THIS COVERAGE PART:**
Refer to Forms and Endorsements Schedule CSPA 496

**ERRORS AND OMISSIONS LIABILITY PREMISES SCHEDULE:** Refer to CSEO 400

**ERRORS AND OMISSIONS LIABILITY CLASSIFICATION AND PREMIUM SCHEDULE:**
Refer to CSEO 401

                                                    **TOTAL DEPOSIT PREMIUM** $ 914.00
Premium is subject to annual audit: ☐ Yes ☒ No

Includes copyrighted material of ISO
Properties, Inc., with its permission.

CSEO 500 08 08                                                              Page 1 of 1



## The Cincinnati Specialty Underwriters Insurance Company
A Stock Insurance Company

**Headquarters:** 6200 S. Gilmore Road, Fairfield, OH 45014-5141
**Mailing address:** P.O. Box 145496, Cincinnati, OH 45250-5496
*www.cinfin.com* ■ 513-870-2000

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** CSU0113178          **PREVIOUS POLICY NUMBER:** CSU0113178

**NAMED INSURED AND MAILING ADDRESS:**
Jay S. Thompson

Refer to Named Insured Schedule CSIA409
13011 BLACKSMITH DR
CLARKSBURG MD 20871

| PRODUCER - Your contact for matters pertaining to this policy: 24-017 | Surplus Lines Broker: |
|---|---|
| AssuredPartners of Missouri, LLC<br>12645 OLIVE BLVD STE 300<br>SAINT LOUIS MO 63141 | 99991427<br>CSU Producer Resources, Inc.<br>6200 South Gilmore Road<br>Fairfield, OH 45014-5141<br>Scott Hintze |

**Policy Period: From** 04/12/2024    **To** 04/12/2025    AT 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

**Form of Business:**
☒ Individual ☐ Partnership ☐ Corporation ☐ Joint Venture ☐ Limited Liability Company ☐ Other

**Business Description:** Residential Real Estate Appraiser

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| COVERAGE PARTS | | PREMIUM |
|---|---|---|
| **DEPOSIT PREMIUM** | | |
| Errors and Omissions Liability | $ | 914.00 |
| **TOTAL POLICY PREMIUM** | $ | 914.00 |

**CANCELLATION MINIMUM EARNED PREMIUM IS** 25.0% OF TOTAL POLICY PREMIUM.

| | | |
|---|---|---|
| Broker Fee | $ | 50.00 |
| Surplus Lines Taxes | $ | 27.42 |
| Stamping Fee | | N/A |
| Other Taxes or Fees | | N/A |
| **TOTAL** | $ | 991.42 |

**Premium is subject to annual audit:** ☐ Yes ☒ No

**NOTICE TO POLICYHOLDER:**
This insurance is issued by a nonadmitted insurer not under the jurisdiction of the Maryland Insurance Commissioner.

Billing Method: **Direct Bill**

THIS IS NOT A BILL. You will receive a separate invoice if a premium charge or return is due.