**PHH Mortgage Corporation**

**PHH** ®

**MORTGAGE**

03/23/2021                                              Loan Number: 8014941044

To: MARIA@BEBEREALTY.COM
Subject: Documents you requested Loan # 8014941044 denial letter

# Enclosed is a copy of the document you requested

*IF YOU RECEIVE THIS FAX/EMAIL IN ERROR, PLEASE DESTROY/DELETE THE MATERIALS IMMEDIATELY.*

Confidentiality Notice: This E-mail/Facsimilie message and any attachments are intended solely for the use of the addressee hereof and may contain information that is confidential, privileged, and/or exempt from disclosure under applicable law. Delivery of this message to any person other than the intended recipient shall not constitute a waiver of any right, privilege, or exemption. If you are not the intended recipient, please immediately and permanently delete this message from your system without reproducing or disclosing it to any third party.

*2664143732,Approval Notification (14068),10 pages,20210312 09:32:35;*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose.
However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

9-814-BLQ18-0000032-001-01-000-000-000-000



MARIA REDDICK
4012 14TH ST NW
WASHINGTON DC 20011-5524



**NewRez**

03/10/2021                                                            Account Number: 8014941044



MARIA D REDDICK
4012 14TH ST NW
WASHINGTON, DC 20011

## DECISION ON THE REQUEST FOR MORTGAGE ASSISTANCE
### PLEASE READ CAREFULLY

Dear MARIA D REDDICK:

Thank you for the request for mortgage assistance. We completed our review of the application and the information provided. We have evaluated the account for available mortgage assistance options and the account does not qualify for the Mortgage Assistance . However, the account is conditionally eligible for other alternative(s) to foreclosure as outlined in the enclosed "Other Available Options."

Below,  find important information about our decision regarding mortgage assistance, with additional details on the following pages.

If it is believed our decision was incorrect, a request for appeal can be made in writing within 30 days from the date of this letter. Additional details on how to submit an appeal are included with this letter.

**The following additional documents are enclosed for more information:**

- Modification Program Review
- Opportunity for Appeal
- Legal Disclosures
- Additional Assistance Available
- Other Available Options

We are here to help! Hyacinth Clayton has been assigned as your relationship manager and will be your designated representative for resolution, inquiries and submission of documents.

**For any questions,** please **contact us Monday through Friday 8:00am to 9:00pm ET at 800-750-2518 to speak with the assigned Relationship Manager**. If Hyacinth Clayton is not available, another dedicated member of our Home Retention Team will be available to answer any questions. Information concerning this loan may also be found online at www.mortgagequestions.com.
Our Customer Care Center can also be contacted at 800-449-8767, Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm ET

---

**Account Information**

**Account Number: 8014941044**

**Property Address:**
4012 14TH ST NW
WASHINGTON, DC 20011

We are here to help!

Account Relationship Manager:
Hyacinth Clayton
RMA@mortgagefamily.com
Online:
www.mortgagequestions.com

---

9-814-BLQ18-0000032-001-02-000-000-000-000

8014941044                                                            *OCWN_GLBL_DENIAL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

# NewRez

Sincerely,
Loan Servicing

9-8-14-BLQ18-0000032-201-03-000-000-000-000

8014941044

*OCWN_GLBL_DENIAL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

REPRESENTATION OF PRINTED DOCUMENT

**NewRez**

## MODIFICATION PROGRAM REVIEW

| Program | Determination | Reason for Non-Approval |
|---------|---------------|-------------------------|
| Repayment Plan | Un-Evaluated | |

| Program | Determination | Reason for Non-Approval |
|---------|---------------|-------------------------|
| Helping Homeowners Modification | Non-Approved | The account is greater than 90 days delinquent. |
| Streamline Modification | Non-Approved | Due to our modification program rules, the lowest modification payment that we can provide will exceed the current mortgage payment by more than 25%. |

Even though you may have submitted income documentation, this loan modification program did not require an income calculation as part of the review and approval process.

NMLS # 2726                                                    OCWN_GLBL_DENIAL

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

INTERNET REPRINT

9-814-BLQ18-0000032-001-04-000-000-000

**NewRez**

## OPPORTUNITY FOR APPEAL

**What should you do if you disagree with the reason(s) for non-approval and want to appeal?**

If you disagree with the reason(s) for non-approval of any loan modification option, you have the right to appeal. To appeal, you have 30 days from the date of this notice to send a written explanation and supporting documentation to substantiate your findings. Please send a copy of this letter, along with any supporting documents, to:



PHH Mortgage Services
Escalations Department
P.O. Box 5432
Mount Laurel, NJ 08054
Email: EscalatedCases@mortgagefamily.com

No foreclosure sale will be conducted, and you will not lose your home during this 30-day period.  However, please note that if you received a notice of a foreclosure sale date of your home, or if notice of a foreclosure sale date of your home was published prior to your submission to us of a completed loan modification application, then such foreclosure sale may not be suspended for this 30-day period if, despite our reasonable attempts to delay the sale, the court with jurisdiction over the foreclosure proceedings, or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.

If you choose to appeal our decision, the mortgage assistance option(s) offered to you in this notice will remain available pending the outcome of your appeal. If we determine on appeal that you are eligible for a loan modification trial period plan, we will send you an offer for the trial period plan. In that case, you will be given 14 calendar days from the date of the appeal decision to let us know that you intend to accept the trial period plan offer.

If you wait to accept the mortgage assistance option(s) offered to you in this notice until after receiving our appeal decision, your loan will become more delinquent. Any unpaid interest and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage loan during the appeal. In that event, the payment amounts and due dates of your initial mortgage assistance option(s) may be adjusted. Our appeal decision is final and not subject to further appeals.

9-814-BLQ18-0000032-001-05-000-000-000-000

8014941044 

*OCWN_GLBL_DENIAL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

INTERNET REPRINT

NMLS # 2726

**NewRez**



## OTHER AVAILABLE OPTIONS



### You are conditionally approved for these Mortgage Assistance Options

Acceptance of any of these options will not allow you to keep your home, but will allow you to avoid foreclosure. These offers are conditional and could be subject to an appraisal or title search. We are not able to guarantee final approval until we receive all the documents required for our final evaluation of your eligibility.

| | Short Sale | Deed-in-Lieu of Foreclosure (DIL) |
|---|---|---|
| **Option Details** | Listing and selling your property at market value will release you from your mortgage debt serviced by PHH Mortgage Services on this property, even if the sale price is lower than your mortgage debt. | Transferring ownership of your property by signing over the deed/title to us will release you from your mortgage debt. |
| **Benefits** | ▪ Avoid the stress and potential costs of foreclosure.<br>▪ Sell the property with less negative impact to your credit than foreclosure or bankruptcy.<br>▪ You may be eligible for relocation assistance if you qualify. | ▪ A Deed-in-Lieu is a quicker way to get out of the property without the hassle, time and energy associated with listing and selling your house.<br>▪ You could walk away with no mortgage debt and less negative impact to your credit than foreclosure or bankruptcy.<br>▪ If you qualify, you may be eligible to receive up to $10,000 in relocation assistance. |
| **Additional Documents Required from You**<br><br>**Send by Fax to: 856-917-2848**<br><br>**Or by email:**<br><br>**Short Sale SS@mortgagefamily.com**<br><br>**Deed in Lieu DIL@mortgagefamily.com** | **You must send the documents listed below to us by  04/09/2021  :**<br><br>▪ Executed Listing Agreement.<br>▪ Executed Purchase Contract, including all addendums.<br>▪ The buyer's proof of funds or financing pre-approval letter.<br>▪ Preliminary Closing Disclosure/Settlement Statement. | In order to complete the Deed-in-Lieu transaction you must send the applicable document listed below:<br>• If you are married, please provide one of the documents listed below:<br>  o Signed letter stating you and your spouses' complete names, or<br>  o Copy of your marriage license<br>• If you are no longer married, please provide the following:<br>  o A copy of your divorce decree.<br>• If your spouse is deceased, please provide one of the documents listed below:<br>  o Copy of the probate court |

8014941044

*OCWN_GLBL_DENIAL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.



| | | |
|---|---|---|
| | | <ul><li>documents,</li></ul>○ Death certificate, or<br>○ Obituary/newspaper article reporting the death. |
| **Additional Documents/ Information We Require from Third Parties Prior to Final Approval** | Please note that final approval is conditioned upon receipt of the following documents/information from third-party providers:<br>▪ Valuation - an independent valuation of the property that verifies that the current estimated market value.<br>▪ Closing Costs - verification that closing costs associated with the transaction are reasonable and customary.<br>▪ If applicable, approval from the investor or mortgage insurer of your loan to proceed with the transaction. | Please note that final approval is conditioned upon receipt of the following documents/information from third-party providers:<br>▪ Valuation - an independent valuation of the property.<br>▪ Clear Title - a title search or history demonstrating clear title and in marketable condition.<br>▪ If applicable, approval from the investor or mortgage insurer of your loan to proceed with the transaction. |
| **Our Next Steps after Receiving All Required Documents from You.** | After we receive all required documents we will:<br>▪ Complete a review of the loan terms, investor requirements, and mortgage insurance requirements, if applicable.<br>▪ Work with you to complete an independent valuation review.  A valuation agent will contact you or your designated agent for access to the property so that the valuation agent can set up an appointment.<br><br>If an offer is present, and after all documents/information have been received, we will issue a decision within 30 calendar days.<br><br>If we send you a final approval, you will have 14 calendar days from the date of receipt to provide signed written acceptance of the short sale approval.<br><br>Failure to perform all actions required to accept the Short Sale offer will be considered as a rejection. | After we receive all required documents we will:<br>▪ Complete a review of the loan terms, investor requirements, and mortgage insurance requirements, if applicable.<br>▪ Work with you to complete an independent valuation review.  A valuation agent will contact you or your designated agent for access to the property so that the valuation agent can set up an appointment.<br><br>If we send you a final approval, you will have 14 calendar days from the date of receipt to provide signed written acceptance of the offer.<br><br>Once we have received your written acceptance, our vendor will draft the deed document and schedule a notary at a convenient time and place for you to execute the DIL of foreclosure documents. |

8014941044

*OCWN_GLBL_DENIAL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

REPRESENTATION OF PRINTED DOCUMENT

## ADDITIONAL ASSISTANCE IS AVAILABLE

If you are experiencing a financial hardship, housing counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge.



| HUD Approved Housing Counseling | (800) 569-4287 | www.HUD.gov |
| Homeowner's HOPE Hotline Number | (888) 995-4673 | https://995hope.org/ |
| Fannie Mae Assistance Program | (800) 232-6643 | www.knowyouroptions.com |
| Consumer Financial Protection Bureau (CFPB) | (855) 411-2372 | www.consumerfinance.gov/mortgagehelp/ |
| Freddie Mac Assistance Program | | http://myhome.freddiemac.com/ |

If you would like to submit a qualified written request, a notice of error or a request for information, you must use the following address:

PHH Mortgage Services
PO Box 66002
Lawrenceville, NJ 08648

9-814-BLQ18-0000032-001-08-000-000-000

8014941044

*OCWN_GLBL_DENIAL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

INTERNET REPRINT

NMLS # 2726

REPRESENTATION OF PRINTED DOCUMENT

Case 24-00393-ELG   Doc 119-4   Filed 12/03/25   Entered 12/03/25 16:04:48   Desc
Loan Modification Denial Letters   Page 10 of 70

# NewRez

## L<small>EGAL</small> D<small>ISCLOSURES</small>



**Notice Regarding Bankruptcy:** Please be advised that if the account is part of an active bankruptcy case or if the account has received an Order of Discharge from a bankruptcy court, this letter is in no way an attempt to collect either a pre-petition, post-petition or discharged debt. If the bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If the account has received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from the accountholder(s) personally. Finally, if the account is in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, the accountholder(s) should continue to make payments in accordance with the plan.

