Gmail

Maria Reddick <mariareddick13@gmail.com>

---

**Re: Would it be possible to get a reason for the mortgage denial?**

**Isabel from LEDC** <isabel.delgado@ledc.intercom-mail.com>  Tue, Nov 29, 2022 at 9:56 AM
Reply-To: Isabel from LEDC <isabel.delgado@ledc.intercom-mail.com>
To: mariareddick13@gmail.com

Hello Maria,

Thank you for your response. As stated before From the mortgage statement provided as of 7/1/2022 you owe $184,857.97. The HAF program **maximum assistance is $100,000.** Therefore you would not be able to receive mortgage assistance. Due to you being behind more than **$100,000.**

If you have any other questions please advise.

Best,

**Isabel** from LEDC

---

Powered by Intercom

On Mon, Nov 28, 2022 at 08:10 PM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:
> Isabel, are you able to give me a call tomorrow?
>
> I need info communicated to HAF. Particularly, what I stated in my last message... that the $100K could help me obtain a loan modification and save me home. If you are not able to help, please escalate to someone else. Time is of the essence.
>
> Maria
>
> On Mon, Nov 28, 2022 at 04:28 PM, "Isabel Delgado" <isabel.delgado@ledc.intercom-mail.com> wrote:
>> Hello,
>>
>> Thank you for reaching out to us. HAF provides grants to pay mortgage or other property payments to preserve homeownership.
>> Payments are made directly to the payee, not the homeowner. The program is made to assist individuals who have fallen behind on payments and assist them to bring them current. If your application is approved, we then check with your vendor/servicer to confirm the balance that is owed. If at the time of that confirmation your account is current and you owe nothing, HAF will not disburse funds since there is nothing owed. We cannot advise applicants on what decision is best for them when it comes down to modifying loans, forbearance, and/or loss mitigations.
>>
>> Best,
>> On Fri, Nov 25, 2022 at 10:22 AM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:
>>> I have been in talks with Mortgage Servicer to modify my loan based on the $100,000 payment. They are open to modifying and reinstating this loan if I am approved for this program. You can I speak with this to discuss? How can I appeal or have this case reopened? I spoke with then Mortgage Servicer and they said, they had not heard from anyone but iff you had reached out, they would contemplate modifying and reinstating my lawn and could have an answer in 3 - 5 days
>>>
>>> On Tue, Nov 22, 2022 at 05:11 PM, "Isabel Delgado" <isabel.delgado@ledc.intercom-mail.com> wrote:
>>>> Hello Maria,
>>>>
>>>> Thank you for reaching out. From the mortgage statement provided as of 7/1/2022 you owe $184,857.97. The HAF program **maximum assistance is $100,000.** Therefore you would not be able to receive mortgage assistance.
>>>>
>>>> If you have any other questions please advise.
>>>>
>>>> Best,
>>>> On Tue, Nov 22, 2022 at 02:27 PM, "Operator" <operator@ledc.intercom-mail.com> wrote:
>>>>> You'll get replies here and in your email:
>>>>> ✉ **mariareddick13@gmail.com**
>>>>>
>>>>> Our usual reply time
>>>>> 🕐 **A few hours**
>>>>>
>>>>> On Tue, Nov 22, 2022 at 02:27 PM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:
>>>>>> Would it be possible to get a reason for the mortgage denial?

 Gmail

Maria Reddick <mariareddick13@gmail.com>

---

**Re: Would it be possible to get a reason for the mortgage denial?**

**Isabel from LEDC** <isabel.delgado@ledc.intercom-mail.com>  Tue, Nov 29, 2022 at 9:56 AM
Reply-To: Isabel from LEDC <isabel.delgado@ledc.intercom-mail.com>
To: mariareddick13@gmail.com

Hello Maria,

Thank you for your response. As stated before From the mortgage statement provided as of 7/1/2022 you owe $184,857.97. The HAF program **maximum assistance is $100,000.** Therefore you would not be able to receive mortgage assistance. Due to you being behind more than **$100,000.**

If you have any other questions please advise.

