Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Ave NW
Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00393 |
| | ) | (Chapter 11) |
| MARIA D. REDDICK | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## SUMMARY OF BALLOTS

Comes now Maria D. Reddick ("Ms. Reddick" or the "Debtor"), by and through undersigned counsel, pursuant to Section 1126 of Title 11 of the United States Code, and reports on the ballots cast in favor of and in rejection of Maria D. Reddick's Subchapter V Plan of Reorganization (the "Plan," as found at DE #112) as follows:

| Class | Voting Party | Claim Amount | Claim Reference | Vote |
|---|---|---|---|---|
| 1 | Deutsche Bank National Trust c/o PHH Mortgage Corporation | $610,000.00 | Claims Register #12 | Reject |
| 3 | Deutsche Bank National Trust c/o PHH Mortgage Corporation | $270,619.40 | Claims Register #12 | Reject |
| 3 | American Express National Bank | $998.67 | Claim Register #4 | Accept |
| 3 | American Express National Bank | $3,837.29 | Claim Register #6 | Accept |

*[Signature on Following Page]*

                                                                           Respectfully submitted,

Dated: December 5, 2025        By:    /s/ Christianna A. Cathcart
                                                                             Christianna A. Cathcart, Esq.
                                                                             Bar No. ND0008
                                                                             The Belmont Firm
                                                                             1050 Connecticut Avenue, NW, Suite 500
                                                                             Washington, DC 20036
                                                                             Phone: (202) 655-2066
                                                                             christianna@dcbankruptcy.com
                                                                             *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 5th day of December 2025, a copy of the foregoing was served electronically upon filing via the ECF system.

                                                                             /s/ Christianna A. Cathcart
                                                                             Christianna A. Cathcart