---

**Fill in this information to identify the case:**

Debtor Name   Maria D. Reddick

United States Bankruptcy Court for the: _____ District of Columbia _____

Case number:   24-00393

☐ Check if this is an amended filing

---

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

| | |
|---|---|
| Month:   12 | Date report filed:   12/09/2025 |
| | MM / DD / YYYY |
| Line of business:   Real Estate | NAISC code:   531210 |

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:   _Maria D. Reddick_
Signed by:
C826FEA3BD1D4FA...

Original signature of responsible party   _____

Printed name of responsible party   Maria D. Reddick

---

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.***

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| Debtor Name | Maria D. Reddick | Case number | 24-00393 |
|---|---|---|---|

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 18,458.13

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 2,947.26

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 3,655.54

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -708.28

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 17,749.85

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 30,862.37

| Debtor Name | Maria D. Reddick | Case number | 24-00393 |
|---|---|---|---|

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ 129,075.00

(*Exhibit F*)

## 5. Employees

26. What was the number of employees when the case was filed?    0

27. What is the number of employees as of the date of this monthly report?    0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ 0.00

30. How much have you paid this month in other professional fees?    $ 0.00

31. How much have you paid in total other professional fees since filing the case?    $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A*<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | *Column B*<br>**Actual**<br>Copy lines 20-22 of this report. | = | *Column C*<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 3,500.00 | − | $ 2,947.26 | = | $ 552.74 |
| 33. **Cash disbursements** | $ 3,000.00 | − | $ 3,655.54 | = | $ -655.54 |
| 34. **Net cash flow** | $ 500.00 | − | $ -708.28 | = | $ -208.28 |

35. Total projected cash receipts for the next month:    $ 4,000.00

36. Total projected cash disbursements for the next month:    − $ 3,500.00

37. Total projected net cash flow for the next month:    = $ 500.00

Debtor Name  Maria D. Reddick                                    Case number  24-00393

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

## Exhibit A

**Have you paid all your bills on time.** The Debtor acknowledges that not all post- petition

obligations have been paid timely, including her mortgage payment. This delay is not indicative

of any intent to evade her financial responsibilities but is instead attributable to the transaction

period following the bankruptcy filing and the logistical demands associated with complying with

the Bankruptcy Code. The Debtor has acted in good faith and has prioritized necessary

administrative expenses and estate preservation during this time. She is actively working to bring

all outstanding obligations current and is committed to making timely payments going forward.

Docusign Envelope ID: 31F5FC09-5CEF-4FCC-A8AE-5233CFEADA3F

### Exhibit B

**Do you have any bank accounts open other than the DIP accounts**. Prior to the filing of this case, the Debtor maintained two depository accounts, both held with Navy Federal Credit Union. One account was used exclusively to hold funds on behalf of the Debtor's adult nephew, while the other was dedicated to managing the affairs of the Debtor's later father's estate. Following the withdrawal of her Motion to Retain Existing Bank Accounts, the Debtor acknowledges that these accounts must now be transitioned into debtor-in- possession ("DIP") accounts in accordance with bankruptcy requirements. The Debtor has since opened new DIP accounts at TD Bank and is in the process of transitioning all relevant funds. The NFCU accounts will be closed as soon as the first Supplemental Security Income (SSI) payment for the Debtor's nephew is deposited into the new TD Bank account. Post-petition, the Debtor also opened an account with Capital One with the intention of designating it as a DIP account; however, it could not be converted for that purpose. The account has since received the Debtor's tax refund and will be closed accordingly.

Docusign Envelope ID: 34F5FC08-CGEF-4FCC-A8AE-E283CFEADA3F

EXHIBIT C

| Date | Account | Description | Amount |
|---|---|---|---|
| 10/14/2025 | TD (3136) | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | $ 417.11 |
| 10/20/2025 | TD (3136) | VISA TRANSFER, *****30209196443, AUT 101925 VISA TRANSFER CASH APP MARIA REDDICK C OAKLAND * CA | $ 19.65 |
| 10/20/2025 | TD (3136) | VISA TRANSFER, *****30209196443, AUT 101925 VISA TRANSFER CASH APP MARIA REDDICK C OAKLAND * CA | $ 9.75 |
| 10/27/2025 | TD (3136) | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | $ 2,469.39 |
| 10/27/2025 | TD (3136) | ACH RETURNED ITEM, TRAVELERS PER INSUR 6613819 | $ 27.66 |
| 10/31/2025 | NFCU (3409) | DIVIDEND | $ 3.70 |
| | | **TOTAL** | **$ 2,947.26** |

