The order below is hereby signed.

Signed: December 15 2025

*Elizabeth L. Gunn*
U.S. Bankruptcy Judge



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00393 |
| | ) | (Chapter 11) |
| MARIA D. REDDICK | ) | |
| | ) | |
| Debtor. | ) | |

**ORDER SUSTAINING DEBTOR'S OBJECTION TO
PROOF OF CLAIM FILED BY INTERNAL REVENUE SERVICE**

Upon consideration of the Debtor's Objection to Proof of Claim No. 13 filed by the Internal Revenue Service (the "Objection"), any response thereto, the record herein, and applicable law, it is, by the United States Bankruptcy Court for the District of Columbia,

ORDERED that the Objection be, and hereby is, SUSTAINED.

I ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*

1