The order below is hereby signed.

Signed: December 17 2025

Elizabeth L. Gunn
U.S. Bankruptcy Judge



## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 24-00393-ELG** |
| **Maria Denise Reddick,** | **Chapter 11** |
| **Debtor.** | |

### ORDER ON MOTION FOR RELIEF

On December 9, 2025, the Court held an evidentiary hearing (the "Hearing") on the *Motion for Relief from Automatic Stay (Property Located at 4012 14th Street NW Washington, DC 20011)* (the "Motion") (ECF No. 109) filed by Deutsche Bank National Trust Company ("Deutsche Bank"). In the Motion, Deutsche Bank seeks relief from the automatic stay under 11 U.S.C. § 362(d)(1) and (d)(2). At the Hearing, Deutsche Bank withdrew its request for relief under 11 U.S.C. § 362(d)(2).

For the reasons stated on the record at the Hearing, it is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Motion is **GRANTED**, in part, subject to the following conditions.

    a. Debtor shall make, as adequate protection, mortgage payments in the amount of $3,137.30 no later than the fifteenth (15th) day of each month, without a grace period or right to cure.

1

2

     b.  Should the Debtor fail to make a timely, full payment, Deutsche Bank may submit a notice of default to this Court. Upon receipt of the notice of default, and without any further hearing, the automatic stay shall be lifted as to Deutsche Bank to permit enforcement of the provisions of its Deed of Trust with respect to 4012 14th Street NW Washington, DC 20011, including but not limited to foreclosure. If the stay is terminated pursuant to the terms of this Order, Deutsche Bank may, but is not required to, submit an order confirming the termination. In the event of a foreclosure, if the Debtor fails to voluntarily vacate the premises, Deutsche Bank or any purchaser at foreclosure may proceed with all remedies available in state court.

            [Signed and dated above.]

Copies to: Parties who receive electronic notice.