The order below is hereby signed.

Signed: December 17 2025



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| **In re:** | **Case No. 24-00393-ELG** |
| **Maria Denise Reddick,** | **Chapter 11** |
| Debtor. | |

### ORDER DENYING CONFIRMATION OF
### SUBCHAPTER V PLAN WITH LEAVE TO AMEND

On December 9, 2025, the Court held an evidentiary hearing (the "Hearing") on confirmation of the *Fifth Amended Subchapter V Plan of Reorganization* (the "Proposed Plan") (ECF No. 112) filed by Maria Denise Reddick (the "Debtor") and the *Opposition to Maria D. Reddick's Fifth Amended Subchapter V Plan of Reorganization* (the "Opposition") (ECF No. 117) filed by Deutsche Bank National Trust Company ("Deutsche Bank").

Upon consideration of the Proposed Plan, the Opposition, and the evidence at the Hearing, the Court finds that that the Proposed Plan fails to satisfy the requirements of *Till v. SCS Credit Corp.*, 541 U.S. 465 (2004) as to the claim of Deutsche Bank. Therefore, for the reasons stated on the record at the Hearing, it is hereby **ADJUDGED**, **ORDERED**, and **DECREED** that:

1. Confirmation of the Proposed Plan (ECF No. 112) is **DENIED**, with leave to amend. The Debtor shall file an amended plan with this Court within a reasonable time of entry of this Order.

2. A further status conference shall be held on January 28, 2026, at 10:00 a.m., unless

a further amended plan is filed and noticed for confirmation prior to that date and time. The status conference will be conducted both in Courtroom 1 of the E. Barrett Prettyman U.S. Courthouse, 333 Constitution Avenue, N.W., Washington, D.C. 20001 and remotely by videoconference using Zoom for Government. Parties should contact Gunn_Hearings@dcb.uscourts.gov prior to the hearing for Zoom instructions. This Order constitutes notice of the status conference.

[Signed and dated above.]

Copies to the Debtor; all parties receiving electronic notice.