**Fill in this information to identify the case:**

Debtor Name __Maria D. Reddick_____

United States Bankruptcy Court for the: District of Columbia

Case number: __24-00393_____

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11      12/17

Month: ___15_____      Date report filed: _02/23/2026_
                                            MM / DD / YYYY

Line of business: _Real Restate_____      NAISC code: _531210____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: _Maria D. Reddick_____
                    Signed by:

Original signature of responsible party  ___C826FEA3BD1D4FA..._____

Printed name of responsible party  _Maria D. Reddick_____

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:-:|:-:|:-:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☑ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Maria D. Reddick                                   Case number  24-00393

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 17,692.23

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 4,986.05

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 5,305.58

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ -319.53

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 17,372.70

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 33,668.04

    *(Exhibit E)*

Debtor Name  Maria D. Reddick                                      Case number 24-00393

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                          $ 130,175.00

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                    0
27. What is the number of employees as of the date of this monthly report?       0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?  $ 0.00
30. How much have you paid this month in other professional fees?                                    $ 0.00
31. How much have you paid in total other professional fees since filing the case?                   $ 0.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 4,500.00 | − | $ 5,986.05 | = | $ 1,486.05 |
| 33. **Cash disbursements** | $ 4,000.00 | − | $ 7,748.23 | = | $ 3,748.23 |
| 34. **Net cash flow** | $ 500.00 | − | $ 1,762.18 | = | $ 1,262.17 |

35. Total projected cash receipts for the next month:              $ 5,000.00
36. Total projected cash disbursements for the next month:       − $ 4,000.00
37. Total projected net cash flow for the next month:            = $ 1,000.00

Debtor Name  Maria D. Reddick                          Case number 24-00393

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.



**TD Bank**
America's Most Convenient Bank®

T    STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC
3910 GEORGIA AVE NW APT 619
WASHINGTON DC  20011

Page:                           1 of 5
Statement Period:    Dec 14 2025-Jan 13 2026
Cust Ref #:
Primary Account #:

## Chapter 11 Checking
MARIA D REDDICK
DIP CASE 24-00393 DC

**ACCOUNT SUMMARY**

| | | | |
|---|---|---|---|
| Beginning Balance | 494.81 | Average Collected Balance | 488.41 |
| Electronic Deposits | 4,591.35 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 4,675.10 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 411.06 | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

**DAILY ACCOUNT ACTIVITY**

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17 | ACH DEPOSIT, D C GOVERNMENT D UI COMP 13484216 | 444.00 |
| 12/22 | ACH DEPOSIT, DISTRICT OF COLU DIR DEP 00040568 | 347.51 |
| 12/26 | DEBIT CARD CREDIT, *****30209196443, AUT 122425 VISA DDA REF SAFEWAY COM 1129    877 505 4040  * MD | 9.71 |
| 12/29 | ACH DEPOSIT, NFCU ACH P2P MARIA D REDDICK | 378.19 |
| 01/05 | ATM CASH DEPOSIT, *****30209196443 AUT 010426 ATM CASH DEPOSIT 2857 ALABAMA AVENUE SE    WASHINGTON    * DC | 40.00 |
| 01/07 | ACH DEPOSIT, DELTA AIR LINES PAYROLL | 578.24 |
| 01/07 | ACH DEPOSIT, BENEFIT RESOURCE REIMBURSEM ****01270 | 194.51 |
| 01/08 | ACH DEPOSIT, D C GOVERNMENT D UI COMP 13515453 | 665.00 |
| 01/12 | ACH DEPOSIT, BENEFIT RESOURCE REIMBURSEM ****01270 | 431.19 |
| 01/12 | ACH DEPOSIT, D C GOVERNMENT D UI COMP 13522202 | 403.00 |
| 01/13 | ACH DEPOSIT, NFCU ACH P2P MARIA D REDDICK | 1,100.00 |
| | Subtotal: | 4,591.35 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/15 | DBCRD PUR AP, *****30209196443, AUT 121325 VISA DDA PUR AP MD LOT FASTOP  53 CHESAP    CHESAPEAKE BE * MD | 45.00 |
| 12/15 | ELECTRONIC PMT-WEB, CONCORA CREDIT PAYMENT ****00095912672 | 40.00 |
| 12/16 | ELECTRONIC PMT-WEB, PROG DIRECT INS INS PREM ****78723 Maria | 277.33 |
| 12/16 | DBCRD PUR AP, *****30209196443, AUT 121425 VISA DDA PUR AP SHELL OIL 23652220577    OWINGS    * MD | 71.64 |
| 12/16 | DBCRD PUR AP, *****30209196443, AUT 121525 VISA DDA PUR AP CASH APP HOA PHAM    OAKLAND    * CA | 12.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 5

