## Exhibit A - Liquidation Analysis

|  | SCHEDULED VALUE | LIQUIDATION DISCOUNT | LIQUIDATION VALUE |
|---|---|---|---|
| **ASSETS** | | | |
| Real Property | $610,000.00 | 0.00% | $610,000.00 |
| Vehicles | $2,310.00 | 56.71% | $1,000.00 |
| Household Goods and Furnishings | $1,000.00 | 80.00% | $200.00 |
| Electronics | $500.00 | 85.00% | $75.00 |
| Sports/Hobbies | $100.00 | 90.00% | $10.00 |
| Clothing | $3,500.00 | 95.00% | $175.00 |
| Jewelry | $500.00 | 65.00% | $175.00 |
| Deposits of Money | $18,710.18 | 0.00% | 18,710.18 |
| Business Interests | $0.00 | 0.00% | $0.00 |
| Retirement Accounts | $8,861.99 | 0.00% | $8,861.99 |
| Security Deposits | $2,975.00 | 45.00% | $1,650.00 |
| Future Interests | $22,680.00 | 100.00% | $0.00 |
| Licenses | $0.00 | 0.00% | $0.00 |
| Tax Refunds | $0.00 | 0.00% | $0.00 |
| Amounts Owed to Debtor | $130,175.00 | 95.00% | $6,500.00 |
| Claims Against Third Party | Unknown | 0.00% | $0.00 |
| Unliquidated Claims | Unknown | 0.00% | $0.00 |
| Office Equipment | $1,100.00 | 60.00% | $440.00 |
| Intellectual Property | $0.00 | 0.00% | $0.00 |
| | | | |
| **Total Asset Value** | $802,412.17 | | $647,797.17 |
| | | | |
| **Secured Debt** | Total Claim | Allowed Claim | Deficiency |
| | | | |
| PHH Mortgage Service | $880,619.40 | $610,000.00 | $270,619.40 |
| Navy Federal Credit Union | $17,419.17 | $17,419.17 | $0.00 |
| | | | |
| **Total Secured Debt** | **$898,038.57** | **$627,419.17** | **$270,619.40** |
| | | | |
| **Best Interest of Creditors** | Total Amount | | |
| | | | |
| Gross Liquidation Value | $647,797.17 | | |
| Less: Allowed Secured Claims | ($627,419.17) | | |
| Less Exemptions | ($19,688.07) | | |
| Interest in Nonexempt Property | $689.93 | | |
| Less Chapter 7 Admin Expenses | ($52,500.00) | | |
| | | | |
| **Distribution to General Unsecured Creditors** | - | - | $0.00 |