|  | Month 1 | Month 2 | Month 3 | Month 4 | Month 5 | Month 6 | Month 7 | Month 8 | Month 9 | Month 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** |  | $17,435.23 | $14,014.87 | $10,617.56 | $6,552.57 | $4,140.94 | $4,277.36 | $4,005.23 | $5,073.13 | $6,144.48 | $4,396.64 |
| **REVENUE** |  |  |  |  |  |  |  |  |  |  |
| Regular Income (Net) | $2,485.60 | $3,195.20 | $3,195.20 | $3,195.20 | $3,607.20 | $3,195.20 | $3,195.20 | $3,195.20 | $3,195.20 | $3,195.20 |
| Rental Income | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5,170.00 | $5,170.00 | $5,170.00 | $5,170.00 |
| RE: Commission Income ($25,000/year) | $3,538.00 | $3,538.00 | $3,538.00 | $3,538.00 | $3,538.00 | $3,538.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Coaching Income | $0.00 | $0.00 | $1,400.00 | $1,400.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 |
| Insurance Proceeds | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 | $1,500.00 |
| **Total Credits** | $7,523.60 | $8,233.20 | $9,633.20 | $9,633.20 | $11,945.20 | $11,533.20 | $13,165.20 | $13,165.20 | $13,165.20 | $13,165.20 |
| **DISTRBUTIONS** |  |  |  |  |  |  |  |  |  |  |
| **Schedule J Expenses** |  |  |  |  |  |  |  |  |  |  |
| Rent | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 |
| Renters Insurance | $27.51 | $27.51 | $27.66 | $27.66 | $27.66 | $27.66 | $27.66 | $27.66 | $27.66 | $27.66 |
| Home Maintenance | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| Food and Housekeeping Supplies | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 | $220.00 |
| Clothing, Laundry, and Dry Cleaning | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 |
| Personal Care and Services | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 | $90.00 |
| Medical and Dental Expenses | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Transportation | $210.00 | $150.00 | $921.00 | $1,013.10 | $1,013.10 | $1,013.10 | $1,013.10 | $1,013.10 | $1,013.10 | $1,114.41 |
| Entertainment | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $85.00 | $106.25 | $106.25 | $106.25 | $106.25 |
| Vehicle Insurance | $277.33 | $277.33 | $277.33 | $277.33 | $277.33 | $277.33 | $277.33 | $277.33 | $277.33 | $277.33 |
| **4012 Expenses** |  |  |  |  |  |  |  |  |  |  |
| Real Estate Taxes | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | $90.00 |
| Home Maintenance, Repair, and Upkeep | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $9.17 | $9.17 | $27.50 | $18.13 |
| Property Insurance | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $265.00 | $265.00 | $265.00 | $265.00 |
| Utilities | $0.00 | $0.00 | $0.00 | $0.00 | $325.40 | $325.40 | $325.40 | $325.40 | $325.40 | $325.40 |
| Add't Labor Material Costs | $2,250.00 | $3,000.00 | $4,300.00 | $2,558.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
| **Total Debits** | $6,245.67 | $6,935.67 | $9,006.82 | $7,356.92 | $7,124.32 | $7,124.32 | $7,419.74 | $7,419.74 | $7,528.07 | $7,620.01 |
| **EBITDA** | $1,277.93 | $1,297.53 | $626.38 | $2,276.28 | $4,820.88 | $4,408.88 | $5,745.46 | $5,745.46 | $5,637.13 | $5,545.19 |
| **PLAN PAYMENT** |  |  |  |  |  |  |  |  |  |  |
| Class 1 - PHH Mortgage | $4,665.63 | $4,662.17 | $4,658.71 | $4,655.25 | $4,651.80 | $4,648.35 | $4,644.90 | $4,641.45 | $4,638.01 | $4,634.56 |
| Class 2 - Navy Federal Credit Union | $32.66 | $32.66 | $32.66 | $32.66 | $32.66 | $32.66 | $32.66 | $32.66 | $32.66 | $32.66 |
