| Class 3 - Creditor | Claim ($) | Month 45 | Month 48 | Month 51 | Month 54 | Month 57 | Month 60 | Total |
|---|---|---|---|---|---|---|---|---|
| PHH Mortgage | $270,619.40 | $9,926.15 | $9,882.81 | $11,159.79 | $11,147.49 | $13,109.69 | $13,129.63 | $68,355.56 |
| US Department of Education | $46,291.89 | $1,697.20 | $1,690.08 | $1,908.05 | $1,906.88 | $2,242.66 | $2,246.29 | $11,691.16 |
| SBA | $35,000.00 | $1,283.45 | $1,278.20 | $1,443.05 | 1,441.74 | $1,695.40 | $1,698.69 | $8,840.53 |
| Navy Federal Credit Union | $4,918.30 | $180.33 | $179.60 | $202.78 | $202.60 | $238.23 | $238.69 | $1,242.23 |
| Navy Federal Credit Union | $4,807.80 | $176.27 | $175.56 | $198.24 | $198.05 | $232.88 | $233.34 | $1,214.34 |
| Capital One | $3,884.78 | $142.45 | $141.86 | $160.20 | $160.02 | $188.20 | $188.59 | $981.32 |
| American Express | $3,837.29 | $140.71 | $140.13 | $158.25 | $158.07 | $185.89 | $186.27 | $969.32 |
| Congressional FCU | $3,212.51 | $117.84 | $117.36 | $132.46 | $132.33 | $155.62 | $155.94 | $811.55 |
| Washington Gas | $2,175.00 | $79.77 | $79.44 | $89.68 | $89.59 | $105.36 | $105.58 | $549.42 |
| Capital One | $1,658.95 | $60.83 | $60.58 | $68.41 | $68.34 | $80.38 | $80.55 | $419.09 |
| Credit One Bank | $1,412.00 | $51.77 | $51.56 | $58.23 | $58.16 | $68.40 | $68.55 | $356.67 |
| Credit One Bank | $1,395.00 | $51.15 | $50.94 | $57.54 | $57.46 | $67.59 | $67.74 | $352.42 |
| Credit One Bank | $1,006.00 | $36.87 | $36.72 | $41.47 | $41.44 | $48.73 | $48.84 | $254.07 |
| American Express | $998.67 | $36.60 | $36.46 | $41.18 | $41.14 | $48.38 | $48.49 | $252.25 |
| Patient First | $858.00 | $31.47 | $31.34 | $35.39 | $35.34 | $41.55 | $41.65 | $216.74 |
| Baltimore Gas and Electric | $57.00 | $2.09 | $2.08 | $2.35 | $2.35 | $2.76 | $2.77 | $14.40 |
| **Total** | **$382,132.59** | **$14,014.95** | **$13,954.72** | **$15,757.07** | **$15,741.00** | **$18,511.72** | **$18,541.61** | **$96,521.07** |