| Date | Beginning Balance | Interest | Payment | Ending Balance |
|---|---|---|---|---|
| Nov-24 | $610,000.00 | $3,812.50 | $0.00 | $613,812.50 |
| Dec-24 | $613,812.50 | $3,836.33 | $0.00 | $617,648.83 |
| Jan-25 | $617,648.83 | $3,860.31 | $0.00 | $621,509.13 |
| Feb-25 | $621,509.13 | $3,884.43 | $0.00 | $625,393.57 |
| Mar-25 | $625,393.57 | $3,908.71 | $0.00 | $629,302.28 |
| Apr-25 | $629,302.28 | $3,933.14 | $0.00 | $633,235.41 |
| May-25 | $633,235.41 | $3,957.72 | $0.00 | $637,193.14 |
| Jun-25 | $637,193.14 | $3,982.46 | $0.00 | $641,175.59 |
| Jul-25 | $641,175.59 | $4,007.35 | $0.00 | $645,182.94 |
| Aug-25 | $645,182.94 | $4,032.39 | $0.00 | $649,215.33 |
| Sep-25 | $649,215.33 | $4,057.60 | $0.00 | $653,272.93 |
| Oct-25 | $653,272.93 | $4,082.96 | $0.00 | $657,355.89 |
| Nov-25 | $657,355.89 | $4,108.47 | $0.00 | $661,464.36 |
| Dec-25 | $661,464.36 | $4,134.15 | $2,696.77 | $662,901.74 |
| Jan-26 | $662,901.74 | $4,143.14 | $2,696.77 | $664,348.11 |
| Feb-26 | $664,348.11 | $4,152.18 | $2,696.76 | $665,803.52 |
| Mar-26 | $665,803.52 | $4,161.27 | $2,696.77 | $667,268.03 |
| Apr-26 | $667,268.03 | $4,170.43 | $4,665.63 | $666,772.82 |
| May-26 | $666,772.82 | $4,167.33 | $4,662.17 | $666,277.97 |
| Jun-26 | $666,277.97 | $4,164.24 | $4,658.71 | $665,783.50 |
| Jul-26 | $665,783.50 | $4,161.15 | $4,655.25 | $665,289.39 |
| Aug-26 | $665,289.39 | $4,158.06 | $4,651.80 | $664,795.65 |
| Sep-26 | $664,795.65 | $4,154.97 | $4,648.35 | $664,302.27 |
| Oct-26 | $664,302.27 | $4,151.89 | $4,644.90 | $663,809.27 |
| Nov-26 | $663,809.27 | $4,148.81 | $4,641.45 | $663,316.62 |
| Dec-26 | $663,316.62 | $4,145.73 | $4,638.01 | $662,824.35 |
| Jan-27 | $662,824.35 | $4,142.65 | $4,634.56 | $662,332.43 |
| Feb-27 | $662,332.43 | $4,139.58 | $4,631.12 | $661,840.89 |
| Mar-27 | $661,840.89 | $4,136.51 | $4,627.69 | $661,349.71 |
| Apr-27 | $661,349.71 | $4,133.44 | $4,624.25 | $660,858.89 |
| May-27 | $660,858.89 | $4,130.37 | $4,620.82 | $660,368.43 |
| Jun-27 | $660,368.43 | $4,127.30 | $4,617.39 | $659,878.35 |
| Jul-27 | $659,878.35 | $4,124.24 | $4,613.97 | $659,388.62 |
| Aug-27 | $659,388.62 | $4,121.18 | $4,610.54 | $658,899.26 |
| Sep-27 | $658,899.26 | $4,118.12 | $4,607.12 | $658,410.26 |
| Oct-27 | $658,410.26 | $4,115.06 | $4,603.70 | $657,921.62 |
| Nov-27 | $657,921.62 | $4,112.01 | $4,600.28 | $657,433.35 |
| Dec-27 | $657,433.35 | $4,108.96 | $4,596.87 | $656,945.44 |
| Jan-28 | $656,945.44 | $4,105.91 | $4,593.46 | $656,457.89 |
