IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00393 |
| | ) | (Chapter 11) |
| MARIA D. REDDICK | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of March, 2026, I caused the Scheduling Order (DE #138) and the Seventh Amended Subchapter V Plan of Reorganization (DE #139), together with all exhibits thereto, along with a corresponding ballot conforming to Official Form 314, to be served by First Class Mail, postage prepaid, upon all parties listed on the attached mailing matrix.

I FURTHER CERTIFY that I caused the foregoing documents, including a ballot, to be served via electronic mail upon the following party entitled to vote under the Plan:

Gregory C. Mullen – bkecfinbox@aldridgepite.com

I FURTHER CERTIFY that I caused the foregoing documents to be served via electronic mail upon the following parties:

Monique D. Almy – malmy@crowell.com

Kristen S. Eustis – Kristen.S.Eustis@usdoj.gov

*[Signature on Following Page]*

1

Respectfully Submitted,

Dated: March 25, 2026                    By:     /s/ Christianna A. Cathcart
                                                 Christianna A. Cathcart, Esq.
                                                 Bar No. ND10008
                                                 The Belmont Firm
                                                 1050 Connecticut Avenue NW,
                                                 Suite 500
                                                 Washington, DC 20036
                                                 Phone: (202) 655-2066
                                                 christianna@dcbankruptcy.com
                                                 *Counsel for the Debtor*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of March 2026, a copy of the foregoing was

served electronically upon filing via the ECF system.

                                                 /s/ Christianna A. Cathcart
                                                 Christianna A. Cathcart