IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re: | ) | Case No. 24-00393 |
| | ) | (Chapter 11) |
| Maria D. Reddick | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |

**ORDER GRANTING MOTION TO RETROACTIVELY
APPROVE POSTPETITION CREDIT TRANSACTION**

Upon consideration of the Motion to Retroactively Approve Postpetition Credit Transactions (the "Motion"), the evidence adduced thereupon at a hearing on May 13, 2026, the arguments made therein, applicable law, and the record herein, it is, by the United States Bankruptcy Court for the District of Columbia, hereby:

ORDERED, that the Motion be, and hereby is, GRANTED.

I ask for this:

/s/ Christianna A. Cathcart
Christianna A. Cathcart, Esq.
Bar No. ND0008
The Belmont Firm
1050 Connecticut Avenue, NW, Suite 500
Washington, DC 20036
Phone: (202) 655-2066
christianna@dcbankruptcy.com
*Counsel for the Debtor*