**Notice regarding Credit Discrimination:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**Notice regarding Tax Consequences of Mortgage Assistance Options:** Your acceptance of a Loan Modification, Short Sale, or Deed-in-Lieu of Foreclosure may result in federal, state, or local tax consequences to you and/or affect your eligibility for any public assistance benefits. We cannot advise you on these impacts and encourage you to contact a tax professional to discuss any questions you may have.

**Your Rights Under the Fair Credit Reporting Act:**

We have carefully considered your request.

A consumer report was used in making the modification decision. The consumer reporting agency listed below provided information that in whole or in part influenced the decision. The reporting agency played no part in the decision and is unable to supply specific reasons why your request for a modification was denied. You have a right under the Fair Credit Reporting Act to know the information contained in your credit file at the consumer reporting agency. You also have a right to a free copy of your report from the reporting agency, if you request it no later than 60 days after you receive this notice. In addition, if you find that any information contained in the report you received is inaccurate or incomplete, you have the right to dispute the matter with the reporting agency. Any questions regarding such information should be directed to the agency listed below.

Any questions regarding such information should be directed to TransUnion.

<div align="center">

TransUnion LLC
Consumer Dispute Center
P.O. Box 2000
Chester, PA 19016
800.916.8800

</div>

NMLS # 2726                                                                          OCWN_GLBL_DENIAL

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

REPRESENTATION OF PRINTED DOCUMENT

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc
Loan Modification Denial Letters    Page 11 of 70

**NewRez**

Your credit score was obtained and used in making the decision. Your credit score is a number that reflects the information in your consumer report. Your credit score can change, depending on how the information in your consumer report changes.

Your credit score was furnished to us by TransUnion and scores may range from a low of 300 to a high of 850.

As per TransUnion, your credit score as of 03/08/2021 was 536. TransUnion reported that your credit score was adversely affected by the following key factors:

1. Too many inquiries last 12 months

2. Proportion of balances to credit limits on bank/national or other revolving accounts is too high

3. Time since delinquency is too recent or unknown

4. Number of accounts with delinquency

5. Time since derogatory public record or collection is too short

6. Serious delinquency, and public record or collection filed

If you have any questions regarding your credit score, you should contact TransUnion directly at 800.916.8800.

NMLS # 2726                                                                OCWN_GLBL_DENIAL

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

INTERNET REPRINT

# newrez

11/23/2022                                                          Account Number: 8014941044


MARIA D REDDICK
4012 14TH ST NW
WASHINGTON, DC 20011

<div style="float:right; border:1px solid;">

## Account Information

### Account Number: 8014941044

### Property Address:
4012 14TH ST NW
WASHINGTON, DC 20011

We are here to help!

Account Relationship Manager:
Audrey WoodEarle
RMA@mortgagefamily.com
Online:
www.mortgagequestions.com

</div>

## DECISION ON THE REQUEST FOR MORTGAGE ASSISTANCE
### PLEASE READ CAREFULLY

Dear MARIA D REDDICK:

Thank you for the request for mortgage assistance. We completed our review of the application and the information provided. We have evaluated the account for available mortgage assistance options and the account does not qualify for the Mortgage Assistance . However, the account is conditionally eligible for other alternative(s) to foreclosure as outlined in the enclosed "Other Available Options."

Below,  find important information about our decision regarding mortgage assistance, with additional details on the following pages.

If it is believed our decision was incorrect, a request for appeal can be made in writing within 30 days from the date of this letter. Additional details on how to submit an appeal are included with this letter.

**The following additional documents are enclosed for more information:**

- Modification Program Review
- Opportunity for Appeal

- Legal Disclosures
- Additional Assistance Available
- Other Available Options

We are here to help! Audrey WoodEarle has been assigned as your relationship manager and will be your designated representative for resolution, inquiries and submission of documents.

**For any questions,** please **contact us Monday through Friday 8:00am to 9:00pm ET at 800-750-2518 to speak with the assigned Relationship Manager**. If Audrey WoodEarle is not available, another dedicated member of our Home Retention Team will be available to answer any questions. Information concerning this loan may also be found online at www.mortgagequestions.com.
Our Customer Care Center can also be contacted at 800-449-8767, Monday through Friday 8:00 am to 9:00 pm, Saturday 8:00 am to 5:00 pm ET

8014941044                                                          *OCWN_GLBL_DENIAL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

**newrez**

Sincerely,
Loan Servicing

8014941044    *OCWN_GLBL_DENIAL*
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

**newrez**

## MODIFICATION PROGRAM REVIEW

| Program | Determination | Reason for Non-Approval |
|---|---|---|
| Repayment Plan | Un-Evaluated | |

| Program | Determination | Reason for Non-Approval |
|---|---|---|
| Helping Homeowners Modification | Non-Approved | The account is greater than 90 days delinquent. |
| Streamline Modification | Non-Approved | Due to our modification program rules, the lowest modification payment that we can provide will exceed the current mortgage payment by more than 25%. |

NMLS # 2726                                                    OCWN_GLBL_DENIAL
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

**newrez**

## OPPORTUNITY FOR APPEAL

**What should you do if you disagree with the reason(s) for non-approval and want to appeal?**

If you disagree with the reason(s) for non-approval of any modification option, you have the right to appeal. To appeal, you have 30 days from the date of this notice to send a written explanation and supporting documentation to substantiate your findings. Please send a copy of this letter, along with any supporting documents, to:

PHH Mortgage Services
ATTN: Escalations Department, SV-50
1661 Worthington Road,Suite 100
West Palm Beach, FL 33409
Email: EscalatedCases@mortgagefamily.com

No foreclosure sale will be conducted, and you will not lose your home during this 30-day period.  However, please note that if you received a notice of a foreclosure sale date of your home, or if notice of a foreclosure sale date of your home was published prior to your submission to us of a completed modification application, then such foreclosure sale may not be suspended for this 30-day period if, despite our reasonable attempts to delay the sale, the court with jurisdiction over the foreclosure proceedings, or the bankruptcy court in a bankruptcy case, or the public official charged with carrying out the sale fails or refuses to halt the sale.

If you choose to appeal our decision, the mortgage assistance option(s) offered to you in this notice will remain available pending the outcome of your appeal. If we determine on appeal that you are eligible for a modification trial period plan, we will send you an offer for the trial period plan. In that case, you will be given 14 calendar days from the date of the appeal decision to let us know that you intend to accept the trial period plan offer.

If you wait to accept the mortgage assistance option(s) offered to you in this notice until after receiving our appeal decision, the account will become more delinquent. Any unpaid interest and other unpaid amounts, such as escrows for taxes and insurance, will continue to accrue on your mortgage loan during the appeal. In that event, the payment amounts and due dates of your initial mortgage assistance option(s) may be adjusted. Our appeal decision is final and not subject to further appeals.

8014941044                                                                                           OCWN_GLBL_DENIAL

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

NMLS # 2726



### OTHER AVAILABLE OPTIONS

| You are conditionally approved for these Mortgage Assistance Options |
|---|
| Acceptance of any of these options will not allow you to keep your home, but will allow you to avoid foreclosure. These offers are conditional and could be subject to an appraisal or title search. We are not able to guarantee final approval until we receive all the documents required for our final evaluation of your eligibility. |

|  | **Short Sale** | **Deed-in-Lieu of Foreclosure (DIL)** |
|---|---|---|
| **Option Details** | Listing and selling your property at market value will release you from your mortgage debt serviced by PHH Mortgage Services on this property, even if the sale price is lower than your mortgage debt. | Transferring ownership of your property by signing over the deed/title to us will release you from your mortgage debt. |
| **Benefits** | ▪ Avoid the stress and potential costs of foreclosure.<br>▪ Sell the property with less negative impact to your credit than foreclosure or bankruptcy.<br>▪ You may be eligible for relocation assistance if you qualify. | ▪ A Deed-in-Lieu is a quicker way to get out of the property without the hassle, time and energy associated with listing and selling your house.<br>▪ You could walk away with no mortgage debt and less negative impact to your credit than foreclosure or bankruptcy.<br>▪ If you qualify, you may be eligible to receive up to $10,000 in relocation assistance. |
| **Additional Documents Required from You**<br><br>**Send by Fax to:**<br>856-917-2848<br><br>**Or by email:**<br><br>**Short Sale**<br>SS@mortgagefamily.com<br><br>**Deed in Lieu**<br>DIL@mortgagefamily.com | **You must send the documents listed below to us by  12/23/2022 :**<br><br>▪ Executed Listing Agreement.<br>▪ Executed Purchase Contract, including all addendums.<br>▪ The buyer's proof of funds or financing pre-approval letter.<br>▪ Preliminary Closing Disclosure/Settlement Statement. | In order to complete the Deed-in-Lieu transaction you must send the applicable document listed below:<br><br>• If you are married, please provide one of the documents listed below:<br>  o Signed letter stating you and your spouses' complete names, or<br>  o Copy of your marriage license<br>• If you are no longer married, please provide the following:<br>  o A copy of your divorce decree.<br>• If your spouse is deceased, please provide one of the documents listed below: |

8014941044    *OCWN_GLBL_DENIAL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.



| | | |
|---|---|---|
| | | <ul><li>Copy of the probate court documents,</li><li>Death certificate, or</li><li>Obituary/newspaper article reporting the death.</li></ul> |
| **Additional Documents/ Information We Require from Third Parties Prior to Final Approval** | Please note that final approval is conditioned upon receipt of the following documents/information from third-party providers:<ul><li>Valuation - an independent valuation of the property that verifies that the current estimated market value.</li><li>Closing Costs - verification that closing costs associated with the transaction are reasonable and customary.</li><li>If applicable, approval from the investor or mortgage insurer of your loan to proceed with the transaction.</li></ul> | Please note that final approval is conditioned upon receipt of the following documents/information from third-party providers:<ul><li>Valuation - an independent valuation of the property.</li><li>Clear Title - a title search or history demonstrating clear title and in marketable condition.</li><li>If applicable, approval from the investor or mortgage insurer of your loan to proceed with the transaction.</li></ul> |
| **Our Next Steps after Receiving All Required Documents from You.** | After we receive all required documents we will:<ul><li>Complete a review of the loan terms, investor requirements, and mortgage insurance requirements, if applicable.</li><li>Work with you to complete an independent valuation review.  A valuation agent will contact you or your designated agent for access to the property so that the valuation agent can set up an appointment.</li></ul><br>If an offer is present, and after all documents/information have been received, we will issue a decision within 30 calendar days.<br><br>If we send you a final approval, you will have 14 calendar days from the date of receipt to provide signed written acceptance of the short sale approval.<br><br>Failure to perform all actions required to accept the Short Sale offer will be considered as a rejection. | After we receive all required documents we will:<ul><li>Complete a review of the loan terms, investor requirements, and mortgage insurance requirements, if applicable.</li><li>Work with you to complete an independent valuation review.  A valuation agent will contact you or your designated agent for access to the property so that the valuation agent can set up an appointment.</li></ul><br>If we send you a final approval, you will have 14 calendar days from the date of receipt to provide signed written acceptance of the offer.<br><br>Once we have received your written acceptance, our vendor will draft the deed document and schedule a notary at a convenient time and place for you to execute the DIL of foreclosure documents. |

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.