Best,

**Isabel** from LEDC

---

Powered by **Intercom**

On Mon, Nov 28, 2022 at 08:10 PM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:
> Isabel, are you able to give me a call tomorrow?
>
> I need info communicated to HAF. Particularly, what I stated in my last message... that the $100K could help me obtain a loan modification and save me home. If you are not able to help, please escalate to someone else. Time is of the essence.
>
> Maria
>
> On Mon, Nov 28, 2022 at 04:28 PM, "Isabel Delgado" <isabel.delgado@ledc.intercom-mail.com> wrote:
>> Hello,
>>
>> Thank you for reaching out to us. HAF provides grants to pay mortgage or other property payments to preserve homeownership.
>> Payments are made directly to the payee, not the homeowner. The program is made to assist individuals who have fallen behind on payments and assist them to bring them current. If your application is approved, we then check with your vendor/servicer to confirm the balance that is owed. If at the time of that confirmation your account is current and you owe nothing, HAF will not disburse funds since there is nothing owed. We cannot advise applicants on what decision is best for them when it comes down to modifying loans, forbearance, and/or loss mitigations.
>>
>> Best,
>> On Fri, Nov 25, 2022 at 10:22 AM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:
>>> I have been in talks with Mortgage Servicer to modify my loan based on the $100,000 payment. They are open to modifying and reinstating this loan if I am approved for this program. You can I speak with this to discuss? How can I appeal or have this case reopened? I spoke with then Mortgage Servicer and they said, they had not heard from anyone but iff you had reached out, they would contemplate modifying and reinstating my lawn and could have an answer in 3 - 5 days
>>>
>>> On Tue, Nov 22, 2022 at 05:11 PM, "Isabel Delgado" <isabel.delgado@ledc.intercom-mail.com> wrote:
>>>> Hello Maria,
>>>>
>>>> Thank you for reaching out. From the mortgage statement provided as of 7/1/2022 you owe $184,857.97. The HAF program **maximum assistance is $100,000.** Therefore you would not be able to receive mortgage assistance.
>>>>
>>>> If you have any other questions please advise.
>>>>
>>>> Best,
>>>> On Tue, Nov 22, 2022 at 02:27 PM, "Operator" <operator@ledc.intercom-mail.com> wrote:
>>>>> You'll get replies here and in your email:
>>>>> ✉ **mariareddick13@gmail.com**
>>>>>
>>>>> Our usual reply time
>>>>> 🕐 **A few hours**
>>>>>
>>>>> On Tue, Nov 22, 2022 at 02:27 PM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:
>>>>>> Would it be possible to get a reason for the mortgage denial?

 Gmail                                                                                                                      Maria Reddick <mariareddick13@gmail.com>

**Re: Would it be possible to get a reason for the mortgage denial?**

**Isabel from LEDC** <isabel.delgado@ledc.intercom-mail.com>                                                          Tue, Nov 29, 2022 at 9:56 AM
Reply-To: Isabel from LEDC <isabel.delgado@ledc.intercom-mail.com>
To: mariareddick13@gmail.com

Hello Maria,

Thank you for your response. As stated before From the mortgage statement provided as of 7/1/2022 you owe $184,857.97. The HAF program **maximum assistance is $100,000.** Therefore you would not be able to receive mortgage assistance. Due to you being behind more than **$100,000.**

If you have any other questions please advise.