EXHIBIT D

| Date | Account | Description | | Amount |
|------|---------|-------------|---|--------|
| 10/1/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 093025 VISA DDA PUR AP KLARNA TICKETMASTER COLUMBUS * OH | $ | 117.58 |
| 10/1/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 093025 VISA DDA PUR AP EDGEWATER DASH IN EDGEWATER * MD | $ | 78.28 |
| 10/1/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 093025 VISA DDA PUR AP DOLLAR TREE GLEN BURNIE * MD | $ | 70.04 |
| 10/2/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100125 VISA DDA PUR AP PAYPAL GOOGLE LLC GOOGL 402 935 7733 * CA | $ | 76.32 |
| 10/2/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 093025 VISA DDA PUR AP EDGEWATER DASH IN EDGEWATER * MD | $ | 35.98 |
| 10/2/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 093025 VISA DDA PUR AP APPLE CASH SENT MONEY 1INFINITELOOP * CA | $ | 15.00 |
| 10/3/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100125 VISA DDA PUR AP SAFEWAY 1731 PRINCE FREDER * MD | $ | 51.13 |
| 10/3/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100125 VISA DDA PUR AP | $ | 8.17 |
| 10/6/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100125 VISA DDA PUR AP SAFEWAY 1731 PRINCE FREDER * MD | $ | 250.00 |
| 10/6/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100225 VISA DDA PUR AP APPLE CASH SENT MONEY 1INFINITELOOP * CA | $ | 115.00 |
| 10/6/2025 | TD (3136) | DBCRD PMT AP, *****30209196443, AUT 100425 VISA DDA PUR AP PAYPAL PARAMNTPLUS 402 935 7733 * CA | $ | 13.77 |
| 10/6/2025 | TD (3136) | DBCRD PMT AP, *****30209196443, AUT 100525 VISA DDA PUR AP PP PP ROKU FOR HULU LLC 402 935 7733 * CA | $ | 3.17 |
| 10/6/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100425 VISA DDA PUR AP PAYPAL NETWORKSOLU 402 935 7733 * FL | $ | 3.00 |
| 10/6/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100225 VISA DDA PUR AP PMUSA 758054 ARLINGTON 770 8189036 * GA | $ | 2.20 |
| 10/6/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100425 VISA DDA PUR AP PP GOOGLE GOOGLE ONE 402 935 7733 * CA | $ | 2.11 |
| 10/6/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100525 VISA DDA PUR AP PP GOOGLE GOOGLE ONE 402 935 7733 * CA | $ | 2.11 |
| 10/7/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100625 VISA DDA PUR AP CASH APP THEE PRETTY KOM OAKLAND * CA | $ | 99.00 |
| 10/7/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100625 VISA DDA PUR AP DOLLARTREE PRINCE FREDER * MD | $ | 7.95 |
| 10/7/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100625 VISA DDA PUR AP GIANT FOOD INC 146 PRINCE FREDER * MD | $ | 7.49 |
| 10/7/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100525 VISA DDA PUR AP PP APPLE COM BILL 402 935 7733 * CA | $ | 1.05 |
| 10/8/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100525 VISA DDA PUR AP PAYPAL AARP 888 687 2277 * DC | $ | 38.00 |
| 10/10/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 100925 VISA DDA PUR AP PAYPAL IFILTERS CO IFIL 402 935 7733 * CA | $ | 19.91 |
| 10/15/2025 | TD (3136) | ELECTRONIC PMT-WEB, PROG DIRECT INS INS PREM ****78723 Maria | $ | 198.47 |
| 10/20/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 101825 VISA DDA PUR AP GRACESSTEAKSEAFOOD BOWIE * MD | $ | 87.33 |
| 10/20/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 101725 VISA DDA PUR AP SAFEWAY COM 1129 877 505 4040 * MD | $ | 59.32 |
| 10/20/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 101925 VISA DDA PUR AP KLARNA TEMU COM KLARNA COM * OH | $ | 51.75 |
| 10/20/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 101725 VISA DDA PUR AP DOLLAR TREE DUNKIRK * MD | $ | 27.83 |
| 10/20/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 101725 VISA DDA PUR AP MICHAELS STORES 5565 PRINCE FREDER * MD | $ | 19.04 |
| 10/20/2025 | TD (3136) | INTL DBCD PUR AP, *****30209196443, AUT 101625 INTL DDA PUR AP SMALLPDF ZURICH C HE | $ | 15.00 |
| 10/21/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 102025 VISA DDA PUR AP ROLAND S OF CHESAPE CHESAPEAKE BE * MD | $ | 4.88 |
| 10/24/2025 | TD (3136) | ELECTRONIC PMT-WEB, TRAVELERS PER INSUR 6613819 | $ | 27.66 |
| 10/28/2025 | TD (3136) | ELECTRONIC PMT-WEB, VENMO ADDFUNDS ****786087395 | $ | 2,000.00 |
| 10/30/2025 | TD (3136) | ELECTRONIC PMT-WEB, TRAVELERS RETRY PYMT 6613819 | | |
| 10/30/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 102925 VISA DDA PUR AP PARKMOBILE 770 818 9036 * DC | $ | 3.45 |
| 10/31/2025 | TD (3136) | DBCRD PUR AP, *****30209196443, AUT 102925 VISA DDA PUR AP APPLE CASH SENT MONEY 1INFINITELOOP * CA | $ | 115.00 |
| 10/31/2025 | NFCU (3409) | Federal Withholding | $ | 0.89 |
| | | **TOTAL** | **$** | **3,655.54** |

## **Exhibit E**

The following is a list of all debts incurred by the Debtor since the filing of the bankruptcy case that have not been paid:

| Month | Creditor | Amount ($) | Purpose of the Debt |
| --- | --- | --- | --- |
| December 24 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| January 25 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| February 25 | PHH | 2,805.67 | Mortgage Payment – 4012 14th St NW |
| March 25 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| April 25 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| May 25 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| June 25 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| July 25 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| August 25 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| September 25 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |
| October 25 | PHH | $2,805.67 | Mortgage Payment – 4012 14th St NW |