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

❶ Ending Balance      411.06
❷ Total Deposits      +
❸ Sub Total
❹ Total Withdrawals   -
❺ Adjusted Balance

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC

Page: 3 of 5
Statement Period: Dec 14 2025-Jan 13 2026
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/16 | DBCRD PUR AP, *****30209196443, AUT 121625 VISA DDA PUR AP PAYPAL AALIYAHSHANLLEBR VISA DIRECT * CA | 10.59 |
| 12/16 | DBCRD PUR AP, *****30209196443, AUT 121525 VISA DDA PUR AP PP GOOGLE GOOGLE ONE 402 935 7733 * CA | 2.11 |
| 12/17 | DBCRD PUR AP, *****30209196443, AUT 121625 VISA DDA PUR AP R L RASMUS AUCTIONEERS 703 7689000 * VA | 50.00 |
| 12/17 | DBCRD PUR AP, *****30209196443, AUT 121525 VISA DDA PUR AP MCDONALDS 7857 170 3683210 * VA | 5.48 |
| 12/18 | DBCRD PMT AP, *****30209196443, AUT 121625 VISA DDA PUR AP PRIMO BRANDS WATERSERV 800 274 5282 * CA | 43.58 |
| 12/18 | DBCRD PUR AP, *****30209196443, AUT 121725 VISA DDA PUR AP MD LOT FASTOP 53 CHESAP CHESAPEAKE BE * MD | 40.00 |
| 12/22 | DBCRD PUR AP, *****30209196443, AUT 121925 VISA DDA PUR AP EXXON OLD TOWN AUTO CA ALEXANDRIA * VA | 75.42 |
| 12/22 | DBCRD PUR AP, *****30209196443, AUT 121925 VISA DDA PUR AP HAIR CUTTERY 4149 PRINCE FREDER * MD | 46.00 |
| 12/22 | DBCRD PUR AP, *****30209196443, AUT 121925 VISA DDA PUR AP MD LOT FASTOP 53 CHESAP CHESAPEAKE BE * MD | 40.00 |
| 12/22 | DBCRD PUR AP, *****30209196443, AUT 121925 VISA DDA PUR AP TST PINKYS EATERY OWINGS * MD | 33.34 |
| 12/22 | DBCRD PUR AP, *****30209196443, AUT 121925 VISA DDA PUR AP NICK S OF CALVERT PRINCE FREDER * MD | 27.24 |
| 12/22 | DEBIT POS AP, *****30209196443, AUT 122225 DDA PURCHASE AP GRUBBS CARE PHARMACY WASHINGTON * DC | 21.05 |
| 12/22 | DBCRD PUR AP, *****30209196443, AUT 121925 VISA DDA PUR AP CHESAPEAKE BEACH FASTOP CHESAPEAKE BE * MD | 12.18 |
| 12/23 | DBCRD PUR AP, *****30209196443, AUT 122225 VISA DDA PUR AP ELEVATE HEALTH SOLUTIONS WASHINGTON * DC | 10.00 |
| 12/23 | DBCRD PUR AP, *****30209196443, AUT 122225 VISA DDA PUR AP PARKMOBILE 770 818 9036 * DC | 2.80 |
| 12/23 | DBCRD PUR AP, *****30209196443, AUT 122225 VISA DDA PUR AP PARKMOBILE 770 818 9036 * DC | 2.80 |
| 12/24 | ELECTRONIC PMT-WEB, TRAVELERS PER INSUR 8425252 | 27.66 |
| 12/24 | DBCRD PUR AP, *****30209196443, AUT 122225 VISA DDA PUR AP MCDONALDS 7857 170 3683210 * VA | 5.70 |
| 12/26 | DBCRD PUR AP, *****30209196443, AUT 122425 VISA DDA PUR AP SAFEWAY COM 1129 877 505 4040 * MD | 68.93 |
| 12/26 | DBCRD PUR AP, *****30209196443, AUT 122425 VISA DDA PUR AP EXXON AAR ENTERPRISES ALEXANDRIA * VA | 66.31 |
| 12/26 | DBCRD PUR AP, *****30209196443, AUT 122425 VISA DDA PUR AP APPLE CASH BALANCE ADD 1INFINITELOOP * CA | 18.00 |
| 12/26 | DBCRD PUR AP, *****30209196443, AUT 122425 VISA DDA PUR AP CTLP MAYS CORPORATION WOODBRIDGE * VA | 1.35 |
| 12/29 | DBCRD PUR AP, *****30209196443, AUT 122625 VISA DDA PUR AP EMBASSY OF GHANA ONLINE 202 686 4520 * DC | 105.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# TD Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC

Page: 4 of 5
Statement Period: Dec 14 2025-Jan 13 2026
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/29 | DBCRD PUR AP, *****30209196443, AUT 122625 VISA DDA PUR AP   EMBASSY OF GHANA ONLINE    202 686 4520  * DC | 105.00 |
| 12/30 | DBCRD PUR AP, *****30209196443, AUT 122925 VISA DDA PUR AP   VFS SERVICES GHANA JORD     NORTHWEST WAS * DC | 73.00 |
| 12/30 | DBCRD PUR AP, *****30209196443, AUT 122925 VISA DDA PUR AP   VFS SERVICES GHANA JORD     NORTHWEST WAS * DC | 60.00 |
| 12/30 | DBCRD PUR AP, *****30209196443, AUT 122925 VISA DDA PUR AP   HARRIS TEETER  0083       ARLINGTON    * VA | 8.24 |
| 12/30 | DBCRD PUR AP, *****30209196443, AUT 122925 VISA DDA PUR AP   PARKMOBILE         770 818 9036  * DC | 1.60 |
| 12/31 | DBCRD PUR AP, *****30209196443, AUT 123025 VISA DDA PUR AP   GIANT 0123         CAMP SPRINGS  * MD | 12.00 |
| 01/02 | DBCRD PUR AP, *****30209196443, AUT 123125 VISA DDA PUR AP   DC GOV  CORPORATIONS     202 671 4500  * DC | 99.00 |
| 01/02 | DBCRD PUR AP, *****30209196443, AUT 123025 VISA DDA PUR AP   EXXON OLD TOWN AUTO CA    ALEXANDRIA    * VA | 61.70 |
| 01/02 | DBCRD PUR AP, *****30209196443, AUT 123125 VISA DDA PUR AP   WWW  PACER GOV       800 676 6856  * TX | 32.80 |
| 01/02 | DBCRD PUR AP, *****30209196443, AUT 010126 VISA DDA PUR AP   VENMO  MARIA REDDICK     VISA DIRECT  * NY | 23.61 |
| 01/02 | DBCRD PUR AP, *****30209196443, AUT 123125 VISA DDA PUR AP   APPLE CASH BALANCE ADD     1INFINITELOOP * CA | 15.89 |
| 01/02 | DBCRD PUR AP, *****30209196443, AUT 010126 VISA DDA PUR AP   VENMO  MARIA REDDICK     VISA DIRECT  * NY | 10.00 |
| 01/05 | DBCRD PUR AP, *****30209196443, AUT 010426 VISA DDA PUR AP   KLARNA TEMU COM       COLUMBUS    * OH | 30.37 |
| 01/05 | DBCRD PMT AP, *****30209196443, AUT 010526 VISA DDA PUR AP   PP PP ROKU FOR HULU LLC    402 935 7733  * CA | 3.17 |
| 01/05 | DBCRD PUR AP, *****30209196443, AUT 010426 VISA DDA PUR AP   PP GOOGLE GOOGLE ONE    402 935 7733  * CA | 2.11 |
| 01/05 | DBCRD PUR AP, *****30209196443, AUT 010426 VISA DDA PUR AP   PP GOOGLE GOOGLE ONE    402 935 7733  * CA | 2.11 |
| 01/06 | DBCRD PUR AP, *****30209196443, AUT 010426 VISA DDA PUR AP   APPLE CASH BALANCE ADD     1INFINITELOOP * CA | 10.00 |
| 01/06 | DBCRD PUR AP, *****30209196443, AUT 010526 VISA DDA PUR AP   PARKMOBILE         770 818 9036  * DC | 1.60 |
| 01/09 | DBCRD PUR AP, *****30209196443, AUT 010826 VISA DDA PUR AP   DOLLAR TREE         DUNKIRK    * MD | 35.69 |
| 01/09 | DBCRD PUR AP, *****30209196443, AUT 010826 VISA DDA PUR AP   WWW  CVS COM        800 746 7287  * RI | 16.97 |
| 01/12 | DBCRD PUR AP, *****30209196443, AUT 011026 VISA DDA PUR AP   CASH APP MARIA REDDICK A   OAKLAND    * CA | 50.00 |
| 01/12 | DBCRD PUR AP, *****30209196443, AUT 011026 VISA DDA PUR AP   COSTCO BY INSTACART     INSTACART COM * CA | 39.41 |
| 01/12 | DBCRD PUR AP, *****30209196443, AUT 010926 VISA DDA PUR AP   PAYPAL  LULU INC 938EDB7   844 212 0689  * NC | 36.47 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