| Class 3 - General Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Administrative Claims | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,714.31 | $0.00 |
| **Total Plan Payment** | $4,698.29 | $4,694.83 | $4,691.37 | $4,687.91 | $4,684.46 | $4,681.01 | $4,677.56 | $4,674.11 | $7,384.97 | $4,667.22 |
| **Ending Cash Balance** | $14,014.87 | $10,617.56 | $6,552.57 | $4,140.94 | $4,277.36 | $4,005.23 | $5,073.13 | $6,144.48 | $4,396.64 | $5,274.60 |

Financial Projections

|  | Month 11 | Month 12 | Month 13 | Month 14 | Month 15 | Month 16 | Month 17 | Month 18 | Month 19 | Month 20 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $5,274.60 | $4,656.01 | $3,296.58 | $3,019.40 | $2,604.33 | $2,139.15 | $1,565.97 | $996.21 | $429.87 | $1,691.95 |
| **REVENUE** | | | | | | | | | | |
| Regular Income (Net) | $3,195.20 | $3,195.20 | $1,525.33 | $1,525.33 | $1,525.33 | $1,525.33 | $1,525.33 | $1,525.33 | $1,525.33 | $1,525.33 |
| Rental Income | $5,170.00 | $5,170.00 | $5,170.00 | $5,170.00 | $5,170.00 | $5,170.00 | $5,170.00 | $5,170.00 | $6,170.00 | $6,870.10 |
| RE: Commission Income ($25,000/year) | $0.00 | $0.00 | $343.75 | $343.75 | $343.75 | $343.75 | $343.75 | $343.75 | $343.75 | $343.75 |
| Coaching Income | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $3,300.00 | $4,125.00 | $4,950.00 |
| Insurance Proceeds | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Credits** | $11,665.20 | $11,665.20 | $10,339.08 | $10,339.08 | $10,339.08 | $10,339.08 | $10,339.08 | $10,339.08 | $12,164.08 | $13,689.18 |
| **DISTRBUTIONS** | | | | | | | | | | |
| **Schedule J Expenses** | | | | | | | | | | |
| Rent | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 |
| Renters Insurance | $27.66 | $27.66 | $27.66 | $27.66 | $27.94 | $27.94 | $27.94 | $27.94 | $27.94 | $27.94 |
| Home Maintenance | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| Food and Housekeeping Supplies | $220.00 | $220.00 | $220.00 | $440.00 | $440.00 | $440.00 | $440.00 | $440.00 | $440.00 | $440.00 |
| Clothing, Laundry, and Dry Cleaning | $50.00 | $50.00 | $50.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 | $200.00 |
| Personal Care and Services | $90.00 | $90.00 | $90.00 | $180.00 | $180.00 | $180.00 | $180.00 | $180.00 | $180.00 | $180.00 |
| Medical and Dental Expenses | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Transportation | $1,114.41 | $1,114.41 | $1,114.41 | $1,114.41 | $1,114.41 | $1,225.85 | $1,225.85 | $1,225.85 | $1,225.85 | $1,225.85 |
| Entertainment | $106.25 | $106.25 | $106.25 | $159.38 | $159.38 | $159.38 | $159.38 | $159.38 | $159.38 | $159.38 |
| Vehicle Insurance | $277.33 | $277.33 | $257.92 | $257.92 | $257.92 | $257.92 | $257.92 | $257.92 | $257.92 | $257.92 |
| **4012 Expenses** | | | | | | | | | | |
| Real Estate Taxes | $90.00 | $90.00 | $90.00 | $90.00 | $103.50 | $103.50 | $103.50 | $103.50 | $103.50 | $103.50 |
| Home Maintenance, Repair, and Upkeep | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 |
| Property Insurance | $265.00 | $265.00 | $265.00 | $265.00 | $304.75 | $304.75 | $304.75 | $304.75 | $304.75 | $304.75 |
| Utilities | $325.40 | $325.40 | $345.00 | $345.00 | $345.00 | $345.00 | $345.00 | $345.00 | $345.00 | $345.00 |
| Add't Labor Material Costs | $2,000.00 | $2,000.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Debits** | $7,620.01 | $7,620.01 | $5,620.20 | $6,133.33 | $6,186.86 | $6,298.30 | $6,298.30 | $6,298.30 | $6,298.30 | $6,298.30 |