| Feb-28 | $656,457.89 | $4,102.86 | $4,590.05 | $655,970.70 |
| Mar-28 | $655,970.70 | $4,099.82 | $4,586.64 | $655,483.88 |

| Date | Beginning Balance | Interest | Payment | Ending Balance |
|---|---|---|---|---|
| Apr-28 | $655,483.88 | $4,096.77 | $4,583.24 | $654,997.41 |
| May-28 | $654,997.41 | $4,093.73 | $4,579.84 | $654,511.31 |
| Jun-28 | $654,511.31 | $4,090.70 | $4,576.44 | $654,025.57 |
| Jul-28 | $654,025.57 | $4,087.66 | $4,573.04 | $653,540.19 |
| Aug-28 | $653,540.19 | $4,084.63 | $4,569.65 | $653,055.16 |
| Sep-28 | $653,055.16 | $4,081.59 | $4,566.26 | $652,570.50 |
| Oct-28 | $652,570.50 | $4,078.57 | $4,562.87 | $652,086.20 |
| Nov-28 | $652,086.20 | $4,075.54 | $4,559.48 | $651,602.26 |
| Dec-28 | $651,602.26 | $4,072.51 | $4,556.10 | $651,118.68 |
| Jan-29 | $651,118.68 | $4,069.49 | $4,552.72 | $650,635.45 |
| Feb-29 | $650,635.45 | $4,066.47 | $4,549.34 | $650,152.58 |
| Mar-29 | $650,152.58 | $4,063.45 | $4,545.96 | $649,670.08 |
| Apr-29 | $649,670.08 | $4,060.44 | $4,542.59 | $649,187.93 |
| May-29 | $649,187.93 | $4,057.42 | $4,539.22 | $648,706.14 |
| Jun-29 | $648,706.14 | $4,054.41 | $4,535.85 | $648,224.70 |
| Jul-29 | $648,224.70 | $4,051.40 | $4,532.48 | $647,743.63 |
| Aug-29 | $647,743.63 | $4,048.40 | $4,529.12 | $647,262.91 |
| Sep-29 | $647,262.91 | $4,045.39 | $4,525.76 | $646,782.54 |
| Oct-29 | $646,782.54 | $4,042.39 | $4,522.40 | $646,302.54 |
| Nov-29 | $646,302.54 | $4,039.39 | $4,519.04 | $645,822.89 |
| Dec-29 | $645,822.89 | $4,036.39 | $4,515.69 | $645,343.59 |
| Jan-30 | $645,343.59 | $4,033.40 | $4,512.34 | $644,864.65 |
| Feb-30 | $644,864.65 | $4,030.40 | $4,508.99 | $644,386.07 |
| Mar-30 | $644,386.07 | $4,027.41 | $4,505.64 | $643,907.84 |
| Apr-30 | $643,907.84 | $4,024.42 | $4,502.30 | $643,429.97 |
| May-30 | $643,429.97 | $4,021.44 | $4,498.96 | $642,952.45 |
| Jun-30 | $642,952.45 | $4,018.45 | $4,495.62 | $642,475.29 |
| Jul-30 | $642,475.29 | $4,015.47 | $4,492.28 | $641,998.48 |
| Aug-30 | $641,998.48 | $4,012.49 | $4,488.95 | $641,522.02 |
| Sep-30 | $641,522.02 | $4,009.51 | $4,485.62 | $641,045.92 |
| Oct-30 | $641,045.92 | $4,006.54 | $4,482.29 | $640,570.17 |
| Nov-30 | $640,570.17 | $4,003.56 | $4,478.96 | $640,094.77 |
| Dec-30 | $640,094.77 | $4,000.59 | $4,475.64 | $639,619.73 |
| Jan-31 | $639,619.73 | $3,997.62 | $4,472.31 | $639,145.04 |
| Feb-31 | $639,145.04 | $3,994.66 | $4,468.99 | $638,670.70 |
| Mar-31 | $638,670.70 | $3,991.69 | $4,465.68 | $638,196.71 |

Exhibit C - Amortization Schedule Page 2 of 2