### <u>ADDITIONAL ASSISTANCE IS AVAILABLE</u>

If you are experiencing a financial hardship, housing counseling may be a way to help you manage your finances. We urge you to contact HUD approved agencies to obtain assistance in keeping your home. This assistance is available at no charge.

| | | |
|---|---|---|
| HUD Approved Housing Counseling | (800) 569-4287 | www.HUD.gov |
| Homeowner's HOPE Hotline Number | (888) 995-4673 | https://995hope.org/ |
| Fannie Mae Assistance Program | (800) 232-6643 | www.knowyouroptions.com |
| Consumer Financial Protection Bureau (CFPB) | (855) 411-2372 | www.consumerfinance.gov/mortgagehelp/ |
| Freddie Mac Assistance Program | | http://myhome.freddiemac.com/ |

If you would like to submit a qualified written request, a notice of error or a request for information, you must use the following address:

PHH Mortgage Services
PO Box 66002
Lawrenceville, NJ 08648

**Please Note: If the Accountholder was impacted by COVID-19, they may be able to apply for the Homeowner Assistance Fund (HAF) if available in their jurisdiction. Please contact your state housing agency for more information regarding program details.**

8014941044                                                                                                    *OCWN_GLBL_DENIAL*

This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

# newrez

## L<small>EGAL</small> D<small>ISCLOSURES</small>

**Notice Regarding Bankruptcy:** Please be advised that if the account is part of an active bankruptcy case or if the account has received an Order of Discharge from a bankruptcy court, this letter is in no way an attempt to collect either a pre-petition, post-petition or discharged debt. If the bankruptcy case is still active, no action will be taken in willful violation of the Automatic Stay. If the account has received an Order of Discharge in a Chapter 7 case, any action taken by us is for the sole purpose of protecting our lien interest in the underlying mortgaged property and is not an attempt to recover any amounts from the accountholder(s) personally. Finally, if the account is in an active Chapter 11, 12 or 13 bankruptcy case and an Order for Relief from the Automatic Stay has not been issued, the accountholder(s) should continue to make payments in accordance with the plan.

**Notice regarding Credit Discrimination:** The Federal Equal Credit Opportunity Act prohibits creditors from discriminating against credit applicants on the basis of race, color, religion, national origin, sex, marital status, age (provided the applicant has the capacity to enter into a binding contract), because all or part of the applicant's income derives from any public assistance program, or because the applicant has in good faith exercised any right under the Consumer Credit Protection Act. The federal agency that administers compliance with this law concerning this creditor is Federal Trade Commission, Equal Credit Opportunity, Washington, D.C. 20580.

**Notice regarding Tax Consequences of Mortgage Assistance Options:** Your acceptance of a Loan Modification, Short Sale, or Deed-in-Lieu of Foreclosure may result in federal, state, or local tax consequences to you and/or affect your eligibility for any public assistance benefits. We cannot advise you on these impacts and encourage you to contact a tax professional to discuss any questions you may have.

NMLS # 2726                                                                                              OCWN_GLBL_DENIAL
This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is purely provided to you for informational purposes only with regard to our secured lien on the above referenced property.  It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.

REPRESENTATION OF PRINTED DOCUMENT

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc
Loan Modification Denial Letters    Page 20 of 70



C/O PHH Mortgage Services |PO Box 24738
West Palm Beach FL 33416

Tel: 1-888-820-6474
Fax: 1-856-917-8300

3-814-DGO16-0000111-001-01-000-000-000-000

MARIA D REDDICK
4012 14TH ST NW
WASHINGTON, DC 20011-5524

**Property Address:**
4012 14TH ST NW
WASHINGTON DC 20011-5524

November 14, 2024

Account Number: 8014941044

### INFORMATION ABOUT THE REQUEST FOR MORTGAGE ASSISTANCE
#### PLEASE READ CAREFULLY

Dear Accountholder (s),



**Why We Are
Sending This
Letter**

We recently received an application for mortgage assistance and a review has been completed.

At this time, the account has been denied for additional mortgage assistance options due to prior application reviews that were completed during the same delinquency cycle.



**What Needs
To Be Done**

**Additional Information regarding the Foreclosure Process:** We may continue with any pending foreclosure process or other remedies and collection activities may continue including receiving collection and foreclosure notices. If there are questions regarding a foreclosure sale date, please contact us at the number provided in this letter.

We are here to help! JACEE - ID PJ4 is your designated contact for questions about mortgage assistance. You can schedule an appointment with JACEE - ID PJ4 by visiting www.MortgageQuestions.com If you need immediate assistance or have other questions, call us at 1-888-820-6474 and another dedicated member of our team will be ready to help. We're available Monday through Friday from 8:00 am to 9:00 pm and Saturday from 8:00 am to 5:00 pm ET.

Sincerely,
Loan Servicing

---

LM073

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

REPRESENTATION OF PRINTED DOCUMENT

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc
Loan Modification Denial Letters    Page 21 of 70

3-814-DGO16-0000111-001-01-000-000-000-000


**newrez**

C/O PHH Mortgage Services |PO Box 24738          Tel: 1-888-820-6474
West Palm Beach FL 33416                          Fax: 1-856-917-8300

5-814-DQK76-0000977-001-01-000-000-000-000

MARIA D REDDICK                         **Property Address:**
4012 14TH ST NW                          4012 14TH ST NW
WASHINGTON DC 20011-5524                 WASHINGTON DC 20011-5524

August 14, 2025                          Account Number: 8014941044

## INFORMATION ABOUT THE REQUEST FOR MORTGAGE ASSISTANCE
### PLEASE READ CAREFULLY

Dear Accountholder (s),


**Why We Are Sending This Letter**

We recently received an application for mortgage assistance and a review has been completed.

At this time, the account has been denied for additional mortgage assistance options due to prior application reviews that were completed during the same delinquency cycle.


**What Needs To Be Done**

**Additional Information regarding the Foreclosure Process:** We may continue with any pending foreclosure process or other remedies and collection activities may continue including receiving collection and foreclosure notices. If there are questions regarding a foreclosure sale date, please contact us at the number provided in this letter.

We are here to help! JACEE - ID PJ4 is your designated contact for questions about mortgage assistance. You can schedule an appointment with JACEE - ID PJ4 by visiting www.MortgageQuestions.com. If you need immediate assistance or have other questions, call us at 1-888-820-6474 and another dedicated member of our team will be ready to help. We're available Monday through Friday from 8:00 am to 9:00 pm and Saturday from 8:00 am to 5:00 pm ET.

Sincerely,
Loan Servicing

---

NMLS: 2726                    www.MortgageQuestions.com                    LM073

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

INTERNET REPRINT

REPRESENTATION OF PRINTED DOCUMENT

INTERNET REPRINT



C/O PHH Mortgage Services |PO Box 24738
West Palm Beach FL 33416

Tel: 1-888-820-6474
Fax: 1-856-917-8300

0-814-DQX97-0001339-001-01-000-000-000-000



MARIA D REDDICK
4012 14TH ST NW
WASHINGTON DC 20011-5524

**Property Address:**
4012 14TH ST NW
WASHINGTON DC 20011-5524

September 2, 2025

Account Number: 8014941044

## INFORMATION ABOUT THE REQUEST FOR MORTGAGE ASSISTANCE
### PLEASE READ CAREFULLY

Dear Accountholder (s),



**Why We Are Sending This Letter**

We recently received an application for mortgage assistance and a review has been completed.

At this time, the account has been denied for additional mortgage assistance options due to prior application reviews that were completed during the same delinquency cycle.



**What Needs To Be Done**

**Additional Information regarding the Foreclosure Process:** We may continue with any pending foreclosure process or other remedies and collection activities may continue including receiving collection and foreclosure notices. If there are questions regarding a foreclosure sale date, please contact us at the number provided in this letter.

We are here to help! JACEE - ID PJ4 is your designated contact for questions about mortgage assistance. You can schedule an appointment with JACEE - ID PJ4 by visiting www.MortgageQuestions.com. If you need immediate assistance or have other questions, call us at 1-888-820-6474 and another dedicated member of our team will be ready to help. We're available Monday through Friday from 8:00 am to 9:00 pm and Saturday from 8:00 am to 5:00 pm ET.

Sincerely,
Loan Servicing

NMLS: 2726                 www.MortgageQuestions.com                 LM073

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

 **Gmail**

Maria Reddick <mariareddick13@gmail.com>

---

## Reddick - Status/Ques

**Maria Reddick** <mariareddick13@gmail.com>                                                 Mon, May 17, 2021 at 12:11 PM
To: Amy E Norris <norris.ae@gmail.com>

hi Amy, I hope you're well.  I can't seem to catch a break.  I lost another family member and now my mother is having some health challenges and I am writing you from Florida and my apologies, I am just seeing the email below but I see via the other email that you found the denial letter.

3 things:

1) Possible Modification - that's great news! Please keep me posted on this item.

2) Recent Bill -- I saw the recent bill and I don't want to spend a lot of money on a losing effort. I know we had to respond the complaint or we'd have no defenses at our next status hearing however I don't want to continue litigating if I don't have a plausible or winnable defense   In light of the opposing atty's effort to secure a modification, I feel that is money well spent but simply litigating? I'm not so sure that's the route I want to go and would like to discuss strategy and budget.

3) Payoff - I've attached the recent payoff and have requested an updated payoff as well which I will forward once I receive.  My previous modification was supposed to reduce the principal loan value substantially then I lost my job and found myself in this spiraling situation.  I believe I would like to use your efforts to either negotiate a lower payoff OR reinstating the previous modification amounts (see attached previous modification documents). I'd like to discuss this as well.

I welcome your thoughts, Maria

--

Maria D. Reddick

Cell: 202-497-2611


On Thu, May 6, 2021 at 2:17 PM Amy E Norris <norris.ae@gmail.com> wrote:
> Hi Maria,
>
> Sydney finally called me back yesterday! She said she could ask her client about whether you could reapply for the loan modification, and maybe you'd get accepted for a loan mod this time.
>
> Do you have the letter stating that you were denied for the loan mod. handy? If you could take a picture and send it to me, that would be helpful.
>
> Thanks so much!
>
> Amy Norris
> Attorney at Law
> **Metropolitan Washington Law Consortium**
> Washington, DC
> Telephone: (202) 830-1225

amy@mwlc.org

This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.

---

**2 attachments**

 **Payoff thru 4-18-2021.pdf**
63K

 **Loan# 7110721243 - M Reddick Signed Modification Docs.pdf**
6660K

 Gmail

**Maria Reddick <mariareddick13@gmail.com>**

## Reddick - Loan Mod. Denial Letter
1 message

**Amy E Norris** <norris.ae@gmail.com>                                     Thu, May 6, 2021 at 2:17 PM
To: Maria Reddick <mariareddick13@gmail.com>

Hi Maria,

Sydney finally called me back yesterday! She said she could ask her client about whether you could reapply for the loan modification, and maybe you'd get accepted for a loan mod this time.

Do you have the letter stating that you were denied for the loan mod. handy? If you could take a picture and send it to me, that would be helpful.

Thanks so much!

Amy Norris
Attorney at Law
**Metropolitan Washington Law Consortium**
Washington, DC
Telephone: (202) 830-1225
amy@mwlc.org

This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.

 Gmail

**Maria Reddick <mariareddick13@gmail.com>**

---

## Reddick; Praecipe due Tomorrow

**Amy E Norris** <norris.ae@gmail.com>                                    Thu, Oct 21, 2021 at 9:49 AM
To: Maria Reddick <mariareddick13@gmail.com>

Thanks for the update! I'm working on the praecipe now and would like to submit it today in hopes that opposing counsel will see it and try to work with us for loss mitigation and to work toward a loan modification.

Are you still planning on maybe selling?

Amy Norris
Attorney at Law
**Norris Law Group**
Washington, DC
Telephone: 202-830-1225

This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.


On Thu, Oct 21, 2021 at 9:45 AM, Maria Reddick <mariareddick13@gmail.com> wrote:
Hi, give me a few to respond to this... thanks

On Thu, Oct 21, 2021 at 9:20 AM Amy E Norris <norris.ae@gmail.com> wrote:
Hi Maria,

There is a praecipe due in your case tomorrow. Do you have any updates? Otherwise, I am planning to represent to the Court the communications that I've had with opposing counsel and that I haven't heard from opposing counsel recently.

I am planning to represent that you are interested in loss mitigation to save your home.

If you could get back to me sooner rather than later, so I can file it, it would be much appreciated!

Thanks!

Amy Norris
Attorney at Law
**Norris Law Group**
Washington, DC
Telephone: 202-830-1225

This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.