Best,

**Isabel** from LEDC

Powered by Intercom

On Mon, Nov 28, 2022 at 08:10 PM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:
> Isabel, are you able to give me a call tomorrow?
>
> I need info communicated to HAF. Particularly, what I stated in my last message... that the $100K could help me obtain a loan modification and save me home. If you are not able to help, please escalate to someone else. Time is of the essence.
>
>
> Maria
> On Mon, Nov 28, 2022 at 04:28 PM, "Isabel Delgado" <isabel.delgado@ledc.intercom-mail.com> wrote:
>> Hello,
>>
>> Thank you for reaching out to us. HAF provides grants to pay mortgage or other property payments to preserve homeownership.
>> Payments are made directly to the payee, not the homeowner. The program is made to assist individuals who have fallen behind on payments and assist them to bring them current. If your application is approved, we then check with your vendor/servicer to confirm the balance that is owed. If at the time of that confirmation your account is current and you owe nothing, HAF will not disburse funds since there is nothing owed. We cannot advise applicants on what decision is best for them when it comes down to modifying loans, forbearance, and/or loss mitigations.
>>
>> Best,
>> On Fri, Nov 25, 2022 at 10:22 AM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:
>>> I have been in talks with Mortgage Servicer to modify my loan based on the $100,000 payment. They are open to modifying and reinstating this loan if I am approved for this program. You can I speak with this to discuss? How can I appeal or have this case reopened? I spoke with then Mortgage Servicer and they said, they had not heard from anyone but iff you had reached out, they would contemplate modifying and reinstating my lawn and could have an answer in 3 - 5 days
>>>
>>> On Tue, Nov 22, 2022 at 05:11 PM, "Isabel Delgado" <isabel.delgado@ledc.intercom-mail.com> wrote:
>>>> Hello Maria,
>>>>
>>>> Thank you for reaching out. From the mortgage statement provided as of 7/1/2022 you owe $184,857.97. The HAF program **maximum assistance is $100,000.** Therefore you would not be able to receive mortgage assistance.
>>>>
>>>> If you have any other questions please advise.
>>>>
>>>> Best,
>>>> On Tue, Nov 22, 2022 at 02:27 PM, "Operator" <operator@ledc.intercom-mail.com> wrote:
>>>>> You'll get replies here and in your email:
>>>>> ✉ **mariareddick13@gmail.com**
>>>>>
>>>>> Our usual reply time
>>>>> 🕐 **A few hours**
>>>>>
>>>>> On Tue, Nov 22, 2022 at 02:27 PM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:
>>>>>> Would it be possible to get a reason for the mortgage denial?

## HAF Request Cover Letter

January 9, 2023

Re: **Case No. 2019-CA-002558-R(RP) Mortgage Foreclosure**

Homeowner: Maria Reddick, 4012 14th St NW, Washington, DC. 20011

Dear HAF Program:

**I am applying for $100,000 in assistance.**

I am in arrears on my loan and despite having submitted multiple modification requests, I am continually denied because the new proposed new payment exceeds a certain percentage/amount allowed by the guidelines. It is the expectation that this amount will allow the mortgage to be modified to meet the guidelines and thus, the modification will be approved, and my home saved.

My mortgage servicer needs to be contacted by HAF to continue to hold the foreclosure action and consider the modification based on the $100,00 HAF payment am being told they cannot proceed with until they are contacted by someone from HAF. My Mortgage Loan Provider: NewRez Loan# 8014941044 Relationship Manager , Audrey Audrey Wood-Earle, RMA@mortgagefamily.com is fully aware that I have applied to this program and the mortgage company is waiting to be contacted by DC Government on my behalf.  She or the mortgage company can be reached at 888-820-6474.

Please contact me at 202-209-8442 with any questions? I look forward to any assistance you can provide.

Sincerely,


Maria D. Reddick

Modification Denial Letter attached



Maria Reddick <mariareddick13@gmail.com>

# Homeowner Assistance Fund – Application Submitted
1 message

**DC HAF (via Airtable)** <noreply+automations@airtableemail.com>  Mon, Jan 9, 2023 at 2:23 PM
Reply-To: HAF@ledcmetro.org
To: maria.reddick13@gmail.com

Hello Maria,

Thank you for applying for the Homeowner Assistance Fund. This email confirms that your application has been received. You will be notified by email if your application is approved, denied, or requires edits. You can view the status of your application by logging into the HAF Application Portal where you can also download a letter showing your current status with the HAF program.

Here's what is next:

1. We recommend you attend housing counseling while your application is under review. Although not required for the program, it may prove very helpful in understanding your options in addition to HAF assistance. Your assigned housing counseling organization is: Marshall Heights Community Development Organization , (202) 396-1200
2. Please check your email regularly for notifications from noreply+automations@airtable.com, including your spam folder. If you have any questions or any technical issues, please reach out to us via chat in the application portal or at HAF@ledcmetro.org.
3. While your application is under review, please continue to work with your mortgage servicer, if applicable, on loss mitigation options including forbearance and loan modification.

The DC foreclosure moratorium has been extended city-wide to June 30th, 2022, and for homeowners who applied for federal housing assistance until September 30th, 2022, including HAF.

Should your mortgage servicer and/or housing association require official

documentation about the moratorium, please reply to this email for a letter from the Department of Housing and Community Development.

Please visit https://haf.dc.gov for additional housing counseling and legal resources that may be useful to you and your family at this time. You can also visit https://frontdoor.dc.gov for other assistance resources available to DC homeowners.

If you have any questions or technical issues you may respond to this email, and we will be pleased to help you.