Total Post-Petition Debts Incurred but Not Paid: $30,862.37

**Exhibit F**

**Monies Owed to the Debtor Pre-Petition**

|  | Amount ($) |  |
|---|---|---|
| 3 Tree Flat Rent | $66,750.00 | Ofc Rent - 3910 GA Ave NW #619, Washington, DC 20011 |
| 14th Street Basement Tenant | $46,075.00 | 4012 14th St NW |

**Monies Owed to the Debtor Post-Petition**

| Date | Money Owed From | Amount |
|---|---|---|
| December 24 | Ofc Rent - 3910 GA Ave NW #619, Washington, DC 20011 | $2,075.00 |
| December 24 | 4012 14th St NW | $1,100.00 |
| January 25 | Ofc Rent - 3910 GA Ave NW #619, Washington, DC 20011 | $2,075.00 |
| January 25 | 4012 14th St NW | $1,100.00 |
| February 25 | 4012 14th St NW | $1,100.00 |
| March 25 | 4012 14th St NW | $1,100.00 |
| April 25 | 4012 14th St NW | $1,100.00 |
| May 25 | 4012 14th St NW | $1,100.00 |
| June 25 | 4012 14th St NW | $1,100.00 |
| July 25 | 4012 14th St NW | $1,100.00 |
| August 25 | 4012 14th St NW | $1,100.00 |
| September 25 | 4012 14th St. NW | $1,100.00 |
| October 25 | 4012 14th St. NW | $1,100.00 |

| | |
|---|---|
| Pre-petition | $112,825.00 |
| Post-petition | $16,250.00 |
| Pre and Post Petition | $129,075.00 |



## TD Bank

America's Most Convenient Bank®

**T**   **STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC
3910 GEORGIA AVE NW APT 619
WASHINGTON DC 20011

| | |
|---|---|
| Page: | 1 of 5 |
| Statement Period: | Sep 14 2025-Oct 13 2025 |
| Cust Ref #: | |
| Primary Account #: | 3136 |

## Chapter 11 Checking

MARIA D REDDICK
DIP CASE 24-00393 DC

Account # 3136

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 988.37 | Average Collected Balance | 402.82 |
| Electronic Deposits | 1,318.03 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 2,301.44 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 4.96 | Days in Period | 30 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/16 | DEBIT CARD CREDIT, *****30209196443, AUT 091525 VISA DDA REF<br>R L RASMUS AUCTIONEERS    703 7689000  * VA | 92.75 |
| 09/16 | DEBIT CARD CREDIT, *****30209196443, AUT 091525 VISA DDA REF<br>R L RASMUS AUCTIONEERS    703 7689000  * VA | 37.76 |
| 09/17 | DEBIT CARD CREDIT, *****30209196443, AUT 091625 VISA DDA REF<br>R L RASMUS AUCTIONEERS    703 7689000  * VA | 119.36 |
| 09/25 | ACH DEPOSIT, BEBE REALTY CMC ACH ****28624000002 | 324.00 |
| 09/29 | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | 744.16 |
| | Subtotal: | 1,318.03 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/15 | DBCRD PUR AP, *****30209196443, AUT 091225 VISA DDA PUR AP<br>APPLE CASH SENT MONEY    1INFINITELOOP * CA | 120.00 |
| 09/15 | DBCRD PUR AP, *****30209196443, AUT 091225 VISA DDA PUR AP<br>EXXON ST BARNABAS 7 11    OXON HILL    * MD | 103.30 |
| 09/15 | DBCRD PMT AP, *****30209196443, AUT 091125 VISA DDA PUR AP<br>PRIMO BRANDS WATERSERV    800 274 5282  * CA | 66.10 |
| 09/15 | DBCRD PUR AP, *****30209196443, AUT 091225 VISA DDA PUR AP<br>SANDWICH BY PHILLIPS    WASHINGTON   * DC | 31.03 |
| 09/15 | DBCRD PUR AP, *****30209196443, AUT 091225 VISA DDA PUR AP<br>MARLOW LIQUORS    TEMPLE HILLS  * MD | 28.33 |
| 09/15 | DBCRD PUR AP, *****30209196443, AUT 091125 VISA DDA PUR AP<br>APPLE CASH SENT MONEY    1INFINITELOOP * CA | 15.00 |
| 09/15 | INTL DBCD PUR AP, *****30209196443, AUT 091225 INTL DDA PUR AP<br>SMALLPDF    ZURICH    C HE | 15.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 4.96 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC

| | |
|---|---|
| Page: | 3 of 5 |
| Statement Period: | Sep 14 2025-Oct 13 2025 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/15 | DBCRD PUR AP, *****30209196443, AUT 091225 VISA DDA PUR AP<br>PIZZA HUT 040818       WASHINGTON   * DC | 14.52 |
| 09/15 | DBCRD PUR AP, *****30209196443, AUT 091125 VISA DDA PUR AP<br>SAFEWAY COM 1129       877 505 4040 * MD | 11.44 |
| 09/15 | DBCRD PUR AP, *****30209196443, AUT 091125 VISA DDA PUR AP<br>RITA S  525           DUNKIRK     * MD | 10.53 |
| 09/15 | DBCRD PUR AP, *****30209196443, AUT 091325 VISA DDA PUR AP<br>PP GOOGLE GOOGLE ONE      402 935 7733 * CA | 2.11 |
| 09/16 | ELECTRONIC PMT-WEB, PROG DIRECT INS INS PREM ****78723 Maria | 198.48 |
| 09/16 | DBCRD PUR AP, *****30209196443, AUT 091525 VISA DDA PUR AP<br>SAFEWAY COM 1129       877 505 4040 * MD | 21.76 |
| 09/19 | ELECTRONIC PMT-WEB, CONCORA CREDIT PAYMENT ****00093065672 | 189.00 |
| 09/19 | DBCRD PUR AP, *****30209196443, AUT 091725 VISA DDA PUR AP<br>RITA S  525           CLOVER COM  * MD | 9.53 |
| 09/19 | DBCRD PUR AP, *****30209196443, AUT 091825 VISA DDA PUR AP<br>PARKMOBILE          770 818 9036 * DC | 5.05 |
| 09/19 | DBCRD PUR AP, *****30209196443, AUT 091825 VISA DDA PUR AP<br>PARKMOBILE          770 818 9036 * DC | 2.75 |
| 09/19 | DBCRD PUR AP, *****30209196443, AUT 091825 VISA DDA PUR AP<br>PARKMOBILE          770 818 9036 * DC | 1.65 |
| 09/22 | DEBIT POS AP, *****30209196443, AUT 092125 DDA PURCHASE AP<br>UBER  EATS PENDING     SAN FRANCISCO * CA | 44.00 |
| 09/22 | DBCRD PUR AP, *****30209196443, AUT 091925 VISA DDA PUR AP<br>SAFEWAY COM 1129       877 505 4040 * MD | 31.36 |
| 09/22 | DEBIT POS AP, *****30209196443, AUT 092125 DDA PURCHASE AP<br>UBER TECHNOLOGIES INC    WILMINGTON  * DE | 29.99 |
| 09/22 | DBCRD PUR AP, *****30209196443, AUT 091825 VISA DDA PUR AP<br>SAFEWAY 2892        WASHINGTON  * DC | 13.25 |
| 09/22 | DBCRD PUR AP, *****30209196443, AUT 091825 VISA DDA PUR AP<br>SAFEWAY 2892        WASHINGTON  * DC | 12.09 |
| 09/22 | DBCRD PUR AP, *****30209196443, AUT 092025 VISA DDA PUR AP<br>MCDONALDS 16848       130 1855480 * MD | 1.58 |
| 09/24 | ELECTRONIC PMT-WEB, TRAVELERS PER INSUR 5199081 | 27.66 |
| 09/24 | DBCRD PUR AP, *****30209196443, AUT 092325 VISA DDA PUR AP<br>BB  THE ROOST        BBOT MENU   * CA | 20.70 |
| 09/24 | DBCRD PUR AP, *****30209196443, AUT 092325 VISA DDA PUR AP<br>PARKMOBILE          770 818 9036 * DC | 5.05 |
| 09/24 | DBCRD PUR AP, *****30209196443, AUT 092325 VISA DDA PUR AP<br>PARKMOBILE          770 818 9036 * DC | 3.70 |
| 09/25 | DBCRD PUR AP, *****30209196443, AUT 092425 VISA DDA PUR AP<br>PAYPAL WALMART COM     800 925 6278 * CA | 118.98 |
| 09/25 | DBCRD PUR AP, *****30209196443, AUT 092425 VISA DDA PUR AP<br>DOLLARTREE         LAUREL    * MD | 17.80 |
| 09/25 | DBCRD PUR AP, *****30209196443, AUT 092425 VISA DDA PUR AP<br>PP APPLE COM BILL      402 935 7733 * CA | 10.59 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

**TD Bank**

America's Most Convenient Bank®



STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC

Page:                                    4 of 5
Statement Period:    Sep 14 2025-Oct 13 2025
Cust Ref #:
Primary Account #:

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/25 | DBCRD PUR AP, *****30209196443, AUT 092425 VISA DDA PUR AP<br>T J MAXX 1236       LAUREL      * MD | 5.99 |
| 09/25 | DBCRD PUR AP, *****30209196443, AUT 092425 VISA DDA PUR AP<br>ALDI 71176       LAUREL      * MD | 5.34 |
| 09/29 | DBCRD PUR AP, *****30209196443, AUT 092625 VISA DDA PUR AP<br>CASH APP CAROLYN JACKSON   OAKLAND       * CA | 40.00 |
| 09/29 | DBCRD PUR AP, *****30209196443, AUT 092625 VISA DDA PUR AP<br>PLAZA MEXICO       443 9646381  * MD | 33.90 |
| 09/30 | DEBIT POS AP, *****30209196443, AUT 093025 DDA PURCHASE AP<br>DASH IN 1084       EDGEWATER    * MD | 16.62 |
| 10/01 | DBCRD PUR AP, *****30209196443, AUT 093025 VISA DDA PUR AP<br>KLARNA TICKETMASTER       COLUMBUS      * OH | 117.58 |
| 10/01 | DBCRD PUR AP, *****30209196443, AUT 093025 VISA DDA PUR AP<br>EDGEWATER DASH IN       EDGEWATER    * MD | 78.28 |
| 10/01 | DBCRD PUR AP, *****30209196443, AUT 093025 VISA DDA PUR AP<br>DOLLAR TREE       GLEN BURNIE  * MD | 70.04 |
| 10/02 | DBCRD PUR AP, *****30209196443, AUT 100125 VISA DDA PUR AP<br>PAYPAL  GOOGLE LLC GOOGL   402 935 7733  * CA | 76.32 |
| 10/02 | DBCRD PUR AP, *****30209196443, AUT 093025 VISA DDA PUR AP<br>EDGEWATER DASH IN       EDGEWATER    * MD | 35.98 |
| 10/02 | DBCRD PUR AP, *****30209196443, AUT 093025 VISA DDA PUR AP<br>APPLE CASH SENT MONEY     1INFINITELOOP * CA | 15.00 |
| 10/03 | DBCRD PUR AP, *****30209196443, AUT 100125 VISA DDA PUR AP<br>SAFEWAY 1731       PRINCE FREDER * MD | 51.13 |
| 10/03 | DBCRD PUR AP, *****30209196443, AUT 100125 VISA DDA PUR AP<br>SAFEWAY 1731       PRINCE FREDER * MD | 8.17 |
| 10/06 | DBCRD PUR AP, *****30209196443, AUT 100225 VISA DDA PUR AP<br>WESTER UNION       800 325 6000  * CO | 250.00 |
| 10/06 | DBCRD PUR AP, *****30209196443, AUT 100225 VISA DDA PUR AP<br>APPLE CASH SENT MONEY     1INFINITELOOP * CA | 115.00 |
| 10/06 | DBCRD PMT AP, *****30209196443, AUT 100425 VISA DDA PUR AP<br>PAYPAL  PARAMNTPLUS       402 935 7733  * CA | 13.77 |
| 10/06 | DBCRD PMT AP, *****30209196443, AUT 100525 VISA DDA PUR AP<br>PP PP ROKU FOR HULU LLC    402 935 7733  * CA | 3.17 |
| 10/06 | DBCRD PUR AP, *****30209196443, AUT 100425 VISA DDA PUR AP<br>PAYPAL  NETWORKSOLU       402 935 7733  * FL | 3.00 |
| 10/06 | DBCRD PUR AP, *****30209196443, AUT 100225 VISA DDA PUR AP<br>PMUSA 758054 ARLINGTON     770 8189036  * GA | 2.20 |
| 10/06 | DBCRD PUR AP, *****30209196443, AUT 100425 VISA DDA PUR AP<br>PP GOOGLE GOOGLE ONE       402 935 7733  * CA | 2.11 |
| 10/06 | DBCRD PUR AP, *****30209196443, AUT 100425 VISA DDA PUR AP<br>PP GOOGLE GOOGLE ONE       402 935 7733  * CA | 2.11 |
| 10/07 | DBCRD PUR AP, *****30209196443, AUT 100625 VISA DDA PUR AP<br>CASH APP THEE PRETTY KOM   OAKLAND       * CA | 99.00 |
| 10/07 | DBCRD PUR AP, *****30209196443, AUT 100625 VISA DDA PUR AP<br>DOLLARTREE       PRINCE FREDER * MD | 7.95 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC

| | |
|---|---|
| Page: | 5 of 5 |
| Statement Period: | Sep 14 2025-Oct 13 2025 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/07 | DBCRD PUR AP, *****30209196443, AUT 100625 VISA DDA PUR AP GIANT FOOD INC 146    PRINCE FREDER * MD | 7.49 |
| 10/07 | DBCRD PUR AP, *****30209196443, AUT 100525 VISA DDA PUR AP PP APPLE COM BILL    402 935 7733  * CA | 1.05 |
| 10/08 | DBCRD PUR AP, *****30209196443, AUT 100525 VISA DDA PUR AP PAYPAL  AARP    888 687 2277  * DC | 38.00 |
| 10/10 | DBCRD PUR AP, *****30209196443, AUT 100925 VISA DDA PUR AP PAYPAL  IFILTERS CO IFIL   402 935 7733  * CA | 19.91 |
| | Subtotal: | 2,301.44 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 09/13 | 988.37 | 09/30 | 1,022.22 |
| 09/15 | 571.01 | 10/01 | 756.32 |
| 09/16 | 481.28 | 10/02 | 629.02 |
| 09/17 | 600.64 | 10/03 | 569.72 |
| 09/19 | 392.66 | 10/06 | 178.36 |
| 09/22 | 260.39 | 10/07 | 62.87 |
| 09/24 | 203.28 | 10/08 | 24.87 |
| 09/25 | 368.58 | 10/10 | 4.96 |
| 09/29 | 1,038.84 | | |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender   



## TD Bank

America's Most Convenient Bank®

T   **STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC
3910 GEORGIA AVE NW APT 619
WASHINGTON DC  20011

| | |
|---|---|
| Page: | 1 of 4 |
| Statement Period: | Oct 14 2025-Nov 13 2025 |
| Cust Ref #: | |
| Primary Account #: | 136 |

### Discontinue In-Store Business Debit Card Issuance

Beginning **January 2026**, business debit cards will no longer be printed in-store, and all cards requested will be mailed to the business address on file. Need to replace your card? Use the TD Bank app to request a replacement, then instantly add your card to your digital wallet[1] to make a secure contactless purchases.