Docusign Envelope ID: E395E0D5-DC5D-43BE-AD04-0E50F7EA9F0E

**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

MARIA D REDDICK
DIP CASE 24-00393 DC

Page: 5 of 5
Statement Period: Dec 14 2025- Jan 13 2026
Cust Ref #:
Primary Account #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/12 | DBCRD PUR AP, *****30209196443, AUT 011026 VISA DDA PUR AP OPENAI  CHATGPT SUBSCR      OPENAI COM     * CA | 21.20 |
| 01/13 | ELECTRONIC PMT-TEL, MORTGAGE SERV CT MTG PAYMT ****941044 | 2,696.77 |
| 01/13 | DBCRD PUR AP, *****30209196443, AUT 011226 VISA DDA PUR AP SHOPPERS FOOD   PHA        FORESTVILLE  * MD | 25.84 |
| 01/13 | DBCRD PUR AP, *****30209196443, AUT 011226 VISA DDA PUR AP 5 STAR BEAUTY           DISTRICT HEIG * MD | 19.04 |
| 01/13 | DBCRD PUR AP, *****30209196443, AUT 011226 VISA DDA PUR AP CASH APP MARIA REDDICK A    OAKLAND       * CA | 10.00 |
| 01/13 | DBCRD PUR AP, *****30209196443, AUT 011226 VISA DDA PUR AP CASH APP MARIA REDDICK A    OAKLAND       * CA | 10.00 |
|  | Subtotal: | 4,675.10 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 12/13 | 494.81 | 12/30 | 264.87 |
| 12/15 | 409.81 | 12/31 | 252.87 |
| 12/16 | 36.14 | 01/02 | 9.87 |
| 12/17 | 424.66 | 01/05 | 12.11 |
| 12/18 | 341.08 | 01/06 | 0.51 |
| 12/22 | 433.36 | 01/07 | 773.26 |
| 12/23 | 417.76 | 01/08 | 1,438.26 |
| 12/24 | 384.40 | 01/09 | 1,385.60 |
| 12/26 | 239.52 | 01/12 | 2,072.71 |
| 12/29 | 407.71 | 01/13 | 411.06 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**
America's Most Convenient Bank®