| **EBITDA** | $4,045.19 | $4,045.19 | $4,718.88 | $4,205.75 | $4,152.22 | $4,040.78 | $4,040.78 | $4,040.78 | $5,865.78 | $7,390.88 |
| **PLAN PAYMENT** | | | | | | | | | | |
| Class 1 - PHH Mortgage | $4,631.12 | $4,627.69 | $4,624.25 | $4,620.82 | $4,617.39 | $4,613.97 | $4,610.54 | $4,607.12 | $4,603.70 | $4,600.28 |
| Class 2 - Navy Federal Credit Union | $32.66 | $32.66 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 |
| Class 3 - General Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Administrative Claims | $0.00 | $744.27 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Plan Payment** | $4,663.78 | $5,404.62 | $4,996.06 | $4,992.63 | $4,989.20 | $4,985.78 | $4,982.35 | $4,978.93 | $4,975.51 | $4,972.09 |
| **Ending Cash Balance** | $4,656.01 | $3,296.58 | $3,019.40 | $2,604.33 | $2,139.15 | $1,565.97 | $996.21 | $429.87 | $1,691.95 | $4,482.54 |

Financial Projections

|  | Month 21 | Month 22 | Month 23 | Month 24 | Month 25 | Month 26 | Month 27 | Month 28 | Month 29 | Month 30 | Month 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $4,482.54 | $1,049.29 | $3,684.29 | $6,322.69 | $1,699.86 | $5,052.15 | $8,317.03 | $2,408.60 | $5,545.44 | $9,198.00 | $3,133.23 |
| **REVENUE** | | | | | | | | | | | |
| **Regular Income (Net)** | $1,525.33 | $1,525.33 | $1,525.33 | $1,525.33 | $1,525.33 | $1,546.00 | $1,546.00 | $1,546.00 | $1,546.00 | $1,546.00 | $1,546.00 |
| **Rental Income** | $6,870.10 | $6,870.10 | $6,870.10 | $6,870.10 | $6,870.10 | $6,870.10 | $6,870.10 | $6,870.10 | $6,870.10 | $6,870.10 | $7,076.20 |
| **RE: Commission Income ($25,000/year)** | $343.75 | $343.75 | $343.75 | $343.75 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 |
| **Coaching Income** | $4,950.00 | $4,950.00 | $4,950.00 | $4,950.00 | $5,692.50 | $5,692.50 | $5,692.50 | $5,692.50 | $6,204.83 | $6,204.83 | $6,204.83 |
| **Insurance Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Credits** | $13,689.18 | $13,689.18 | $13,689.18 | $13,689.18 | $14,462.93 | $14,483.60 | $14,483.60 | $14,483.60 | $14,995.93 | $14,995.93 | $15,202.03 |
| **DISTRBUTIONS** | | | | | | | | | | | |
| **Schedule J Expenses** | | | | | | | | | | | |
| Rent | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 |
| Renters Insurance | $27.94 | $27.94 | $27.94 | $27.94 | $27.94 | $27.94 | $27.94 | $27.94 | $27.94 | $27.94 | $27.94 |
| Home Maintenance | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| Food and Housekeeping Supplies | $440.00 | $440.00 | $440.00 | $440.00 | $448.80 | $448.80 | $448.80 | $448.80 | $448.80 | $448.80 | $448.80 |
| Clothing, Laundry, and Dry Cleaning | $200.00 | $200.00 | $200.00 | $200.00 | $230.00 | $230.00 | $230.00 | $230.00 | $230.00 | $230.00 | $230.00 |
| Personal Care and Services | $180.00 | $180.00 | $180.00 | $180.00 | $221.40 | $221.40 | $221.40 | $221.40 | $221.40 | $221.40 | $221.40 |
| Medical and Dental Expenses | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Transportation | $1,225.85 | $1,348.44 | $1,348.44 | $1,348.44 | $1,348.44 | $1,348.44 | $1,348.44 | $1,483.28 | $1,483.28 | $1,483.28 | $1,483.28 |
| Entertainment | $159.38 | $199.22 | $199.22 | $199.22 | $199.22 | $199.22 | $199.22 | $199.22 | $199.22 | $199.22 | $199.22 |
| Vehicle Insurance | $257.92 | $257.92 | $257.92 | $257.92 | $224.39 | $224.39 | $224.39 | $224.39 | $224.39 | $224.39 | $224.39 |