Gmail - Reddick, Praedope Jtbe-Tomorrow-

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc 12/3/25, 1:50 PM
Loan Modification Denial Letters    Page 29 of 70

\--

Maria D. Reddick

Cell: 202-497-2611

REPRESENTATION OF PRINTED DOCUMENT

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc
Loan Modification Denial Letters    Page 30 of 70

**newrez**

C/O PHH Mortgage Services | 1 Mortgage Way | Mt Laurel NJ 08054 | Tel: 1-888-820-6474 | Fax: 1-856-917-9300

September 15, 2021                                                          Account Number: 8014941044

4-814-BPT97-0000309-001-01-000-000-000-000-LM418



MARIA D REDDICK
4012 14TH ST NW
WASHINGTON DC 20011-5524

**Property Address:**
4012 14TH ST NW
WASHINGTON DC 20011-5524

## IMPORTANT NOTICE

## ADDITONAL MORTGAGE ASSISTANCE MAY BE AVAILABLE
## PLEASE CONTACT US FOR MORE INFORMATION

Dear Accountholder(s),

Our records indicate this account is currently subject to a COVID-19 Temporary Hardship Forbearance Plan which will be ending soon, OR has otherwise been identified as a COVID-19 impacted account. Review of this account indicates we do not have a complete application for permanent mortgage assistance. In order to allow PHH to make a determination as to which mortgage assistance options, if any, may be available, we must receive a complete Mortgage Assistance Application by 10/20/2021. Instructions on how to obtain a Mortgage Assistance Application are included below.

Below are brief descriptions of the mortgage assistance options that may be available.

**COVID–19 Assistance Option** - available <u>only if the account is subject to an existing COVID-19 Temporary Hardship Forbearance Plan AND Accountholder(s) still experiencing COVID-19 related hardship</u>.

**?**

Why We Are Sending This Letter

- **Forbearance Plan Extension** - we may be able to extend the existing forbearance plan, depending on the status of the account and eligibility under the applicable guidelines.

**Other Assistance Option(s)** - available <u>only after COVID-19 Temporary Hardship Forbearance Plan has ended, and Accountholder(s) confirmed that hardship is resolved, OR if the account is not enrolled in a COVID-19 Temporary Hardship Forbearance Plan</u>.

- If Accountholder(s) want to <u>keep this property</u>, but still <u>requires assistance to bring the mortgage current</u>, depending on the state, federal and investor guidelines the account may qualify for one or more of the following option(s):

  - **Repayment Plan** - provides additional time to repay past due amounts on the mortgage by making supplemental payments in addition to the regular monthly payments. Available only if Accountholder(s) has/have sufficient income to pay more than regular monthly payment.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

**newrez**

C/O PHH Mortgage Services | 1 Mortgage Way | Mt Laurel NJ 08054 | Tel: 1-888-820-6474 | Fax: 1-856-917-8300

❏ **Loan Modification** – permanently modify terms of the existing mortgage account which may include (but is not limited to) changes to the interest rate, monthly payment amounts, extended maturity date and/or a balloon payment. Accountholder(s) might be required to complete a Trial Period Plan. A trial period plan offers immediate payment relief and allows time to ensure that the estimated new monthly mortgage payment is manageable. The trial period is temporary, and the existing mortgage lien remains in effect and unchanged during the trial period.

❏ **Payment Deferral Plan** - brings the mortgage account current and delays repayment of all past due amounts, which can include monthly principal and interest payments, as well as other amounts that PHH Mortgage Services paid on behalf of the Accountholder(s). The Accountholder(s) will be required to pay the deferred past-due amounts upon the earlier of maturity date of the mortgage, sale or transfer of the property, refinance, or payoff of the interest-bearing unpaid principal balance based on Investor and state guidelines.

• If Accountholder(s) <u>does not want to keep this property</u> but <u>wishes to avoid foreclosure</u>, the account may qualify for one of the following options:

❏ **Short Sale** - property is sold for less than the amount still owed on the mortgage account. Accountholder(s) might be eligible for relocation assistance. The remainder of the mortgage debt maybe forgiven after the transfer of ownership.

❏ **Deed-in-lieu of Foreclosure** – property ownership is transferred to us in exchange for release of some or all of the amount still owed on the mortgage account. Accountholder(s) might be eligible for relocation assistance.

Accountholder(s) that require additional mortgage assistance, should contact us so that we can confirm the hardship status and review this account's eligibility for the available assistance options based on the applicable investor, state and federal guidelines. Alternatively please note the instructions below to obtain a Mortgage Assistance Application.

The application package can be downloaded at www.MortgageQuestions.com. Create a free account to the secure online portal, use the interactive questionnaire to determine which forms and documents are required, and submit all the forms and documents by following the step-by-step instructions. Use the website to communicate with us, track the review, and receive an email notification any time the assistance application status is updated.

An application package can also be obtained by contacting our Customer Care Center toll-free at 1-888-820-6474, Monday through Friday from 8:00am - 9:00pm ET and Saturday 8:00am to 5:00pm ET.



What Needs
To Be Done

Please submit the following documentation with the application form for us to complete the review of possible options:

• Completed and fully executed Mortgage Assistance Application, including the completed financial section.

• Income documentation based on the income type you selected on the Mortgage Assistance Application. Documentation must be within the past 90 days and should provide the amount and the pay frequency of Income.

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

REPRESENTATION OF PRINTED DOCUMENT

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc
Loan Modification Denial Letters    Page 32 of 70

# newrez

C/O PHH Mortgage Services | 1 Mortgage Way | Mt Laurel NJ 08054 | Tel: 1-888-820-6474 | Fax: 1-856-917-8300

- Proof for Hardship based on the hardship reason you selected on the Mortgage Assistance Application. Documentation must indicate details about the Hardship reason.

**What We Will Do**

We will confirm the hardship status and review this account's eligibility for the available assistance options based on the applicable investor, state and federal guidelines.

We are here to help! MARGARET SOMMELLA has been assigned as the account Relationship Manager and will be the designated representative for inquiries and submission of documents. MARGARET SOMMELLA is available toll-free at 1-888-820-6474 Monday through Friday from 8:00 AM to 9:00 PM ET. If the assigned Relationship Manager is unavailable to take the call, the call will be automatically transferred to a different Relationship Manager who will be able to assist. Depending on the status of the account, specific information may also be available online at www.MortgageQuestions.com.

Sincerely,
Loan Servicing

4-814-BPT97-0000309-001-02-000-000-000

*This communication is from a debt collector attempting to collect a debt; any information obtained will be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is provided purely for informational purposes only with regard to our secured lien on the above referenced property. It is not intended as an attempt to collect a debt from you personally. As may be required by state law, you are hereby notified that a negative credit report reflecting on an accountholder's credit record may be submitted to a credit reporting agency if credit obligation terms are not fulfilled.*

Page 3

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | | |
|---|---|---|
| **DEUTSCHE BANK NATIONAL TRUST** | * | |
| **COMPANY, AS TRUSTEE,** | * | |
| | * | Civil Case No. 2019 CA 002558 R(RP) |
| **Plaintiff,** | * | Judge Kelly A. Higashi |
| | * | Event: Status Hearing |
| **v.** | * | Date: February 17, 2022 at 10:00 AM |
| | * | |
| **MARIA D. REDDICK,** | * | |
| | * | |
| **Defendant.** | | |

## ORDER SUA SPONTE CONTINUING STATUS HEARING

There is a status hearing in this case scheduled for November 12, 2021. Pending before the Court is the Plaintiff's Motion for Summary Judgment, filed on February 24, 2020. Pursuant to the July 2, 2020 Order of the Presiding Judge of the Civil Division, this Court must hold the motion in abeyance unless the Plaintiff proffers facts which show that the D.C. moratorium on foreclosures does not apply. On October 22, 2021, Plaintiff filed a praecipe which represents that the subject loan is under review for loss mitigation and Plaintiff is prevented from proceeding with foreclosure. The praecipe also states that the subject property is under the protection of the D.C. moratorium on foreclosures due to COVID-19, which is currently set to expire on February 4, 2022. Given Plaintiff's ongoing review of potential loss mitigation in this matter, the Court finds good cause to *sua sponte* continue the November 12, 2021 status hearing to February 17, 2022 at 10:00 AM in Courtroom 214.

The Court notes that on October 21, 2021, Defense counsel filed a praecipe which states that the Defendant is interested in working out a settlement of the foreclosure matter and requests that the Court schedule a mediation between the parties. However, Defendant's praecipe does not state whether Plaintiff consents to Defendant's request for mediation as would be required in a motion. D.C. Super. Ct. Civ. R. 12-I(a)(1).

Given that Plaintiff is currently reviewing Defendant's loss mitigation application, the Court believes that mediation may be helpful to the parties. Because Defendant's request for the Court to issue an Order requiring the parties to participate in mediation was not made in a motion pursuant to Super. Ct. Civ. R. 7(b)(1), the Court will not rule on that request. However, Plaintiff shall file a praecipe with the Court, on or before November 1, 2021, that states whether it agrees to participate in mediation. At that time, the Court will consider whether to *sua sponte* issue an Order scheduling a mediation session between the parties.

It is unclear at the present time whether the February 17, 2022 status hearing will be held in person, in Courtroom 214 of the Moultrie Courthouse, or in virtual Courtroom 214, via the Webex platform, due to the ongoing situation related to COVID-19. Closer in time to the date of the hearing, the Parties should check the Superior Court's website for more information at https://www.dccourts.gov/coronavirus. If the hearing is to be conducted remotely, please access the virtual courtroom fifteen (15) minutes before the hearing is scheduled to start by either calling, or participating through the WebEx application, (202) 860-2110 (meeting ID 129-942-2620 # #), or by going to https://dccourts.webex.com/meet/ctb214. The Court prefers those who have access to video teleconferencing to participate by that method. If you have trouble gaining access to the virtual courtroom on the day of your hearing, please call Judge Higashi's chambers at (202) 879-0684 or email chambers at JudgeHigashiChambers@dcsc.gov. Any party or counsel who is unable to participate in a virtual hearing due to technological constraints or other issues should inform the Court promptly, and the hearing will be rescheduled to another date.

Please note that when you enter the virtual courtroom, you should not attempt to speak because another hearing may be underway. At 10:00 AM, the courtroom clerk will conduct a roll call to determine which parties and counsel are present. If parties or counsel appear after roll

call, please check in with the courtroom clerk by using the 'chat' function through WebEx or

wait for your case to be called, if you are connecting by telephone.  If a party or counsel fails to

appear in the virtual courtroom within the one-hour block allowed for the hearing, the Court may

dismiss the case or enter a default, as appropriate.  Proceedings in the virtual courtroom will be

recorded and will be on the record.  Each person speaking should identify themselves before

speaking.  When you are not speaking, please keep your microphone muted.

Accordingly, it is this **25th** day of **October, 2021**, hereby

**ORDERED** that Plaintiff shall file a praecipe, on or before November 1, 2021, which

states its position on whether the Court should schedule a mediation session in this case; and it is

further

**ORDERED** that the November 12, 2021 Status Hearing is continued to February 17,

2022 at 10:00 AM in Courtroom 214; and it is further

**ORDERED** that the parties shall notify the Court via praecipe, on or before January 27,

2022, as to the status of this matter, including any ongoing loss mitigation efforts.

**Kelly A. Higashi**
Associate Judge

**COPIES TO:**
<u>Copies via e-filing to:</u>
Brandon Moultrie
Sydney Roberson
Amy Norris
Anna Nathanson
*Via Casefilexpress*

Maria D. Reddick at mariareddick13@gmail.com
*Via Email[1]*

---

[1] Due to the ongoing public health emergency and resulting limited court resources, the Court has contacted self-represented litigants not registered with CaseFileXpress to obtain email addresses. Given the Court's limited ability to mail paper copies of orders, self-represented litigants not registered with CaseFileXpress will be served via email when possible. Accordingly, this order is (as other prior orders of the Court have) being sent to an email address provided to the Court by Defendant.