Best regards,

DC Homeowner Assistance Fund

Department of Housing and Community Development

Sent via Automations on Airtable

©2023 Airtable

**HAF Request Cover Letter**

January 9, 2023

Re: Homeowner Maria Reddick, 4012 14th St NW, Washington, DC. 20011 - Loan# 8014941044

Dear HAF Program:

I am in arrears on my loan and despite having submitted multiple modification requests, I am continually denied because the new proposed new payment exceeds a certain percentage/amount allowed by the guidelines.

**I am applying for $100,000 in assistance.**

It is the expectation that this amount will allow the modified mortgage to meet the guidelines and thus, the modification will be approved, and my home will be saved.

I am being told they cannot proceed with the modification based on the HAF payment until they are contacted by someone from HAF. My Mortgage Relationship Manager , Audrey Audrey Wood-Earle,  RMA@mortgagefamily.com is fully aware that I have applied to this program and the mortgage company is waiting to be contacted by DC Government on my behalf.  She or the mortgage company can be reached at 888-820-6474.

Please contact me at 202-209-8442 with any questions? I look forward to any assistance you can provide.

Sincerely,


Maria D. Reddick

Modification Denial Letter attached



Maria Reddick <mariareddick13@gmail.com>

# Re: Would it be possible to get a reason for the mortgage denial?

**Isabel from LEDC** <isabel.delgado@ledc.intercom-mail.com>    Tue, Nov 29, 2022 at 9:56 AM
Reply-To: Isabel from LEDC <isabel.delgado@ledc.intercom-mail.com>
To: mariareddick13@gmail.com

Hello Maria,

Thank you for your response. As stated before From the mortgage statement provided as of 7/1/2022 you owe $184,857.97. The HAF program **maximum assistance is $100,000.** Therefore you would not be able to receive mortgage assistance. Due to you being behind more than **$100,000.**

If you have any other questions please advise.

Best,

**Isabel** from LEDC

Powered by Intercom

On Mon, Nov 28, 2022 at 08:10 PM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:

> Isabel, are you able to give me a call tomorrow?
>
> I need info communicated to HAF. Particularly, what I stated in my last message... that the $100K could help me obtain a loan modification and save me home. If you are not able to help, please escalate to someone else. Time is of the essence.
>
> Maria
>
> On Mon, Nov 28, 2022 at 04:28 PM, "Isabel Delgado" <isabel.delgado@ledc.intercom-mail.com> wrote:
>
>> Hello,
>>
>> Thank you for reaching out to us. HAF provides grants to pay mortgage or other property payments to preserve homeownership.
>> Payments are made directly to the payee, not the homeowner. The program is made to assist individuals who have fallen behind on payments and assist them to bring them current. If your application is approved, we then check with your vendor/servicer to confirm the balance that is owed. If at the time of that confirmation your account is current and you owe nothing, HAF will not disburse funds since there is nothing owed. We cannot advise applicants on what decision is best for them when it comes down to modifying loans, forbearance, and/or loss mitigations.
>>
>> Best,
>> On Fri, Nov 25, 2022 at 10:22 AM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:
>>
>>> I have been in talks with Mortgage Servicer to modify my loan based on the $100,000 payment. They are open to modifying and reinstating this loan if I am approved for this program. You can I speak with this to discuss? How can I appeal or have this case reopened? I spoke with then Mortgage Servicer and they said, they had not heard from anyone but iff you had reached out, they would contemplate modifying and reinstating my lawn and could have an answer in 3 - 5 days
>>>
>>> On Tue, Nov 22, 2022 at 05:11 PM, "Isabel Delgado" <isabel.delgado@ledc.intercom-mail.com> wrote:
>>>
>>>> Hello Maria,
>>>>
>>>> Thank you for reaching out. From the mortgage statement provided as of 7/1/2022 you owe $184,857.97. The HAF program **maximum assistance is $100,000.** Therefore you would not be able to receive mortgage assistance.
>>>>
>>>> If you have any other questions please advise.
>>>>
>>>> Best,
>>>> On Tue, Nov 22, 2022 at 02:27 PM, "Operator" <operator@ledc.intercom-mail.com> wrote:
>>>>
>>>>> You'll get replies here and in your email:
>>>>> ✉ **mariareddick13@gmail.com**
>>>>>
>>>>> Our usual reply time
>>>>> 🕐 **A few hours**
>>>>
>>>> On Tue, Nov 22, 2022 at 02:27 PM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:
>>>>
>>>>> Would it be possible to get a reason for the mortgage denial?