For more information visit www.tdbank.com/sbdigtalwallet

[1]TD Digital Wallet is only available to the primary small business online banking user.

### Chapter 11 Checking

MARIA D REDDICK
DIP CASE 24-00393 DC

Account #

#### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4.96 | Average Collected Balance | 343.71 |
| Deposits | 1,536.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 5,058.07 | Interest Paid Year-to-Date | 0.00 |
| | | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 6,043.38 | Days in Period | 31 |
| Ending Balance | 555.65 | | |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

#### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/12 | MOBILE DEPOSIT | | 1,536.00 |
| | | Subtotal: | 1,536.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 10/14 | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | | 417.11 |
| 10/20 | VISA TRANSFER, *****30209196443, AUT 101925 VISA TRANSFER CASH APP MARIA REDDICK C    OAKLAND     * CA | | 19.65 |
| 10/20 | VISA TRANSFER, *****30209196443, AUT 101925 VISA TRANSFER CASH APP MARIA REDDICK C    OAKLAND     * CA | | 9.75 |
| 10/27 | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | | 2,469.39 |
| 10/27 | ACH RETURNED ITEM, TRAVELERS PER INSUR 6613819 | | 27.66 |
| 11/10 | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | | 2,114.51 |
| | | Subtotal: | 5,058.07 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 555.65 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement on which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Oct 14 2025-Nov 13 2025 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/15 | ELECTRONIC PMT-WEB, PROG DIRECT INS INS PREM ****78723 Maria | 198.47 |
| 10/20 | DBCRD PUR AP, *****30209196443, AUT 101825 VISA DDA PUR AP GRACESSTEAKSEAFOOD       BOWIE       * MD | 87.33 |
| 10/20 | DBCRD PUR AP, *****30209196443, AUT 101725 VISA DDA PUR AP SAFEWAY COM 1129       877 505 4040 * MD | 59.32 |
| 10/20 | DBCRD PUR AP, *****30209196443, AUT 101925 VISA DDA PUR AP KLARNA  TEMU COM       KLARNA COM   * OH | 51.75 |
| 10/20 | DBCRD PUR AP, *****30209196443, AUT 101725 VISA DDA PUR AP DOLLAR TREE       DUNKIRK       * MD | 27.83 |
| 10/20 | DBCRD PUR AP, *****30209196443, AUT 101725 VISA DDA PUR AP MICHAELS STORES 5565       PRINCE FREDER * MD | 19.04 |
| 10/20 | INTL DBCD PUR AP, *****30209196443, AUT 101625 INTL DDA PUR AP SMALLPDF       ZURICH       C HE | 15.00 |
| 10/21 | DBCRD PUR AP, *****30209196443, AUT 102025 VISA DDA PUR AP ROLAND S OF CHESAPE       CHESAPEAKE BE * MD | 4.88 |
| 10/24 | ELECTRONIC PMT-WEB, TRAVELERS PER INSUR 6613819 | 27.66 |
| 10/28 | ELECTRONIC PMT-WEB, VENMO ADDFUNDS ****786087395 | 2,000.00 |
| 10/30 | ELECTRONIC PMT-WEB, TRAVELERS RETRY PYMT 6613819 | 27.66 |
| 10/30 | DBCRD PUR AP, *****30209196443, AUT 102925 VISA DDA PUR AP PARKMOBILE       770 818 9036 * DC | 3.45 |
| 10/31 | DBCRD PUR AP, *****30209196443, AUT 102925 VISA DDA PUR AP APPLE CASH SENT MONEY   1INFINITELOOP * CA | 115.00 |
| 11/03 | DBCRD PUR AP, *****30209196443, AUT 110125 VISA DDA PUR AP DOLLAR TREE       DUNKIRK       * MD | 79.09 |
| 11/03 | DBCRD PUR AP, *****30209196443, AUT 110125 VISA DDA PUR AP PAYPAL  GOOGLE LLC GOOGL  402 935 7733 * CA | 76.32 |
| 11/03 | DEBIT POS AP, *****30209196443, AUT 110125 DDA PURCHASE AP GIANT 0325 10790 TOWN       DUNKIRK       * MD | 41.04 |
| 11/04 | DBCRD PMT AP, *****30209196443, AUT 110325 VISA DDA PUR AP PAYPAL  PARAMNTPLUS       402 935 7733  * CA | 13.77 |
| 11/04 | DBCRD PUR AP, *****30209196443, AUT 110325 VISA DDA PUR AP PP GOOGLE GOOGLE ONE       402 935 7733  * CA | 2.11 |
| 11/05 | DBCRD PUR AP, *****30209196443, AUT 110425 VISA DDA PUR AP PP GOOGLE GOOGLE ONE       402 935 7733  * CA | 2.11 |
| 11/06 | DBCRD PUR AP, *****30209196443, AUT 110525 VISA DDA PUR AP PLAZA MEXICO       NORTH BEACH  * MD | 18.00 |
| 11/10 | DBCRD PMT AP, *****30209196443, AUT 110625 VISA DDA PUR AP PRIMO BRANDS WATERSERV       800 274 5282 * CA | 53.05 |
| 11/10 | DBCRD PUR AP, *****30209196443, AUT 110725 VISA DDA PUR AP TST LITTLE COCOS       WASHINGTON   * DC | 16.75 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