T    **STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC
3910 GEORGIA AVE NW APT 619
WASHINGTON DC  20011

Page:    1 of 3
Statement Period:    Jan 14 2026-Feb 13 2026
Cust Ref #:
Primary Account #:

## Chapter 11 Checking

MARIA D REDDICK
DIP CASE 24-00393 DC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 411.06 | Average Collected Balance | 108.12 |
| Electronic Deposits | 2,530.06 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 2,814.99 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 126.13 | Days in Period | 31 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/16 | ACH RETURNED ITEM, PROG DIRECT INS INS PREM ****78723 Maria | 277.33 |
| 01/22 | ACH DEPOSIT, DELTA AIR LINES PAYROLL | 103.79 |
| 01/23 | ACH RETURNED ITEM, PROG DIRECT INS RETRY PYMT ****78723 Maria | 277.33 |
| 01/27 | ACH DEPOSIT, D C GOVERNMENT D UI COMP 13541987 | 444.00 |
| 01/27 | ACH RETURNED ITEM, TRAVELERS PER INSUR 8535847 | 27.66 |
| 01/28 | ACH DEPOSIT, D C GOVERNMENT D UI COMP 13542556 | 444.00 |
| 02/02 | ACH RETURNED ITEM, TRAVELERS RETRY PYMT 8535847 | 27.66 |
| 02/05 | ACH DEPOSIT, D C GOVERNMENT D UI COMP 13554111 | 444.00 |
| 02/10 | ACH DEPOSIT, D C GOVERNMENT D UI COMP 13561708 | 444.00 |
| 02/11 | ACH DEPOSIT, DELTA AIR LINES PAYROLL | 32.92 |
| 02/13 | DEBIT CARD CREDIT, *****30209196443, AUT 021126 VISA DDA REF STARBUCKS STORE 23832     WASHINGTON    * DC | 7.37 |
| | Subtotal: | 2,530.06 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/14 | DBCRD PMT AP, *****30209196443, AUT 011326 VISA DDA PUR AP VZWRLSS BILL PAY VE    800 9220204   * CA | 216.85 |
| 01/14 | DBCRD PUR AP, *****30209196443, AUT 011226 VISA DDA PUR AP BEAUTY ISLAND    HYATTSVILLE   * MD | 48.73 |
| 01/15 | ELECTRONIC PMT-WEB, PROG DIRECT INS INS PREM ****78723 Maria | 277.33 |
| 01/22 | ELECTRONIC PMT-WEB, PROG DIRECT INS RETRY PYMT ****78723 Maria | 277.33 |
| 01/26 | DBCRD PUR AP, *****30209196443, AUT 012326 VISA DDA PUR AP CASH APP MARIA REDDICK A    OAKLAND   * CA | 249.27 |
| 01/26 | ELECTRONIC PMT-WEB, TRAVELERS PER INSUR 8535847 | 27.66 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

Page: 2 of 3

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.
- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.
- Add any interest earned if you have an interest-bearing account.
- Add any automatic deposit or overdraft line of credit.
- Review all withdrawals shown on this statement and check them off in your account register.
- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:
2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.
3. Subtotal by adding lines 1 and 2.
4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.
5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance    126.13
② Total Deposits    +
③ Sub Total
④ Total Withdrawals    -
⑤ Adjusted Balance

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  |  |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  |  |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

# TD Bank

America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

MARIA D REDDICK
DIP CASE 24-00393 DC

Page: 3 of 3
Statement Period: Jan 14 2026-Feb 13 2026
Cust Ref #:

## DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/28 | DBCRD PUR AP, *****30209196443, AUT 012826 VISA DDA PUR AP VENMO  MARIA REDDICK     VISA DIRECT  * NY | 888.00 |
| 01/30 | ELECTRONIC PMT-WEB, TRAVELERS RETRY PYMT 8535847 | 27.66 |
| 02/05 | DBCRD PUR AP, *****30209196443, AUT 020526 VISA DDA PUR AP VENMO  MARIA REDDICK     VISA DIRECT  * NY | 400.00 |
| 02/05 | ELECTRONIC PMT-WEB, TRAVELERS RETRY PYMT 8535847 | 27.66 |
| 02/06 | DBCRD PUR AP, *****30209196443, AUT 020526 VISA DDA PUR AP TEMU COM          130 248 0611  * MA | 15.91 |
| 02/11 | DEBIT POS AP, *****30209196443, AUT 021026 DDA PURCHASE AP UBER TECHNOLOGIES  INC     WILMINGTON    * DE | 54.74 |
| 02/11 | DEBIT POS AP, *****30209196443, AUT 021026 DDA PURCHASE AP UBER TECHNOLOGIES  INC     WILMINGTON    * DE | 3.34 |
| 02/12 | DEBIT POS AP, *****30209196443, AUT 021126 DDA PURCHASE AP UBR  PENDING UBER COM     SAN FRANCISCO * CA | 14.81 |
| 02/13 | ELECTRONIC PMT-WEB, PROG DIRECT INS INS PREM POL  ****78723 | 277.33 |
| 02/13 | DBCRD PUR AP, *****30209196443, AUT 021126 VISA DDA PUR AP STARBUCKS STORE 23832     WASHINGTON    * DC | 8.37 |
|  | Subtotal: | 2,814.99 |

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 01/13 | 411.06 | 01/30 | -27.66 |
| 01/14 | 145.48 | 02/02 | 0.00 |
| 01/15 | -131.85 | 02/05 | 16.34 |
| 01/16 | 145.48 | 02/06 | 0.43 |
| 01/22 | -28.06 | 02/10 | 444.43 |
| 01/23 | 249.27 | 02/11 | 419.27 |
| 01/26 | -27.66 | 02/12 | 404.46 |
| 01/27 | 444.00 | 02/13 | 126.13 |
| 01/28 | 0.00 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender 

# Navy Federal Credit Union

PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**

**Statement Period**
12/21/25 - 01/20/26

Access No. ▮

#BWNLLSV
#000000P9Y6PXV2A1#000JMA00F
MARIA D REDDICK
6413 RANDLE AVE
CHESAPEAK BCH MD 20732-4415

Routing Number: ▮

Questions about this Statement?
Toll-free in the U.S. 1-888-842-6328
For toll-free numbers when overseas,
visit **navyfederal.org/overseas/**
Collect internationally 1-703-255-8837

Say "Yes" to Paperless! View your
digital statements via Mobile or
Navy Federal Online Banking.

**Say "Yes" to Paperless Statements**
If you haven't already, go paperless! You can access up to 36 months of statements anytime, anywhere.
To get started, select "Statements" in digital banking.*
It's an easy way to reduce the risk of identity theft and cut down on paper clutter.
Insured by NCUA. *Message and data rates may apply. Visit **navyfederal.org** for more information.

## Summary of your deposit accounts

|  | Previous Balance | Deposits/Credits | Withdrawals/Debits | Ending Balance | YTD Dividends |
|---|---:|---:|---:|---:|---:|
| EveryDay Checking | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ▮ | $1,392.26 | $2,372.20 | $2,958.84 | $805.62 | $0.00 |
| Membership Savings ▮3409 | $17,435.23 | $3.70 | $0.89 | $17,438.04 | $0.00 |
| Money Market Savings ▮ | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Totals** | **$18,827.49** | **$2,375.90** | **$2,959.73** | **$18,243.66** | **$0.00** |