| **4012 Expenses** | | | | | | | | | | | |
| Real Estate Taxes | $103.50 | $103.50 | $103.50 | $103.50 | $103.50 | $184.50 | $184.50 | $184.50 | $184.50 | $184.50 | $184.50 |
| Home Maintenance, Repair, and Upkeep | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 |
| Property Insurance | $304.75 | $304.75 | $304.75 | $304.75 | $304.75 | $335.23 | $335.23 | $335.23 | $335.23 | $335.23 | $335.23 |
| Utilities | $345.00 | $345.00 | $345.00 | $345.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 |
| Add't Labor Material Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Debits** | $6,298.30 | $6,460.73 | $6,460.73 | $6,460.73 | $6,527.40 | $6,638.88 | $6,638.88 | $6,773.72 | $6,773.72 | $6,773.72 | $6,773.72 |
| **EBITDA** | $7,390.88 | $7,228.45 | $7,228.45 | $7,228.45 | $7,935.53 | $7,844.72 | $7,844.72 | $7,709.88 | $8,222.21 | $8,222.21 | $8,428.31 |
| **PLAN PAYMENT** | | | | | | | | | | | |
| Class 1 - PHH Mortgage | $4,596.87 | $4,593.46 | $4,590.05 | $4,586.64 | $4,583.24 | $4,579.84 | $4,576.44 | $4,573.04 | $4,569.65 | $4,566.26 | $4,562.87 |
| Class 2 - Navy Federal Credit Union | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 |
| Class 3 - General Unsecured | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Administrative Claims | $6,227.26 | $0.00 | $0.00 | $7,264.64 | $0.00 | $0.00 | $9,176.71 | $0.00 | $0.00 | $9,720.73 | $0.00 |
| **Total Plan Payment** | $11,195.94 | $4,965.27 | $4,961.86 | $12,223.09 | $4,955.05 | $4,951.65 | $14,124.96 | $4,944.85 | $4,941.46 | $14,658.79 | $4,934.68 |
| **Ending Cash Balance** | $1,049.29 | $3,684.29 | $6,322.69 | $1,699.86 | $5,052.15 | $8,317.03 | $2,408.60 | $5,545.44 | $9,198.00 | $3,133.23 | $6,998.68 |

|  | Month 32 | Month 33 | Month 34 | Month 35 | Month 36 | Month 37 | Month 38 | Month 39 | Month 40 | Month 41 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $6,998.68 | $10,867.50 | $3,886.87 | $7,598.65 | $11,313.81 | $4,630.67 | $8,895.69 | $13,042.33 | $5,416.26 | $9,537.74 |
| **REVENUE** | | | | | | | | | | |
| **Regular Income (Net)** | $1,546.00 | $1,546.00 | $1,546.00 | $1,546.00 | $1,546.00 | $1,546.00 | $1,546.00 | $1,553.33 | $1,553.33 | $1,553.33 |
| **Rental Income** | $7,076.20 | $7,076.20 | $7,076.20 | $7,076.20 | $7,076.20 | $7,076.20 | $7,076.20 | $7,076.20 | $7,076.20 | $7,076.20 |
| **RE: Commission Income ($25,000/year)** | $375.00 | $375.00 | $375.00 | $375.00 | $375.00 | $406.25 | $406.25 | $406.25 | $406.25 | $406.25 |
| **Coaching Income** | $6,204.83 | $6,204.83 | $6,204.83 | $6,204.83 | $6,204.83 | $6,763.26 | $6,763.26 | $6,763.26 | $6,763.26 | $6,763.26 |
| **Insurance Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Credits** | $15,202.03 | $15,202.03 | $15,202.03 | $15,202.03 | $15,202.03 | $15,791.71 | $15,791.71 | $15,799.04 | $15,799.04 | $15,799.04 |
| **DISTRBUTIONS** | | | | | | | | | | |
| <u>Schedule J Expenses</u> | | | | | | | | | | |
| **Rent** | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 |
| **Renters Insurance** | $27.94 | $27.94 | $27.94 | $27.94 | $27.94 | $27.94 | $27.94 | $28.22 | $28.22 | $28.22 |
| **Home Maintenance** | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| **Food and Housekeeping Supplies** | $448.80 | $448.80 | $448.80 | $448.80 | $448.80 | $448.80 | $453.29 | $453.29 | $453.29 | $453.29 |