Maria Reddick <mariareddick13@gmail.com>

# Order Issued in 2019 CA 002558 R(RP)

**Higashi, Kelly A. (Law Clerk - Keener, Karsyn)** <Karsyn.Keener@dcsc.gov>                Mon, Oct 25, 2021 at 4:48 PM
To: "mariareddick13@gmail.com" <mariareddick13@gmail.com>
Cc: Amy E Norris <norris.ae@gmail.com>, "anna@norrislawgroup.org" <anna@norrislawgroup.org>

Good afternoon,

Attached please find the Order issued today (10/25/21) in 2019 CA 002558 R(RP). Have a great evening!

Best,

**Karsyn Tubbs**

Law Clerk to the Honorable Kelly A. Higashi

Superior Court of the District of Columbia

Chambers 2530

Chambers: 202-879-0684

Karsyn.Keener@dcsc.gov



**2019CA2558REDDICKsuacont2.pdf**
98K

 Gmail

**Maria Reddick <mariareddick13@gmail.com>**

---

## Reddick; Good News in your Case

---

**Amy E Norris** <norris.ae@gmail.com>                                                      Tue, Nov 2, 2021 at 6:40 PM
To: Maria Reddick <mariareddick13@gmail.com>

Hi Maria,

The lender agreed to mediation. The Court will likely schedule that soon. Hopefully, you will be able to work out a loan modification then.

Best regards,

Amy Norris
Attorney at Law
**Norris Law Group**
Washington, DC
Telephone: 202-830-1225

This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.

November 22, 2021


        Re: Hardship Statement

To Whom It May Concern:

I lost my job in September 2016.

I was in a hostile work environment and being sexually harassed by my then superior as well as verbally threatened by his wife.  When I filed a complaint, I was retaliated against then subsequently fired.

Due to the termination, I was on unemployment, sought then subsequently approved for assistance through a local program that would have paid my mortgage for approximately 24 months (until April 2018) but was later denied for the program.  I didn't learn of this disqualification until late 2017/early 2018, nearly 20 - 22 months after I applied.  That program was my sole hope at that time to get current.  I have been gainfully re-employed since April 2019 but have no way to overcome many months' of arrearage without a modification or consideration.

I look forward to any assistance you can provide.

Sincerely,

/s/

Maria D. Reddick

Gmail - Reddick; March 22nd Mediation

 Gmail

**Maria Reddick <mariareddick13@gmail.com>**

---

## Reddick; March 22nd Mediation

---

**Amy E Norris** <norris.ae@gmail.com>                          Wed, Feb 16, 2022 at 1:50 PM
To: Maria Reddick <mariareddick13@gmail.com>

Does March 22nd work for mediation with the bank? Opposing counsel has told me that the bank denied your loan modification application, but mediation may still be fruitful.

Thank you!

Sent from my iPhone. Please excuse any typos.

--

Gmail - 2019 CA 002558 R(RP) DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE Vs. REDDICK, MARIA D.                12/3/25, 2:02 PM

 Gmail

Maria Reddick <mariareddick13@gmail.com>

## 2019 CA 002558 R(RP) DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE Vs. REDDICK, MARIA D.

**Amy E Norris** <norris.ae@gmail.com>                                                Wed, Feb 16, 2022 at 4:10 PM
To: "Irving Jr., Alfred S. (Law Clerk - Wyrick, Dustin)" <Dustin.Wyrick@dcsc.gov>
Cc: Brandon Moultrie <Brandon.Moultrie@bww-law.com>, Anna Nathanson <anna@norrislawgroup.org>,
"mariareddick13@gmail.com" <mariareddick13@gmail.com>, "amy@mwlc.org" <amy@mwlc.org>

Yes, that day works for defendant. All parties agree.

Thank you.

Respectfully,

Amy Norris

Sent from my iPhone. Please excuse any typos.

On Wednesday, 16 February 2022, Amy E Norris <norris.ae@gmail.com> wrote:
That works for counsel. I'm just checking with the client to make sure that day works for her.

Thank you!

On Wednesday, 16 February 2022, Irving Jr., Alfred S. (Law Clerk - Wyrick, Dustin) <Dustin.Wyrick@dcsc.gov>
wrote:

Counsel,

Do all parties agree to March 22, 2022, at 11:00 a.m.?

**From:** Brandon Moultrie [mailto:Brandon.Moultrie@bww-law.com]
**Sent:** Tuesday, February 15, 2022 9:25 AM
**To:** Irving Jr., Alfred S. (Law Clerk - Wyrick, Dustin) <Dustin.Wyrick@dcsc.gov>; 'Anna Nathanson'
<anna@norrislawgroup.org>; 'mariareddick13@gmail.com' <mariareddick13@gmail.com>;
'amy@mwlc.org' <amy@mwlc.org>
**Subject:** RE: 2019 CA 002558 R(RP) DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE Vs. REDDICK, MARIA D.

How about Tuesday, 3/22 at 11AM?

Gmail - 2019 CAB02958 (RT) DEBT SCHELBANK NATIONAL TRUST COMPANY, AS TRUSTEE vs. REBECKA MARINOS    12/3/25, 2:02 PM

## Brandon Moultrie

*Litigation Attorney*

## BWW Law Group, LLC

6003 Executive Boulevard, Suite 101

Rockville MD, 20852

Tel: (301) 961-6555 ext. 3318

Brandon.Moultrie@bww-law.com

   

This firm is a debt collector and is attempting to collect a debt.  Any information obtained will be used for that purpose.

If you do not want our Firm to contact you at this email address in the future, please send an email to EMailOptOut@bww-law.com. In your email, please provide your name, the email address at which you do not wish to be contacted in the future, and any alternate email address where you consent to being contacted in the future.

This electronic message contains information from the law firm of The BWW Law Group LLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (301-961-6555) or by electronic mail emailissues@bww-law.com immediately.

**The BWW Law Group, LLC prides itself on excellent customer service. If you have any feedback for our firm please send an email to feedback@bww-law.com.**

NO DEBT COLLECTION ATTEMPT WILL BE MADE IN VIOLATION OF THE AUTOMATIC STAY OF 11 U.S.C. SECTION 362(A), OR OF ANY BANKRUPTCY DISCHARGE OR BANKRUPTCY COURT ORDER

**From:** Irving Jr., Alfred S. (Law Clerk - Wyrick, Dustin) [mailto:Dustin.Wyrick@dcsc.gov]

Gmail - 2019 CA 002558 R(RP) DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE Vs. REDDICK, MARIA D. 2/3/25, 2:02 PM

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc
Loan Modification Denial Letters    Page 43 of 70

**Sent:** Tuesday, February 15, 2022 9:24 AM
**To:** Brandon Moultrie <Brandon.Moultrie@bww-law.com>; 'Anna Nathanson'
<anna@norrislawgroup.org>; 'mariareddick13@gmail.com' <mariareddick13@gmail.com>;
'amy@mwlc.org' <amy@mwlc.org>
**Subject:** RE: 2019 CA 002558 R(RP) DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE Vs. REDDICK, MARIA D.

**CAUTION: This email originated from outside your organization. Exercise caution when opening
attachments or on clicking links from unknown senders.**

Counsel,

The below is a list of dates that the Civil 2 Mediator is available, please let us know which dates
work so that we can issue an order:

Thursday 3/17/2022 at 11AM – 12:55PM

Tuesday 3/22/2022 at 9AM – 10:55AM

Tuesday 3/22/2022 at 11AM – 12:55PM

Tuesday 3/29/2022 at 9AM – 10:55AM

Tuesday 3/29/2022 at 11AM – 12:55PM

Wednesday 3/30/2022 at 11AM – 12:55PM

Tuesday 4/5/2022 at 11AM – 12:55PM

Wednesday 4/6/2022 at 9AM – 10:55AM

Wednesday 4/6/2022 at 11AM – 12:55PM

Please let me know if you require more dates.

Best,

Dustin Wyrick

Law Clerk to Judge Irving

---

**From:** Brandon Moultrie [mailto:Brandon.Moultrie@bww-law.com]
**Sent:** Monday, February 14, 2022 3:36 PM
**To:** 'Anna Nathanson' <anna@norrislawgroup.org>; Irving Jr., Alfred S. (Law Clerk - Wyrick,
Dustin) <Dustin.Wyrick@dcsc.gov>; 'mariareddick13@gmail.com' <mariareddick13@gmail.com>;
'amy@mwlc.org' <amy@mwlc.org>
**Subject:** RE: 2019 CA 002558 R(RP) DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE Vs. REDDICK, MARIA D.

No objection to the February 17th hearing being cancelled. We will focus on mediation. Thanks.

## Brandon Moultrie

*Litigation Attorney*

## BWW Law Group, LLC

6003 Executive Boulevard, Suite 101

Rockville MD, 20852

Tel: (301) 961-6555 ext. 3318

Brandon.Moultrie@bww-law.com

   

---

This firm is a debt collector and is attempting to collect a debt.  Any information obtained will be
used for that purpose.

If you do not want our Firm to contact you at this email address in the future, please send an email
to EMailOptOut@bww-law.com. In your email, please provide your name, the email address at
which you do not wish to be contacted in the future, and any alternate email address where you

consent to being contacted in the future.

This electronic message contains information from the law firm of The BWW Law Group LLC,
which may be confidential or privileged. The information is intended to be for the use of the
individual or entity named above. If you are not the intended recipient, be aware that any
disclosure, copying, distribution or use of the contents of this information is prohibited. If you have
received this transmission in error, please notify us by telephone (301-961-6555) or by electronic
mail emailissues@bww-law.com immediately.

**The BWW Law Group, LLC prides itself on excellent customer service. If you have any
feedback for our firm please send an email to feedback@bww-law.com.**

NO DEBT COLLECTION ATTEMPT WILL BE MADE IN VIOLATION OF THE AUTOMATIC STAY OF 11 U.S.C.
SECTION 362(A), OR OF ANY BANKRUPTCY DISCHARGE OR BANKRUPTCY COURT ORDER

---

**From:** Anna Nathanson [mailto:anna@norrislawgroup.org]
**Sent:** Monday, February 14, 2022 3:34 PM
**To:** Irving Jr., Alfred S. (Law Clerk - Wyrick, Dustin) <Dustin.Wyrick@dcsc.gov>; Brandon Moultrie
<Brandon.Moultrie@bww-law.com>; 'mariareddick13@gmail.com' <mariareddick13@gmail.com>;
'amy@mwlc.org' <amy@mwlc.org>
**Subject:** Re: 2019 CA 002558 R(RP) DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE Vs. REDDICK, MARIA D.

**CAUTION: This email originated from outside your organization. Exercise caution when opening
attachments or on clicking links from unknown senders.**

Hello Mr. Wyrick,

Defendant's counsel agrees that the February 17th hearing is unnecessary and can be cancelled.
We will continue to confer with opposing counsel regarding mediation dates and follow back up.

Thank you,

Anna

Anna Nathanson
Associate Attorney
**Norris Law Group**
Washington, DC
Telephone: (202) 830-1225
anna@norrislawgroup.org

---

Gmail - 2019 CA 002558 R(RP) DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE Vs. REDDICK, MARIA D.    2/3/25, 2:02 PM

**From:** Irving Jr., Alfred S. (Law Clerk - Wyrick, Dustin) <Dustin.Wyrick@dcsc.gov>
**Sent:** Monday, February 14, 2022 3:22 PM
**To:** 'Brandon Moultrie' <Brandon.Moultrie@bww-law.com>; 'mariareddick13@gmail.com'
<mariareddick13@gmail.com>; 'amy@mwlc.org' <amy@mwlc.org>; Anna Nathanson
<anna@norrislawgroup.org>
**Subject:** RE: 2019 CA 002558 R(RP) DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE Vs. REDDICK, MARIA D.