Maria Reddick <mariareddick13@gmail.com>

# Re: Would it be possible to get a reason for the mortgage denial?

**Isabel from LEDC** <isabel.delgado@ledc.intercom-mail.com>  
Reply-To: Isabel from LEDC <isabel.delgado@ledc.intercom-mail.com>  
To: mariareddick13@gmail.com

Tue, Nov 29, 2022 at 9:56 AM

Hello Maria,

Thank you for your response. As stated before From the mortgage statement provided as of 7/1/2022 you owe $184,857.97. The HAF program **maximum assistance is $100,000.** Therefore you would not be able to receive mortgage assistance. Due to you being behind more than **$100,000.**

If you have any other questions please advise.

Best,

**Isabel** from LEDC

Powered by Intercom

On Mon, Nov 28, 2022 at 08:10 PM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:

> Isabel, are you able to give me a call tomorrow?
>
> I need info communicated to HAF. Particularly, what I stated in my last message... that the $100K could help me obtain a loan modification and save me home. If you are not able to help, please escalate to someone else. Time is of the essence.
>
> Maria
>
> On Mon, Nov 28, 2022 at 04:28 PM, "Isabel Delgado" <isabel.delgado@ledc.intercom-mail.com> wrote:
>
>> Hello,
>>
>> Thank you for reaching out to us. HAF provides grants to pay mortgage or other property payments to preserve homeownership.
>> Payments are made directly to the payee, not the homeowner. The program is made to assist individuals who have fallen behind on payments and assist them to bring them current. If your application is approved, we then check with your vendor/servicer to confirm the balance that is owed. If at the time of that confirmation your account is current and you owe nothing, HAF will not disburse funds since there is nothing owed. We cannot advise applicants on what decision is best for them when it comes down to modifying loans, forbearance, and/or loss mitigations.
>>
>> Best,
>> On Fri, Nov 25, 2022 at 10:22 AM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:
>>
>>> I have been in talks with Mortgage Servicer to modify my loan based on the $100,000 payment. They are open to modifying and reinstating this loan if I am approved for this program. You can I speak with this to discuss? How can I appeal or have this case reopened? I spoke with then Mortgage Servicer and they said, they had not heard from anyone but iff you had reached out, they would contemplate modifying and reinstating my lawn and could have an answer in 3 - 5 days
>>>
>>> On Tue, Nov 22, 2022 at 05:11 PM, "Isabel Delgado" <isabel.delgado@ledc.intercom-mail.com> wrote:
>>>
>>>> Hello Maria,
>>>>
>>>> Thank you for reaching out. From the mortgage statement provided as of 7/1/2022 you owe $184,857.97. The HAF program **maximum assistance is $100,000.** Therefore you would not be able to receive mortgage assistance.
>>>>
>>>> If you have any other questions please advise.
>>>>
>>>> Best,
>>>> On Tue, Nov 22, 2022 at 02:27 PM, "Operator" <operator@ledc.intercom-mail.com> wrote:
>>>>
>>>>> You'll get replies here and in your email:
>>>>> ✉ **mariareddick13@gmail.com**
>>>>>
>>>>> Our usual reply time
>>>>> 🕒 **A few hours**
>>>>
>>>> On Tue, Nov 22, 2022 at 02:27 PM, "mariareddick13@gmail.com" <mariareddick13@gmail.com> wrote:
>>>>
>>>>> Would it be possible to get a reason for the mortgage denial?



Maria Reddick <mariareddick13@gmail.com>

# DC HAF - Application Approved
1 message

**DC HAF Program (via Airtable)** <noreply+automations@airtableemail.com>      Fri, Oct 28, 2022 at 3:32 PM
Reply-To: HAF@ledcmetro.org
To: mariareddick13@gmail.com

Hello Maria,

Thank you for applying for the DC Homeowner Assistance Fund. Your application has been *approved* by the Department of Housing and Community Development. The final status of your assistance types is:

- PEPCO Utilities Not Eligible,
- DC Water Utilities Not Eligible,
- Mortgage Not Eligible,
- DC Water Utilities Not Eligible,
- Washington Gas Utilities Eligible (for Arrears Only), Pending Payment

We are working with relevant parties to make payments on your accounts. Payments will only be made to organizations that have completed the DC Vendor registration process and verified the amount you owe. We will contact you once there is an update on payment status.