**TD Bank**

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Oct 14 2025-Nov 13 2025 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/12 | ELECTRONIC PMT-WEB, VENMO ADDFUNDS ****131580783 | 2,000.00 |
| 11/12 | DBCRD PUR AP, *****30209196443, AUT 111125 VISA DDA PUR AP<br>VENMO  MARIA REDDICK      VISA DIRECT  * NY | 1,000.00 |
| 11/12 | NONTD ATM DB AP, *****30209196443, AUT 111125 DDA WITHDRAW AP<br>PNC BANK          CHESAPEAKE BE * MD | 103.75 |
| | Subtotal: | 6,043.38 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 10/13 | 4.96 | 10/30 | 426.13 |
| 10/14 | 422.07 | 10/31 | 311.13 |
| 10/15 | 223.60 | 11/03 | 114.68 |
| 10/20 | -7.27 | 11/04 | 98.80 |
| 10/21 | -12.15 | 11/05 | 96.69 |
| 10/24 | -39.81 | 11/06 | 78.69 |
| 10/27 | 2,457.24 | 11/10 | 2,123.40 |
| 10/28 | 457.24 | 11/12 | 555.65 |

---

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender  

# NAVY ⊕ FEDERAL®

**Credit Union**

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
09/21/25 - 10/20/25

Access No.

Routing Number:

#BWNLLSV
#000000P9Y6PXV2A1#0000MC00F
MARIA D REDDICK
6413 RANDLE AVE
CHESAPEAK BCH MD 20732-4415

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

### Say "Yes" to Paperless Statements
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** | $0.00 | $1,400.00 | $1,400.00 | $0.00 | $0.00 |
| | $56.01 | $967.00 | $195.00 | $828.01 | $0.02 |
| **Membership Savings** 409 | $17,426.98 | $3.58 | $0.86 | $17,429.70 | $32.58 |
| **Money Market Savings** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | **$17,482.99** | **$2,370.58** | **$1,595.86** | **$18,257.71** | **$32.60** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

MARIA D REDDICK



MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

### DEPOSIT VOUCHER
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| | Checking | |
| | Checking | |
| 3409 | Savings | |
| | MMSA | |
| | | |
| | TOTAL | |

4057105781574712335868630724034093142407927000000000009

**NAVY** ⊕
**FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/21/25 - 10/20/25

Access No.

**Statement of Account**
For MARIA D REDDICK

## Checking

### EveryDay Checking -

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-21 | Beginning Balance | | 0.00 |
| 10-01 | Transfer From Checking | 900.00 | 900.00 |
| | Bebe Realty Cmc LLC | | |
| 10-01 | Transfer To Checking | 900.00- | 0.00 |
| | Lorenzo V Reddick Jr | | |
| 10-14 | Transfer From Checking | 500.00 | 500.00 |
| | Bebe Realty Cmc LLC | | |
| 10-14 | Transfer To Shares | 500.00- | 0.00 |
| | Lorenzo V Reddick Jr | | |
| 10-20 | **Ending Balance** | | **0.00** |

*Average Daily Balance - Current Cycle: $0.00*

### EveryDay Checking -

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 09-21 | Beginning Balance | | 56.01 |
| 09-30 | Deposit - ACH Paid From Ssi Treas 310 Xxsupp Sec 01Afd9 | 967.00 | 1,023.01 |
| 10-02 | Paid To - Thevillageof-Cle Web Pmts Chk 11192468 | 135.00- | 888.01 |
| 10-03 | Paid To - Spectrum Spectrum Chk 2100002 | 60.00- | 828.01 |
| 10-20 | **Ending Balance** | | **828.01** |

*Average Daily Balance - Current Cycle: $611.41*

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| — — | ( ) | | | ( ) |

**NAVY ⊕ FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/21/25 - 10/20/25

Access No.

**Statement of Account**
For MARIA D REDDICK

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|------|------|-----------|------|------|-----------|
| 10-02 | ACH | 135.00 | 10-03 | ACH | 60.00 |

## Savings

### Membership Savings - ▮3409

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 09-21 | Beginning Balance | | 17,426.98 |
| 09-30 | Federal Withholding | 0.86- | 17,426.12 |
| 09-30 | Dividend | 3.58 | 17,429.70 |
| **10-20** | **Ending Balance** | | **17,429.70** |
| **YTD Fed Tax Withheld** | 7.83 | | |

*Your account earned $3.58, with an annual percentage yield earned of 0.25%, for the dividend period from 09-01-2025 through 09-30-2025*

### Money Market Savings - ▮

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|-------------------|-----------|------------|
| 09-21 | Beginning Balance | | 0.00 |
| | **No Transactions This Period** | | |
| **10-20** | **Ending Balance** | | **0.00** |

**NAVY ⊕ FEDERAL**
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
09/21/25 - 10/20/25

Access No

**Statement of Account**
For MARIA D REDDICK

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

**Errors Related to a Checking Line of Credit Advance**

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

### Errors Within Your Checking Account, Money Market Savings Account, or Savings Account

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.