REMITTANCE RECEIVED AFTER STATEMENT PERIOD WILL APPEAR ON YOUR NEXT STATEMENT

MARIA D REDDICK



MARK "X" TO CHANGE
ADDRESS/ORDER
ITEMS ON REVERSE ▶ ☐

**DEPOSIT VOUCHER**
(FOR MAIL USE ONLY. DO NOT SEND CASH THROUGH THE MAIL
DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL)

| ACCOUNT NUMBER | ACCOUNT TYPE | AMOUNT ENCLOSED |
|---|---|---|
| ▮ | Checking |  |
| ▮ | Checking |  |
| ▮3409 | Savings |  |
| ▮ | MMSA |  |
|  |  |  |
|  | **TOTAL** |  |

NFCU
PO BOX 3100
MERRIFIELD VA 22119-3100

4057105781574712335868630724034093142407927000000000009

# NAVY FEDERAL Credit Union
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement of Account**
For MARIA D REDDICK

**Statement Period**
12/21/25 - 01/20/26

Access No.

## Checking

### EveryDay Checking -

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---:|---:|
| 12-21 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| 01-20 | Ending Balance | | 0.00 |

*Average Daily Balance - Current Cycle: $0.00*

### EveryDay Checking -

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---:|---:|
| 12-21 | Beginning Balance | | 1,392.26 |
| 12-24 | Deposit - ACH Paid From Delta Air Lines Payroll 01Afd2 | 378.19 | 1,770.45 |
| 12-26 | ACH Paid To Maria D Reddick | 378.19- | 1,392.26 |
| 12-30 | Deposit - ACH Paid From Ssi Treas 310 Xxsupp Sec 01Afd9 | 994.00 | 2,386.26 |
| 12-31 | Dividend | 0.01 | 2,386.27 |
| 01-05 | POS Debit - Debit Card 1050 Transaction 01-03-26 Ebay Commerce Inc. San Jose | 206.99- | 2,179.28 |
| 01-05 | Paid To - Spectrum Spectrum Chk 2100002 | 60.00- | 2,119.28 |
| 01-05 | Paid To - Thevillageof-Cle Web Prnts Chk 11192468 | 800.00- | 1,319.28 |
| 01-08 | POS Debit- Debit Card 1050 01-07-26 Exxon I.H.S.R. Inc Upper Marlbor MD | 96.11- | 1,223.17 |
| 01-12 | Zelle CR Rhonda Johnson | 1,000.00 | 2,223.17 |
| 01-12 | ACH Paid To Maria D Reddick | 1,100.00- | 1,123.17 |
| 01-12 | Transfer To Checking Bebe Realty Cmc LLC | 52.00- | 1,071.17 |
| 01-14 | POS Debit- Debit Card 1050 01-13-26 Wester Union 800-325-6000 CO | 79.55- | 991.62 |
| 01-15 | Transfer To Checking Bebe Realty Cmc LLC | 21.00- | 970.62 |
| 01-15 | Transfer To Checking | 165.00- | 805.62 |

**CHANGE OF ADDRESS**
PLEASE PRINT. USE BLUE OR BLACK BALL POINT PEN.

| RANK/RATE | NAME (FIRST | MI | LAST) | ACCOUNT NUMBERS AFFECTED |
|---|---|---|---|---|
| | | | | |

| ADDRESS (NO. STREET) | | | | |
|---|---|---|---|---|
| | | | | |

| CITY | STATE | ZIP CODE | |
|---|---|---|---|
| | | | |

| SIGNATURE OF NAVY FEDERAL MEMBER | | |
|---|---|---|
| EFFECTIVE DATE (MO., DAY, YR.) | HOME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |
| - - | ( ) | ( ) |

**NAVY FEDERAL Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

Statement Period
12/21/25 - 01/20/26

Access No. ▮▮▮▮

**Statement of Account**
For MARIA D REDDICK

## EveryDay Checking - ▮▮▮▮

(Continued from previous page)

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| | Bebe Realty Cmc LLC | | |
| 01-20 | Ending Balance | | 805.62 |

*Average Daily Balance - Current Cycle: $1,432.98*
*Your account earned $0.01, with an annual percentage yield earned of 0.01%, for the dividend period from 12-01-2025 through 12-31-2025*