| **Clothing, Laundry, and Dry Cleaning** | $230.00 | $230.00 | $230.00 | $230.00 | $230.00 | $230.00 | $253.00 | $253.00 | $253.00 | $253.00 |
| **Personal Care and Services** | $221.40 | $221.40 | $221.40 | $221.40 | $221.40 | $247.97 | $247.97 | $247.97 | $247.97 | $247.97 |
| **Medical and Dental Expenses** | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| **Transportation** | $1,483.28 | $1,557.44 | $1,557.44 | $1,557.44 | $1,557.44 | $1,557.44 | $1,557.44 | $1,557.44 | $1,596.38 | $1,596.38 |
| **Entertainment** | $199.22 | $288.87 | $288.87 | $288.87 | $288.87 | $288.87 | $288.87 | $288.87 | $288.87 | $288.87 |
| **Vehicle Insurance** | $224.39 | $224.39 | $224.39 | $224.39 | $224.39 | $224.39 | $222.14 | $222.14 | $222.14 | $222.14 |
| <u>4012 Expenses</u> | | | | | | | | | | |
| **Real Estate Taxes** | $184.50 | $184.50 | $184.50 | $184.50 | $184.50 | $184.50 | $247.50 | $247.50 | $247.50 | $247.50 |
| **Home Maintenance, Repair, and Upkeep** | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 |
| **Property Insurance** | $335.23 | $335.23 | $335.23 | $335.23 | $335.23 | $335.23 | $368.75 | $368.75 | $368.75 | $368.75 |
| **Utilities** | $365.00 | $365.00 | $365.00 | $365.00 | $365.00 | $385.00 | $385.00 | $385.00 | $385.00 | $385.00 |
| **Add't Labor Material Costs** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Debits** | $6,773.72 | $6,937.53 | $6,937.53 | $6,937.53 | $6,937.53 | $6,984.10 | $7,105.86 | $7,106.14 | $7,145.08 | $7,145.08 |
| **EBITDA** | $8,428.31 | $8,264.50 | $8,264.50 | $8,264.50 | $8,264.50 | $8,807.61 | $8,685.85 | $8,692.90 | $8,653.96 | $8,653.96 |
| **PLAN PAYMENT** | | | | | | | | | | |
| **Class 1 - PHH Mortgage** | $4,559.48 | $4,556.10 | $4,552.72 | $4,549.34 | $4,545.96 | $4,542.59 | $4,539.22 | $4,535.85 | $4,532.48 | $4,529.12 |
| **Class 2 - Navy Federal Credit Union** | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 |
| **Class 3 - General Unsecured** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Administrative Claims** | $0.00 | $10,689.04 | $0.00 | $0.00 | $10,401.68 | $0.00 | $0.00 | $11,783.12 | $0.00 | $0.00 |
| **Total Plan Payment** | $4,931.29 | $15,616.95 | $4,924.53 | $4,921.15 | $15,319.45 | $4,914.40 | $4,911.03 | $16,690.78 | $4,904.29 | $4,900.93 |
| **Ending Cash Balance** | $10,867.50 | $3,886.87 | $7,598.65 | $11,313.81 | $4,630.67 | $8,895.69 | $13,042.33 | $5,416.26 | $9,537.74 | $13,662.58 |

Financial Projections

| | Month 42 | Month 43 | Month 44 | Month 45 | Month 46 | Month 47 | Month 48 | Month 49 | Month 50 | Month 51 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $13,662.58 | $6,195.12 | $11,147.66 | $16,103.56 | $7,047.86 | $11,982.53 | $16,920.54 | $7,897.81 | $13,493.44 | $19,024.87 |
| **REVENUE** | | | | | | | | | | |
| **Regular Income (Net)** | $1,553.33 | $1,553.33 | $1,553.33 | $1,553.33 | $1,553.33 | $1,553.33 | $1,553.33 | $1,553.33 | $1,553.33 | $1,553.33 |
| **Rental Income** | $7,076.20 | $7,288.49 | $7,288.49 | $7,288.49 | $7,288.49 | $7,288.49 | $7,288.49 | $7,288.49 | $7,288.49 | $7,288.49 |
| **RE: Commission Income ($25,000/year)** | $406.25 | $406.25 | $406.25 | $406.25 | $406.25 | $406.25 | $406.25 | $437.50 | $437.50 | $437.50 |
| **Coaching Income** | $6,763.26 | $7,371.95 | $7,371.95 | $7,371.95 | $7,371.95 | $7,371.95 | $7,371.95 | $8,035.43 | $8,035.43 | $8,035.43 |