Counsel,


My apologies, I was having difficulty discerning from the record whether Ms. Reddick had
counsel.  Please see below communication regarding scheduling mediation.


Best,

Dustin Wyrick

Law Clerk for Judge Irving


---

**From:** Brandon Moultrie [mailto:Brandon.Moultrie@bww-law.com]
**Sent:** Monday, February 14, 2022 3:18 PM
**To:** Irving Jr., Alfred S. (Law Clerk - Wyrick, Dustin) <Dustin.Wyrick@dcsc.gov>;
'mariareddick13@gmail.com' <mariareddick13@gmail.com>
**Subject:** RE: 2019 CA 002558 R(RP) DEUTSCHE BANK NATIONAL TRUST COMPANY, AS
TRUSTEE Vs. REDDICK, MARIA D.


Plaintiff will agree to mediation at a time set by the court. We are also in communication with Ms.
Reddick's Counsel on this matter. Thank you.


**Brandon Moultrie**

*Litigation Attorney*

**BWW Law Group, LLC**

6003 Executive Boulevard, Suite 101

Rockville MD, 20852

Tel: (301) 961-6555 ext. 3318

Gmail - 2019 CA 002558 R(RP) DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE Vs. REDDICK, MARIA D...    12/3/25, 2:02 PM

Brandon.Moultrie@bww-law.com

   

This firm is a debt collector and is attempting to collect a debt.  Any information obtained will be used for that purpose.

If you do not want our Firm to contact you at this email address in the future, please send an email to EMailOptOut@bww-law.com. In your email, please provide your name, the email address at which you do not wish to be contacted in the future, and any alternate email address where you consent to being contacted in the future.

This electronic message contains information from the law firm of The BWW Law Group LLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (301-961-6555) or by electronic mail emailissues@bww-law.com immediately.

**The BWW Law Group, LLC prides itself on excellent customer service. If you have any feedback for our firm please send an email to feedback@bww-law.com.**

NO DEBT COLLECTION ATTEMPT WILL BE MADE IN VIOLATION OF THE AUTOMATIC STAY OF 11 U.S.C. SECTION 362(A), OR OF ANY BANKRUPTCY DISCHARGE OR BANKRUPTCY COURT ORDER

**From:** Irving Jr., Alfred S. (Law Clerk - Wyrick, Dustin) [mailto:Dustin.Wyrick@dcsc.gov]
**Sent:** Monday, February 14, 2022 3:03 PM
**To:** 'mariareddick13@gmail.com' <mariareddick13@gmail.com>; Brandon Moultrie <Brandon.Moultrie@bww-law.com>
**Subject:** 2019 CA 002558 R(RP) DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE Vs. REDDICK, MARIA D.

**CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or on clicking links from unknown senders.**

Hello,

Gmail - 2019 CA 008958 R(RP) DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE Vs. FREDRICK MARIA...    12/3/25, 2:02 PM

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc
Loan Modification Denial Letters    Page 48 of 70

This matter is set for hearing on February 17, 2022.  It appears from the record that the Parties agree to mediation.

Unless there is a separate pressing need to have the hearing, please let us know what dates and times work for both parties, and the Court will set the matter for mediation.

Best,

**Dustin Wyrick**

Law Clerk to the Honorable Alfred S. Irving, Jr.

Superior Court of the District of Columbia

500 Indiana Ave, N.W., Chambers 5600

Washington, DC 20001

(202)-879-4815 (Phone)

--

--

 Gmail

Maria Reddick <mariareddick13@gmail.com>

---

## Reddick; Checking-in + New Mediation Date

**Amy E Norris** <norris.ae@gmail.com>                                    Thu, Mar 10, 2022 at 2:47 PM
To: Maria Reddick <mariareddick13@gmail.com>

Hi Maria,

Amy Norris here, I just wanted to check in regarding your case. I tried calling 202-497-2611, but I was unable to get through.

Your mediation has been rescheduled until May 17 at 9am. The mediation will most likely be virtual, and I can confirm once I have more details about that. Currently all mediations are occurring virtually.

A status hearing is also scheduled in your case for August 18, 2022.

Did you have any questions?

Best regards,

Amy Norris
Attorney at Law
**Norris Law Group**
Washington, DC
Telephone: 202-830-1225

This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.



# Government of the District of Columbia
## Department of Insurance, Securities and Banking

**Karima M. Woods**
**Acting Commissioner**

**FAQs and Guidance: Residential Mortgage and Commercial Mortgage Deferment Program**
Mortgage Relief for District of Columbia borrowers is outlined in Section 401 of the District of Columbia's Coronavirus Support Congressional Review Emergency Amendment Act of 2020 (the "Act"). The Act details the requirement for "mortgage lenders", as defined in the Act, to develop and implement a deferment plan for **residential** mortgage loans or **commercial** mortgage loans in the District of Columbia.

1.  **Who are considered mortgage lenders under the Act?**
    The Act defines a mortgage lender as any person who makes a mortgage loan to any person or who engages in the business of servicing residential or commercial mortgage loans for others; or who collects or otherwise receives mortgage loan payments directly from borrowers for distribution to any other person.

    A mortgage lender as set forth in the Act does not include loans made or serviced by a national bank or federally-chartered credit union. It further exempts any loan owned or insured by the Federal Home Loan Mortgage Corporation, the Federal National Mortgage Association, the Federal Housing Administration or other housing or other housing or urban development programs administered by the Department of Housing and Urban Development, the Department of Veteran Affairs, the Department of Agriculture, or the Government National Mortgage Association.

2.  **If the law exempts loans that are federally backed loans under the recently enacted CARES act, what does that mean for the borrower?**
    If your loan is federally backed, your options and flexibility under forbearance and in repayment may be different than under DC law.

3.  **How do I know if my loan is federally backed?**
    Most mortgages are federally backed, and you can check this in a few different ways. First, you can call your mortgage servicer using the phone number on your monthly statement or the company's website. The servicer has an obligation to provide you, to the best of its knowledge, the name, address, and telephone number of who owns your loan. Your mortgage documents and note may also tell you, especially if you have a Veterans Administration or Federal Housing Administration loan. The Consumer Financial Protection Bureau has a guide with important information and links to the guidance that

the federal agencies and entities are giving as well as available "loan look up" information. Click here: https://www.consumerfinance.gov/about-us/blog/guide-coronavirus-mortgage-relief-options/

4.    **Under District law, what must mortgage lenders do?**
A mortgage lender that makes or holds commercial or residential mortgage loans subject to the provisions of the Residential and Commercial Mortgage Deferment Program must develop and implement a deferment program for borrowers that, at a minimum:

- Grants at least a 90-day deferment period of mortgage payments for borrowers;
- Waives any late fee, processing fee, or any other fee accrued during the pendency of the public health emergency; and
- Does not report to a credit bureau any delinquency or other derogatory information that occurs as a result of the deferral.

National banks and federally-chartered credit unions are encouraged to voluntarily provide the mortgage relief and data reporting described in this bulletin.

5.    **How should borrowers apply for the mortgage deferment plan?**
The mortgage lender with loans subject to the provisions of the Residential and Commercial Mortgage Deferment Program must create application criteria and procedures for borrowers to apply for the deferment program. An application or summary of procedures shall be made available either online or by telephone. All mortgage lenders must send the application and procedures to the Department of Insurance, Securities and Banking using the following email address: mortgagerelief@dc.gov, no later than June 4, 2020.

*Reporting Requirements*

Mortgage lenders must submit an initial report ("Mortgage Deferment Status Report") to the Department at mortgagerelief@dc.gov on or before June 4, 2020, and update that report in fifteen (15) day intervals for the duration of the public health emergency, and sixty (60) days after the emergency concludes.

The Mortgage Deferment Status Report must provide the number of mortgage deferment applications that have been approved and include the name of the borrower, the property address, the type of mortgage the borrower holds (residential or commercial), the period of deferment.

The Mortgage Deferment Status Report will only have to be submitted to the Department for the duration of the public health emergency, and 60 days after the emergency concludes.

National banks and federally-chartered credit unions are encouraged to voluntarily provide a Mortgage Deferment Status Report to the Department that contains the information described in this paragraph.

**6.** **What criteria should a mortgage lender use to review and approve the deferment applications?**

The mortgage lender must approve each application in which a borrower:

- Demonstrates evidence of a financial hardship resulting from the public health emergency, including an existing delinquency; and agrees in writing to pay the deferred payments within a reasonable time agreed to by the borrower and the mortgage lender; or three years from the end of the deferment period, or the end of the original term of the mortgage loan, whichever is earlier.

**7.** **Can a lump sum payment be required?**

For loans subject to the provisions of the Residential and Commercial Mortgage Deferment Program, a mortgage lender is prohibited from requiring a lump sum payment from any borrower making payments under a deferred payment program.

**8.** **What if my application for mortgage deferment is denied?**

A person or business whose application for deferment is denied may file a written complaint with the Commissioner for formal investigation of the complaint. Please note, if your loan is "federally backed" the federal CARES Act does not require you to apply for forbearance. You need to call your servicer and explain that you have a pandemic-related financial hardship.

**9.** **What accommodations to tenants are borrowers required to make?**

Pursuant to section 402 of the Act, a borrower must work with a tenant to develop a rent payment plan if the tenant notifies the borrower of an inability to pay all or a portion of the rent due as a result of the public health emergency.

**10.** **Record-Keeping and Compliance**

A mortgage lender who receives an application for deferment must retain the application, whether approved or denied, for at least three years after final payment is made on the mortgage or the mortgage is sold, whichever occurs first. Additionally, a mortgage lender must make the application for deferment available to the Commissioner upon request.

Mortgage lenders shall make a good faith effort to comply with federal mortgage servicing rules and regulations (e.g. Regulation X) while implementing the Mortgage Loan Deferment Plan.

**Definitions**

For the purposes of Section 401 of the Act, the term:

1. "Commercial mortgage loan" means a loan for the acquisition of real property, or a loan secured by collateral in such real property, that is owned or used by a person or business for the purpose of generating profit, and shall include real property used for single-family housing, multifamily housing, retail, office space, and commercial space.
2. "Commissioner" means the Commissioner of the Department of Insurance, Securities, and Banking.
3. "Mortgage lender" means any person that makes a mortgage loan to any person or who engages in the business of servicing mortgage loans for others or collecting or otherwise receiving mortgage loan payments directly from borrowers for distribution to any other person.

If you have additional questions regarding the Residential Mortgage and Commercial Mortgage Deferment Program, contact the Department's Banking Bureau via email at mortgagerelief@dc.gov. For updates on the District's response to the coronavirus (COVID-19), visit coronavirus.dc.gov.

**About DISB**

The mission of the Department of Insurance, Securities, and Banking (DISB) is three-fold: cultivate a regulatory environment that protects consumers and attracts and retains financial services firms to the District; (2) empower and educate residents on financial matters; and (3) provide financing for District small businesses.

---

**Special Note**

If District law is inapplicable, what relief is available under the federal CARES Act?

- Protects homeowners
- No foreclosures from March 18, 2020 to May 17, 2020.  Fannie Mae, Freddie Mac, FHA, VA, and USDA have extended this through at least June 30, 2020.  Borrowers who receive forbearance will be protected for the period of forbearance under Regulation X.
- Right to request forbearance (delay on having to make mortgage payments or a reduction on those payments) if you experience financial hardship from coronavirus pandemic for up to 180 days.
- Extensions for another 180 days.
- Borrowers must contact loan servicers – by phone or online
- No penalties, fees, or additional interest beyond the scheduled amounts if you get forbearance
- Still must pay back amounts deferred.
- Eligibility is not affected by delinquency status – can be behind on payments before March 2020 and still be eligible

---

 Gmail

**Maria Reddick <mariareddick13@gmail.com>**

## Please Sign Document from Multi-Door ASAP

**Amy E Norris** <norris.ae@gmail.com>                                    Tue, May 17, 2022 at 11:20 AM
To: Maria Reddick <mariareddick13@gmail.com>

Thanks, I agree. We can request for Brandon to pose that request to his client. I'll follow up with Brandon about this.