The DC Homeowner Assistance Fund Program will disburse assistance directly to your mortgage lender/servicer, insurer, District of Columbia Treasurer, and/or Condominium Association, depending on the type of assistance you requested. *The DC Homeowner Assistance Fund Program will disburse the amount quoted by those entities at time of payment which may differ from the amount due at time of application approval; any discrepancies will be resolved by the homeowner and such entities.*

You can view the status of your application by logging into the HAF Application Portal as well as download a letter showing your current status with the HAF program.

**The DC foreclosure moratorium has been extended for homeowners who applied for federal housing assistance until September 30th 2022.**

Should your mortgage servicer and/or condominium association require official documentation regarding the moratorium, please reply to this email for a letter from the Department of Housing and Community Development.

Please visit https://haf.dc.gov for additional housing counseling and legal resources that may be useful to you and your family at this time. You can also visit https://frontdoor.dc.gov for other assistance resources available to DC homeowners.

If you have any questions or technical issues you may respond to this email, and we will be pleased to help you.

Sincerely,

DC Homeowner Assistance Fund Pilot Program

Department of Housing and Community Development

Sent via Automations on Airtable

©2022 Airtable



Maria Reddick <mariareddick13@gmail.com>

# Homeowner Assistance Fund – New Assistance request(s) Submitted
1 message

**DC HAF Program (via Airtable)** <noreply+automations@airtableemail.com>    Tue, Jan 16, 2024 at 11:17 PM
Reply-To: HAF@ledcmetro.org
To: maria.reddick13@gmail.com

Hello Maria,

Thank you for applying for the Homeowner Assistance Fund. This email confirms that your new assistance request(s) have been received.

You will be notified by email if your application is approved, denied, or requires edits. You can view the status of your application by logging into the HAF Application Portal as well as download a letter showing your current status with the HAF program.

Here's what is next:

Please check your email regularly for notifications from noreply+automations@airtable.com, including your spam folder. If you have any questions or any technical issues, please reach out to us via chat in the application portal or at HAF@ledcmetro.org.

While your application is under review, please continue to work with your mortgage servicer, if applicable, on loss mitigation options including forbearance and loan modification.

The DC foreclosure moratorium has been extended city-wide to June 30th, 2022, and for homeowners who applied for federal housing assistance until September 30th, 2022, including HAF.

Should your mortgage servicer and/or housing association require official documentation about the moratorium, please reply to this email for a letter from the Department of Housing and Community Development.

Please visit https://haf.dc.gov for additional housing counseling and legal resources that may be useful to you and your family at this time. You can also visit

https://frontdoor.dc.gov for other assistance resources available to DC homeowners.

If you have any questions or technical issues you may respond to this email, and we will be pleased to help you.

Best regards,

DC Homeowner Assistance Fund

Department of Housing and Community Development

Sent via Automations on Airtable

©2024 Airtable

<u>**HAF Request Cover Letter**</u>

January 9, 2023

Re: **Case No. 2019-CA-002558-R(RP) Mortgage Foreclosure**

Homeowner: Maria Reddick, 4012 14th St NW, Washington, DC. 20011

Dear HAF Program:

**I am applying for $100,000 in assistance.**

I am in arrears on my loan and despite having submitted multiple modification requests, I am continually denied because the new proposed new payment exceeds a certain percentage/amount allowed by the guidelines. It is the expectation that a HAF $100,000 payment would allow the mortgage to be modified to meet the guidelines and thus, the modification will be approved, and my home saved.

My mortgage servicer needs to be contacted by HAF to continue to hold the foreclosure action and consider the modification based on the $100,000 HAF payment. My Relationship Manager can be reached via email [RelationshipManager@MortgageFamily.com](mailto:RelationshipManager@MortgageFamily.com). The Mortgage Loan Servicer is NewRez, the loan# is 8014941044 and their number is 888-820-6474,. The only hope for saving my home is for you to contact them and have a conversation regarding a loan modification with the anticipated $100,000 HAF payment.

Please contact me at 202-209-8442 with any questions. I look forward to any assistance you can provide.

Sincerely,

Maria D. Reddick

Modification Denial and other supporting documents attached