**NAVY** ⊕
**FEDERAL**®
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/21/25 - 11/20/25

Access No. ▉

Routing Number: ▉

#BWNLLSV
#000000P9Y6PXV2A1#000NMO00F
MARIA D REDDICK
6413 RANDLE AVE
CHESAPEAK BCH MD 20732-4415

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

**Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.**

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

| | Previous Balance | Deposits/ Credits | Withdrawals/ Debits | Ending Balance | YTD Dividends |
|---|---|---|---|---|---|
| **EveryDay Checking** | $0.00 | $700.00 | $700.00 | $0.00 | $0.00 |
| ▉1 | | | | | $0.03 |
| **Membership Savings** 3409 | $17,429.70 | $3.70 | $0.89 | $17,432.51 | $36.28 |
| **Money Market Savings** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | **$18,257.71** | **$1,820.71** | **$2,010.89** | **$18,067.53** | **$36.31** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

MARIA D REDDICK

▉

MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ➤  ▢

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| ▉ | Checking | |
| ▉ | Checking | |
| ▉3409 | Savings | |
| ▉ | MMSA | |
| | | |
| | TOTAL | |

4057105781574712335868630724034093142407927000000000009

**NAVY** ⊕
**FEDERAL**®
**Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/21/25 - 11/20/25

**Statement of Account**
For MARIA D REDDICK

## Checking

### EveryDay Checking -

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 10-21 | Beginning Balance | | 0.00 |
| 11-03 | Transfer From Checking | 400.00 | 400.00 |
| | Bebe Realty Cmc LLC | | |
| 11-03 | Transfer To Shares | 400.00- | 0.00 |
| | Lorenzo V Reddick Jr | | |
| 11-18 | Zelle Refund Maria Reddick | 100.00 | 100.00 |
| 11-18 | Transfer From Checking | 200.00 | 300.00 |
| | Bebe Realty Cmc LLC | | |
| 11-18 | Zelle DB Will Baiza | 100.00- | 200.00 |
| 11-18 | Zelle DB Will Baiza | 100.00- | 100.00 |
| 11-18 | Transfer To Checking | 100.00- | 0.00 |
| **11-20** | **Ending Balance** | | **0.00** |

*Average Daily Balance - Current Cycle: $0.00*

### EveryDay Checking -

Joint Owner(s):  NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|------|--------------------|-----------|------------|
| 10-21 | Beginning Balance | | 828.01 |
| 10-30 | Deposit - ACH Paid From Ssi Treas 310 Xxsupp Sec 01Afd9 | 967.00 | 1,795.01 |
| 10-31 | Dividend | 0.01 | 1,795.02 |
| 11-03 | POS Debit- Debit Card 1050 11-01-25 Wester Union 800-325-6000 CO | 350.00- | 1,445.02 |
| 11-03 | Paid To - Spectrum Spectrum Chk 2100002 | 60.00- | 1,385.02 |
| 11-12 | Zelle CR Marther Doneghy | 50.00 | 1,435.02 |
| 11-18 | Transfer From Checking | 100.00 | 1,535.02 |
| 11-18 | Zelle DB Will Baiza | 100.00- | 1,435.02 |

**CHANGE OF ADDRESS**
PLEASE PRINT.  USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|-----------|-------------|-----|-------|--------------------------|
| ADDRESS (NO. STREET) | | | | |
| | | | | |
| CITY | | STATE | ZIP CODE | |
| SIGNATURE OF NAVY FEDERAL MEMBER | | | | |
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | | | DAYTIME TELEPHONE NUMBER |
| — — | ( ) | | | ( ) |

Docusign Envelope ID: 31F5FCD9-0CF5-4ECC-A8AE-F233CF5ADA2E

**NAVY FEDERAL**
Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
10/21/25 - 11/20/25

**Statement of Account**
For MARIA D REDDICK

## EveryDay Checking -

(Continued from previous page)

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 11-19 | Paid To - Thevillageof-Cle Web Pmts Chk 11192468 | 800.00- | 635.02 |
| 11-20 | **Ending Balance** | | **635.02** |

*Average Daily Balance - Current Cycle: $1,239.11*
*Your account earned $0.01, with an annual percentage yield earned of 0.01%, for the dividend period from 10-01-2025 through 10-31-2025*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 11-03 | ACH | 60.00 | 11-03 | POS | 350.00 |
| 11-19 | ACH | 800.00 | | | |

## Savings
### Membership Savings 3409

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-21 | Beginning Balance | | 17,429.70 |
| 10-31 | Federal Withholding | 0.89- | 17,428.81 |
| 10-31 | Dividend | 3.70 | 17,432.51 |
| 11-20 | **Ending Balance** | | **17,432.51** |
| | **YTD Fed Tax Withheld** | 8.72 | |

*Your account earned $3.70, with an annual percentage yield earned of 0.25%, for the dividend period from 10-01-2025 through 10-31-2025*

## Money Market Savings -

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 10-21 | Beginning Balance | | 0.00 |
| | **No Transactions This Period** | | |
| 11-20 | **Ending Balance** | | **0.00** |

## NAVY FEDERAL
### Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
10/21/25 - 11/20/25

Access No.

**Statement of Account**
For MARIA D REDDICK

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement

#### Errors Related to a Checking Line of Credit Advance

If you think there is an error on your statement, write to us at:

**Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.**

You may also contact us on the Web: **navyfederal.org.**

In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.

While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

#### Errors Within Your Checking Account, Money Market Savings Account, or Savings Account

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

#### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.