### Items Paid

| Date | Item | Amount($) | Date | Item | Amount($) |
|---|---|---|---|---|---|
| 01-05 | ACH | 60.00 | 01-08 | POS | 96.11 |
| 01-05 | ACH | 800.00 | 01-14 | POS | 79.55 |
| 01-05 | POS | 206.99 | | | |

## Savings

### Membership Savings - ▮▮▮▮3409

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-21 | Beginning Balance | | 17,435.23 |
| 12-31 | Federal Withholding | 0.89- | 17,434.34 |
| 12-31 | Dividend | 3.70 | 17,438.04 |
| 01-20 | Ending Balance | | 17,438.04 |

*Your account earned $3.70, with an annual percentage yield earned of 0.25%, for the dividend period from 12-01-2025 through 12-31-2025*

### Money Market Savings - ▮▮▮▮

Joint Owner(s): NONE

| Date | Transaction Detail | Amount($) | Balance($) |
|---|---|---|---|
| 12-21 | Beginning Balance | | 0.00 |
| | No Transactions This Period | | |
| 01-20 | Ending Balance | | 0.00 |

### 2025 Year to Date Federal Income Tax Information

| | | | |
|---|---|---|---|
| SAVINGS DIVIDENDS | 43.56 | | |
| CHECKING DIVIDENDS | 0.05 | FINANCE CHARGE CHECKING LOC | 0.00 |
| FED. TAX WITHHELD-SAVINGS | 10.47 | | |

**Navy Federal Credit Union**
PO Box 3000 • Merrifield, VA • 22119-3000
navyfederal.org

**Statement Period**
12/21/25 - 01/20/26

Access No. ▇▇▇▇

**Statement of Account**
For MARIA D REDDICK

### Disclosure Information

- The interest charge on the Checking Line of Credit advances begins to accrue on the date an advance is posted to your account and continues to accrue daily on the unpaid principal balance.
- We calculate the interest charge on your account by applying the daily periodic rate to the "daily balance" of your account for each day in the billing cycle. To get the "daily balance" we take the beginning balance of your account each day, add any new advances or fees, and subtract any payments, credits, or unpaid interest charges.
- You may also determine the amount of interest charges by multiplying the "Balance Subject to Interest Rate" by the number of days in the billing cycle and the daily periodic rate. The "Balance Subject to Interest Rate" disclosed in the Interest Charge Calculation table is the "average daily balance." To calculate the "average daily balance" add up all the "daily balances" for the billing cycle and divide the total by the number of days in the billing cycle.
- If there are two or more daily periodic rates imposed during the billing cycle, you may determine the amount of interest charges by multiplying each of the "Balances Subject to Interest Rate" by the number of days the applicable rate was in effect and multiplying each of the results by the applicable daily periodic rate and adding the results together.

### What to Do if You Think You Find a Mistake on Your Statement
#### Errors Related to a Checking Line of Credit Advance

If you think there is an error on your statement, write to us at:
Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000; or by fax, 1-703-206-4244.
You may also contact us on the Web: **navyfederal.org**.
In your letter, give us the following information:

- **Account information:** Your name and account number.
- **Dollar amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors in writing (or electronically). You may call us, but if you do, we are not required to investigate any potential error, and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

If we take more than 10 days in resolving an electronic transfer inquiry, we will provisionally credit your account for the amount in question so that you will have access to the funds during the time of our investigation.

#### Errors Within Your Checking Account, Money Market Savings Account, or Savings Account

In case of errors or questions about your electronic transfers telephone us at 1-888-842-6328, write us at the address provided above, or through Navy Federal Online Banking as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will provisionally credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

### Payments

Your check must be payable to Navy Federal Credit Union and include your Checking Line of Credit account number. Include the voucher found at the bottom of your statement and mail the enclosed envelope to: Navy Federal Credit Union, PO Box 3100, Merrifield, VA 22119-3100. Payments received by 5:00 pm Eastern Time at the mail address above will be credited the same day. Mailed payments for your Checking Line of Credit account may not be commingled with funds designated for credit to other Navy Federal Credit Union accounts.