| **Insurance Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Credits** | $15,799.04 | $16,620.02 | $16,620.02 | $16,620.02 | $16,620.02 | $16,620.02 | $16,620.02 | $17,314.75 | $17,314.75 | $17,314.75 |
| **DISTRBUTIONS** | | | | | | | | | | |
| **Schedule J Expenses** | | | | | | | | | | |
| Rent | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 |
| Renters Insurance | $28.22 | $28.22 | $28.22 | $28.22 | $28.22 | $28.22 | $28.22 | $28.22 | $28.22 | $28.22 |
| Home Maintenance | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| Food and Housekeeping Supplies | $453.29 | $453.29 | $453.29 | $453.29 | $453.29 | $453.29 | $453.29 | $453.29 | $457.82 | $457.82 |
| Clothing, Laundry, and Dry Cleaning | $253.00 | $253.00 | $253.00 | $253.00 | $253.00 | $253.00 | $253.00 | $253.00 | $253.00 | $253.00 |
| Personal Care and Services | $247.97 | $247.97 | $247.97 | $247.97 | $247.97 | $247.97 | $247.97 | $247.97 | $267.81 | $267.81 |
| Medical and Dental Expenses | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Transportation | $1,596.38 | $1,596.38 | $1,596.38 | $1,596.38 | $1,624.32 | $1,624.32 | $1,624.32 | $1,624.32 | $1,624.32 | $1,624.32 |
| Entertainment | $288.87 | $288.87 | $288.87 | $288.87 | $288.87 | $288.87 | $288.87 | $303.31 | $303.31 | $303.31 |
| Vehicle Insurance | $222.14 | $222.14 | $222.14 | $222.14 | $222.14 | $222.14 | $222.14 | $222.14 | $224.37 | $224.37 |
| **4012 Expenses** | | | | | | | | | | |
| Real Estate Taxes | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $247.50 | $270.00 | $270.00 |
| Home Maintenance, Repair, and Upkeep | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $18.13 | $27.50 | $27.50 | $27.50 | $27.50 |
| Property Insurance | $368.75 | $368.75 | $368.75 | $368.75 | $368.75 | $368.75 | $368.75 | $368.75 | $387.18 | $387.18 |
| Utilities | $385.00 | $385.00 | $385.00 | $385.00 | $385.00 | $385.00 | $385.00 | $405.00 | $405.00 | $405.00 |
| Add't Labor Material Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Debits** | $7,145.08 | $7,145.08 | $7,145.08 | $7,145.08 | $7,173.02 | $7,173.02 | $7,182.39 | $7,216.83 | $7,284.36 | $7,284.36 |
| **EBITDA** | $8,653.96 | $9,474.94 | $9,474.94 | $9,474.94 | $9,447.00 | $9,447.00 | $9,437.63 | $10,097.92 | $10,030.39 | $10,030.39 |
| **PLAN PAYMENT** | | | | | | | | | | |
| Class 1 - PHH Mortgage | $4,525.76 | $4,522.40 | $4,519.04 | $4,515.69 | $4,512.34 | $4,508.99 | $4,505.64 | $4,502.30 | $4,498.96 | $4,495.62 |
| Class 2 - Navy Federal Credit Union | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 |
| Class 3 - General Unsecured | $0.00 | $0.00 | $0.00 | $14,014.95 | $0.00 | $0.00 | $13,954.72 | $0.00 | $0.00 | $15,757.07 |
| Administrative Claims | $11,595.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Plan Payment** | $16,493.24 | $4,894.21 | $4,890.85 | $18,902.45 | $4,884.15 | $4,880.80 | $18,832.17 | $4,874.11 | $4,870.77 | $20,624.50 |
| **Ending Cash Balance** | $6,195.12 | $11,147.66 | $16,103.56 | $7,047.86 | $11,982.53 | $16,920.54 | $7,897.81 | $13,493.44 | $19,024.87 | $8,802.57 |

|  | Month 52 | Month 53 | Month 54 | Month 55 | Month 56 | Month 57 | Month 58 | Month 59 | Month 60 |
|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | $8,802.57 | $14,347.35 | $19,895.47 | $9,705.91 | $16,202.52 | $22,702.46 | $10,694.01 | $17,200.60 | $23,710.50 |
| **REVENUE** | | | | | | | | | |