My thought is that a class action lawsuit for the lockouts could be successful.

 Amy Norris
Attorney at Law
**Norris Law Group**
Washington, DC
Telephone: (202) 830-1225

This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.

On Tue, 17 May 2022 at 10:57, Maria Reddick <mariareddick13@gmail.com> wrote:
Hi Amy, I was just reflecting over the discussion and it hit me that the bank not being able to create a payment within the designated percentage is not realistic.  For instance, the Bank could move a portion of the balance to the back of the loan and extend the term and modify the interest rate to create a payment within those parameters.

Just my thoughts...

On Mon, May 16, 2022 at 2:59 PM Amy E Norris <norris.ae@gmail.com> wrote:
Can you **sign the document that was emailed to you from multi-door** and call me when you get this e-mail? We need to prepare for mediation tomorrow.

You should have received the e-mail from Lenata Britton <adobesign@adobesign.com>.

My cell is (713) 303-5535.

Amy Norris
Attorney at Law
**Norris Law Group**
Washington, DC
Telephone: 202-830-1225

This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.

Gmail - Please Sign Document from Wolf-Debt ASAP

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc
Loan Modification Denial Letters    Page 55 of 70

12/3/25, 2:10 PM

--

Maria D. Reddick

***Pls use this temp Number: 202-209-8442***

Cell: 202-497-2611

 Gmail

**Maria Reddick <mariareddick13@gmail.com>**

---

## Reddick; Hearing Continued

**Amy E Norris** <norris.ae@gmail.com>                                          Wed, May 31, 2023 at 3:13 PM
To: Maria Reddick <mariareddick13@gmail.com>
Cc: Lauren Moore <lauren@norrislawgroup.org>

Hi Maria,

We are in agreement that you will represent yourself going forward. I wish you the best of luck and I hope that works out for you.

I can ask the judge for more time at the hearing due to the pending HAF approval. I will ask the Judge to withdraw, as you are in agreement that you will represent yourself pro se going forward. MyCase shows that invoices from September 2022 have not been paid through January 2023 and March 2023. With this e-mail, I am asking Lauren to clarify all the invoices that have not been paid, when she returns to the office from vacation next week.

I sincerely wish you the best!

Amy Norris
Attorney at Law
**Norris Law Group**
Washington, DC
Telephone: 202-830-1225

This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.

On Wed, 31 May 2023 at 13:09, Maria Reddick <mariareddick13@gmail.com> wrote:
> Hi Amy, hope this note finds you well.
>
> Two things:
>
> Firstly, per Joanna, my Housing Counselor, my HAF application is pending approval. I am not able to login and generate a status letter because my email was detached from the application. She said that she or another housing counselor will be in court on Friday and will share with the judge that my application is pending approval.
>
> I have emailed HAF and requested they update the application with an email for me and will forward a status letter if as soon as I have access to the platform.
>
> Secondly, the representation that I have six months of unpaid invoices is incorrect. My account balance was $0 at the time of our last hearing, see below. All the current invoices are for prep for your last appearance, your last appearance, review and correspondence since the last hearing and at the time of your email, these invoices were only due since April and are aprox one month late.

| | | | | | |
|---|---|---|---|---|---|
| Feb 18, 2023 - Inv. #01362 | $42.60 | | 4/3/23 | #01478 | 369.20 |
| PAID MAR 16, 2023 | | | | | |
| | | | | | |
| Nov 29, 2022 - Inv. #01221 | $56.80 | | 4/16/23 | #01499 | 213.00 |
| PAID MAR 16, 2023 | | | | | |
| | | | | | |
| Aug 22, 2022 - Inv. #01084 | $56.80 | | 5/3/23 | #01536 | 42.60 |
| PAID MAR 16, 2023 | | | | | |
| | | | | | |
| Apr 18, 2022 - #R-00281 | $1,500.00 | | 5/15/23 | #01558 | 14.20 |
| PAID MAR 16, 2023 | $1,656.20 | | Due as of 5/31/23 | | 639.00 |

However, I agree with you. I'm not sure there is much more you can do. Your continued engagement was to facilitate either an acceptance of a modification and/or to get Opposing Counsel to help us get an exception to the payment cap and neither has occurred.

I've always stated that if I am unable to get a modification, I will sell.  I am/was preparing to sell when I got the news that the HAF application is pending approval.

I do not think you should withdraw before the hearing.  I think we should discuss your withdrawal at the end of the hearing.

I welcome your response

Maria

--

Maria D. Reddick

***Pls use this temp Number: 202-209-8442***

Cell: 202-497-2611

On Wed, May 17, 2023 at 12:21 PM Amy E Norris <norris.ae@gmail.com> wrote:

Hi Maria,

I just checked the docket, and your hearing was rescheduled to June 2, due to the availability of the Judge. See attached.

Are you able to talk with anyone at HAF, to see if HAF is still a viable option for you? I'm concerned that trying to get the mortgage company and HAF to collaborate may be an uphill battle, but I was wondering if you are having any luck? The Court may grant the Motion for Summary Judgment at the next hearing.

Also, our firm has over six months of unpaid invoices, and we cannot continue to work for free, unfortunately. If we cannot work something out, we will have to withdraw as counsel. I've counseled you that selling may be your best option. Let me know if you wish to discuss. I want to help you, but at this point as we get near the end, and after reviewing the file, I'm not sure if there is much I can do.

You may be able to avoid summary judgment at the next hearing by stating that HAF was submitted in September of 2022 before the deadline and that application (refiled) is still pending. It will really be up to the Judge at this point. It also appears that your hearing is in person, as there is not a virtual option listed on the notice attached.

Thank you.

Best,
Amy

Amy Norris
Attorney at Law
**Norris Law Group**
Washington, DC
Telephone: 202-830-1225

This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.

--
Amy Norris
Attorney at Law
**Norris Law Group**
Washington, DC
Telephone: 202-830-1225

This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.

# Legal Memorandum

## Issue

Whether a mortgage servicer's blanket refusal to consider more than one loan modification application per delinquency period constitutes systemic servicing misconduct under federal law, and whether recent case law and regulatory actions support potential class claims.

## Background

Federal law, particularly the Real Estate Settlement Procedures Act (RESPA) and its implementing regulation, Regulation X (12 C.F.R. §1024.41), governs mortgage servicers' loss-mitigation duties. Servicers are prohibited from engaging in 'dual tracking' and must properly evaluate complete loan modification applications. Regulation X permits servicers to decline review of duplicative applications, but explicitly requires review where new circumstances or information are presented. Thus, a categorical 'one application per delinquency' rule is inconsistent with Regulation X.

## Relevant Authorities

• Naimoli v. Ocwen Loan Servicing, LLC (2d Cir. 2022): The Second Circuit held that servicers may not use technicalities to evade their obligations to evaluate borrower applications. The case demonstrates that courts scrutinize servicers' practices when they deny loss mitigation without genuine review.

• Maggio v. Cenlar FSB (D. Md. 2020): The court denied dismissal of claims where a servicer failed to honor obligations under a Trial Period Plan. This reinforces that servicers are held to both contractual and regulatory duties in modification contexts.

• Foley v. Wells Fargo Bank, N.A. (1st Cir. 2014): The First Circuit allowed contract-based claims to proceed where borrowers alleged wrongful denial of loan modifications. This demonstrates that improper application handling can give rise to viable class claims.

• CFPB Consent Order, Ocwen (2013): Found systemic servicing misconduct including mishandling of loss-mitigation applications and failure to evaluate borrowers for all available options. The order supports the theory that blanket rejection policies are unlawful.

• CFPB Supervisory Highlights (2024): CFPB examiners flagged servicers who failed to evaluate subsequent applications despite borrowers presenting new financial information. This is directly contrary to any 'one app per delinquency' practice.

## Analysis

A blanket 'one application per delinquency' rule is inconsistent with Regulation X and recent regulatory interpretations. Borrowers experiencing changed circumstances (job loss, medical hardship, extended delinquency) are entitled to have subsequent applications reviewed. Denying such review could constitute systemic misconduct and a pattern or practice under RESPA and state UDAP statutes. Plaintiffs can frame the policy as a class-wide practice that harms all similarly situated borrowers.

## Applicability to Class Claims

This theory is well-suited to class litigation: the alleged misconduct stems from a uniform servicing policy, making common issues predominate. Plaintiffs' counsel can rely on case precedents (Naimoli, Maggio, Foley) and regulatory actions (CFPB Consent Orders, Supervisory Highlights) to show systemic harm. Discovery requests should target servicer policies, training materials, denial codes, and complaint data to prove the existence and effect of the 'one application per delinquency' policy.

## Conclusion

Both case law and regulatory guidance strongly suggest that a servicer's blanket refusal to review more than one loan modification application per delinquency is unlawful. Plaintiffs have a viable theory of liability that can be advanced in class litigation. The strongest support comes from CFPB consent orders and supervisory findings, which explicitly criticize the refusal to evaluate subsequent applications despite changed borrower circumstances.

Gmail - Fwd: Appointment 10/5

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc 12/3/25, 2:22 PM
Loan Modification Denial Letters    Page 61 of 70

 Gmail

Maria Reddick <mariareddick13@gmail.com>

## Fwd: Appointment 10/5

**Maria Reddick** <mariareddick13@gmail.com>                          Wed, Dec 7, 2022 at 11:47 AM
To: Amy E Norris <norris.ae@gmail.com>

Hi Amy, actually no, I do have an update...

HAF was declined because it is capped at $100K. I have been invited to reapply if I can provide proof the mortgage company will accept $100k. On the other hand, this last modification request was denied and I was advised if DC contacts them regarding the $100K they will take action on the modification then.

So frustrating... I am going to reach out to my Relationship Manager AGAIN.

Maria

> On Sun, Dec 4, 2022 at 8:20 PM Amy E Norris <norris.ae@gmail.com> wrote:
>
> Hi Maria,
>
> Any updates? I am reviewing the matter in anticipation for the upcoming hearing on Thursday.
>
> HAF is still pending, to my knowledge, and if so, the Court will most likely continue the hearing.
>
> Amy Norris
> Attorney at Law
> **Norris Law Group**
> Washington, DC
> Telephone: (202) 830-1225
>
> This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.
>
>
>> On Thu, 3 Nov 2022 at 13:59, Maria Reddick <mariareddick13@gmail.com> wrote:
>> Sounds good and I certainly will, M-
>>
>> --
>>
>> Maria D. Reddick
>>
>> ***Pls use this temp Number: 202-209-8442***
>>
>> Cell: 202-497-2611
>>
>>> On Thu, Nov 3, 2022 at 1:42 PM Graner S Ghevarghese <Graner@norrislawgroup.org> wrote:
>>> Good afternoon Ms. Reddick,

Gmail - Fwd: Appointment 10/5

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc 12/3/25, 2:22 PM
Loan Modification Denial Letters    Page 62 of 70

I'm glad to hear that we might have a decision so soon! Please let us know how the meeting on 11/9 goes.

As for updates, it seems that the HAF process is taking quite a bit of time for all applicants. I've reached out and I will let you know of any new developments. I've also been in touch with opposing counsel, who is discussing this with his client, and has advised me that he will let me know of their decision.

Thanks for the updates!


Best regards,

Graner Ghevarghese
**Norris Law Group**
Washington, DC
Telephone: (516) 263-1945
graner@norrislawgroup.org

---

**From:** Maria Reddick <mariareddick13@gmail.com>
**Sent:** Thursday, November 3, 2022 1:06 PM
**To:** Graner S Ghevarghese <Graner@norrislawgroup.org>
**Cc:** Amy E Norris <norris.ae@gmail.com>
**Subject:** Fwd: Appointment 10/5

Hi Graner,

The talk was somewhat uneventful.  The Relationship Manager had no awareness that I had applied for HAF Assistance nor was she aware of any negotiations between the attorneys.