| **Regular Income (Net)** | $1,560.00 | $1,560.00 | $1,560.00 | $1,560.00 | $1,560.00 | $1,560.00 | $1,560.00 | $1,560.00 | $1,560.00 |
| **Rental Income** | $7,288.49 | $7,288.49 | $7,288.49 | $7,507.14 | $7,507.14 | $7,507.14 | $7,507.14 | $7,507.14 | $7,507.14 |
| **RE: Commission Income ($25,000/year)** | $437.50 | $437.50 | $437.50 | $437.50 | $437.50 | $437.50 | $437.50 | $437.50 | $437.50 |
| **Coaching Income** | $8,035.43 | $8,035.43 | $8,035.43 | $8,758.62 | $8,758.62 | $8,758.62 | $8,758.62 | $8,758.62 | $8,758.62 |
| **Insurance Proceeds** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Credits** | $17,321.42 | $17,321.42 | $17,321.42 | $18,263.26 | $18,263.26 | $18,263.26 | $18,263.26 | $18,263.26 | $18,263.26 |
| **DISTRBUTIONS** | | | | | | | | | |
| <u>Schedule J Expenses</u> | | | | | | | | | |
| Rent | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 | $2,887.50 |
| Renters Insurance | $28.22 | $28.22 | $28.22 | $28.22 | $28.22 | $28.22 | $28.22 | $28.22 | $28.22 |
| Home Maintenance | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 | $83.33 |
| Food and Housekeeping Supplies | $457.82 | $457.82 | $457.82 | $457.82 | $457.82 | $457.82 | $457.82 | $457.82 | $457.82 |
| Clothing, Laundry, and Dry Cleaning | $253.00 | $253.00 | $253.00 | $253.00 | $253.00 | $253.00 | $253.00 | $253.00 | $253.00 |
| Personal Care and Services | $267.81 | $267.81 | $267.81 | $267.81 | $267.81 | $267.81 | $267.81 | $267.81 | $267.81 |
| Medical and Dental Expenses | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 | $65.00 |
| Transportation | $1,624.32 | $1,624.32 | $1,624.32 | $1,624.32 | $1,624.32 | $1,624.32 | $1,624.32 | $1,624.32 | $1,624.32 |
| Entertainment | $303.31 | $303.31 | $303.31 | $303.31 | $303.31 | $303.31 | $303.31 | $303.31 | $303.31 |
| Vehicle Insurance | $224.37 | $224.37 | $224.37 | $224.37 | $224.37 | $224.37 | $224.37 | $224.37 | $224.37 |
| <u>4012 Expenses</u> | | | | | | | | | |
| Real Estate Taxes | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 | $270.00 |
| Home Maintenance, Repair, and Upkeep | $27.50 | $27.50 | $27.50 | $27.50 | $27.50 | $27.50 | $27.50 | $27.50 | $27.50 |
| Property Insurance | $387.18 | $387.18 | $387.18 | $387.18 | $387.18 | $387.18 | $387.18 | $387.18 | $387.18 |
| Utilities | $405.00 | $405.00 | $405.00 | $405.00 | $405.00 | $405.00 | $405.00 | $405.00 | $405.00 |
| Add't Labor Material Costs | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Debits** | $7,284.36 | $7,284.36 | $7,284.36 | $7,284.36 | $7,284.36 | $7,284.36 | $7,284.36 | $7,284.36 | $7,284.36 |
| **EBITDA** | $10,037.06 | $10,037.06 | $10,037.06 | $10,978.90 | $10,978.90 | $10,978.90 | $10,978.90 | $10,978.90 | $10,978.90 |
| **PLAN PAYMENT** | | | | | | | | | |
| Class 1 - PHH Mortgage | $4,492.28 | $4,488.95 | $4,485.62 | $4,482.29 | $4,478.96 | $4,475.64 | $4,472.31 | $4,468.99 | $4,465.68 |
| Class 2 - Navy Federal Credit Union | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 | $371.81 |
| Class 3 - General Unsecured | $0.00 | $0.00 | $15,741.00 | $0.00 | $0.00 | $18,511.72 | $0.00 | $0.00 | $18,541.61 |
| Administrative Claims | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Plan Payment** | $4,864.09 | $4,860.76 | $20,598.43 | $4,854.10 | $4,850.77 | $23,359.16 | $4,844.12 | $4,840.80 | $23,379.10 |
| **Ending Cash Balance** | $14,347.35 | $19,895.47 | $9,705.91 | $16,202.52 | $22,702.46 | $10,694.01 | $17,200.60 | $23,710.50 | $11,682.11 |