One thing that did come out of the meeting was the suggestion I re-apply for the modification. She stressed that (to her knowledge) they will not stop a foreclosure for a partial payment and suggested I submit another loan modification request, indicating the potential $100K lump sum payment.  So I completed and submitted that application today, it is attached and she and I are scheduled to talk again on 11/9 at 1245p (EST).

The mortgage servicer feels they could have a decision within 3 - 5 days of the submission, fingers crossed.

To date, I have received confirmation that all requested HAF docs have been received but no updates regarding approval. Any updates on your end?

Maria
--

Maria D. Reddick

***Pls use this temp Number: 202-209-8442***

Cell: 202-497-2611


---------- Forwarded message ---------
From: **Graner S Ghevarghese** <Graner@norrislawgroup.org>
Date: Tue, Oct 18, 2022 at 4:17 PM

Gmail - Fwd: Appointment 10/5

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc 12/3/25, 2:20 PM
Loan Modification Denial Letters    Page 63 of 70

 Gmail

**Maria Reddick <mariareddick13@gmail.com>**

## Fwd: Appointment 10/5

**Graner S Ghevarghese** <Graner@norrislawgroup.org>                    Thu, Nov 3, 2022 at 1:41 PM
To: Maria Reddick <mariareddick13@gmail.com>
Cc: Amy E Norris <norris.ae@gmail.com>

Good afternoon Ms. Reddick,

I'm glad to hear that we might have a decision so soon! Please let us know how the meeting on 11/9 goes.

As for updates, it seems that the HAF process is taking quite a bit of time for all applicants. I've reached out and I will let you know of any new developments. I've also been in touch with opposing counsel, who is discussing this with his client, and has advised me that he will let me know of their decision.

Thanks for the updates!


Best regards,

Graner Ghevarghese
**Norris Law Group**
Washington, DC
Telephone: (516) 263-1945
graner@norrislawgroup.org

**From:** Maria Reddick <mariareddick13@gmail.com>
**Sent:** Thursday, November 3, 2022 1:06 PM
**To:** Graner S Ghevarghese <Graner@norrislawgroup.org>
**Cc:** Amy E Norris <norris.ae@gmail.com>
**Subject:** Fwd: Appointment 10/5

[Quoted text hidden]

Gmail - Fwd: Appointment 10/5                                                                                          12/3/25, 2:19 PM

 Gmail

**Maria Reddick <mariareddick13@gmail.com>**

## Fwd: Appointment 10/5

**Maria Reddick** <mariareddick13@gmail.com>                                    Thu, Nov 3, 2022 at 1:06 PM
To: Graner@norrislawgroup.org
Cc: Amy E Norris <norris.ae@gmail.com>

Hi Graner,

The talk was somewhat uneventful.  The Relationship Manager had no awareness that I had applied for HAF Assistance nor was she aware of any negotiations between the attorneys.

One thing that did come out of the meeting was the suggestion I re-apply for the modification. She stressed that (to her knowledge) they will not stop a foreclosure for a partial payment and suggested I submit another loan modification request, indicating the potential $100K lump sum payment.  So I completed and submitted that application today, it is attached and she and I are scheduled to talk again on 11/9 at 1245p (EST).

The mortgage servicer feels they could have a decision within 3 - 5 days of the submission, fingers crossed.

To date, I have received confirmation that all requested HAF docs have been received but no updates regarding approval. Any updates on your end?

Maria
--

Maria D. Reddick

***Pls use this temp Number: 202-209-8442***

Cell: 202-497-2611


---------- Forwarded message ---------
From: **Graner S Ghevarghese** <Graner@norrislawgroup.org>
Date: Tue, Oct 18, 2022 at 4:17 PM
Subject: Re: Appointment 10/5
To: Maria Reddick <maria@beberealty.com>


Good afternoon Ms. Reddick,

Hope you've been well! Just wanted to follow up regarding this (10/13) meeting. How did it go? Thank you!

Best regards,

Graner Ghevarghese
**Norris Law Group**
Washington, DC
Telephone: (516) 263-1945

Gmail - Fwd: Appointment 10/5

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc 2/3/25, 2:19 PM
Loan Modification Denial Letters    Page 65 of 70

graner@norrislawgroup.org

---

**From:** Graner S Ghevarghese <Graner@norrislawgroup.org>
**Sent:** Tuesday, October 11, 2022 8:46 AM
**To:** Maria Reddick <maria@beberealty.com>
**Subject:** Re: Appointment 10/5

Good morning Ms. Reddick,

That's very strange! I'm sorry to hear that the appointment has been rescheduled. Please let us know if you'd like us to be there with you for the upcoming appointment. We're happy to support.

Thank you!

Best regards,

Graner Ghevarghese
**Norris Law Group**
Washington, DC
Telephone: (516) 263-1945
graner@norrislawgroup.org

---

**From:** Maria Reddick <maria@beberealty.com>
**Sent:** Tuesday, October 11, 2022 8:33 AM
**To:** Graner S Ghevarghese <Graner@norrislawgroup.org>
**Subject:** Re: Appointment 10/5

Good morning... This appointment has been rescheduled to 10/13.

When I had not received the call by 1p, I called in and was informed that the Relationship Manager said she called and the phone rang twice but there was no answer. I was sitting right by the phone and made sure to keep the lines clear and it never rang. She had no other availability that day so they have rescheduled it to this Thursday.

On Mon, Oct 10, 2022 at 1:50 PM Graner S Ghevarghese <Graner@norrislawgroup.org> wrote:

> Good afternoon Ms. Reddick,
>
> My name is Graner Ghevarghese and I work for Norris Law Group. I am emailing to check in following your appointment with Audrey Wood-Earle on October 5, 2022. I wanted to know how it went and if you had any updates for us. Looking forward to hearing from you. Thanks!
>
> Best regards,
>
> Graner Ghevarghese
> **Norris Law Group**
> Washington, DC
> Telephone: (516) 263-1945
> graner@norrislawgroup.org

---

Gmail - Fwd: Appointment for...

Case 24-00393-ELG    Doc 119-4    Filed 12/03/25    Entered 12/03/25 16:04:48    Desc
Loan Modification Denial Letters    Page 66 of 70

12/3/25, 2:19 PM

**Loan Mod Application - Loan # 8014941044 (M Reddick).pdf**
4423K

 Gmail

Maria Reddick <mariareddick13@gmail.com>

---

## Reddick; Hearing Postponed

---

**Amy E Norris** <norris.ae@gmail.com>                                                                Wed, Aug 17, 2022 at 8:00 AM
To: Maria Reddick <mariareddick13@gmail.com>

Hi Maria,

Thank you so much for taking care of the outstanding invoice.

The Court issued an order last night stating that the hearing, previously scheduled for tomorrow, is postponed until December 8, 2022. Hopefully, we will have results from the HAF application by that time.

Best regards,

Amy Norris
Attorney at Law
**Norris Law Group**
Washington, DC
Telephone: 202-830-1225


This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.

Gmail - Fwd: 2019 CA 002558 R(RP) Reddick Mediation Follow Up

Case 24-00393-ELG   Doc 119-4   Filed 12/03/25   Entered 12/03/25 16:04:48   Desc
Loan Modification Denial Letters   Page 68 of 70

12/3/25, 2:15 PM

   Gmail

Maria Reddick <mariareddick13@gmail.com>

# Fwd: 2019 CA 002558 R(RP) Reddick Mediation Follow Up

**Maria Reddick** <mariareddick13@gmail.com>
To: Amy E Norris <norris.ae@gmail.com>

Thu, May 19, 2022 at 12:24 PM

See my text below:

Hi Brandon and we appreciate the prompt follow up.

Without overly taxing you, would it be possible to find out if there are other parameters i.e. loan term, interest rate, move  the arrearage to the rears, possible balloon, that could get the P&I within the 25% cap?

Also, my client is unaware of any modification offered in 2017.  In fact, that doesn't appear accurate.  She was in modification from 2015 which, if not for the unemployment, would have forgiven $233,246.33.  It seems unlikely the bank would offer her mod on top of an existing mod but if they did, she is unaware of it.

Your client did offer her a reinstatement in 2017 (also attached) but at the time she had ongoing unemployment/low income AND believed she was benefiting from the DC Home Savers Program (see emails with and from program).

***

Amy, if you would like and think it is beneficial, I can do a quick timeline of events/activity

Maria

On Wed, May 18, 2022 at 1:46 PM Amy E Norris <norris.ae@gmail.com> wrote:
> Hi! I have covid, and I know you are trying to save on your legal bills. Can you help me formulate a reply to Brandon
> below? I can review.
>
> Thanks!
>
> ---------- Forwarded message ---------
> From: **Brandon Moultrie** <Brandon.Moultrie@bww-law.com>
> Date: Wed, May 18, 2022 at 12:01 PM
> Subject: 2019 CA 002558 R(RP) Reddick Mediation Follow Up
> To: Amy E Norris <norris.ae@gmail.com>
>
>
> Hello Amy,
>
>
> I was able to speak with my client this morning regarding the loan modification denial and any possibility for review.
> Their reasoning was the same as you all articulated yesterday. There is a 'Waterfall Process' where they review
> each loan under strict guidelines. If the P&I on the loan is going to go up more than 25%, they cannot modify the
> loan, which is the case here.
>
>
> They did indicate that they have reviewed for a modification twice and that a trial plan was offered in 2017 but not

Gmail - Fwd: 2016 GA 002438 NHL Frederick Mediation Followup 4

Case 24-00393-ELG   Doc 119-4   Filed 12/03/25   Entered 12/03/25 16:04:48   Desc 2/3/25, 2:15 PM
Loan Modification Denial Letters   Page 69 of 70

accepted. I'm sorry this isn't the news you wanted but I wanted to convey the information. Thanks.


## Brandon Moultrie

*Litigation Attorney*

## BWW Law Group, LLC

6003 Executive Boulevard, Suite 101

Rockville MD, 20852

Tel: (301) 961-6555 ext. 3318

Brandon.Moultrie@bww-law.com

   

---

This firm is a debt collector and is attempting to collect a debt.  Any information obtained will be used for that purpose.

If you do not want our Firm to contact you at this email address in the future, please send an email to EMailOptOut@bww-law.com. In your email, please provide your name, the email address at which you do not wish to be contacted in the future, and any alternate email address where you consent to being contacted in the future.

This electronic message contains information from the law firm of The BWW Law Group LLC, which may be confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this transmission in error, please notify us by telephone (301-961-6555) or by electronic mail emailissues@bww-law.com immediately.

**The BWW Law Group, LLC prides itself on excellent customer service. If you have any feedback for our firm please send an email to feedback@bww-law.com.**

NO DEBT COLLECTION ATTEMPT WILL BE MADE IN VIOLATION OF THE AUTOMATIC STAY OF 11 U.S.C. SECTION 362(A), OR OF ANY BANKRUPTCY DISCHARGE OR BANKRUPTCY COURT ORDER

---

--
Amy Norris
Attorney at Law

**Norris Law Group**
Washington, DC
Telephone: 202-830-1225

This message contains privileged and confidential information intended solely for the use of the individual(s) or entity(s) named above. Any disclosure, distribution, copying or use of the information to, or by, others is strictly prohibited. If you have received this message in error, please advise the sender by immediate reply and delete the original message.

--

Maria D. Reddick

***Pls use this temp Number: 202-209-8442***

Cell: 202-497-2611

---

**5 attachments**

**Loan# 7110721243 - M Reddick Signed Modification Docs.pdf**
6660K

**Letter of Appeal - Notice of Ineligibility re M Reddick - 4012 14th St NW.pdf**
225K

**Home Savers Denial Jan 2018 - 4012 14th St., NW.pdf**
64K

**2017 REINST.PDF**
165K

**Home Savers Email - funds approved.pdf**
134K